# Exhibit B

Russian Treasury
Dec. 26, 2007, three transfers, 3.276 billion rubles
Dec. 26, 2007, two transfers, 1.76 billion rubles
Dec. 26, 2007, two transfers, 373 million rubles
Parfenion Intercommerz Account, Intercommerz Bank, Russia
Rilend USB Account, USB, Russia
Makhaon USB Account, USB, Russia
Jan. 21-25, 2008, six transfers, 430 million rubles
Jan. 18-Feb. 3, 2008, six transfers, 1.108 billion rubles
Jan. 11-21, 2008, seven transfers, 3.6 million rubles
Jan. 11-Feb. 4, 2008, ten transfers, 266 million rubles
Fausta Intercommerz Account, Intercommerz Bank, Russia
Anika Account, Ocean Bank, Russia
Feb. 6-8, 2008, ten transfers, 513 million rubles
Feb. 5, 2008, one transfer, 98.9 million rubles
Feb. 5, 2008, one transfer, 69.9 million rubles
ZhK Account, Sberbank, Russia
Univers Account, Mosstroieconombank, Russia
Feb. 5-11, 2008, seventeen transfers, 525 million rubles
Feb. 5-11, 2008, seven transfers, 290 million rubles
Bank Krainiy Sever Account, Alfa Bank, Russia
Feb. 5-6, 2008, five transfers, 528 million rubles
Feb. 5-13, 2008, ten transfers, 657 million rubles
Bunicon Banca De Economii Account, Banca de Economii, Moldova
Elenast Banca De Economii Account, Banca de Economii, Moldova
Feb. 6, 2008, one transfer, U.S. $410,000
Feb. 13, 2008, one transfer, U.S. $447,354
Prevezon 8160 Account, UBS, Switzerland

