# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

April 21, 2014

**VIA ECF**

The Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Prevezon Holdings, Ltd., et al.*, Case No. 13-Civ-6326 (TPG).

Dear Judge Griesa:

    We represent the *in personam* and *in rem* defendants in this case. We write to respectfully request oral argument on the Defendants' motion to dismiss the complaint, Docket Item 79.

Respectfully submitted,

*/s/ John W. Moscow*

John W. Moscow

cc:   Assistant United States Attorney Paul Monteleoni, Esq. (*By Email*)
      Assistant United States Attorney Christine Magdo, Esq. (*By Email*)
      Assistant United States Attorney Andrew Adams, Esq. (*By Email*)
      Mark Cymrot, Esq.
      Seth Taube, Esq.