# EXHIBIT 7

# Pitkin County Assessor

## Parcel Detail Information

Assessor Property Search | Assessor Subset Query | Assessor Sales Search
Clerk & Recorder Reception Search | Treasurer Tax Search Search
GIS Map | GIS Help

Basic Building Characteristics | Value Summary

Parcel Detail | Value Detail | Sales Detail | Residential/Commercial Improvement Detail
Owner Detail | Land Detail | Photographs

| Tax Area | Account Number | Parcel Number | Property Type | 2013 Mill Levy |
|---|---|---|---|---|
| 001 | ▉▉▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉ | RESIDENTIAL | 32.843 |

### Primary Owner Name and Address



Additional Owner Detail

### Legal Description

| Subdivision: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ FREE MARKET |
|---|

### Location

| Physical Address: | ▉▉▉▉▉▉▉▉ |
|---|---|
| Subdivision: | ▉▉▉▉▉▉▉▉ |
| Land Acres: | 2.210 |

| | Land Sq Ft: | 0 |

## 2014 Property Value Summary

| | Actual Value | Assessed Value |
|---|---|---|
| Land: | 4,250,000 | 338,300 |
| Improvements: | 5,722,000 | 455,470 |
| Total: | 9,972,000 | 793,770 |

| Sale Date: | 5/6/2011 |
|---|---|
| Sale Price: | 11,250,000 |

Additional Sales Detail

## Basic Building Characteristics

| Number of Residential Buildings: | 1 |
|---|---|
| Number of Comm/Ind Buildings: | 0 |

### Residential Building Occurrence 0 Characteristics

| GARDEN LEVEL BSMT: | 4,484 |
|---|---|
| BRICK PATIO: | 378 |
| CONCRETE BALC: | 1,018 |
| FIRST FLOOR: | 5,051 |
| FINISHED GARAGE: | 709 |
| 2ND FLOOR: | 1,550 |
| Total Heated Area: | 11,085 |
| Property Class: | SINGLE FAM RES-IMPROVEMEN |
| Actual Year Built: | 2004 |
| Effective Year Built: | 2006 |
| Bedrooms: | 8 |
| Baths: | 7 |

| | |
|---|---|
| Quality of Construction: | EXCEL T13+ |
| Exterior Wall: | STONE VEN |
| Interior Wall: | DRYWALL |
| Floor: | WOOD |
| Floor: | CUT STONE |
| Floor: | CARPET |
| Heat Type: | BASE |
| Heating Fuel: | GAS |
| Roof Cover: | CEDAR SHAK |
| Roof Structure: | GABLE/HIP |
| Neighborhood: | ████████ |
| Super Nbhd: | ████████ |

Top of Page
Assessor Database Search Options

Pitkin County Home Page

The Pitkin County Assessor's Offices make every effort to collect and maintain accurate data. However, Good Turns Software and the Pitkin County Assessor's Offices are unable to warrant any of the information herein contained.

Copyright © 2003 - 2014 Good Turns Software. All Rights Reserved.
Database & Web Design by Good Turns Software.