# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

October 8, 2014

VIA ELECTRONIC CASE FILING AND HAND DELIVERY

The Honorable Thomas P. Griesa
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   United States v. Prevezon Holdings Ltd., No. 13 Civ. 6326 (TPG) (S.D.N.Y.)

Dear Judge Griesa:

We write on behalf of non-parties William Browder ("Browder") and Hermitage Capital Management Ltd. ("Hermitage Capital"). Last night, Defendants submitted two memoranda of law in opposition to our clients' motion to disqualify Defendants' counsel John W. Moscow, Esq., his law firm Baker & Hostetler LLP ("BakerHostetler"), and its co-counsel, Baker Botts L.L.P. ("Baker Botts"): a 25-page brief opposing the motion with respect to both BakerHostetler and Baker Botts and a separate 15-page brief opposing disqualification of Baker Botts alone.

Given that Browder and Hermitage Capital must now respond to 40 pages of briefing, we respectfully request Your Honor's permission to submit a single reply brief of up to 15 pages on or before October 13, 2014. Defendants have consented to this request.

As always, we appreciate Your Honor's consideration of our request.

Respectfully,

*Randy M. Mastro / LHR*

Randy M. Mastro

cc: Counsel of Record

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.