# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

October 24, 2014

**VIA ECF AND EMAIL**

The Hon. Thomas P. Griesa
Unite States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      In re: United States of America v. Prevezon Holdings Ltd. et al
      1:13-cv-06326-TPG

Your Honor:

    I write to request a change in the schedule on the motion to quash subpoenas. I've spoken with AUSA Paul Monteleoni and I propose that the deadlines be extended to November 3, 2014 for the government to submit its papers, to November 14, 2014 for the Prevezon Defendants to oppose the motions, and to November 24, 2014 for any reply briefs or responses not covered here. The government does not object to that extension.

    Gibson Dunn has filed its motions and I asked by email if those dates were acceptable. I was told that Gibson Dunn were not in a position to answer today.

Respectfully submitted,

*/s/ John W. Moscow*

John W. Moscow
Partner

cc:    Paul M. Monteleoni *(Paul.Monteleoni@usdoj.gov)*
        Christine I. Magdo *(Christine.Magdo@usdoj.gov)*
        Andrew Adams *(Andrew.Adams@usdoj.gov)*

The Hon. Thomas P. Griesa
October 24, 2014
Page 2

        Randy Mastro *(rmastro@gibsondunn.com)*
        Richard Mark *(rmark@gibsondunn.com)*
        Lisa Rubin *(lrubin@gibsondunn.com)*
        Seth Taube *(seth.taube@bakerbotts.com)*
        Mark Cymrot *(mcymrot@bakerlaw.com)*
        Paul M. Levine *(pmlevine@bakerlaw.com)*
        Loura Alaverdi *(lalaverdi@bakerlaw.com)*