IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PREVEZON HOLDINGS LTD. *et al*,  )<br>)<br>Defendants.  )<br>)<br>) | Case No. 1:13-cv-06326 (TPG)<br><br>ECF CASE |

## DECLARATION OF SETH TAUBE
## IN SUPPORT OF OPPOSITION TO MOTION TO QUASH

I, SETH TAUBE, declare under the penalty of perjury, that the following is true and correct:

1. I am a partner in the Law Firm of Baker Botts L.L.P. ("Baker Botts") in New York, New York and I am an attorney of record in the case above-captioned case.

2. On or about March 20, 2014, I called Paul Monteleoni, Assistant U.S. Attorney for the Southern District of New York, to ask whether William Browder would be willing to appear for a deposition in the above-captioned proceeding, as the United States of America (the "Government") indicated that he would be a key witness in its case. Mr. Monteleoni advised me that Mr. Browder would not voluntarily appear for a deposition in the United States.

3. On or about July 30, 2014, I sent via electronic mail a letter to Mason Simpson of Brown Rudnick, the law firm that purported to speak for Mr. Browder in the subpoena-related litigation in the District Court for the District of Columbia, attaching the subpoena that we served on Mr. Browder at the end of July 2014 as well as the check issued to Mr. Browder for witness

1

fees. Mr. Simpson informed me that he was not authorized to accept service on behalf of Mr. Browder.

4. On or about August 5, 2014, I received a call from Lisa Rubin of Gibson Dunn. She informed me that she and her colleague, Randy Mastro, would be representing Mr. Browder in responding to the subpoenas we served on Mr. Browder at the end of July 2014. Ms. Rubin called to discuss the briefing schedule for motions on the subpoenas and, at a later point, the possibility of transferring any litigation to the Southern District of New York.

5. Attached as Exhibit 1 is a true and correct copy of the transcript of the hearing before this Court on November 5, 2014.

6. Attached as Exhibit 2 is a true and correct copy of the subpoena served on Hermitage Global Partners, LP on or about April 16, 2014.

7. Attached as Exhibit 3 is a true and correct copy of the subpoena served on William Browder as director of Hermitage Global Partners, LP on or about May 5, 2014.

8. Attached as Exhibit 4 is a true and correct copy of Hermitage Global's May 22, 2014 Motion to Quash.

9. Attached as Exhibit 5 is a true and correct copy of Defendants' June 10, 2014 Opposition to Hermitage Global's Motion to Quash.

10. Attached as Exhibit 6 is a true and correct excerpt of the transcript of the March 3, 2014 deposition of Agent Todd Hyman, the Government's Rule 30(b)(6) deponent.

11. Attached as Exhibit 7 is a true and correct copy of the Government's March 4, 2014 letter to the Court.

12. Attached as Exhibit 8 is a true and correct copy of the transcript of the hearing before this Court on October 23, 2014.

13. Attached as Exhibit 9 is a true and correct copy of the July 29, 2014 Affidavit of Craig Janis.

14. Attached as Exhibit 10 is a true and correct copy of the July 29, 2014 Affidavit of Jennifer Hoar.

15. Attached as Exhibit 11 is a true and correct copy of the December 10, 2014 Affidavit of Craig Janis.  The video exhibits referenced in this Affidavit will be hand delivered to the Court under separate cover.

16. Attached as Exhibit 12 is a true and correct copy of the registration papers for the GMC vehicle registered to Browder's name in the state of Colorado.

17. Attached as Exhibit 13 is a true and correct copy of the registration papers for the Nissan vehicle registered to Browder's name in the state of Colorado.

18. Attached as Exhibit 14 is a true and correct copy of the July 30, 2014 Affidavit of Brian O'Shea.

19. Attached as Exhibit 15 is a true and correct copy of the July 31, 2014 Affidavit of Brian O'Shea.

20. Attached as Exhibit 16 is a true and correct screen capture taken of the Aspen Action Forum's website, showing the participants of a panel to take place on August 1, 2014.

21. Attached as Exhibit 17 is a true and correct copy of the Pitkin County Assessor Parcel Detail Information for ▬▬▬▬▬▬▬▬▬▬▬▬▬.

22. Attached as Exhibit 18 is a true and correct copy of the Clark County Real Property Detail for 54 Colleton Dr. in Henderson, NV.

23. Attached as Exhibit 19 is a true and correct copy of the Nevada Secretary of State's Entity Details for Victoria Tarantino Consulting, LLC.

24. Attached as Exhibit 20 is a true and correct copy of the December 10, 2014 Affidavit of Jennifer Hoar.

25. Attached as Exhibit 21 is a true and correct excerpt of the transcript of the *ex parte* proceedings before this Court on October 14, 2014.

26. Attached as Exhibit 22 is a true and correct copy of the May 20, 2014 Declaration of Andrew Pucher.

27. Attached as Exhibit 23 is a true and correct screen capture taken of an article entitled "Aspen plays role in alleged $230M Russian fraud case" published on Aspen Daily News on October 23, 2014.

28. Attached as Exhibit 24 is a true and correct screen capture taken of Browder's Twitter account.

29. Attached as Exhibit 25 is a true and correct screen capture taken of the Aspen Action Forum's website, showing a profile of Bill Browder.

30. Attached as Exhibit 26 is a true and correct screen capture taken of the Aspen Action Forum's website, showing the participants of a panel to take place on July 30, 2014.

Dated: December 10, 2014                         /s/ Seth Taube
                                                 Seth Taube