UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------x
                                       :
                                       :
UNITED STATES OF AMERICA,              :
                                       :
                Plaintiff,             :        13-cv-6326 (TPG)
                                       :
        v.                             :        ECF CASE
                                       :
PREVEZON HOLDINGS LTD. et al.,         :        ORDER
                                       :
                Defendants.            :
                                       :
                                       :
---------------------------------------x
```

On February 3, 2015, defendants attempted personal service of a
subpoena to testify at a deposition in New York City on William Browder ("the
New York Subpoena"). Defendants previously attempted to serve Browder with
a subpoena in Aspen, Colorado ("the Aspen Subpoena"). Defendants have also
issued subpoenas in Delaware to Hermitage Global Partners, L.P., and to
Browder in his purported capacity as a director of Hermitage Global Partners,
L.P. ("the Delaware Subpoenas").

On February 9, 2015, this court entered an Order to Show Cause,
returnable March 9, 2015, relating to the New York Subpoena. This is the date
of a previously scheduled hearing addressing the Aspen Subpoena.

Counsel for Browder requests that the court rescind the Order to Show
Cause entered on February 9, 2015. (ECF No. 231.) The request is denied.
The original return date on the New York Subpoena—February 17, 2015—is

stayed pending the outcome of the March 9 hearing.

The hearing scheduled on March 9 is limited to two issues: (1) whether Browder was properly served in either Aspen or New York, and (2) whether Browder is subject to the Aspen Subpoena or the New York Subpoena consistent with Rule 45 of the Federal Rules of Civil Procedure.

To the extent Browder intends to file opposition papers relating to the Order to Show Cause, such papers should be limited to whether Browder was properly served in New York, and whether Browder is subject to the New York Subpoena under Rule 45.

The court does not intend to address motions related to the Delaware Subpoenas at the March 9 hearing.

SO ORDERED.

Dated:  New York, New York
        February 11, 2015

                                                        Thomas P. Griesa
                                                        U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/15