# Exhibit 1

Russian 4.mp3

00:00:00

\<Telephone bell ring\>

Speaker 1: Yes. Hello.

Speaker 2: This phone call might seem surprising to you. My name is Maxim. I am calling you from London.

Speaker 1: Good afternoon. Maxim, where did you get my number?

Speaker 2: *\<indiscernible\>*

00:00:28.7

1

00:00:00

\<Telephone bell ring\>

Speaker 1: Да. Доброе.

Speaker 2: Вот ваше подтверждение. Звонок неожиданный. Меня зовут Максим. Я беспокою вас из стольного града Лондона.

Speaker 1: Добрый день. А откуда у вас мой номер, Максим?

Speaker 2: *\<indiscernible\>*

00:00:28.7



City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate transcriptions from Russian to Russian.

| "Russian 1.mp3_tx.docx" | "Russian 3.mp3_tx.docx" |
|---|---|
| "Russian 2.mp3_tx.docx" | "Russian 4.mp3_tx.docx" |
|  | "Голос 005.mp3_tx.docx" |

*[signature]*
Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

_____
Signature, Notary Public

_____
Stamp, Notary Public

```
YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified In New York County
My Commission Expires 4/18/15
```

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM


TRANSPERFECT

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate translations from Russian to English.

| "Russian 1.mp3_tl.docx" | "Russian 3.mp3_tl.docx" |
| --- | --- |
| "Russian 2.mp3_tl.docx" | "Russian 4.mp3_tl.docx" |
|  | "Голос 005.mp3_tl.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

Signature, Notary Public

Stamp, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM

# Exhibit 1 - Audio File "Russian 4" to be hand delivered