Exhibit 2

00:00:00

Speaker 1: Hello. Hello. Hello. Hello. Hello. Hello.

Speaker 2: Hello, Oleg?

Speaker 1: Yes, yes, yes. We got disconnected, or something. Ok. So, you never told who gave you my number.

Speaker 2: It's a small world, you know. We <indiscernible> 00:00:26 ...it's difficult already.

Speaker 1: I see, I see. Well, then hello, Maxim. Still, why London?

00:00:30.2

Speaker 1: Last time, I was there seven years ago.

Speaker 2: Let's get down to business. I represent a very famous and powerful person, both here and across the ocean... I would not mention his name. But you wrote about him multiple time, in a very disagreeable manner. Speaker 1: Ha-ha, as far as I know, Berezovsky is already dead.

Speaker 2: This is not BAB... It is much more serious than that. I suppose you already know who I'm talking about. That person was unlawfully convicted in Russia.

00:01:00.7

Speaker 2: He was sentenced to nine years in prison. They've mentioned him several times in connection with some list. Which ultimately became the law afterwards.

Speaker 1: Oh, I see, I see. So, you are calling me. This is, this is William ...

Speaker 2: Oh no, no, no. No names, please. We understood each other and that's what matters.

Speaker 1: Ok, fine.

Speaker 2: Oleg, you need to understand. Any bad story can become a good story. Which could be interesting to you as a reporter.

00:01:30.5

Speaker 2: And vice versa. Any story which, we believe, is a good story can become a bad story.

Speaker 1: I don't understand, I don't.

Speaker 2: Not so long ago, you told on the radio that you had met with some person in August of 2009. Correct?

Speaker 1: Well, yeah.

Speaker 2: And so. My senior partner and I would like you very much to meet with him, have a conversation with our representative in Moscow. He would tell you tons of interesting things.

00:02:00.3

Russian 3.mp3

Speaker 2: He would give you an interesting document. You'll love it. It would be a quite serious investigation. You'd also discuss commercial issues.

Speaker 1: Wait, hold on a second. You're making an offer to me. What if I say no?

Speaker 2: Ha-ha, I am not threatening you. Though, we are all human beings. Anything can happen.

Speaker 1: You are threatening.

Speaker 2: Absolutely not. I propose cooperation to you, as an honest person. An independent reporter. You'll be surprised how much material we could provide you with.

00:02:30.9

Speaker 2: Of course, you will be accompanied, in a way. Well, let Mark tell you everything.

Speaker 1: What Mark, where's Mark?

Speaker 2: In Moscow. Mark is our unofficial representative, so to say. He used to represent many people <indiscernible>

00:02:47.7 All issues could be resolved. Trust me, you'll love the information which you can get from him.

Speaker 1: Interesting, interesting. Well, let's meet with him. The only thing, Maxim, I don't want any threats or hints.

00:03:00.8

Speaker 1: Agreed? I generally got what the situation is. Well, let me put it this way: I am interested.

Speaker 2: Don't get me wrong. We are only interested in getting certain information from you. Our wish is to slightly correct your analytical activity to let it flow in the right direction, as needed. In exchange – Mark will explain it to you.

Speaker 1: Ok, let's do this. Let your Mark call me.

00:03:30.9

Speaker 1: I will talk to him and everything will become somewhat clear. Ok?

Speaker 2: That would be great.

Speaker 1: Yes.

Speaker 2: He will call you by end of tomorrow. He will identify himself as Mark from Maxim. Agreed?

Speaker 1: Yes, yes, yes. I see. I see.

Speaker 2: You will talk and schedule a meeting. Everything that Mark is going to tell you comes directly from us. From here. So...

Speaker 1: I get it. I get it, get it. Let him call me. We'll meet. By the way,

00:04: 00.9

2

Russian 3.mp3

Speaker 1: I would like to meet in some public, busy place. Some coffee shop, restaurant, hotel lobby. Don't think I'm being fancy. It's better to be safe than sorry, you know that, right?

Speaker 2: Sure. We'll do everything as you wish. Ok, goodbye. Mark will give you a ring. It was my pleasure talking to you in person. Before, I was only reading about you. Now, I am actually talking to you. Thank you! Goodbye.

Speaker 1: Looking forward to your phone call. Goodbye! Goodbye.

3

Russian 3.mp3

00:00:00

Speaker 1: Алло. Алло. Алло. Алло. Алло. Алло.

Speaker 2: Алло, Олег?

Speaker 1: Да, да, да. Прервалось что-то, да, да. Ага. Так вы не сказали, кто номер мой вам дал.

Speaker 2: Вы понимаете, мир тесен. У нас <indiscernible> 00:00:26 … уже трудно.

Speaker 1: Понял, понял. Ну, тогда здравствуйте, Максим. А Лондон-то почему?

00:00:30.2

Speaker 1: Я там семь лет назад был в последний раз.

Speaker 2: Давайте сразу по делу. Я представляю одного очень известного и влиятельного … Но называть не буду. Думаю, о нем не раз писали. В весьма неприятной манере.

Speaker 1: Ха, Березовский, вроде бы, уже умер.

Speaker 2: Это не БАБ … Все гораздо серьезней. Я думаю, что вы уже догадываетесь, о ком идет речь. Тот человек был незаконно осужден в России.

00:01:00.7

Speaker 2: И был приговорен к девяти годам. Не раз о нем писали в связи с неким списком. Который потом превратился в закон.

Speaker 1: А, ясно, ясно, ясно. Значит, вы звоните мне. Это же, это же Уильям …

Speaker 2: Нет, нет, нет. Не надо имен. Главное, что мы друг друга поняли.

Speaker 1: Ладно, ну.

Speaker 2: Поймите, Олег. Любая история из плохой может превратиться в хорошую. Интересную вам, как журналисту.

00:01:30.5

Speaker 2: И наоборот. Любая хорошая, по нашему мнению, история может превратиться в плохую.

Speaker 1: Не понял, не понял, не понял.

Speaker 2: Вы недавно рассказывали по радио, что встречались с одним человеком в августе 2009-го. Правильно?

Speaker 1: Ну, да.

Speaker 2: Так вот. Мне и моему старшему партнеру очень бы хотелось, чтобы вы встретились с ним, пообщались с нашим представителем в Москве. Он бы вам уйму интересного порассказывал.

00:02:00.3

1

Russian 3.mp3

Speaker 2: Документ отдал бы интересный. Вам понравится. Это было бы реально серьезное расследование. И коммерческие вопросы обсудили бы.

Speaker 1: Стоп, стоп, стоп. Вы мне предлагаете, а если я откажусь?

Speaker 2: Ха, я вас не пугаю. Но все мы люди. Бывает всякое.

Speaker 1: Пугаете.

Speaker 2: Нет, ни в коем случае. Предлагаю сотрудничество вам, как честному лицу. Независимому журналисту. Мы вам такой объем материалов предоставим.

00:02:30.9

Speaker 2: Само собой, разумеется, определенное сопровождение. Ну давайте, это лучше вам Марк расскажет.

Speaker 1: Какой Марк, где Марк?

Speaker 2: В Москве. Марк - это наш, так сказать, неофициальный представитель. Был представителем очень многих <indiscernible> 00:02:47.7 ... Решение всех вопросов. Поверьте, вам понравится то, что вы от него узнаете.

Speaker 1: Интересно, интересно. Ну, давайте с ним повстречаемся. Только вот, Максим, не надо каких-то там намеков, угроз.

00:03:00.8

Speaker 1: Ладненько? Я, в общем-то, и так понял ситуацию. Давай так: она мне интересна.

Speaker 2: Нет, не подумайте плохого. Мы только заинтересованы в получении от вас некоторой информации. Имеем пожелание чуть-чуть перенаправить вашу аналитическую деятельность в правильном, нужном направлении. Взамен - сам Марк вам объяснит.

Speaker 1: Давайте так. Пусть мне звонит ваш Марк.

00:03:30.9

Speaker 1: Мы пообщаемся, и там, как-бы, все станет понятным. Хорошо?

Speaker 2: Будет здорово.

Speaker 1: Да.

Speaker 2: Он вам завтра к концу дня позвонит. Представится Марком от Максима. Годится?

Speaker 1: Да, да, да. Понял. Понял.

Speaker 2: Вы договоритесь и встретитесь. Все, что вам расскажет этот Марк, это исходит напрямую от нас. Отсюда. Так что ...

Speaker 1: Я понял. Понял, понял. Пусть звонит. Встретимся. Да, кстати.

00:04: 00.9

Speaker 1: Я бы хотел встречаться где-нибудь в таком людном месте. Там кафешка какая-нибудь, ресторан, лобби гостиницы. Ну, считайте это моим капризом. Но береженого, сами знаете, да?

2

Russian 3.mp3

Speaker 2: Не вопрос. Будет все, как скажете. Все, до встречи. Марк вам перезвонит. Был рад с вами познакомиться лично. А то я только читаю о вас. А теперь вот и разговариваю. Спасибо! До встречи.

Speaker 1: Жду звонка от вас. До свидания! До свидания.


TRANSPERFECT

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate transcriptions from Russian to Russian.

| "Russian 1.mp3_tx.docx" | "Russian 3.mp3_tx.docx" |
|---|---|
| "Russian 2.mp3_tx.docx" | "Russian 4.mp3_tx.docx" |
|  | "Голос 005.mp3_tx.docx" |

_____
Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

_____
Signature, Notary Public

_____
Stamp, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/8/15

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM


TRANSPERFECT

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate translations from Russian to English.

| "Russian 1.mp3_tl.docx" | "Russian 3.mp3_tl.docx" |
|---|---|
| "Russian 2.mp3_tl.docx" | "Russian 4.mp3_tl.docx" |
|  | "Голос 005.mp3_tl.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

Signature, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM

# Exhibit 2 - Audio File "Russian3" to be hand delivered