Exhibit 3

Russian 2.mp3

00:00:00

<Telephone bell ring>

Speaker 1: Hello. Hello.

Speaker 2: <indiscernible> ...what's going on... <indiscernible>

Speaker 1: hello, hello, hello. I can't hear you.

Speaker 2: <indiscernible> Sorry, Oleg, it's Maxim again. This is Maxim again from London.

Speaker 1: Oh ok, no problem. Ok.

Speaker 2: Oleg, situation in Moscow has slightly changed. Mark will not be able to meet you.

Speaker 1:Something happened? What's going on?


00:00:30

Speaker 2: I'm going to be frank with you. He, Mark, is quite an exposed individual, sort of. He is on the news, on TV, now and then. That is why we decided not to put two famous individuals in the spotlight.

Speaker 1: <Laughing> Ha-ha-ha. You got me intrigued. Fine. What shall we do?

Speaker 2: Vladimir will visit you. He is our client. The issue with the money will be resolved. Of course.

Speaker 1: Ok.

Speaker 2: Volodya is an authorized person. Totally (indiscernible)... Perhaps, you would feel more comfortable to talk to him?

Speaker 1: Sure, no problem.  Actually, I could not care less who I will be talking to.


00:01:06

Speaker 1: It is you who approached me with this proposal. So, you are to decide who will be an authorized person. Ok, agreed then.

Speaker 2: Fine then. He'll call you, Vladimir.

Speaker 1: Oh, ok.

Speaker 2: That's it. Thank you. See you soon.

Speaker 1: Goodbye. Good-bye


00:01:19.6

Russian 2.mp3

00:00:00

<Telephone bell ring>

Speaker 1: Алё. Алё.

Speaker 2: <indiscernible> ... вообще уже.. <indiscernible>

Speaker 1: Алё, алё, алё. Не слышу.

Speaker 2: <indiscernible>  опять беспокоит. Это снова Максим из Лондона.

Speaker 1: А, да нет проблем. Ага.

Speaker 2: Олег, там в Москве ситуация слегка переигралась. Вам не сложно с нами встретиться?

Speaker 1: Что-то случилось? Что там?


00:00:30

Speaker 2: Давайте я откровенно скажу. Он Марку с Томом известный, как бы. Мелькает в новостях, там на экранах. Вот мы решили, наверное, не нужно светить двух известных людей.

Speaker 1: <Laughing> Ха-ха-ха. Вы меня заинтриговали. Ну, ладно. Как быть?

Speaker 2: К вам приезжает Владимир. Он наш клиент. Все решится с деньгами. Конечно.

Speaker 1: Ага.

Speaker 2: Володя - такое доверенное лицо. Полностью <indiscernible>... Вы, может быть, пообщаетесь?

Speaker 1: Да, не проблема. Господи, мне совершенно без разницы, с кем беседовать.


00:01:06

Speaker 1: Это ж, как-бы, вы вышли на меня с предложением. Вам и решать, кто доверенный. А, так, договорились.

Speaker 2: В общем, знаешь что? Он позвонит, Владимир.

Speaker 1: Ага.Ага.

Speaker 2: Все. Спасибо. До встречи.

Speaker 1: До свидания. До свидания


00:01:19.6


1



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my
knowledge and belief, contain true and accurate transcriptions from Russian to Russian.

| "Russian 1.mp3_tx.docx" | "Russian 3.mp3_tx.docx" |
|---|---|
| "Russian 2.mp3_tx.docx" | "Russian 4.mp3_tx.docx" |
| | "Голос 005.mp3_tx.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

Signature, Notary Public

Stamp, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate translations from Russian to English.

| | |
|---|---|
| "Russian 1.mp3_tl.docx" | "Russian 3.mp3_tl.docx" |
| "Russian 2.mp3_tl.docx" | "Russian 4.mp3_tl.docx" |
| | "Голос 005.mp3_tl.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

Signature, Notary Public

_____
Stamp, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM

**Exhibit 3 - Audio File "Russian2"
to be hand delivered**