Exhibit 4

Russian 1.mp3

00:00:00
| | |
|---|---|
| Speaker 1 (B): | Greetings, Oleg Anatolyevich? |
| Speaker 2 (O.A.): | Hello, greetings! |
| Speaker 1 (B): | I recognized you right away. My name is Vladimir. |
| Speaker 1 (B): | Have you waited for a long time? |
| Speaker 2 (O.A.): | Good afternoon. No, I walked in a few minutes ago. Coffee? |
| Speaker 1 (B): | No, I prefer tea. Damn traffic. Yandex traffic sort of showed a rating of 3 but I got stuck on Sadovoe for half an hour. Yes, miss, green tea, please. Ok. |

0:00:35.0
| | |
|---|---|
| Speaker 2 (O.A.): | Yes, Vladimir, honestly, it seems to me a bit odd: all of a sudden I receive a phone call from Maxim who I don't know, then he mentions some Mark, now you… |
| Speaker 1 (B): | No, everything is fine here. You, reporters, have touched this sensitive and serious issue long time ago, however, you don't have accurate information. |

0:01:04.7
| | |
|---|---|
| Speaker 2 (O.A.): | No kidding. |
| Speaker 1 (B): | Yes, that's true! This is how it was in reality. What's going to happen. This is very serious. |
| Speaker 2 (O.A.): | What are you talking about? |
| Speaker 1 (B): | Well, as you see, Maxim and I represent the interests of William Browder, who you wrote so much about, without any reasonable basis, charging him with alleged fraud in your multiple writings, <indiscernible > (0:01:29.1-0:01:32.0) …the Magnitsky's list…and the law. |

0:01:32.5
| | |
|---|---|
| Speaker 2 (O.A.): | Oh no, no, no! Well, not everything is unfounded. I have certain evidence and records…And let's do this: You know perfectly well that Browder, since the times of Safra, from 1998 have also been involved in this IMF (International Monetary Fund) tranche (4.7 billion), on top of that story with fraudulent transactions with the companies' stocks, then Magnitsky…Now, who needed him dead? Only Browder. I know for sure, otherwise, why bother bluffing with the list, with the law? I know that…I know. |

0:02:11.5
| | |
|---|---|
| Speaker 1 (B): | Sorry… |
| | (Telephone bell ring) |
| Speaker 1 (B): | I apologize, give me a second… |
| Speaker 2 (O.A.): | Sure… |
| Speaker 1 (B): | (answers the phone) Yes, Maxim, yes, I am already talking to Oleg Anatolyevich…We are having a conversation…Yes, of course, I've recognized him! Mm-hmm. Ok, I'll talk to you later. Ok. |

0:02:31.1
| | |
|---|---|
| Speaker 1 (B): | Sorry. |
| Speaker 2 (O.A.): | Sure, no problem. So, as for Magnitsky… |
| Speaker 1 (B): | Well, Magnitsky is a separate issue. The problem is as follows: You mentioned in "Vesti" [the Russian news channel] that you've met with him twice. We checked the ninth. Indeed, you could have met with him in Butyrka, everything matches with the dates and even days of the week, in addition to other information. Though, from the ones who were also in touch with him, Magnitsky mentioned you. |

0:03:07.1

1

Russian 1.mp3

| | |
|---|---|
| Speaker 2 (O.A.): | Mmm-hmm! Actually, if you have doubts regarding what I am telling you, then I'm not sure if our conversation makes any sense at all. |
| Speaker 1 (B): | No, I don't. Sorry. The whole thing is that we have no doubts. This is very serious. We are sure that this is exactly what's happened. We even know what Sergei could have told you. |
| Speaker 2 (O.A.): 0:03:32.2 | So, what's changed after all? I don't understand. |
| Speaker 1 (B): | Well, here is the story...Let's be honest. I believe, Browder is making a very interesting proposal to you. Rather, I am making the proposal on his behalf, sort of. First: could you please tell us more details as to what Magnitsky was telling you during the meeting? This is important. Could we get more details? |
| Speaker 2 (O.A.): | Mmm-hmm... |
| Speaker 1 (B): | Based on that, we'll communicate our final proposal, i.e., based on its grounds Don't get me wrong ... |
| 0:04:01.4 Speaker 2 (O.A.): | Well...well, I don't know. I would not want that in detail. This is my special, so to speak. After all...You know that I am a reporter and Browder is my topic, including the list and so forth. And, if you will, I am in possession of certain information regarding this subject matter. |
| Speaker 1 (B): | Oleg, you need to understand this: Magnitsky is dead and he won't be able to prove or deny anything. This is exactly what my objective is, rather my boss is demanding that from me. |
| 0:04:34.4 Speaker 2 (O.A.): | Ok...Vladimir, Vladimir. Let's do this. I can tell you only this: Sergei did not say a single nice word about Browder. He said nothing which would prove this whole story with the theft of two hundred million from Russia... |
| Speaker 1 (B): | Well, well... |
| Speaker 2 (O.A.): | Yes, yes, yes Exactly so. You know, in prison, people tend to be sincere. You need to understand that. Especially, when they meet ... |
| 0:05:00.0 | |
| Speaker 2 (O.A.): | ...with a reporter. Ok, let's do it this way. Briefly, he said that there were some high-ranking people, the executives, in America and England. They promised him that if he said nothing about that little he knew, you know, about their shady businesses, and, instead, if he agreed to say what they told him to say, then they would bail him out. Well, he was in custody for almost a year and they promised to get him out – there was a bail or something and so forth. Do you get a general idea of what I am trying to say here? |
| 0:05:40.7 | |
| Speaker 1 (B): | Well, yes. |
| Speaker 2 (O.A.): | Yeah, yeah ...He also told me about the promised, as far I understand now, promised by Browder as well, some new best lawyers and the high-ranking executives able to solve any problem. And they were supposed to fix everything with the bail instead of the detention center [PTDC] and so that everything would end with some figurative conditional sentence, I don't know. And the money too...He also said that, most likely, they duped him. By the way: he was telling me that... |
| 0:06:15.7 | |
| Speaker 1 (B): | They duped him? |

2

Russian 1.mp3

| | |
|---|---|
| Speaker 2 (O.A.): | Yes. They duped him because he remains silent, as agreed, and only says what they want him to say, but nothing is happening. Just think about it: nothing is happening what they have promised him. And other things too: he mentioned his health, that he was not feeling well, and the lousy doctors, dammit – the usual moaning and groaning, you know, … |
| 0:06:40.0 | |
| Speaker 1 (B): | Uh-huh. |
| Speaker 2 (O.A.): | …of the prisoner serving his first sentence. |
| Speaker 1 (B): | Yeah… |
| Speaker 2 (O.A.): | Yes. Yes, yes, yes. I mean, who've never been in jail and now has to face miracles of the prison medical care for the first time…All that stuff. |
| Speaker 1 (B): | Basically, that's what I expected. Let's do this. Now, I am getting a better picture of what's going on. Can I make the proposal now? |
| 0:07:03.5 | |
| Speaker 2 (O.A.): | Yours – or Browder's? |
| Speaker 1 (B): | Doesn't make any difference. In this case, I speak on his behalf. |
| Speaker 2 (O.A.): | Mmm-hmm. Ok, fine. Let's not draw the line between the two. |
| Speaker 1 (B): | Yes. So, during the meetings with you, we need Magnitsky to tell the story that is now being advertised everywhere else. Meaning that he |
| 0:07:30.0 | found out about the thefts and now they're going after him. The people on the list are going after him. Well, you know them: the cops, investigators and the rest of the gang who then destroyed the poor Serezha [diminutive of Sergei]. A smart, educated, brilliant lawyer. Well, he found out about the multi-million thefts from the Russian budget – You can't deny that, can you? I mean, what he told you that they were torturing him and making suffer, etc., in order to shut him up. Threatened. He is afraid they may kill him. He is totally afraid. Do you get my point? |
| 0:08:02.4 | |
| Speaker 2 (O.A.): | Wait a minuted, you… expect me to tell a lie? |
| Speaker 1 (B): | No, not at all…Just to take another look at the situation at a different angle. |
| Speaker 2 (O.A.): | And then what's next? What's next? |
| Speaker 1 (B): | Well, you write a lengthy article. You come up with the title, something like "My conversations with Magnitsky." We get it approved. The subject, the article itself, the … |
| 0:08:32.2 | |
| Speaker 2 (O.A.): | Ok, ok. |
| Speaker 1 (B): | …the subject matter. Get it published here, in Russia. Then we get it circulated around the world. In all languages. Well, I think it's going to be a bomb which would confirm everything that Browder is doing … |
| Speaker 2 (O.A.): | Uh-huh. |
| Speaker 1 (B): | … at this time. We get the US and English media involved. |
| 0:09:00.3 | it's a piece of cake. Well, Europe is going to support us. Thereafter, it would be great if you provided your testimony to our lawyers, well, regarding the same. |
| Speaker 2 (O.A.): | Oh, I see. |
| Speaker 1 (B): | Additionally, we'll provide you some records regarding the persons on the list. You know what list I am talking about. |
| Speaker 2 (O.A.): | Uh-huh. |

3

Russian 1.mp3

| | |
|---|---|
| Speaker 1 (B):<br>0:09:28.8 | And not only regarding the ones on the list. There are some other persons who may interest you. So that the Magnitsky law could finally get them where they belong. |
| Speaker 2 (O.A.): | Uh-huh. |
| Speaker 1 (B): | And there will be more material <indiscernible> 0:09:32.6 ... trust me. Well, we should approve the music. Like that. |
| Speaker 2 (O.A.): | Meaning? Meaning -? I don't quite get it. |
| Speaker 1 (B):<br>0:10:00.0 | How come you don't get it? Well, you are working with us. Technically, I am offering you to work with us. Why would you change your position all of a sudden? How is it going to look? Well, you just came across the documents and some ... |
| Speaker 1 (B): | ...people told you what was going on in reality. And you were enlightened! Do you like this scenario? |
| Speaker 2 (O.A.): | Yes, I was enlightened! And the previous publications and my speech in "Vesti," the whole story with <indiscernible> (0:10:13.9) Katsyvs...Well, let's put it like this: basically, those people have nothing to do with any of this and, in "Vesti," I've already started to tell what Magnitsky was saying. What shall we do? |
| Speaker 1 (B):<br>0:10:30.3 | Well, you've just said that you didn't focus enough. |
| Speaker 2 (O.A.): | No. |
| Speaker 1 (B): | As far as I understood. No, I listed to the tape with attention, most likely, the boss did as well. And specifically ... |
| Speaker 2 (O.A.): | That makes me happy! |
| Speaker 1 (B): | ...that ultimately led to our meeting with you. Well, you were writing before and now, when it comes to Magnitsky, you are writing now. We can rearrange everything. That is ... |
| Speaker 2 (O.A.): | What do you mean? |
| Speaker 1 (B):<br>0:11:02.5 | ...to continue in details which are going to be the way I will tell you. As for Katsyv, it's very complicated. You need to understand: we simply cannot afford losing this case in the United States, CANNOT AFFORD. |
| Speaker 2 (O.A.): | That complicated? |
| Speaker 1 (B): | This is the first case involving the Magnitsky law. Do you get it? |
| Speaker 2 (O.A.): | Uh-huh. |
| Speaker 1 (B):<br>0:11:30.7 | If it falls apart, well, we understand that Katsyv has nothing to do with it. So, if it falls apart, the whole story with Magnitsky – the list, the law and so forth – is going to collapse. We can't let it happen. You need to understand that every person on the list is a criminal. Including Katsyv. Corruption and all that stuff. It's not that easy. With Magnitsky, we didn't jeopardize the innocent. Only the criminals... |
| Speaker 2 (O.A.): | I see, I see. I understand that very well. However, you are making me, let's put it this way, tell a blatant lie. This is an entirely opposite position. Am I not right, am I? Listen, everything I have been doing for the past five years, all of that, goes to waste now? |
| Speaker 1 (B):<br>0:12:30.1 | Not exactly so. Ok, let's do this: we can help you. Technically, this is the actual reason for our conversation. It is going to be one hundred thousand. One hundred thousand pounds. |
| Speaker 2 (O.A.): | Please forgive me, but I am better with dollars. How much is one pound? |

4

Russian 1.mp3

| | |
|---|---|
| Speaker 1 (B): | Well, it is approximately one hundred and sixty green rubles, meaning dollars. Actually, a bit more. We can do cash or a wire transfer. Obviously, not here, not to your bank in Russia. Think it over, the mechanism, and let us know, how you… |
| Speaker 2 (O.A.): 0:13:02.1 | Wow! It seems that you do need it badly. |
| Speaker 1 (B): | Yes, we do! That is why we trust you and talk to you openly and frankly. What is your decision? |
| Speaker 2 (O.A.): | Ouch. May I ask you a question about something else? May I? |
| Speaker 1 (B): | Go ahead. |
| Speaker 2 (O.A.): 0:13:30.0 | Who is the mysterious Mark I was supposed to meet instead of you? The one that's allegedly too famous. I thought, perhaps, it might be Mark Feygin, the lawyer? |
| Speaker 1 (B): | Feygin? This is an interesting question. My apologies, but the boss decided not to put Mark in the spotlight. That is why, no offense, I cannot answer your question. Did I put it right? Don't be mad at me, I am just a pawn in a big chess game. So, what is your decision as to my proposal? |
| 0:13:58.0 Speaker 2 (O.A.): | Well, let me see. Your proposal is, no doubt, quite interesting. Particularly, I am interested in the records you've promised me. Who knows, they may as well change my opinion. Listen, let's do this: I need some time to think it over. Well, I need to review everything that's been previously done and do the analysis. To make it short, I need at least a week. |
| Speaker 1 (B): 0:14:30.0 | Something like that. That's ok, we can wait. My only concern is that our conversation, our proposal remain confidential … |
| Speaker 2 (O.A.): | Please don't. Please don't, Vladimir. I realize how serious it is and all. Let me call you during the week and I will give you my answer. Honestly, I don't feel like doing any of this. Don't feel like it. But I promise you I will think, yes, yes, yes. Then. We may arrive … |
| 0:15:00.0 | |
| Speaker 2 (O.A.): | …at some sort of a consensus, I don't know. I need to think and weight out every little detail. It is serious and it is interesting, - but, but, but…you require too much from me. Don't get me wrong. |
| Speaker 1 (B): | Hey. Oleg, once again, I would like you to pay attention to this: everything we've just discussed here must remain confidential between us. In any event, whichever decision you make – positive, |
| 0:15:30.5 | or negative. Please don't get me wrong: if anything comes up, then we, together with Browder, are going to deny the mere fact that we have ever met. |
| Speaker 2 (O.A.): | I realize that. From the very beginning, I would never expect anything other than that. |
| Speaker 1 (B): | Ok, I am looking forward to your answer and it is my pleasure getting to know such a reporter. |
| Speaker 2 (O.A.): | Thank you. Likewise. |
| Speaker 1 (B): 0:16:00.0 | Let's get a check. I have to run… |
| Speaker 2 (O.A.): | Don't worry, I'll take care of it. I have another meeting here in half an hour. I am staying. |
| Speaker 1 (B): | Ok, Oleg Anatolyevich, we'll keep in touch. |
| Speaker 2 (O.A.): | Goodbye. Pleasure… |
| Speaker 1 (B): | meeting you |
| Speaker 2 (O.A.): | …ok. Keep in touch. |

5

Russian 1.mp3

0:16:18.7

Russian 1.mp3

00:00:00
Speaker 1 (B):     Приветствую, Олег Анатольевич?
Speaker 2 (О.А.):  Привет, приветствую!
Speaker 1 (B):     Сразу узнал. Владимир меня зовут.
Speaker 1 (B):     Давно ждете?
Speaker 2 (О.А.):  Добрый день. Да нет, пару минут как зашел. Кофе?
Speaker 1 (B):     Да не, я чайку. Пробки задрали. Да вроде усмотрел, по Яндексу 3 балла, а встал на полчаса на Садовом. Да, девушка, чай зеленый, пожалуйста. Ага.

0:00:35.0
Speaker 2 (О.А.):  Да, Владимир, честно говоря, мне все это так немножко странно: вдруг звонит какой-то неведомый мне Максим, потом называет какого-то Марка, теперь вот вы...
Speaker 1 (B):     Да нет, тут все нормально. Вы, журналисты, давно задели эту болезненную серьезную тему, но не обладаете реальной информацией.

0:01:04.7
Speaker 2 (О.А.):  Да ладно.
Speaker 1 (B):     Да так и есть! Так оно и было в действительности. Что будет. Все это серьезно.
Speaker 2 (О.А.):  О чем Вы?
Speaker 1 (B):     Ну, как Вы уже поняли, я и Максим представляем интересы Уильяма Браудера – ну, того самого, о котором Вы столько написали и в общем-то без каких-либо оснований, обвинив его в мошенничестве, <indiscernible> (0:01:29.1-0:01:32.0) ... список Магнитского...незаконно

0:01:32.5
Speaker 2 (О.А.):  Нет, нет, нет! Не так уж все и беспочвенно. У меня имеются определенные доказательства, документы... И давайте так: Вы ведь сами отлично знаете, что Браудер еще со времен <indiscernible> (0:01:47.2) СААФы, с 98-го замешан и в этом транше МВФ (4,7 миллиарда), и потом эта история с махинациями, с акциями предприятий, потом – Магнитский... Ведь его смерть, давайте так, кому была нужна? Только Браудеру. Я-то знаю, иначе зачем весь этот блеф со списком, законом? Знаю, знаю об этом... Знаю.

0:02:11.5
Speaker 1 (B):     Ой...
(Telephone bell ring)
Speaker 1 (B):     Я извиняюсь, сейчас...
Speaker 2 (О.А.):  Да, да...
Speaker 1 (B):     (отвечает по телефону) Да, Максим, да, все, я уже с Олегом Анатольевичем беседую... Общаемся ... Да, узнал, конечно! Ага ... Все, ну давай, на связи. Ага.

0:02:31.1
Speaker 1 (B):     Извините.
Speaker 2 (О.А.):  Да, да, да. Вот – насчет Магнитского...
Speaker 1 (B):     Ну, Магнитский – это отдельная тема. Тут проблема вот в чем: Вы тут сказали на «Вестях», что дважды общались с ним. А вот девятого мы пробивали. Вы, действительно, вполне могли с ним общаться – в Бутырке, ну все совпадает по датам и даже по дням, ну и по другой информации. Но от тех, кто с ним тоже общался, Магнитский говорил про Вас.

0:03:07.1

1

Russian 1.mp3

| | |
|---|---|
| Speaker 2 (O.A.): | Хм! Если в принципе Вы сомневаетесь в моих словах, то имеет ли Вам смысл вообще наше общение, не знаю. |
| Speaker 1 (B): | Нет, простите-простите. В том-то и дело, что не сомневаемся. Тут все очень серьезно. Уверены, что так и было. Даже в том, ну знаем, что Сергей Вам мог сказать. |
| Speaker 2 (O.A.): | Так что изменилось вообще? Не понял. |

0:03:32.2

| | |
|---|---|
| Speaker 1 (B): | Да тут такая история… Давайте будем откровенны. Браудер делает Вам, на мой взгляд, интересное предложение. Точнее, делаю его я, как бы от его имени. Первое: можно подробно, что Вам говорил Магнитский при встрече? Это важно. Можно это подробно? |
| Speaker 2 (O.A.): | Гм-гм… |
| Speaker 1 (B): | Как раз из этого будет сформулировано окончательное предложение, то есть, исходя из этого. Поймите меня правильно. |

0:04:01.4

| | |
|---|---|
| Speaker 2 (O.A.): | Ну … Ну, не знаю. Но я б не хотел подробно. Это, так сказать, мой эксклюзив. Я ведь … Поймите, все-таки я журналист и занимаюсь темой Браудера – списка там и так далее. И тут, можно сказать, обладаю определенными знаниями по этой теме. |
| Speaker 1 (B): | Поймите, Олег: Магнитский мертв, и ничего не сможет ни опровергнуть или подтвердить. Именно в этом и состоит моя задача, точнее, от меня требует шеф. |

0:04:34.4

| | |
|---|---|
| Speaker 2 (O.A.): | Угу … Владимир, Владимир. Давайте так. Скажу Вам одно: Сергей не сказал ни одного хорошего слова о Браудере. Ничего не сказал, что подтверждало бы вообще всю эту историю с хищением двухсот миллионов в России… |
| Speaker 1 (B): | Нуууу… |
| Speaker 2 (O.A.): | Да, да, да. Именно так. А знаете, в тюрьме, в основном, бывают люди откровенны, поймите. Тем более, когда встречают … |

0:05:00.0

| | |
|---|---|
| Speaker 2 (O.A.): | … еще и журналиста. Ладно, давайте так. Вкратце: он говорил, что есть какие-то очень высокопоставленные люди – руководители, которые находятся в Америке там, в Англии. Они ему пообещали, что если он будет молчать о том немногом, что знает – ну, про их дела, делишки там, – а будет говорить то, что они ему передавали, ну, что просили сказать, то они решат с подпиской о невыезде. Мол, у него уже почти год под стражей, они пообещали его вытащить на волю – там подписка, вроде бы, и т. д. Поняли, о чем я, в принципе? |

0:05:40.7

| | |
|---|---|
| Speaker 1 (B): | Ну да. |
| Speaker 2 (O.A.): | Угу, угу … Ну еще рассказывал про обещанных ему, насколько я сейчас уже понимаю, тоже Браудером каких-то новых крутейших адвокатов, там, высокопоставленных, которые решают любые вопросы. И они должны будут решить с подпиской о невыезде вместо СИЗО, и вообще, чтоб все закончилось там, может, символическим условным каким-то, не знаю. Деньги тоже… Еще говорил, что думает, что его кинули. Кстати вот: говорил о том, что … |

0:06:15.7

| | |
|---|---|
| Speaker 1 (B): | Его кинули? |

2

Russian 1.mp3

| | |
|---|---|
| Speaker 2 (O.A.): | Да. Его кинули, потому что он молчит, как и просили, и говорит то, что нужно, но ничего не происходит. Вот вдумайтесь в это: ничего не происходит из того, что было обещано ему. Ну и всяко разно там: про здоровье был разговор, плохо ему, врачи там, суки такие, блин, – обычные вопли, знаете, … |
| 0:06:40.0 | |
| Speaker 1 (B): | Угу |
| Speaker 2 (O.A.): | …ранее несудимого первохода. |
| Speaker 1 (B): | Гы, да… |
| Speaker 2 (O.A.): | Да. Да, да, да. Ну, кто не сидел раньше и впервые столкнулся с чудесами тюремной медицины… В общем, ну вот такое. |
| Speaker 1 (B): | Ну, в принципе, я так и думал. Давайте так. Теперь все более или менее встало на свои места. Я могу сформулировать предложение? |
| 0:07:03.5 | |
| Speaker 2 (O.A.): | Ваше – или Браудера? |
| Speaker 1 (B): | Давайте не разделять. В этом случае я говорю от его имени. |
| Speaker 2 (O.A.): | Хм. Ну ОК, давайте. Давайте не разделять. |
| Speaker 1 (B): | Да. Значит, нам нужно, чтобы Магнитский на Ваших встречах говорил Вам ту историю, которую сейчас раскручивают везде. То есть, он откопал хищения, и за это его прессуют. Прессуют участники списка. Ну, Вы их знаете: менты, следователи и прочая банда, которые уничтожили потом бедного Сережу. Умного, грамотного юриста, толкового. Ну, он нашел многомиллионные хищения из бюджета России, – Вы же не будете это отрицать? Ну, то есть, что он Вам говорил, что его пытают, мучают и т. д., чтобы он заткнулся. Угрожают. Он боится, что его убьют. Ну, очень боится. Понимаете, о чем я? |
| 0:07:30.0 | |
| 0:08:02.4 | |
| Speaker 2 (O.A.): | Гы, Вы… Вы предлагаете мне соврать? |
| Speaker 1 (B): | Да нееет … Просто иначе посмотреть на ситуацию. С другого ракурса. |
| Speaker 2 (O.A.): | Ну и чё дальше? Дальше? |
| Speaker 1 (B): | Ну, Вы пишете большую статью. Типа, ну там название придумайте «Мои диалоги с Магнитским». Мы ее согласовываем. Тему статьи саму, саму … |
| 0:08:32.2 | |
| Speaker 2 (O.A.): | Угу, угу, угу. |
| Speaker 1 (B): | … саму тематику. Публикуете здесь, в России. Потом запускаем по всему миру. На всех языках. Ну, я думаю, что это будет бомба, которая подтвердит все, что делает Браудер … |
| Speaker 2 (O.A.): | Угу. |
| Speaker 1 (B): | … в настоящее время. Мы подключим штатовские СМИ, английские там, ну не проблема. Ну, Европа будет на нашей стороне. А потом было бы здорово, чтобы Вы еще и дали показания нашим адвокатам, ну, по этой же теме. |
| 0:09:00.3 | |
| Speaker 2 (O.A.): | Гм, понял. |
| Speaker 1 (B): | И еще мы Вам предоставим некоторые документы про тех участников списка. Ну, знаете, о каком списке я говорю. |
| Speaker 2 (O.A.): | Угу. |
| Speaker 1 (B): | И не только тех, кто в списке. И еще там есть другие персоны, которые Вам тоже будут интересны. Чтоб они под закон Магнитского окончательно приплыли. |
| 0:09:28.8 | |
| Speaker 2 (O.A.): | Угу. |

3

Russian 1.mp3

| | |
|---|---|
| Speaker 1 (B): | И это будет еще материал <indiscernible> 0:09:32.6 ... поверьте мне. Ну, музыку по согласованию с нами. Только так. |
| Speaker 2 (O.A.): | То есть? То есть – ? Не понял немного. |
| Speaker 1 (B): | Ну как не поняли? Ну, Вы работаете с нами. Практически, я предлагаю Вам работу с нами. А что вдруг так резко изменили позицию? Как Вам будет? Ну, Вам просто попали документы и некоторые ... |

0:10:00.0

| | |
|---|---|
| Speaker 1 (B): | ...люди Вам рассказали, что же происходило в действительности. И Вы прозрели! Такой вариант Вас устроит? |
| Speaker 2 (O.A.): | Да, прозрел! А прошлые публикации, в «Вестях» мое выступление, вся эта история с <indiscernible> (0:10:13.9) Кацылами... Ну, давайте так: ведь реально там люди-то не при делах абсолютно, и в «Вестях» я уже начал рассказывать, что говорил Магнитский. Как с этим быть? |
| Speaker 1 (B): 0:10:30.3 | Ну, Вы ведь чуть сказали, что толком не акцентировались. |
| Speaker 2 (O.A.): | Нет. |
| Speaker 1 (B): | Как я понял. Ну, я внимательно слушал запись, шеф наверняка тоже. И именно... |
| Speaker 2 (O.A.): | Это радует! |
| Speaker 1 (B): | ... это и дало нам окончательный толчок на нашу встречу с Вами. Вот Вы раньше писали и сейчас, когда про Магнитского зашло, сейчас пишете. Но можно все переиграть. То есть ... |
| Speaker 2 (O.A.): | Как это? |
| Speaker 1 (B): 0:11:02.5 | ... продолжить в подробностях, которые будут такими, ну как я Вам расскажу. А по Кацылу все очень сложно. Поймите: нам ни в коем разе нельзя проиграть дело в Штатах. НЕЛЬЗЯ. |
| Speaker 2 (O.A.): | Вот так все серьезно? |
| Speaker 1 (B): | Ну, это первое дело по закону Магнитского. Улавливаете? |
| Speaker 2 (O.A.): | Угу. |
| Speaker 1 (B): 0:11:30.7 | Если оно развалится, мы-то понимаем, что Кацыл не при делах. Так если оно развалится, то вся история с Магнитским – список, закон и так далее – пойдет прахом. А этого нельзя допустить. Поймите: это всё преступники, все участники списка. Кацыл тот же самый. Коррупция, то да сё. Все не так просто. Мы же не невинных людей положили под Магнитского. Мы же преступников туда... |
| Speaker 2 (O.A.): 0:12:01.3 | Понимаю, понимаю. Понимаю достаточно хорошо. Но ведь Вы меня толкаете, давайте так говорить, на откровенную ложь. Это же полная смена позиции. Ну, правда же, ну? Поймите, это же все, что делал пять лет я – писал, то есть, это – псу под хвост? |
| Speaker 1 (B): 0:12:30.1 | Да нет. Ну, в общем, давайте так: мы можем помочь Вам. И, по сути, я для этого и вел весь разговор. Это будет сто тысяч. Сто тысяч фунтов. |
| Speaker 2 (O.A.): | Простите, но я больше в долларах понимаю. Фунт – это сколько? |
| Speaker 1 (B): | Ну, это порядка ста шестидесяти зеленых рублей, то есть долларов. Даже чуть больше. Можем кэшем, можем куда-то отправить. Ну, опять же, разумеется, не сюда, не в ваш российский банк. Подумайте, как – механизм, и нам сообщите, как Вам... |
| Speaker 2 (O.A.): 0:13:02.1 | Не слабо! Похоже, что вам это серьезно нужно. |
| Speaker 1 (B): | Ну, еще бы! Поэтому мы со всем доверием к Вам, в открытую, по-честному. Как решите? |

4

Russian 1.mp3

| | |
|---|---|
| Speaker 2 (O.A.): | Ойй. А скажите немного не по теме. Можно так? |
| Speaker 1 (B): | Ну давайте. |
| Speaker 2 (O.A.): 0:13:30.0 | Кто такой загадочный Марк, с которым я должен был вместо Вас встречаться? Ну, который якобы слишком известен. Я вот, грешным делом, подумал, а это не Марк Фейгин, адвокат? |
| Speaker 1 (B): 0:13:58.0 | Фейгин? Интересный вопрос. Простите, но шеф решил не светить Марка. И поэтому без обид, но я не отвечу на Ваш вопрос. Нормально так сформулировал? Вы не обижайтесь, но я тоже просто исполнитель рядовой. Ну, так какое Ваше решение по моему предложению? |
| Speaker 2 (O.A.): | Ну как Вам сказать? Предложение, конечно, интересное. Особенно мне интересны документы, которые Вы пообещали. Может быть, они действительно перевернут мое мнение, не знаю. Слушайте, давайте сделаем так: мне нужен небольшой тайм-аут на обдумывание. Ну, надо посмотреть все, что делалось раньше, проанализировать. Короче, нужна ну, хотя бы неделька, как бы. |
| Speaker 1 (B): 0:14:30.0 | Так. Ну, нормально, это терпит. Только вот не хотелось бы, чтобы наша беседа, наше предложение куда-то выплыло … |
| Speaker 2 (O.A.): 0:15:00.0 | Не надо. Не надо, вот этого не надо, Владимир. Я понимаю, как бы, всю серьезность. Давайте созвонимся на неделе, и я Вам отвечу. Честно говоря, у меня не очень лежит душа к этому всему. Ну не лежит всё. Ну, обещать подумать … Ну обещаю, да, да, да. Там. Может и придем … |
| Speaker 2 (O.A.): | … к какому-то консенсусу, не знаю. Хочу подумать и взвесить каждую детальку. Это серьезно и это интересно, – но, но, но… Слишком много от меня требуется. Поймите меня правильно. |
| Speaker 1 (B): 0:15:30.5 | Ой. Олег, я еще раз хотел бы Вас попросить акцентировать Ваше внимание: все, о чем мы говорили, должно остаться между нами. В любом случае, при любом Вашем решении – положительном, отрицательном. Поймите меня правильно: если что-то выплывет, то, разумеется, и Браудер, и мы будем отрицать даже факт нашей встречи. |
| Speaker 2 (O.A.): | Ну, это понятно. Иначе быть и не может, и не могло изначально. |
| Speaker 1 (B): | Ну, давайте, я очень жду Вашего ответа и рад был познакомиться с таким журналистом. |
| Speaker 2 (O.A.): | Спасибо. Взаимно. |
| Speaker 1 (B): 0:16:00.0 | Так, пусть посчитают сейчас. Я убегаю … |
| Speaker 2 (O.A.): | Не, я сам, сам. У меня здесь еще одна встреча через полчаса. Я останусь. |
| Speaker 1 (B): | Ну, давайте, Олег Анатольевич, до связи. |
| Speaker 2 (O.A.): | Все, пока. Рад был … |
| Speaker 1 (B): | познакомиться |
| Speaker 2 (O.A.): | …ага. Все. На связи. |

0:16:18.7


TRANSPERFECT

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate transcriptions from Russian to Russian.

| "Russian 1.mp3_tx.docx" | "Russian 3.mp3_tx.docx" |
|---|---|
| "Russian 2.mp3_tx.docx" | "Russian 4.mp3_tx.docx" |
|  | "Голос 005.mp3_tx.docx" |

_____
Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

_____
Signature, Notary Public

_____
Stamp, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM


TRANSPERFECT

City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate translations from Russian to English.

| "Russian 1.mp3_tl.docx" | "Russian 3.mp3_tl.docx" |
|---|---|
| "Russian 2.mp3_tl.docx" | "Russian 4.mp3_tl.docx" |
| | "Голос 005.mp3_tl.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

Signature, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016  T 212.689.5555  F 646.219.1484  WWW.TRANSPERFECT.COM

# Exhibit 4 - Audio File "Russian1" to be hand delivered