Exhibit 5

[0:00:00.0]

[Noisy background music in the cafe]

Speaker 1: Hi. I arrived a bit earlier, but I see that you have arrived before me.

Speaker 2: Hi. Yes, I was having a lunch here with a colleague of mine.

Speaker 1: Greetings. Glad to see you.

Speaker 2: So am I. Want to order something?

Speaker 1: No, thanks.

Speaker 2: Why don't you have a seat? Let me arrange your chair here. It's OK now.

Speaker 1: Well, how are the things with you?

[0:00:30.9]

What decisions have you made?

Speaker 2: You mean, concerning the matter of our last conversation, right?

Speaker 1: Well, of course, the reason of my coming here is related to that, naturally.

Speaker 2: Would you allow to speak to you honestly, Volodya? Your proposal ... well, how should I put it right? I cannot take it, I am afraid. First of all, I don't think I can go against my own position I have been establishing for so many years now. I don't think I can do it.

0:01:00.5

You must realize that I have been investigating this story with the IMF loan, Kasyanov, Safra... [0:01:06.1] <indiscernible>, well, and Browder, respectively, for ten years now.

Speaker 1: Correct me, if I am mistaken, but you are offered a very good reward for that. The reward is very good, indeed. The payment proposed to you should cover your moral expenses, and satisfy your conscience.

Speaker2: Well, how can I explain this to you? This is not a matter of money, you understand me?

[0:01:30.8]

And, secondly, I have already taken certain moral obligations. Maybe, I speak with emotion, I don't know. Let me say, the moral obligations before Magnitsky. Frankly speaking, I don't want to tell lies. He is dead.

Speaker 1: Come on, Oleg. You are showing off.

Speaker 2: I am not showing off. Let's put it straight. I would prefer dropping out the discussion.

[0:02:00.1]

You made me an offer. I refused. I refused it.

Speaker 3: <waiter> Should I bring you the bill?

Speaker 2: Yes, please. Well, I refused your offer. In the most unambiguous manner, as Mr. [Vladimir] Zhirinovskiy says.

Speaker 1: How about this one? What if we raise the stake?

Speaker 2: <Giggling> You must understand, that I am not taking your proposal in principle. Please, don't take it amiss. Let Browder realize that ...

[0:02:32.4]

Speaker 1: Like hell he will. He made you so a lucrative offer. And you refuse it. Well, he is not going to understand it. I am convinced that he will initiate helluva lot of court cases against you, concerning our creative activities. Both in Europe and the US. Both in Europe and the US. You will not be allowed to travel abroad. You will not be able to go on holiday abroad further than to Turkey. Do you really want it?

[0:03:00.2]

Speaker 2: What, you are trying to threaten me again?

Speaker 1: Me? No, not at all! You may want to make inquiries how easy and elegantly Browder can reach his desired resolutions in the US courts. He has very strong ties there.

Speaker 2: I don't care about that, really. I am not going to travel to the US, either. To speak seriously, let's drop the subject, okay? We can have a glass of Cognac together, and dwell on unrelated topics. Let's stop discussing Browder, OK?

Speaker 1: All right, then. As you wish.

[0:03:30.8]

Why don't you make a solution? You have been offered really good money. It's a pity you refused the offer. Anyway, you should know that you have made a very good impression on me.

Speaker 2: Thank you. The feeling is reciprocal.

Speaker 1: Let's do the following. If I have anything to offer you on other topics, not related to Browder, I invite you to communicate more closely. Wouldn't you mind if I contact you when I have another offer?

[0:04:00.1]

Because I have so various factual information. Facts and arguments. You will be interested as a journalist.

Speaker 2: With my great pleasure. I will be delighted. Very delighted to communicate.

Speaker 1: Well, all right. It's time to say goodbye.

Speaker 2: How about a cup of coffee? Our meeting was so brief.

Speaker 1: No, thank you. I must be going. See you later.

[0:04:30.2]

Speaker 2: Okay. Well, so long. Let's call each other later.

Speaker 1: OK.

Speaker 2: All right. Goodbye!

[0:04:45.5]

**Голос 005.mp3**

[0:00:00.0]

[Background music in the cafe]

Speaker 1 : Привет. Я вот раньше появился. А вы тут еще раньше.

Speaker 2: Приветствую. Да, я тут обедал с коллегой. Здравствуйте.

Speaker 1: Здравствуйте. Рад видеть.

Speaker 2: Взаимно. Что будете?

Speaker 1: Да, спасибо, ничего.

Speaker 2: Присаживайтесь. Так, давайте, я отодвину стул. Во, во, нормально.

Speaker 1: Ну, как у вас дела?

[0:00:30.9]

Какие решения приняли?

Speaker 2: Вы имеете ввиду, по нашему прошлому, да, разговору?

Speaker 1: Ну, конечно, цель моего прихода такая. Конечно, по поводу.

Speaker 2: Ну, давайте так говорить, откровенно, Володя. Мне ваше предложение ... ну как, ну, не совсем пошло, так сказать. Ну, во-первых, идти против собственной такой многолетней позиции, как бы... не очень представляется возможным.

0:01:00.5

Я ведь, поймите, той же историей с Нансеном, Касьяновым, Сафра [0:01:06.1] <indiscernible>, ну , и, соответственно, с Браудером, десять лет, практически занимаюсь.

Speaker 1: Но позвольте, вам же будет достойная предложена оплата. Достойно оплачено должно быть. Так сказать, гонорар соответствует вашим моральным издержкам. И вашей совести.

Speaker2: Ну, это .. как бы... Здесь дело, в общем-то, не в бабках, понимаете?

[0:01:30.8]

И , во-вторых, понимаете, я как-то уже вступил в определенные моральные обязательства. Ну, может быть, так пафосно сказано. Ну, не знаю. Ну, давай так, перед тем же Магнитским. И,откровенно говоря, мне бы не хотелось так уж врать. Его нет в живых.

Speaker 1: Да бросьте, Олег, это все понты, конечно.

Speaker 2: Ну, нет, не понты, пожалуй. Давайте так, не будем дискутировать.

[0:02:00.1]

Вы сделали предложение, я от него отказался. Я от него отказался.

Speaker 3: Вас рассчитать?

Speaker 2: Спасибо. Я от него отказался, и все, в общем. Однозначно, как говорил Жириновский.

1

**Голос 005.mp3**

Speaker 1: А если такой вот момент? Мы поднимаем ставки.

Speaker 2: <Giggling> Ну, поймите, это исключено в принципе. И не обессудьте, Володя. Пусть Браудер поймет для себя, что ...

[0:02:32.4]

Speaker 1: Да нет, ни хрена он не поймет. Он предложил такие вам сладкие условия, а вы отказываетесь. Ну, для него нереально. И вообще, я думаю, что по нашему творчеству он вас по судам затаскает. Как в Европе, так и в Штатах. Будете невыездным. Отдыхать дальше Турции вы не поедете. Нафиг вам такое?

[0:03:00.2]

Speaker 2: Что, опять угрожаете?

Speaker 1: Я? Да никоим образом! Можете поинтересоваться, как Браудер лихо в Штатовских судах разбирается. У него там все прекрасно прихвачено.

Speaker 2: Да мне-то что? Я в Штаты и не собираюсь как-то. Ну, если серьезно, то давайте закончим на эту тему, окей? Можем с вами, там, выпить коньяка, посидеть, пообщаться на отвлеченные темы. А по Браудеру все, закончили. Хорошо?

Speaker 1: Ну, ладно. Хозяин -барин.

[0:03:30.8]

Ну, а придумать решение? Деньги , как-бы, неплохие. Жаль, что отказались. А знаете, у меня от вас все-равно хорошее впечатление осталось.

Speaker 2: Спасибо. Взаимно. Взаимно.

Speaker 1: Давайте так. Если что у меня будет по другим темам, ну, кроме Браудера, давайте более плотно общаться. Вы же не против, если я как-нибудь с вами выйду на связь с каким-то другим предложением?

[0:04:00.1]

У меня ведь много всякой разной фактуры бывает. Фактов, аргументов. Журналисту интересно будет. А, как?

Speaker 2: С удовольствием, конечно. Буду рад. Буду рад. Буду рад пообщаться.

Speaker 1: Ну, ладно. Прощаюсь.

Speaker 2: Так, может быть кофейку там, так сказать? А то так бегом, бегом.

Speaker 1: Нет, все, пока. Я, это самое пошел. Давайте.

[0:04:30.2]

2

Голос 005.mp3

3

Speaker 2: Ой. Все, ладненько. Давайте созвонимся.

Speaker 1: Давайте.

Speaker 2: Ага. Все, пока.

[0:04:45.5]

3



City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate transcriptions from Russian to Russian.

| "Russian 1.mp3_tx.docx" | "Russian 3.mp3_tx.docx" |
|---|---|
| "Russian 2.mp3_tx.docx" | "Russian 4.mp3_tx.docx" |
|  | "Голос 005.mp3_tx.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

_____
Signature, Notary Public

_____
Stamp, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15



City of New York, State of New York, County of New York

I, Daniel Boisson, hereby certify that the documents listed below are, to the best of my knowledge and belief, contain true and accurate translations from Russian to English.

| | |
|---|---|
| "Russian 1.mp3_tl.docx" | "Russian 3.mp3_tl.docx" |
| "Russian 2.mp3_tl.docx" | "Russian 4.mp3_tl.docx" |
| | "Голос 005.mp3_tl.docx" |

Daniel Boisson
Project Manager

Sworn to before me this
February 5, 2015

Signature, Notary Public

YESENIA BOSCH
Notary Public - State of New York
NO. 01BO6239268
Qualified in New York County
My Commission Expires 4/18/15

Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016   T 212.689.5555   F 646.219.1484   WWW.TRANSPERFECT.COM

# Exhibit 5 - Audio File "Durux005" to be hand delivered