UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                Plaintiff,    :    13-cv-6326 (TPG)
                                          :
        v.                               :    ECF CASE
                                          :
PREVEZON HOLDINGS LTD. *et al.*,          :    **ORDER**
                                          :
                Defendants.   :
                                          :
                                          :
------------------------------------------x

       For the reasons discussed at the March 9, 2015 hearing, the court grants the motion to quash the Aspen Subpoenas purportedly served on William F. Browder ("Browder") and other non-parties. (Dkt. No. 111).

       For the reasons also discussed at the March 9, 2015 hearing, the court holds that Browder was properly served with the New York Subpoena. The court further finds that Browder "regularly transacts business in person" in New York as CEO of Hermitage Capital, and as an author and activist. *See* Fed. R. Civ. P. 45(c). The court thus holds that Browder is subject to deposition in New York under Rule 45 of the Federal Rules of Civil Procedure. The New York Subpoena is now returnable April 15, 2015.

       The court reiterates the need to minimize the time and expense involved in litigating any remaining issues pertaining to the New York Subpoena. To that end, the parties and Browder should confer to narrow such issues and to

reach agreements on scope and confidentiality. If issues remain in dispute, the parties and Browder shall submit letters to the court outlining their positions no later than March 13, 2015, in advance of the next scheduled status conference. Such letters must not exceed three pages.

This order resolves the entries listed as items 111 and 226 on the docket.

SO ORDERED.

Dated: New York, New York
       March 10, 2015

Thomas P. Griesa
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/15