# EXHIBIT 2

Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO: William Browder
Hermitage Capital Management
Grafton House
2-3 Golden Square
W1F 9HR London

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 480 (via North elevators), in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place.

Appearance Date: 3/31/2014 Appearance Time: 10:00 a.m.
Appearance Place: 500 Pearl Street, Courtroom 20B
to testify and give evidence in the following matter:
U.S. v. Prevezon Holdings Ltd., et al. 13 Civ 6326 (TPG)

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following: **SEE ATTACHED RIDER**

**Personal appearance is not required** if the requested records are (1) produced by on or before the return date to Special Agent Todd Hyman, Department of Homeland Security, 601 W. 26th Street, Suite 700, New York, NY 10001, 347-680-8524, todd.hyman@ice.dhs.gov; and (2) accompanied by an executed copy of the attached Declaration of Custodian of Records. PLEASE PRODUCE THE RECORDS IN ELECTRONIC FORMAT, IF POSSIBLE.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED: New York, New York
March 3, 2014

*[signature]*
PREET BHARARA
*United States Attorney for the*
*Southern District of New York*

*[signature]*
Andrew C. Adams
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone: 212-637-2340

## RIDER

(William Browder, Subpoena of March 3, 2014)

Please provide any and all records in your possession relating to any UBS bank accounts held in the name of Prevezon Holdings, Ltd., its affiliates, parents, directors, or employees.

## IMPORTANT: REQUEST FOR NON-DISCLOSURE

Due to the ongoing nature of the investigation, it is requested that you do not disclose any information relating to this Grand Jury subpoena request to any third party.

## Declaration of Custodian of Records

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
             (name of declarant)

    I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

    I am in receipt of a Subpoena, dated March 3, 2014, and signed by Assistant United States Attorney Andrew C. Adams, requesting specified records of the accountholder and/or business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the Subpoena:

    (1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

    (2) were kept in the course of regularly conducted business activity; and

    (3) were made by the regularly conducted business activity as a regular practice.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
            (date)

_____
(signature of declarant)

_____
(name and title of declarant)

_____
(name of business)

_____
(business address)

_____

Definitions of terms used above:
As defined in Fed. R. Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed. R. Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.