Exhibit C

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

December 18, 2014

**VIA ECF**
**VIA FIRST CLASS MAIL**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Prevezon Holdings Ltd. et al., No. 13-CV-6326*

Dear Judge Griesa:

We represent Defendant Prevezon 1810 USA, LLC ("Prevezon 1810"), which has an interest in the defendant property at issue in the above-referenced action. Prevezon 1810 holds a 100% ownership interest in the following property, which is a defendant *in rem* in the above-referenced action:

> ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********9128 HELD IN THE NAME OF PREVEZON 1810 USA, LLC (THE "PREVEZON 1810 ACCOUNT").

Prevezon Holdings Limited ("Prevezon Holdings") received funds from Leonid Dmitrievich Petrov. Prevezon Holdings purchased an apartment, which was allocated to Mr. Petrov. Prevezon Holdings and Mr. Petrov signed an agreement stating that the apartment belonged to Mr. Petrov, but would be maintained in the name of Prevezon 1810. Prevezon 1810 has since sold the apartment and is holding the funds in a bank account for Mr. Petrov.

Sincerely,

John W. Moscow

cc:    Christine I. Magdo, Assistant U.S. Attorney, S.D.N.Y.
       Paul M. Monteleoni, Assistant U.S. Attorney, S.D.N.Y.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

## VERIFICATION

I, Denis Katsyv, make this verification on my own behalf.

I have read the foregoing Letter Claim of Prevezon 1810 USA, LLC by John Moscow of Baker & Hostetler LLP to the Amended Complaint in United States v. Prevezon Holdings Ltd., No. 13-CV-6326 (S.D.N.Y. filed November 5, 2014), and know the contents of the Letter Claim.

I am informed and believe that the matters stated are true and on that basis I declare that the matters stated are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2014 at Moscow, Russia.

_____
Denis Katsyv