# Exhibit D

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

December 18, 2014

**VIA ECF**
**VIA FIRST CLASS MAIL**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Prevezon Holdings Ltd. et al.*, No. 13-CV-6326

Dear Judge Griesa:

We represent Defendant Prevezon Holdings Limited ("Prevezon Holdings"), which has an interest in the defendant property at issue in the above-referenced action. Prevezon Holdings holds a 100% ownership interest in Prevezon Alexander LLC, and a 95% ownership interest in Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810 USA, LLC, Prevezon 2009 USA, LLC, and Prevezon 2011 USA, LLC.

By way of these ownership interests, Prevezon Holdings claims an interest in the following properties, which are defendants *in rem* in the above-referenced action:

> ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********8293 HELD IN THE NAME OF PREVEZON ALEXANDER LLC (THE "PREVEZON ALEXANDER ACCOUNT").

> APPROXIMATELY $4,429,019.44 HELD BY THE UNITED STATES AS A SUBSTITUTE RES FOR ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS ALEXANDER CONDOMINIUM, 250 EAST 49th STREET, NEW YORK, NEW YORK 10017, UNIT COMM3 (THE "250 EAST 49th STREET, UNIT COMM3 SALE PROCEEDS").

> ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********8084 HELD IN THE NAME OF PREVEZON SOHO USA LLC (THE "PREVEZON SOHO ACCOUNT").

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case 1:13-cv-06326-TPG Document 293-4 Filed 07/08/15 Page 2 of 5

Honorable Thomas P. Griesa
December 18, 2014
Page 2

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********6021 HELD IN THE NAME OF PREVEZON SEVEN USA LLC (THE "PREVEZON SEVEN ACCOUNT").

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********8242 HELD IN THE NAME OF PREVEZON PINE USA, LLC (THE "PREVEZON PINE ACCOUNT").

APPROXIMATELY $1,046,530.04 HELD BY THE UNITED STATES AS A SUBSTITUTE RES FOR ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 2308 (THE "20 PINE STREET, UNIT 2308 SALE PROCEEDS").

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********8349 HELD IN THE NAME OF PREVEZON 1711 USA, LLC (THE "PREVEZON 1711 ACCOUNT").

APPROXIMATELY $894,026.21 HELD BY THE UNITED STATES AS A SUBSTITUTE RES FOR ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1711 (THE "20 PINE STREET, UNIT 1711 SALE PROCEEDS").

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********9128 HELD IN THE NAME OF PREVEZON 1810 USA, LLC (THE "PREVEZON 1810 ACCOUNT").

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********9102 HELD IN THE NAME OF PREVEZON 2009 USA, LLC (THE "PREVEZON 2009 ACCOUNT").

APPROXIMATELY $1,379,518.90 HELD BY THE UNITED STATES AS A SUBSTITUTE RES FOR ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 2009 (THE "20 PINE STREET, UNIT 2009 SALE PROCEEDS").

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER **********5882 HELD IN THE NAME OF PREVEZON 2011 USA, LLC (THE "PREVEZON 2011 ACCOUNT").

ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816 ("20 PINE STREET, UNIT 1816").

Honorable Thomas P. Griesa
December 18, 2014
Page 3

A DEBT OF 3,068,946 EUROS OWED BY AFI EUROPE N.V. TO PREVEZON HOLDINGS RESTRAINED BY THE GOVERNMENT OF THE NETHERLANDS ON OR ABOUT JANUARY 22, 2014 (THE "AFI EUROPE DEBT").

Prevezon Holdings manages investments for investors. These are mostly general rather than specific investments and, consequently, Prevezon Holdings does not hold these investments as bailee for its investors. If the Court disagrees, Prevezon Holdings retains the right to amend its claim.

Prevezon Holdings received funds from Leonid Dmitrievich Petrov. Prevezon Holdings purchased an apartment, which was allocated to Mr. Petrov. Prevezon Holdings and Mr. Petrov signed an agreement stating that the apartment belonged to Mr. Petrov, but would be maintained in the name of Prevezon 1810 USA, LLC ("Prevezon 1810"). Prevezon 1810 has since sold the apartment and is holding the funds in a bank account for Mr. Petrov.

Based on those facts, pursuant to Supplemental Rule G(5)(a)(iii), Prevezon Holdings states that it has an interest which may be as a bailee in property for whom the bailor would be Mr. Petrov. Mr. Petrov has given Prevezon Holdings authority to file this claim on his behalf.

As to the real estate, securities, and currency listed, Prevezon Holdings asserts its interest.

Sincerely,

*/s/ John W. Moscow*

John W. Moscow

cc: Christine I. Magdo, Assistant U.S. Attorney, S.D.N.Y.
Paul M. Monteleoni, Assistant U.S. Attorney, S.D.N.Y.

## VERIFICATION

I, Denis Katsyv, make this verification on my own behalf.

I have read the foregoing Letter Claim of Prevezon Holdings Limited by John Moscow of Baker & Hostetler LLP to the Amended Complaint in *United States v. Prevezon Holdings Ltd.*, No. 13-CV-6326 (S.D.N.Y. filed November 5, 2014), and know the contents of the Letter Claim.

I am informed and believe that the matters stated are true and on that basis I declare that the matters stated are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2014 at Moscow, Russia.

_____
Denis Katsyv