# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

July 9, 2015

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

**VIA ECF**

Honorable Thomas P. Griesa
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *United States of America v. Prevezon Holdings Ltd., et al.*
Case No.: 1:13-cv-06326-TPG

Dear Judge Griesa:

We write in response to A.U.S.A. Paul Monteleoni's letter of yesterday, seeking an immediate decision of the currently pending motion to dismiss. We attach as Exhibit A a letter the Defendants sent to him two days ago giving the Government the opportunity to inform you and the Court of Appeals of the erroneous allegations in the Amended Verified Complaint. Rather than correct the statements the Government knows to be wrong, he wrote to this Court asking for an immediate ruling.

The Government is urging you to decide a motion on previously pleaded facts that it knows to be without merit. In its disclosures on June 15, 2015, the Government abandoned the tracing shown on Exhibit B of the Amended Verified Complaint. On August 21, 2014, the Russian Federation told the Government that "[w]e found no evidence supporting any such transactions." Without disclosing this report, the Government presented to you an Amended Verified Complaint with the initial tracing allegations unchanged and you approved an Amended Protective Order. The Government briefed the motion to dismiss and recent appeal without informing you or the Court of Appeals that its tracing analysis is without merit. The Government is now asking you to decide the motion to dismiss without telling you that you would be relying upon allegations that it has since abandoned.

      We are working on an appropriate motion, addressing the impact of the Government's disclosures, which we will be filing next week. We request that you await this pleading before deciding the pending motions to dismiss.

                                                  Respectfully,

                                                  /s/ John Moscow
                                                  John W. Moscow