IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PREVEZON HOLDINGS LTD. *et al*,<br><br>Defendants. | Case No. 1:13-cv-06326 (TPG)<br><br>ECF CASE |

**DECLARATION OF SETH TAUBE IN SUPPORT OF
KOLEVINS AND FERENCOI'S MOTION FOR PROTECTIVE ORDER**

I, SETH TAUBE, declare under the penalty of perjury, that the following is true and correct:

1. I am a partner in the Law Firm of Baker Botts L.L.P. ("Baker Botts") in New York, New York and I am an attorney of record in the above-captioned case.

2. Attached as Exhibit A is a true and correct copy of a letter from myself to the Government dated July 16, 2015.

3. Attached as Exhibit B is a true and correct copy of a letter from the Government to John Moscow dated July 20, 2015.

4. Attached as Exhibit C is a true and correct of the Government's Second Set of Requests for the Production of Documents dated February 14, 2014.

5. Attached as Exhibit D is a true and correct copy of the Government's Third Set of Requests for the Production of Documents dated April 1, 2015.

Dated: July 29, 2015                    /s/ Seth T. Taube
                                        Seth Taube