UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2015
```

-------------------------------------------x
                :

UNITED STATES OF AMERICA,         :

            Plaintiff,       :       13-cv-6326 (TPG)

              v.           :       ECF CASE

PREVEZON HOLDINGS LTD. *et al.*,  :      **ORDER**

           Defendants.    :
                :

-------------------------------------------x

On July 29, 2015, defendants Kolevins and Ferencoi filed a motion for a protective order regarding discovery. (Dkt. No. 304.) The Government has previously served three sets of document requests on all defendants in this action, including Kolevins and Ferencoi. Because Kolevins and Ferencoi have moved to dismiss for lack of jurisdiction, they have refused to comply with any discovery demands thus far. They seek a stay of discovery until the court resolves their motion to dismiss.

The court finds that there is "good cause" to enter the requested protective order. *See* Fed. R. Civ. P. 26(c). The motion is therefore granted. The Government is precluded from taking discovery against Kolevins and Ferencoi until the court resolves their motion to dismiss, pending at docket item 210. The court will resolve that motion expeditiously.

Additionally, the Government and the Prevezon Defendants have filed letter motions regarding a number of discovery disputes, and have submitted competing proposed schedules for discovery and a potential trial. (Dkt. Nos. 297, 302, 308.) The parties are ordered to appear

before the court for a conference to resolve these issues on August 13, 2015 at 2:30 p.m.

The Clerk of Court is directed to terminate the motions listed as items 297, 302, and 304 on the docket.

SO ORDERED.

Dated: New York, New York
July 30, 2015

THOMAS P. GRIESA
U.S. District Judge