UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America           Plaintiff,        Case No.  1:13-cv-06326-TPG

   -against-

Prevezon Holdings Ltd. et al    Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Lindsey Weiss Harris_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LW5359          My State Bar Number is  4955605

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME:  Wachtell, Lipton, Rosen & Katz
                FIRM ADDRESS:  51 West 52nd Street, New York, NY 10019
                FIRM TELEPHONE NUMBER:  212-403-1000
                FIRM FAX NUMBER:  212-403-2000

NEW FIRM:       FIRM NAME:  Kobre & Kim LLP
                FIRM ADDRESS:  800 Third Avenue, Floor 6, New York, NY 10022
                FIRM TELEPHONE NUMBER:  212-488-1200
                FIRM FAX NUMBER: 212-488-1220

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  October 30, 2015                    /s/ Lindsey Weiss Harris
                                            _____
                                            ATTORNEY'S SIGNATURE