UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PREVEZON HOLDINGS LTD., *et al.*,<br><br>　　　　　Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOW AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816 ("20 PINE STREET, UNIT 1816"), *et al.*,<br><br>　　　　　Defendants *in Rem*. | Case No. 1:13-cv-06326 (TPG)<br><br>ECF CASE<br><br><br>**NOTICE OF MOTION TO STRIKE AND FOR A PROTECTIVE ORDER OR, IN THE ALTERNATIVE, FOR DISCOVERY PURSUANT TO FED. R. CIV. P. 56(d)** |

**PLEASE TAKE NOTICE** that Defendants Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810 LLC, Prevezon 2009 USA, LLC, and Prevezon 2011 USA, LLC, through their attorneys Baker & Hostetler LLP and Baker Botts L.L.P., move this Court, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order striking the argument set forth at pages 13-15 of the Plaintiff's memorandum in support of its partial summary motion (Dkt. 398) (and the accompanying facts in its Rule 56.1 Statement) and entering a protective order pursuant to Fed. R. Civ. P. 26(c) barring the deposition of HSBC Suisse or, in the alternative and under Fed. R. Civ. P. 56(d), ordering Plaintiff to produce documents and witnesses from HSBC Suisse and William F. Browder and

his Hermitage Fund prior to Defendants' deadline to respond to the motion for partial summary judgment.

Dated: November 9, 2015
   New York, New York

Respectfully submitted,

s/ *Mark A. Cymrot*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
John W. Moscow
Mark A. Cymrot

**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
Seth Taube

*Attorneys for Defendants*