# Exhibit 2

**Appendix 1**

**PUBLIC OVERSIGHT COMMISSION**
**City of Moscow**
For Public Monitoring of Respect for Human Rights in Places of Detention and Assistance to Persons in Places of Detention

Address: 4 Luchnikov pereulok, Entrance 3, Room 22, Moscow, Tel: (495) 6211594

| | |
|---|---|
| Chairman of the Commission: | Valery Vasilyevich Borschev 8-916-588-64-67 |
| Deputy Chairpersons: | Lyubov Vasilyevna Volkova 8-916-588-64-50 |
| | Sergey Adamovich Kovalev (495) 433-13 65 |
| | Vladimir Grigoryevich[1] Khimanych 8-963-750-65-12 |

**REPORT**
**OF THE PUBLIC OVERSIGHT COMMISSION**
**FOR PUBLIC MONITORING OF RESPECT FOR HUMAN RIGHTS**
**IN PLACES OF DETENTION OF MOSCOW**

**ON ITS EXAMINATION OF S. L. MAGNITSKY'S DETENTION**
**IN MOSCOW PRETRIAL DETENTION CENTERS**

Beginning on November 20, 2009, shortly after it's became known of the case of S. L. Magnitsky and Magnitsky's death, Moscow Public Oversight Commission (MPOC) members V. V. Borschev (Chairman), L. V. Volkova (Deputy Chairwoman), T. A. Flerova (Secretary), L. I. Alpern, L. B. Dubikova, and Z. F. Svetova, conducted an examination of the conditions under which Sergey Leonidovich Magnitsky was detained in pretrial detention centers in the city of Moscow. During this period they visited Federal Detention Center FBU IZ-77/2 (Butyrka Pretrial Detention Center) and Federal Detention Center FBU IZ-77/1 (Matrosskaya Tishina Pretrial Detention Center) on more than one occasion. Meetings and talks were held with Vladimir Anatolyevich Davydov, Head of the Moscow Directorate of the Federal Penitentiary Service of Russia (UFSIN Moscow); Olga Filippovna Grigoryeva, Deputy Head for the Medical Unit of the Moscow Directorate of the Federal Penitentiary Service of Russia (UFSIN Moscow); Anastasiya Nikolayevna Chzhu, Assistant Head for Human Rights of the Moscow Directorate of the Federal Penitentiary Service of Russia (UFSIN Moscow); and the heads, employees and medical personnel of pretrial detention centers FBU IZ-77/1 of the Moscow Directorate of the Federal Penitentiary Service of Russia (UFSIN Moscow), FBU IZ-77/2 of the Moscow Directorate of the Federal Penitentiary Service of Russia (UFSIN Moscow), and FBU IZ-99/1 of the Federal Penitentiary Service of Russia (FSIN).

Sergey Leonidovich Magnitsky, born 4/08/1972. Citizen of the Russian Federation, lived in the city of Moscow. Education – higher (university graduate). Married with two children. Employment: auditor with Firestone Duncan. No prior criminal record. Charged under Article 199(2) of the Criminal Code of the Russian Federation. Detained since November 24, 2008.

ON THE TRANSFER OF S. L. MAGNITSKY FROM PRETRIAL DETENTION CENTER 99/1 (MATROSSKAYA TISHINA) TO PRETRIAL DETENTION CENTER 77/2 (BUTYRKA)

On July 25, 2009 S. L. Magnitsky was transferred from Pretrial Detention Center 99/1 (SIZO 99/1) of the Federal Penitentiary Service of Russia to Pretrial Detention Center 77/2 (SIZO 77/2) of Moscow Directorate of the Federal Penitentiary Service of Russia. In SIZO-99/1 three people were held in a 16 $M^2$ cell (~177 sq. ft.), which meets set standards. He received medical care: Matrosskaya Tishina has an inpatient medical facility, a hospital with a staff of doctors with various specialties, and medical equipment. There, "on July 1, 2009, Magnitsky was given an abdominal ultrasound to test for symptoms of disease of the organs of the digestive system.

---

[1] Translator's note: the source text gives "Grigor'nvich" but it is likely a typo.

Based on the results of the ultrasound he was diagnosed with 'calculous cholecystitis'. He was examined by a surgeon and scheduled for a follow-up ultrasound examination a month later and planned surgical treatment." These findings were signed by Doctor V. V. Stepanov, Lieutenant-Colonel of the Internal Service, the Head of the Medical Unit, and D. I. Vasilyev, Acting Head Colonel of the Internal Service. Then, a week before the scheduled follow-up ultrasound examination was to take place, after which the planned operation was to be performed, Magnitsky was transferred to SIZO-77/2 (Butyrka), which lacks the necessary service capability that Matrosskaya Tishina has." What were the reasons for the transfer?

Ivan Pavlovich Prokopenko, Head of Federal Penitentiary Service of Russia Pretrial Detention Center 99/1, explained the reasons as follows:

- We decided to renovate. And we needed to vacate the floor [of the building]. I asked a few investigators, and some of them agreed for the individuals under investigation by them to be transferred to a different pretrial detention center. One of them was O. F. Silchenko, Magnitsky's investigator. As a result we vacated the floor.

- How many people did you transfer to other pretrial detention centers?

- I don't recall.

- Well, about two, three, five people?

- Five or so.

If vacating the third floor was accomplished by transferring only "five or so people" to other pretrial detention centers, it means that the rest of the individuals under investigation who were in cells on that floor were able to be kept at this pretrial detention center. Why was Magnitsky, who was in need of serious medical care, not among them, but among those "five or so"?

"Well, I don't consider Magnitsky sick. Pretrial detention center inmates often try to pass themselves off as sick in order to improve conditions for themselves. We are all sick. I, for example, have osteochondrosis," I. P. Prokopenko answered irritatedly.

A subjective assessment of Magnitsky's health by I. P. Prokopenko is not important here; what matters is the unbiased opinion of the doctors. And Prokopenko was aware of that opinion. By transferring Magnitsky to Butyrka, I. P. Prokopenko deprived Magnitsky of the opportunity to receive needed medical care. And plans to carry out a renovation cannot justify that decision. Incidentally, the renovation has not yet began, although five months have already passed since Magnitsky was transferred out of Matrosskaya Tishina.

Did I. P. Prokopenko single-handedly initiate the transfer of S. L. Magnitsky from Matrosskaya Tishina to Butyrka? This question arose in connection with the fact that on February 21, 2009, by order of investigator O. F. Silchenko, S. L. Magnitsky was transferred from SIZO-77/5 to Temporary Detention Facility (IVS) No. 1 of the Main Directorate for Internal Affairs (GUVD) of the City of Moscow. Magnitsky's lawyers filed a complaint with the Office of the General Prosecutor of the Russian Federation, in which they noted, "In the absence of an objective, substantiated and lawful need to transfer S. L. Magnitsky from the pretrial detention center to the temporary detention facility for purposes of conducting investigative actions, especially actions that had already been conducted with him before at the pretrial detention center, and nothing prevented from conducting such actions, such a decision on the part of the investigator points exclusively to his intention to inflict psychological and mental pressure on him." I. P. Prokopenko said that this was his initiative, and that investigator O. F. Silchenko supported it. If Russian law regulates the transfer of convicts from one prison to another, and of defendants and suspects from a pretrial detention center to a temporary detention facility – which gave the lawyers grounds to protest the investigator's action – transfers from one pretrial detention center to another are not governed by law. And therefore the actions of Prokopenko and Silchenko in deciding to transfer Magnitsky from Matrosskaya Tishina to Butyrka were not restricted by law, and in so doing they were able to base themselves on such flimsy grounds as a putative repair, which five months later has still not even begun. This is a serious lacuna in the laws on the Correctional System.

ON CONDITIONS OF DETENTION IN PRETRIAL DETENTION CENTERS (SIZO)

On October 13, 2009, a month before his death, Sergey Magnitsky made a statement to investigator Gritsay of the Ministry of Internal Affairs of the Russian Federation Investigative Committee, which was added to the record of his criminal case, which was being investigated by the Ministry of Internal Affairs of the Russian Federation Investigative Committee, saying that conditions of detention were being made unbearable for him, with the investigation being aware of it:

"I believe that inhumane and degrading conditions of detention have been created for me in the pretrial detention center with the participation of investigator O. F. Silchenko, or with his tacit consent. During my time in detention, I have been transferred five times to four different places of detention. I am tired of counting the cells into which I have been transferred countless times. I have not been receiving medical care. I have been repeatedly denied visits with my mother and wife and telephone conversations with my young children, for far-fetched and invalid reasons. During my time in detention situations have been created for me as a result of which I have been deprived of the weekly right to use a shower, watch television, have a refrigerator, and simply live in normal conditions, or as normal as they can be at a pretrial detention center. I am certain that these unbearable conditions have been deliberately created for me with the investigation being aware of it. I am certain that the only way I can put a stop to all these violations of my dignity is to plead guilty to the trumped-up charges and to slander myself and others."

During the review of S. L. Magnitsky's detention at the pretrial detention center, MPOC members established that during his time in detention Magnitsky was moved to different pretrial detention centers three times.

Immediately after his arrest on December 2, 2008, Magnitsky entered SIZO-5. In the scant five months that Magnitsky spent at SIZO-5, he was repeatedly moved from one cell to another (he was held in 4 different cells total):

- Cell 206, 12 beds, 10 inmates, $48.2M^2$ (~ 535 sq. ft.) of floor space;
- Cell 309 (he was moved in connection with manufacturing activities), $32.1M^2$ (~ 356 sq. ft.) of floor space; 8 beds, 7 inmates.
- Cell 417, $56.2M^2$ (~ 625 sq. ft.) of floor space; 14 beds, 12 inmates.
- Cell 503, $36.4M^2$ (~ 400 sq. ft.) of floor space; 9 beds, 8 inmates.

The cells were equipped with screened-off toilets, sinks for washing up, a table, benches, a clothes closet, clothes hangers, lamps for daytime illumination and standby lighting, daylight windows, and forced ventilation.

Before his arrest Magnitsky was a healthy person. His city medical record contains no evidence of illnesses or complaints. In less than five months of detention he became ill.

On April 28 he was transferred to FBU SIZO-1 Matrosskaya Tishina where he was held through July 25, 2009.

On July 1 Magnitsky, who was then being held in SIZO-1 Matrosskaya Tishina, was given an ultrasound examination to test for diseases of the organs of the digestive system. The ultrasound examination did detect a disease, and Magnitsky was diagnosed with "calculous cholecystitis". Upon examination by a surgeon he was scheduled for a follow-up ultrasound a month later and planned surgical treatment. (The [medical] certificate was signed by Doctor Stepanov, Colonel of the Internal Service, the Head of the Medical Unit, and Acting Head D. I. Vasilyev.)

On July 25, 2009 Magnitsky was transferred from FBU SIZO-1 (hereinafter "Matrosskaya Tishina") to FBU IZ-77/2 (hereinafter Butyrka Prison). The follow-up examination and planned operation were not carried out.

On November 13 he took a sharp turn for the worse. On November 16 at 5:22 PM he was taken by an ambulance to SIZO-1 (Matrosskaya Tishina), where he died.

Such is the short version of the story.

During our review of Magnitsky's conditions of detention at SIZO-2 (Butyrka Prison) we arrived at the conclusion that the circumstances that led to the death of inmate S. L. Magnitsky cannot be evaluated separately from the course of the investigation of the criminal case. Magnitsky believed that the conditions created for him in Butyrka Prison attest to the fact that he was being pressured in this way in order to break his will with torturous conditions of detention and to obtain confessions, which gave him grounds to state:

"I am certain that these unbearable conditions are being deliberately created for me with the investigation being aware of it. I am certain that the only way I can put a stop to all these violations of my dignity is to plead guilty to the trumped up charges and to slander myself and others."

Two facts are cause for concern:

1.    On October 16, 2009 Magnitsky delivered a statement concerning a large-scale fraudulent operation in which high-level officials of the Ministry of Internal Affairs of the Russian Federation were draining money from state coffers. He provided a detailed outline of the fraudulent operation and specified names.

2.    On November 24 Magnitsky would have been in detention a year. The investigation lacked sufficient evidence of his guilt to begin judicial proceedings, so on November 13, at a session of the Tverskoy Court, a decision was issued to extend his detention period. In the process, employees of SIZO-2 (Butyrka Prison) submitted to the court, as if by chance, an improperly prepared statement of good health for Magnitsky, which served as the formal pretext for the court's refusal to release the seriously ill inmate on his own recognizance or on bail.

Based on the circumstances of inmate Magnitsky's detention in SIZO-2 (Butyrka Prison), the members of the MPOC concluded that physical and psychological pressure were indeed put on Sergey Magnitsky. To all appearances, the employees of the pretrial detention center understood this, too. D. Komnov, Head of SIZO-2 (Butyrka), showed MPOC members a note that he had Magnitsky write for him before his departure from Butyrka: "During my stay at the pretrial detention center no pressure, either physical or psychological, was put on me by either administration employees or cellmates." Why did he do that? The value of such statements made under duress is obvious, after all. Komnov explained: "In 2008, a man named Shcherbakov left SIZO Butyrka and died a week later in Matrosskaya Tishina. So I asked Magnitsky to write this." The description of the conditions of detention show that pressure did in fact take place. But there was also a fact about which Magnitsky wrote to the head of the medical unit. "On the evening of October 18, 2009, in cell number 708, where I was being held, a man was brought in and introduced as Dennis (he later said that his name was Leonid). This person acted strange." In particular, he asked Magnitsky why he had treated him the way he had, although Magnitsky was seeing him for the first time. He gave the impression of someone who was not all there mentally. Fearing for their own safety, Magnitsky and his cellmate took turns sleeping. Magnitsky's health deteriorated after that visit of the strange man.

**The right to adequate conditions of detention that are not degrading was violated.**

The fact that, in one year of detention, Magnitsky was transferred to different pretrial detention centers three times is unprecedented. Each time the inmate was transferred from one detention center to

another or from one cell to another, he left behind the refrigerator, television and some of the personal items provided by his relatives.

- In the last three months alone he was moved from cell to cell, and each cell was worse than the last. For example, until August 31 Magnitsky was held in cell number 267. In Butyrka Prison, in violation of the requirements of European Penitentiary Rules, which were approved by the Federal Penitentiary Service of Russia, on the need to provide a shower at least twice per week, inmates are taken to the shower once a week, according to a schedule. Cell number 267 was scheduled for showers on Tuesdays, the day of Magnitsky's arrival. On that day, after arriving at the prison, Magnitsky was not given a chance to shower, in violation of the requirements for sanitary processing during intake at a pretrial detention center.

On July 26 Magnitsky asked to be allowed to take a shower but received no response.

From 7/25 to 11/16/2009, S. L. Magnitsky was held in the following cells of SIZO-2 (Butyrka): 35, 52, 61, 59, 267, 305, 714 and 708. Magnitsky took his own notes about his detention in those cells.

Cell 267 – from 7/25 to 9/01. 10.8 $M^2$ (~ 120 sq. ft.) of floor space. Two other men were held with him for one day. Then there was a day alone, and after that he always had one cellmate. There were four beds in the cell. The cell had no spigot on the cold water pipe. On August 4 he asked for a spigot to be installed. There was no response. The cells in Butyrka Prison are equipped with a hot water pipe, but hot water is not supplied to the cells, and the spigots are sealed. In accordance with the Rules and Regulations, if there is no hot water in the cells, the administration is required to supply hot water for washing laundry and boiled water to drink, every day. In cell number 267, where Magnitsky was placed during his transfer to Butyrka Prison, there was no hot water, no water boiler, and no teakettle. His water boiler was taken away from him during intake and sent to storage. He immediately submitted a written request to be given his own water boiler from storage. He requested boiled water to drink. He was refused boiled water, and he received the water boiler only a week after. As a result he went for six days without boiled water, which impacted his health.

At night the electric power supply to the wall sockets is turned off.

On July 26, 2009 during morning rounds Magnitsky submitted several written requests to pretrial detention center administration representatives, including for his own water boiler to be given to him from personal property storage. In violation of Article 91 of the Rules and Regulations, which were approved by Order No. 189 dated October 14, 2005 of the Ministry of Justice of the Russian Federation, Magnitsky's requests were not accepted, the reason given being that requests are not accepted on weekends. The requests were accepted only on the following day, July 27.

On July 29, 2009 during cell rounds Magnitsky made an oral complaint that he was not being given his water boiler.

On July 30 Prison authorities suggested that he write another request to be given his water boiler, since the previous one had been lost. Even so, he did not receive the water boiler on that [day].

On August 5 Magnitsky requested that hot water be supplied to his cell for washing clothes and for hygienic purposes. The pretrial detention center administration replied that it was not required to supply hot water to cells, while the fact that there had been hot water in other pretrial detention centers where Magnitsky was held was evidence of a violation of the rules, and that he could file a complaint against the head of IZ-77/5 for hot water being available there in violation of the rules.

<u>On August 13</u> Magnitsky submitted a written complaint against the wall sockets being turned off at night. There was no response.

<u>On August 31</u> Magnitsky submitted a complaint to the Moscow Directorate of the Federal Penitentiary Service of Russia about the fact that the administration of the pretrial detention center was not ensuring daily acceptance of suggestions, complaints and statements from detainees and that the conditions of detention did not comply with the Rules and Regulations at the pretrial detention center. On the very next day, September 1, Magnitsky was moved from cell 267 to cell number 59, which led to a significant worsening in the conditions of his detention. Sergey Magnitsky viewed this move as revenge for his having submitted complaints. In his turn, D. Komnov, Head of the Pretrial Detention Center, explained it evasively: "Transferred in connection with psychological incompatibility. This is what the operative decided. Apparently there may have been some conflict there." S. L. Magnitsky had reported no conflict. If there had been conflict, his lawyers would certainly have known about it.

<u>Cell 59</u>. From 9/01 to 9/08. Held eight days. 8.2 $M^2$ (~ 91 sq. ft.) of floor space, four bunks, four inmates were held there. It did not meet the standard for minimum healthy floor space of 4 $M^2$ (~ 45 sq. ft.) per person established by Article 23 of Federal Law No. 103-FZ of 7/15/2005 (in this case there were 2 $M^2$ (~ 23 sq. ft.) per person). The plumbing needed repair, and there was an unbearable stench from the toilet bowl. The cell had no table and not enough benches for the number of inmates there; only one person could sit at the table. The cell had no shelf for toiletries, no wall-mounted mirror, no radio, no refrigerator, no TV set. The squatting toilet was not screened off from the rest of the cell. During the time Magnitsky stayed in that cell the inmates used bedsheets as a screen, so as to avoid using the toilet in front of everyone else. The distance from the toilet to the bunk was less than a meter (three feet). A pungent stench of sewage came from the toilet, and the inmates had to plug the opening with plastic bottles. The only electrical outlets in the cell were positioned directly over the toilet, so inmates had no choice but to prepare hot drinks in the latrine. The squatting toilet was mounted flush against the wall, with very small footplates to step on; the toilet was inconvenient to use. The conditions in this cell should be viewed as degrading. On the evening of September 8 the squatting toilet began to overflow. That very evening the inmates of that cell were moved to cell number 35.

<u>Cell 35</u>. From 9/08 to 9/10. Held three days. 10.1 $M^2$ (~ 112 sq. ft.) of floor space. Six bunks in the cell. Three inmates were held there at once. The windows in the cell had no glass in them, and the walls were damp. The next day wastewater began overflowing from the underneath the sink, and by that evening half of the cell was flooded with sewage. The inmates asked for the problem to be corrected, and a plumber arrived only at 10 PM, but he was not able to fix the problem. The inmates asked to be moved to a different cell, but they were left there until next morning. The next day the mechanic [sic] did not come, and by evening wastewater flooded the entire floor of the cell. In order to move about the cell, the inmates had to crawl from one bunk to another. The plumber did not arrive until evening. He spent a long time trying to fix the problem, but still was not able to do so. Both the plumber and the warden who brought him grumbled at length at the conditions in which the inmates were kept. The inmates asked those employees to move them to a different cell, but the latter did not have the authority to move inmates without permission from the administration. Permission was received only at 11 PM, after which the inmates were moved to a different cell, number 61, in other words, people had to live amid sewage runoff for 35 hours.

Cell 61. 8.2-8.5 M$^2$ (~ 91-95 sq. ft.) of floor space. Four bunks. Cell number 61 not only had no window glass, but also no window frames. On September 11 Magnitsky submitted a complaint with a request to install frames and glass, but no reaction ensued. It was so cold that the inmates had to sleep fully clothed and cover themselves with jackets. But no frames were installed. On September 18 the inmates submitted a complaint saying that they had caught colds from the lack of windows, and only after that were window frames and glass installed. In preparation for the commission, a television was set up in cell 59, and three inmates were held there. But the standards were still violated: each person had 2.7-2.8 M$^2$ (~30-31 sq. ft.) of floor space.

Cell 708. 8.2-8.5 M$^2$ (~ 91-95 sq. ft.) of floor space. Four bunks. There is no daylight because the window opens onto the prison yard, and a roof blocks the light. During an inspection by MPOC members at 2:00 PM no daylight penetrated the cell, and the window was dark.

Cell 714. 8.2 M$^2$ (~ 91 sq. ft.) of floor space. There is no daylight because the window opens onto the prison yard, and a roof blocks the light. At 2:00 PM no daylight penetrated the cell.

On November 12, 2009, S. L. Magnitsky was transported to the Tverskoy District Court to participate in a court session, from which he returned to the prison at 7 PM. He was held in the processing area until midnight, then was informed that he was being moved from cell 714 to a different cell. He asked that the transfer be postponed until morning, so as not to be moved at night, but he was refused this. He was able only to gather his personal belongings, but he was given no time to prepare himself a hot meal, of which he had been deprived all day on November 12.

In cell 305, to which he had been moved, he did not arrive until about 1:30 AM, and due to the late hour and fatigue he was unable to prepare himself a hot meal. As a result he was deprived of the right to eight hours of sleep and to eat a hot meal for over 24 hours. November 13, 2009. Magnitsky wrote a complaint to the head of SIZO-2. "On November 12, for the period of 24 hours, I was deprived of the possibility of eating a hot meal and getting eight hours of sleep at night, which evidently caused an exacerbation of the pain in my pancreas area and the onset of very unpleasant pains in my liver area, which I have not previously been troubled by, and nausea.

In connection with this, please give me some recommendations as to whether I should take some sort of medicine for my liver, if the pain I have described does not stop or if it continues. In addition, please inform me at last when the ultrasound examination that was scheduled for August will take place." This complaint was written three days before his death. But the head of SIZO-2 continued to maintain, "Magnitsky never signed up to see me and never submitted any complaints. And his lawyer never made contact. We showed him the reply from V. A. Davydov, Head of the Moscow Directorate of the Federal Penitentiary Service of Russia, in which Davydov answered the questions that Komnov had been asked. And he brought us the complaints and requests register. And indeed, neither Magnitsky's requests, nor those of his lawyer, nor those of his mother, were listed there. This points to either dereliction of duty, or, if such an entry was made, that the register was rewritten afterward. We looked through the entries in the register and got the impression that they had been made by the same person using the same pen.

MPOC members also met with some of Magnitsky's cellmates. Zelenchuk, a witness to Magnitsky's last hours in Butyrka, said "Sergey was very unsettled that the materials of his criminal case file had been switched on him at the court session of November 12. On November 24 he would have been in detention a year." MPOC members got the impression that Zelenchuk had not told us everything he knew. Sergey Kharitonov made the same impression: "I did time with him for two months. He and I did not speak much. He wrote a complaint when the toilet overflowed in our cell, no. 35. In response to his complaint we were moved to another cell." Rashid Namazov, too, made the same impression: "I did time with him. I was not interested in him because of his age. I saw that he was taking medicine. He and I didn't speak much, because I have my own problem." Kharitonov and Namazov appeared extremely constrained and frightened.

### The Courts.

Participation in court sessions is accompanied by harsh, degrading circumstances. Circumstances that are also hazardous to a person's health.

Magnitsky was transported to courthouses several times.

Here is how it happened, based on Magnitsky's notes.

### The Processing Area Cell.

Inmates are taken out of their cells between 7:00 and 7:30 AM., i.e. before breakfast. They are held in a cell in the processing area until 9:00 or 10:00 AM. After that they are transported to court.

MPOC members inspected the cells in the processing area where groups of inmates are assembled to be transported to courthouses in the city of Moscow. These are rooms with about 20-22 $M^2$ (~ 220-240 sq. ft.) of floor space, with no windows. As many as 70 people may be placed there, so there is no place to sit, and sometimes no place to stand. Many people smoke, and with no ventilation it is difficult to breathe. In most of the cells the toilets are not partitioned off in any way. Some of them have faucets with running water, but it is impossible to drink it without boiling it first. When the MPOC visited a cell in the processing area, we saw that the toilet had no valve for flushing, and also that the toilet was not partitioned off. A curtain was hung only while we were making the rounds; we saw it when we went into the cells a second time. But pretrial detention center employees tried to assure us that it had been there all along.

On 9/10/2009 Magnitsky was held from 11:00 AM to 7:30 PM in the processing area cell with no hot meal or drinking water, and no shower (that was his scheduled day for a shower). On that day he was not taken anywhere. **Transportation**. For transportation they use vehicles with compartments approximately 3.2 M long, 1.2 M wide and 1.5 M high (~ 10 x 4 x 5 ft.). These compartments, which are designed for 15 people, are made to accommodate as many as 17 or 18 people, so that some have to ride standing up, bent over in an uncomfortable position. The trip from the prison to the courthouse usually takes about an hour, but on one such day Magnitsky had to spend 4.5 hours in such vehicle in the evening, because the vehicle did not go directly to the prison from the courthouse, but stopped in at other courthouses to pick up inmates there.

The vehicle with the inmates usually arrives at the prison between 7:00 and 7:30 PM. But they hold them in the vehicle until 8:00 PM, explaining that they are preparing documents.

The arriving inmates are not taken directly to their cells, but instead held in a processing area cell for three to three-and-a-half hours, so Magnitsky never got back to his cell before 11 PM.

**Food.** On court days, dry rations are issued, but it is impossible to use them, because boiling water to make up the dry mixtures is not provided at the Tverskoy Court.

Inmates return to their cells late at night. They are not given a hot supper. As a result, they can go for up to 38 hours without a hot meal. And if a court session lasts several days in a row, the interval between hot meals is even longer.

August 13. Magnitsky sent a complaint to the presiding judge of the Tverskoy District Court of Moscow about the fact that he was not being given boiled water. He received no reply.

September 14. Again no boiled water was provided in the courthouse. During the court session Magnitsky asked Judge Krivoruchko to make it possible for him to receive a hot meal, but the judge refused, saying that the court was not required to do so.

Here it should be noted that other persons under investigation have also encountered such problems during transportation to court and in courthouses. These problems have been spoken of for a long time, but no progress has been made.

### Isolation from contact with family

At Butyrka Prison S. L. Magnitsky was subjected to even stricter isolation and restrictions on contact with family than had been the case at SIZO-5 and Matrosskaya Tishina. For example, the law provides for the right to correspond with relatives and others[.] Pursuant to the Rules and Regulations a prison administration shall collect mail daily from inmates, check it within three days, and then send it on to their addressees. Instead, inmates are told to leave their letters in a special box in the prison yard, from which the administration is supposed to collect them and take them to the post office in a timely fashion. A letter that Magnitsky deposited on September 9 was still there on September 15. Letters from relatives take 10-12 days to arrive, and Magnitsky received one inter-city letter only 25 days after it was mailed.

In eleven months of detention Magnitsky was not allowed a single visit with his mother, wife or other family members.

In this the bodies of the prosecutor's office that are required to monitor conditions of detention for compliance with the law failed to perform their duty.

- On September 11, 2009, defense attorney D. V. Kharitonov filed a complaint with Yu. Chaika, General Prosecutor of the Russian Federation, with copies to A. V. Anichin, Head of the Investigative Committee at the Ministry of Internal Affairs of the Russian Federation, and the Senior Special Case Investigator O. F. Silchenko of the Investigative Committee at the Ministry of Internal Affairs of the Russian Federation, in which he asked [the General Prosecutor]:

- To review the circumstances described in the complaint and to question Magnitsky about the violations committed against him in Federal Detention Center IZ-77/2 of the Moscow Directorate of the Federal Penitentiary Service of Russia, and to question the other inmates who had been held with Magnitsky, as well as the inmates who had been transported with him to the Tverskoy District Court to participate in court sessions on August 6, 10 and 18, 2009.

- To review the legality of the numerous transfers of S. L. Magnitsky from one pretrial detention center to another.

- To require the pretrial detention center administration to create conditions that would enable Magnitsky to exercise his rights, and for this purpose to demand and obtain from Federal Detention Center IZ-77/2 and from the Moscow Directorate of the Federal Penitentiary Service of Russia, a copy of the text of his complaint of August 31, 2009 and information about its submission and mailing to the addressee thereof.

- To demand and obtain from FBU IZ-77/2 information about the registration in the logbook, in accordance with the procedure set out in clauses 92 and 93 of the Rules and Regulations, of the lawyer's statements and complaints, copies of the stated complaints and statements, information concerning the replies thereto, and information contained in his medical treatment record about the medical examination and treatment prescribed for Magnitsky and his physical examinations.

REGARDING THE QUALITY OF THE MEDICAL CARE GIVEN TO S. L. MAGNITSKY IN THE PRETRIAL DETENTION CENTERS

In late April 2009 Sergey Magnitsky was transferred from SIZO/5 to SIZO-99/1 of the Federal Penitentiary Service of Russia (Matrosskaya Tishina). Neither Magnitsky himself nor his lawyers were informed of the reason for the transfer. According to the lawyers, Magnitsky had periodically experienced pains in the area of his left hypochondrium while still at SIZO/5. At Matrosskaya Tishina these pains persisted, and he complained to a doctor.

On July 1, 2009 at SIZO-99/1 Magnitsky was given an abdominal ultrasound and scheduled for a consultation with a surgeon. Doctor Valeriy Sholokhov, who conducted the ultrasound examination, diagnosed Magnitsky with "acute pancreatitis with underlying calculous cholecystitis."

On July 13, 2009 Magnitsky was examined by David Galustov, the surgeon of the hospital at Matrosskaya Tishina.

**On November 23, 2009** during a meeting with the MPOC, Galustov described that consultation: "Magnitsky had GD (gallstone disease) and pancreatitis. A planned operation had been recommended for him. During a repeat ultrasound examination, which was scheduled to take place a month later, the progress of the growth of the stones is [ordinarily] checked. Depending on the results of the new ultrasound, we could have insisted on the planned operation to be done.

Thus, in accordance with the recommendation of the surgeon Galustov, a repeat ultrasound examination for Magnitsky was scheduled for August 1, 2009. Nevertheless, on July 25, 2009, Magnitsky was transferred to SIZO Butyrka, where it is impossible to conduct an ultrasound examination. MPOC members were not able to learn whether Magnitsky's transfer had been coordinated with the medical staff at Matrosskaya Tishina. In the absence of a statute governing clear procedures for the transfer of inmates from one pretrial detention center to another, the opportunity remains for abuse and arbitrary behavior on the part of prison authorities and investigators against persons under investigation.

The explanation by Ivan Prokopenko, the Head of Federal Penitentiary Service of Russia Pretrial Detention Center 99/1, that Magnitsky's transfer was connected with a renovation at the pretrial detention center, does not even begin to hold water. Ivan Prokopenko had to have known that Magnitsky was to undergo an ultrasound examination in just a week. Accordingly, he would need to be transported back from SIZO Butyrka to Matrosskaya Tishina. As subsequent events show, Magnitsky was not in fact taken back for the ultrasound. Despite his repeated requests and complaints. And the complaints and appeals lodged by his lawyers with various authorities.

Such was the medical care provided to S. M. [sic – vs. "L."] Magnitsky in Butyrka, as set forth by Magnitsky himself.

S. Magnitsky was not examined by a doctor upon his arrival at Butyrka prison.

<u>On June 26</u> he submitted a written request to the administration to be seen by a doctor. No doctor saw him.

<u>On August 9</u> he requested an appointment with the Head of the prison, stating that his health was at risk. There was no reply.

<u>August 11</u>. [Magnitsky submitted] a request for a doctor's appointment, saying that the date of the scheduled examination had long since passed. He was not taken to the doctor. No reply was given.

In addition to the written applications, [Magnitsky] made verbal requests during rounds by medical assistants (they make their rounds once or twice per week). They would answer, "Write a request. You have already written one? Then wait."

<u>August 14</u>. [Magnitsky] asked to be given medications prescribed by the doctor at Matrosskaya Tishina and supplied by his relatives.

<u>On August 17</u>, Natalya Nikolayevna Magnitskaya, [Magnitsky's] mom, brought the medications. They were not delivered. After Magnitsky's mother contacted the head of the medical unit, it turned out that the medications had been delivered to a different cell by mistake. Natalya Nikolayevna Magnitskaya bought the medications again, and only after that, on <u>September 4</u>, were the medications delivered, i.e., 18 days later.

<u>September 18, 2009</u>. The lawyers appealed to Komnov, Head of the pretrial detention center,. In accordance with the doctor's recommendations Magnitsky was scheduled for a repeat ultrasound examination in early August. A request was made:

- to provide the follow-up ultrasound examination
- to inform the lawyers of the results of the examination and the prescribed treatment.

<u>August 24</u>. "The illness had become so acute that I could no longer lie down. At 4 PM my cellmate began to kick the door, demanding that I be taken to the doctor. The warden promised to call the doctor. My cellmate called for the doctor over and over, many times. They took me to the doctor only five hours later." – from Magnitsky's statement to his lawyer. "The doctor was displeased. In response to the complaints and the lack of treatment she said that it was written on my medical chart that he has already been treated. "What are we supposed to do – give you treatment every month?" When I requested that she prescribe dietetic food, she said that I would need to sign up for an appointment with the surgeon, and that he would decide on the matter."

<u>August 25</u>. Wrote a request to be seen by the surgeon. There was no reply. The dietetic food for Magnitsky was still not arranged for.

<u>August 26</u>. A round of the cells [was made] by the Deputy Head of the Butyrka prison. Magnitsky complained about the lack of medical care and the fact that his scheduled examination was not taking place. He tried to show [the deputy head] a letter indicating his diagnosed illness. He was not allowed to do that: "You are holding us up."

<u>August 31</u>. "A similar round. There was a different representative of the prison administration. He took the letter. The Head of the Medical Unit promised to look into it. With respect to the surgical treatment he said, 'That is for after you get released. No one here is required to do it for you.' And he left." (From Magnitsky's letter to his lawyer.)

- No initial medical examination or sanitary processing was conducted during [Magnitsky's] intake to SIZO Butyrka.

- No medical care was provided, and he was first seen by a doctor only 30 days after his written request.

- The medical examination previously scheduled for him for early August [sic] by doctors at SIZO Matrosskaya Tishina (a repeat abdominal ultrasound), was not conducted.

During a meeting with MPOC members, Dmitriy Komnov, Head of SIZO Butyrka, said that when Magnitsky arrived on July 25, 2009, he was examined by medical assistant Chepyleva. That he had expressed no complaints. And that he had not complained about his heart. But Magnitsky in his own statements indicates that he did not undergo a medical examination upon arrival at SIZO Butyrka. The statement of medical assistant Chepyleva that Magnitsky complained of nothing during his initial examination is surprising. In any event, he should have reported the need to conduct a repeat ultrasound.

On August 24, 2009 Magnitsky felt unwell and asked that a doctor be called for him. According to his statement, five hours went by before he was given medical care. Medical assistant Khokhlova examined him. She diagnosed Magnitsky with "intercostal neuralgia." Judging by Magnitsky's complaint, he told Khokhlova that he wanted to be examined by a physician. According to Magnitsky, Khokhlova read aloud in his presence an extract from the medical chart stating what kind of treatment Magnitsky had been given in Matrosskaya Tishina.

Nevertheless medical assistant Khokhlova failed to transmit Magnitsky's request for an appointment to Larisa Litvinova, Head of the Medical Ward. Larisa Litvinova herself told MPOC members about this. It is surprising that medical staff at SIZO Butyrka do not keep progress notes showing the details of medical care given to inmates.

MPOC members spoke twice with Larisa Litvinova, Head of the Medical Ward of SIZO Butyrka,. The first time, she told them that she had first seen Magnitsky on October 7, 2009: "He had complained during rounds that his chronic cholecystitis had flared up. He had a hospital discharge order from before his detention. I looked at this order and handed it back to him. Magnitsky said that his osteochondrosis was flaring up. We put him into the Medical Ward. Magnitsky was in the Medical Ward of SIZO Butyrka from October 7 to November 12, 2009.

Doctor Larisa Litvinova told MPOC members that she had reviewed his medical history based on his medical chart. She had to have known that he had been given an abdominal ultrasound at Matrosskaya Tishina. Moreover, in a conversation with MPOC members Litvinova said that she "did not remember" that a repeat ultrasound examination was indicated for him in a month.

MPOC members noted that both the physician Litvinova and Dmitriy Kratov, Deputy Head of the Pretrial Detention Center for Medicine, tried to evade the question of the repeat ultrasound. When committee members insisted, Dmitriy Kratov replied with great reluctance, "In order to transport Magnitsky to Matrosskaya Tishina for an ultrasound we needed a convoy. And we did not know when this convoy would happen.

Dmitriy Kratov stated to MPOC members that Magnitsky had never complained to him during rounds about lack of medical care. This statement is surprising.

According to the contents of "On the Conditions of Detention at Butyrka prison," written by Magnitsky, he spoke with Kratov on September 4 about getting the ultrasound done, when Kratov brought him the medications supplied by his relatives, and Dmitriy Kratov said at the time that he had written a request for Magnitsky's transfer to Matrosskaya Tishina for the ultrasound. Kratov promised that it could be done in no less than three weeks [sic]. Kratov made the same promise to Magnitsky's mother, too, during a personal appointment.

The question arises as to why Kratov said nothing to MPOC members about the fact that he had written a request concerning the need to conduct an ultrasound on Magnitsky? Was this request really written? Or did Kratov deceive Magnitsky and his mother, Natalya Magnitskaya?

### Magnitsky's Medical Treatment in SIZO Butyrka

Physician Larisa Litvinova told MPOC members that she examined Magnitsky every day from October 7 through November 12. "He showed steady improvement. In the last two weeks that he spent in treatment, he did not complain. He was anxious about the judicial and investigative actions. He asked me to give him a certificate for the court on November 12 saying that he was in the medical ward."

Doctor Litvinova did give Magnitsky such a certificate. The note read, "S. N. [sic] Magnitsky is undergoing treatment in the medical ward with a diagnosis of gallstone disease, cholecystic pancreatitis, aggravation. His state of health is satisfactory. EKG – sinus rhythm, regular, 66 beats per minute, blood pressure – 120/70, pulse 72 beats per minute. Able to take part in judicial and investigative actions. Can be held at the pretrial detention center".

This certificate was signed by the Head of Butyrka, Dmitriy Komnov, and the Deputy Head for the Medical Unit, Dmitriy Kratov. But it bore neither facsimile signatures nor official stamps. Judge Stashina of the Tverskoy District Court refused to add it to the case file, although she had the opportunity to establish the veracity of this information. We should note here that this same Judge Stashina had no compunction about continuing to hold the gravely ill Tkachenko at the pretrial detention center, without a thought for the risk, at the request of the investigation – he who had suffered four heart attacks, who was under investigation and charged with economic crimes, who had been at the pretrial detention center for three years, and who, in the conditions of the pretrial detention center, could have died at any moment. After MPOC members visited Tkachenko in Matrosskaya Tishina on April 5, his form of pretrial restraint was changed, replacing detention with bail. And he stayed alive. If the court had done the same for Magnitsky, he too might have survived. We believe that the Supreme Court of the Russian Federation and the legal community should have examined not only the situation with Judge Stashina, but also the position of gravely ill persons under investigation in general. After all, while there exists a list of illnesses the presence of which in convicts gives them the right to be released, there is no such list for persons under investigation, who have not yet been found guilty. It is undeniably necessary to specify a list of illnesses the presence of which will provide grounds for releasing persons under investigation, suspects and defendants from pretrial detention centers and for changing the form of pretrial restraint applied to them. As has already been stated, on November 12 Magnitsky was discharged from the Medical Ward of SIZO Butyrka and transferred to a cell. But already on November 13, following an interrogation by an investigator, which took place at the pretrial detention center, Magnitsky began to feel ill and was hospitalized again.

Physician Litvinova told MPOC members that on Friday afternoon, November 13, she was no longer at the pretrial detention center. Magnitsky complained more than once of nausea and pain in his right hypochondrium. He was hospitalized by the medical assistant, who informed Litvinova of his condition. According to Litvinova, she has every confidence in the medical assistants who, in her absence over the weekend, administered the same treatment to Magnitsky that he had been given before, when he was an in-patient in the department.

The MPOC finds this attitude on the part of physician Litvinova surprising: if a patient who was discharged following an improvement in his condition begins to feel worse again the next day, does that patient not require additional, more highly qualified medical care?

Physician Litvinova told MPOC members that, "if she had realized that she alone would not be able to cope with Magnitsky, she would have hospitalized him..."

She realized this too late. According to Litvinova, on Monday morning, November 16, when she examined Magnitsky, she noticed that "his abdomen was moderately tense, [he was experiencing]

exacerbated, girdling pain, and he was vomiting every three hours." Litvinova thought that his condition "required surgical examination, because a stone could even get lodged in the [possibly "bile"] duct." Furthermore, as Litvinova admitted to MPOC members, "we should have had to get him examined. I thought he had a chronic ailment." This statement by Litvinova – that it was necessary to get him examined – is very telling. It appears that someone was opposed to the examination for Magnitsky and that doctor Litvinova took advantage of the deterioration of the patient's health to initiate his examination, which had been scheduled for him nearly four months earlier.

Ambulance[2] was called at 2:47 PM. An investigator who arrived for the next interrogation was told by Litvinova that Magnitsky's condition had deteriorated.

MPOC members noted that Litvinova's reaction to Magnitsky's condition differs from that of Dmitriy Kratov. Kratov assured MPOC members that the "emergency" doctor did not believe that Magnitsky's condition was serious enough to warrant sending him to Matrosskaya Tishina. His telephone conversation with doctors from Matrosskaya Tishina, which he related to MPOC members, is typical.

Kratov: "I called over to Matrosskaya Tishina and told Olga Aleksandrovna (a doctor at Matrosskaya Tishina), 'We are sending you a patient. It would be good to examine him. Pancreatitis."

Olga Aleksandrovna: "What's the matter with him – pancreonecrosis? (aggravation of pancreatitis, which is life threatening)

Kratov: "No."

Olga Aleksandrovna: "Then why are you sending him?"

Kratov: "Just aggravation of pancreatitis."

According to the Head of SIZO Butyrka, ambulance left with Magnitsky to drive to Matrosskaya Tishina at 5:10 PM.

Dmitriy Kratov and Dmitriy Komnov insisted that Magnitsky's condition was not critical, and that he "walked out of Butyrka on his own two legs."

MPOC members expressed a wish to speak with the guards who escorted Magnitsky in the ambulance going to Matrosskaya Tishina, to find out how Magnitsky felt during the ride. Komnov stated, "I will not tell you the last name of the guard. I do not want him to be murdered." Komnov's fears in this regard remain unclear to us.

In analyzing the medical care that was provided to Magnitsky, we can say with certainty, "**Magnitsky was not given proper medical care at SIZO Butyrka.**"

**His complaints about [needing] an appointment with the physician were disregarded, and the doctors failed to take the necessary actions to send Magnitsky to Matrosskaya Tishina for his repeat ultrasound, which was noted in Magnitsky's medical chart.**

---

[2] Translator's note: The Russian word "skoraya," meaning "emergency" (or "rapid") is presented in quotation marks throughout this document, possibly to convey irony, or possibly only because it is a somewhat colloquial term. I have translated "skoraya pomosch" (and its abbreviation "skoraya") as Emergency Medical Services (EMS), Emergency Psychiatric Services (EPS), and "ambulance" depending on context.

We do not know the explanation for such an unprofessional attitude on the part of the medical staff toward their medical responsibilities. MPOC members, who attempted during their second visit to learn in more detail about the circumstances of Magnitsky's [medical] treatment at SIZO Butyrka, were unable to speak with the physician Litvinova. Anastasiya Chzhu, Assistant Head of the Moscow Directorate of the Federal Penitentiary Service of Russia, led Litvinova away and did not give her the opportunity to speak with MPOC members. During the first visit they deceived the MPOC members by stating that medical assistant Khokhlova was not at work. MPOC members encountered Khokhlova by accident in the reception area of the Head of the Pretrial Detention Center. Why were MPOC members not allowed to speak with medical assistant Khokhlova, even though she had examined Magnitsky in response to his complaint on August 24?

Why was the doctor Larisa Litvinova, Head of the Medical Ward of SIZO Butyrka, who had noted an improvement in Magnitsky's condition and discharged him to his cell on November 12, not surprised when, on November 13, he again complained that his condition had flared up and he had to be hospitalized. Incidentally, the [medical] certificate that was read to us at Matrosskaya Tishina says that Magnitsky was hospitalized on November 16 due to a deterioration of his condition. It does not take a specialist to see that the illness was progressing and that he needed to be hospitalized, beginning on November 13, when he again requested medical care.

Why was he not transferred to the hospital at Matrosskaya Tishina, where there are specialists and ultrasound examination [capabilities], on November 14 and 15?

This begs the question: did the administration of SIZO Butyrka perhaps not receive permission from the investigator to transfer Magnitsky? Why did they wait so long on November 16 before transporting Magnitsky to Matrosskaya Tishina? Doctor Litvinova had already discovered during morning rounds that he needed surgical examination. His transfer from one pretrial detention center to another seemingly was also contingent on approval by the investigation.

And what was the position of investigator O. F. Silchenko? In response to a petition sent to him by the lawyers in accordance with Article 11 of the Code of Criminal Procedure of the Russian Federation requesting that he get the Head of the pretrial detention center "to make sure that a follow-up abdominal ultrasound is conducted on defendant Sergey Leonidovich Magnitsky..." he replied that the petition had been reviewed and that "on August 31, 2009 an order denying it in full had been issued... Investigators have no obligation under current law to monitor the state of health of suspects and defendants being held in detention..."

Against the background of this entire tale – which persisted for over three months – of there being some insurmountable obstacle to conducting the scheduled ultrasound examination, a statement such as this appears cynical and demonstrates reluctance on the part of investigator O. F. Silchenko to fulfill the requirement of Article 11 of the Code of Criminal Procedure of the Russian Federation, which clearly says, "Courts, prosecutors, investigators and inquiry officers must explain to suspects, defendants, victims, civil claimants, civil defendants, and other participants of criminal proceedings, their rights, duties and responsibilities and make sure they have the possibility of exercising these rights." O. F. Silchenko did not wish to "make sure they have the possibility of exercising these rights." Why not?

In this connection, Article 122 of the Code of Criminal Procedure of the Russian Federation – under which investigators are required to make their orders known to petitioners – was violated. Pretrial investigation authorities must send petitioners a copy of their order or schedule a time to inform the petitioner thereof, so that the petitioner has the opportunity to evaluate the legality of the order and appeal it in court. No copy of this order was given to the lawyer. Thereby the requirements of articles 7 and 11 of the Code of Criminal Procedure of the Russian Federation were not fulfilled, and the right to appeal an order was violated. These actions by the investigator **point to either dereliction of duty or deliberate concealment of the reason for the denial** of the ultrasound, as set out in the order of August 31, 2009.

On September 15, 2009 defense attorney D. V. Kharitonov filed a petition requesting that the defense be acquainted with the order of August 31.

September 23, 2009. The defense attorney lodged a complaint with the Moscow Directorate of the Federal Penitentiary Service of Russia.

The obvious conclusion suggested by our examination of the situation is this: the behavior of the medical staff at SIZO Butyrka was not "dereliction." It was more than just "failure to provide medical care": it may have been a violation of the right to life.

S. L. MAGNITSKY'S LAST DAY

According to Butyrka doctor Litvinova the aggravation of cholecystic pancreatitis in the patient Magnitsky began on Friday, November 13, after Litvinova had left the pretrial detention center. The patient complained of nausea and pains in his right hypochondrium. But the experienced – according to Litvinova – medical assistants at the pretrial detention center provided care to Magnitsky on the weekends as well: they put him in the Therapy Ward and gave him antispasmodics, but if his condition had been severe they would have called an ambulance.

She saw him on Monday morning, during rounds. He was a bundle of nerves, and she realized that it was psycho-emotional stress. This was generally what triggered his flare-ups, although he himself confessed to her that he had gone off his diet and eaten some fish.

During the patient's examination, his abdomen was tense, which she said is a symptom of aggravation of pain syndromes [literal translation (–Trans.)]. Then at 11 AM she decided to hospitalize Magnitsky in Matrosskaya Tishina (in the interregional hospital), in order to conduct a repeat ultrasound and possibly an operation.

The ambulance was called, but (and here the information from the various sources is inconsistent) it was no longer morning by a long shot: Litvinova herself reported that the ambulance was called at 2 PM, whereas Olga Filippovna Grigoryeva of the Medical Division of the Moscow Directorate of the Federal Penitentiary Service of Russia, said that it was at 2:47 PM.

It is not clear what time the ambulance arrived at Butyrka, but it left for Matrosskaya Tishina at 5:10 PM, according to Dmitriy Komnov, Head of the Butyrka Detention Center.

Thus more than five hours elapsed between the time it was decided to hospitalize Magnitsky and when he was sent to the hospital.

To all appearances, this time was spent obtaining approval from various quarters: from the investigator, from the Moscow Branch of the Federal Penitentiary Service of Russia, within Butyrka (from the head of the medical unit and the head of the pretrial detention center), and from Matrosskaya Tishina.

In particular, our notes reflect a conversation between Mr. Kratov, Head Doctor of Butyrka, and one Olga Aleksandrovna from Matrosskaya Tishina:

Kratov: I have not seen the patient myself. I spoke with the EMS doctor. She said that the patient's condition was not so serious as to warrant sending him to Matrosskaya Tishina, but I called over there to Olga Aleksandrovna. I said, 'We are sending you a patient. It would be good to examine him. Pancreatitis." Olga Aleksandrovna asked, 'What is the matter with him – pancreonecrosis?' I answered, 'No.' Olga Aleksandrovna: 'What are you sending him for then?' I: 'Just aggravation of pancreatitis.'

Doctor Litvinova, too, cited the opinion of the EMS doctor: "The EMS doctor examined his abdomen and confirmed my diagnosis."

That doctor, however, subsequently disappeared without a trace, and Magnitsky was brought to Matrosskaya Tishina by a "young lady medical assistant." This is known from the account of a surgeon at Matrosskaya Tishina, Aleksandra Viktorovna Gauss: "The transfer sheet was delivered from SIZO-2 by a "young lady medical assistant," and this was taken as a sign that his illness was not life-threatening: "If his life had been in danger, the doctor would have escorted him."

This young woman was also mentioned during inquiries about what had happened to Magnitsky in the ambulance: she sat next to the driver, while the inmate was with the guard, and they did not see one another. MPOC members never did receive the information about the ambulance from employees of the detention center, nor about the guard; although we do have Komnov's answer to the question of whether we could speak with the guard: "No, he could be killed."

Thus at 5:10 PM Sergey Magnitsky left Butyrka: MPOC members were shown a video recording of his departure.

A man in a light-colored jacket can be seen walking along a corridor. He is accompanied by two men. Magnitsky is carrying two bags [possibly "duffel bags"] and two plastic shopping bags. The men lead him up to a door. According to Komnov, those men did not have permission to go further. They were maintenance workers. Magnitsky can be seen in profile. He bends over to pick up the bags and plastic bags. The camera films him from above. His relatives have not seen this recording yet, however, so it cannot be confirmed with certainty that the man in the video recording is S. L. Magnitsky.

**What exactly happened to Sergey Magnitsky at Matrosskaya Tishina?**

The video recordings of Magnitsky's arrival at Matrosskaya Tishina were not shown to the MPOC members.

Here is how **Fikret Galdulayevich Tagiyev**, Head of Matrosskaya Tishina, describes the remainder Sergey's Magnitsky's life: "He was brought to the pretrial detention center at 6:30 PM. He was carrying his bags himself and was in normal condition. He was taken to the medical assistant on duty. The medical assistant called the surgeon, Gauss. Magnitsky began to "act up"; in other words, he flew into a rage[3]. 'Why did you bring me here?['] he asked. He began to issue threats. He did not want to leave the office of the medical assistant. Orderlies on duty pacified him and handcuffed him. They called for psychiatric EMS, but before those arrived he was taken away to a cell in the processing area measuring 6 x 2.5 [M] (15 $M^2$ - ~ 167 sq. ft.). There he awaited the arrival of Emergency Psychiatric Services, but the psychiatrists did not go to him in the cell because before they arrived he was taken ill. His heart stopped at 9:50 PM after resuscitation attempts, first by the medical assistant Sasha, and then by doctors who joined in.

Tagiyev allowed MPOC members to look at the following extract from the medical chart:
["]11/16/09

6:30 PM. Examination by on-duty surgeon. Diagnosis: acute cholecystic pancreatitis. Hospitalization in surgical ward. For dynamic treatment and observation.

11/16/09. 7:00 PM – the patient is behaving inappropriately. He is conversing with a  "voice": he is disoriented and shouting that "they" want to kill him. His condition is considered to be acute psychosis. Emergency Psychiatric Team was summoned [by dialing 03[4]]. Order No. 904253. No bodily injuries apart from handcuff marks on both wrists.

Before the arrival of the psychiatrist, spasmolytic therapy had been planned for the patient. It was impossible to do, however, due to the patient's aggressive behavior.

At 9:15 PM the patient was again examined due to his deteriorating condition. During the examination by the psychiatrist the patient's condition worsened dramatically. The patient lost consciousness. Resuscitation measures were begun (indirect massage of heart and artificial pulmonary ventilation using an Ambu-bag. The patient was taken to the Intensive Care Unit, where resuscitation procedures were again carried out. Artificial pulmonary ventilation, administration of hormones. Resuscitation attempted for thirty minutes. Time of death: 9:50 PM.["]

The body was taken to Morgue No. 11. The preliminary diagnosis was cardiomyopathy – acute cardiac insufficiency. Gall [bladder] and pancreatic [gland, e.g., "pancreas"] in good condition. This was learned from unnamed sources, since the results of the autopsy have not yet been published. During the autopsy (and this was told to Tagiyev by a colleague who was present at the autopsy) it was discovered that Magnitsky had an enormous-size heart, twice as large as normal: cardiac hypertrophy. We will have to seek the cause of his death after November 12, in the four days following the court session in which his petition for release from detention was denied.

---

[3] Translator's note: there are many possible ways to interpret this.

[4] Translator's note: 03 is the same as 911 in the US.

**Here is what surgeon Aleksandra Viktoriyevna Gauss had to say about it:**

She saw Magnitsky in the office of the medical assistant in the processing area in the company of one guard from SIZO-2 (Butyrka), and he was already in a cage.

As mentioned above, the transfer sheet was delivered by a young female medical assistant from EMS. He [Magnitsky] said that he had been sick since Thursday (11/12/09), and that he had begun to experience girdling pains.

During Gauss's examination, the patient's abdomen was tense and tender in both hypochondria, a visible symptom of pancreatitis, and on the medical chart she read the appointment for a repeat ultrasound. During the appointment with her Magnitsky dry-heaved twice (but did not actually vomit), and she gave him a [sickness] bag. At first he behaved calmly, agreed to be hospitalized, and signed the medical chart.

At 7 PM he suddenly began to behave in an anxious manner, and he began saying, "Why are you inspecting my bags?" He had three bags and two plastic bags. She answered him, "No one is inspecting your things." He: "No, you can see that they are being inspected!" and he took hold of the examination couch that stood in the cage where he was located during the questioning (we later looked over that office, and it became clear that it would be difficult to take a good swing with that object in that cage due to the small size of the cage), then sat down, shielded himself with a shopping bag and said that someone wanted to kill him. This went on for just a short time, and only twice did he strike the floor somewhat feebly with the examination couch, and then he put it down; afterwards, on the contrary, he began to express fear and to try to hide behind a shopping bag that she gave him. In her opinion, this resembled acute psychosis, persecution mania. This is why the EPS were called.

In answer to the question of whether his wrists had been injured, she answered that there were handcuff marks, and that she had entered that information into the medical chart.

In answer to the question of how the call for psychiatric assistance had taken place, and what the doctor had done, she told us that she called for reinforcements from the On-Duty Assistant Head of the Detention Center (DPNSI) ("Fedorovich") and that about eight people arrived with him, they put handcuffs on Magnitsky, he did not resist but stood there in handcuffs, looking disoriented and gazing around. After the handcuffs she ordered that he be given an injection of spasgan[5] to ease the abdominal pain.

The medical assistant Sasha administered the injection, using Gauss's prescription. She was no longer there when the shot was given; she had left the processing area and gone to surgical ward. She did not see the psychiatrists.

At 9:20 PM, a woman's voice telephoned from the processing area and said that the patient in the fourth cell was lying on the floor. His physical state was in question.

Dr. Nafikov, the physician on duty, ran to administer CPR. The medical assistant Sasha was in the cell administering CPR with the help of a special device (the Ambu-bag). Magnitsky was not in handcuffs. At 9:50 PM his heart stopped.

**The account of Dmitriy Fedorovich Markov, On-Duty Assistant Head of the Detention Center (DPNSI)** ("Fedorych" [sic – a familiar variant of "Fedorovich"]), who had pacified Magnitsky.

Lieutenant Kuznetsov, his deputy, was with him [Magnitsky] during that time. In answer to the question of whether Magnitsky's hands were blue (this is known from statements made by Magnitsky's mother; she discovered that her son's wrists were injured), he answered that he had seen only handcuff marks. Magnitsky was driven in the ambulance in handcuffs. He walked to the processing area on his own strength. Thirty minutes after the onset of his psychotic episode, when he was already in the cell, the handcuffs were removed, and he was normal. The psychiatric team entered the cell, and while they were examining him he became unwell. He sat on the floor, breathing heavily and drenched in perspiration.

**Medical assistant Aleksandr Aleksandrovich Semenov (Sasha)**, in the presence of Ms. Ibatulina, Head of the Medical Unit of the Pretrial Detention Center, and Ms. Barkhatova, Deputy Head for the Treatment Unit, in the office of Mr. Tagiyev, said that **he gave [Magnitsky] the injection before the psychotic episode**. He administered an intramuscular spasmolytic [or possibly "antispasmodic"] and left. He came back during the psychotic episode and heard Magnitsky shouting "Where are my things?" The psychotic episode began at 7 PM.

The psychiatric team was called in to do an examination at 7:30 PM.

---

[5] Evidently an anti-spasmodic drug. It is misspelled as "spasgon" in the Russian (–Tran.)

The ambulance arrived at 8:48 PM. When the doctors from EPS entered the cell, Magnitsky was sitting on a bench, but he was unwell, and his eyes were unfocused. The whole time, from 7:30 PM until the EPS arrived, he had been without medical observation; the attendant watched him through the little window, and it was him who removed the handcuffs. We were not able to learn the answer to our question of whether it is normal that the patient was left without medical observation, because Sasha's bosses did not allow Sasha to speak. Sasha appeared frightened.

In answer to the question of what he himself had felt, Sasha answered that he had felt nothing out of the ordinary, as both psychosis and death are regular situations.

**A conversation with doctor Vitaliy Vladimirovich Kornilov from Emergency Psychiatric Services** (by telephone) added the following details to this picture:

["]EPS arrived at the pretrial detention center at 8 PM, not at 8:48 PM. But the EPS doctors were not let in to see the patient immediately. We waited for over an hour. Then they came and said that he had died. Well, we are "Emergency Assistance" doctors, after all, and we thought perhaps CPR might be required. So we went ahead and entered the cell. He was lying on the floor, and we recognized the signs of biological death. Someone from the medical staff was there, and then a man arrived. I did not see a female doctor."

Many of these accounts fit poorly together; the "disappearance" of the emergency doctor is glaring; the accounts of Gauss and Sasha do not jibe with respect to when Magnitsky was given the injection – before or after the psychotic episode, [nor do] the accounts of various individuals about the time of events, about how Magnitsky behaved during the psychotic event, and about what happened to him after being placed in the cell.

The reason for this is unclear; after all, all of these people have given statements repeatedly to the investigation.

The Head of Matrosskaya Tishina insisted that the cause of death was heart-related, since this confirmed that the diagnosis of pancreatitis was exaggerated, and that everything had been done right – the transfer to Butyrka, the lack of treatment, and so forth. Magnitsky's emotional stress after November 12, when he was kept in detention, led to his death. Hearts are unpredictable things, and it could happen to anyone.

His tender abdomen, however, and the EKG that was done not long before this, do not support this theory. And perhaps his psychotic episode – he said that someone wanted to kill him, and he demanded his things (he really had lost some notes) – was an entirely appropriate reaction to what was going on.

The behavior of the surgeon, Gauss, gives rise to serious questions: why did she leave the patient Magnitsky alone in a cell, in an acute state of illness, without medical attention? Gauss spoke of Magnitsky having experienced dry heaves. In other words, it is obvious that there were signs of aggravation of pancreatitis. According to Gauss, the psychotic episode was of short duration, and Magnitsky soon calmed down. That being the case, why was he not taken to the surgery ward?

Based on the accounts of doctors and employees of Pretrial Detention Center Matrosskaya Tishina, MPOC members were not able to establish what exactly happened to Magnitsky when he went there. It is obvious that the doctors' stories contradict one another. They are deliberately concealing the truth. It is not even certain that Magnitsky actually had an acute psychotic episode that prevented him from being transferred to the surgical ward.

**The primary conclusion that can be reached is this: at Matrosskaya Tishina Pretrial Detention Center Magnitsky was not given the medical care that he needed and for which he was transferred there from Butyrka Pretrial Detention Center.**

**The patient, in critical condition, was effectively left (for one hour and eighteen minutes) to die in a cell without medical attention.**

# F I N A L   C O N C L U S I O N S

A person held in detention, who finds himself in places of detention, is unable to use all necessary possibilities for the preservation of his life and health. This obligation falls to the state that has deprived him of his freedom. And that is why the case of S. L. Magnitsky may be seen as a violation of the right to life. The members of the Moscow Public Oversight Commission have concluded that psychological and physical pressure were exerted against S. L. Magnitsky, and that the conditions of detention in some cells of SIZO-2 (Butyrka) may be called torturous. And those who are guilty of this must be held liable.

The reform of the penitentiary system, when it was removed from the structure of the Ministry of Internal Affairs and transferred to the Ministry of Justice, set as its objective to separate the prison system from the investigation process. The correctional system is independent of investigations. Its task is to detain in its institutions, in isolation, defendants and convicted persons in the conditions prescribed by Law, not by an attitude of investigators towards those persons. Interference by investigators in establishing the conditions of detention is impermissible. Nevertheless such things take place quite often. This is atavism, and it is a violation of the Law. The members of the Moscow Public Oversight Commission consider it necessary to examine and identify the role of the investigation in the conditions of detention in which S. L. Magnitsky found himself, and to determine to what degree it is liable for what took place.

As the situation with S. L. Magnitsky has shown, the doctors in the pretrial detention centers did not entirely fulfill their obligations. We believe that this can be explained in large part by their dependence on the administration of the penitentiary system institutions. Medicine must be removed from subordination to the Correctional System, and it must be independent.

It is necessary to legislatively regulate transfers from one pre-trial detention center to another, and to clearly define rules for making transfers from one cell to another and liability for arbitrary worsening of the conditions of detention not justified by Law, in order to avoid in future situations like one which befell Magnitsky.

The issue of the wrongfulness of meting out a form of pretrial restraint such as detention for persons charged, for example, with economic crimes, is long overdue. Here it is necessary to use alternative forms of restraint, and they are available.

It is necessary to legislatively specify which illnesses can serve as grounds for defendants to avoid being placed in a pretrial detention center or to be released therefrom when alternative forms of pretrial restraint must be used due to the person's state of the health. Courts issuing decisions on selecting a form of pretrial restraint must without fail take into consideration the defendant's state of health.

Russian regulations must be brought in line with European Penitentiary Rules. It is precisely the lack of conformity with their requirements that called forth the complaints of S. L. Magnitsky when it concerned the conditions of detention in pretrial detention center cells, restrictions on showering, failure to provide needed medical care, isolation from family and society, etc.

Participation in court sessions is accompanied by harsh, degrading circumstances. This includes preparations for transfer to a courthouse, the transportation itself, and the detention in courthouses, in particular the deprivation of hot meals. That problem is common and age-old, but it is not being addressed at all.

V. V. BORSCHEV – Chairman of the Moscow Public Oversight Commission
L. V. VOLKOVA – Deputy Chairwoman of the Moscow Public Oversight Commission
T. A. FLEROVA – Secretary of the Moscow Public Oversight Commission
L. I. ALPERN – Member of the Moscow Public Oversight Commission
L. B. DUBIKOVA – Member of the Moscow Public Oversight Commission
Z. F. SVETOVA – Member of the Moscow Public Oversight Commission

Приложение 1

**ОБЩЕСТВЕННАЯ НАБЛЮДАТЕЛЬНАЯ КОМИССИЯ**
**город Москва**
по осуществлению общественного контроля за обеспечением прав человека в местах
принудительного содержания и содействия лицам, находящимся в местах принудительного
содержания
Адрес: Москва, Лучников пер., д. 4,  подъезд 3, комната 22 т/ф (495) 6211594

Председатель комиссии: Борщев Валерий Васильевич 8-916-588-64-67
Заместители председателя: Волкова Любовь Васильевна 8-916-588-64-50
Ковалев Сергей Адамович (495) 433-13 65
Химаныч Владимир Григорьнвич 8-963-750-65-12

**ОТЧЁТ**
**ОБЩЕСТВЕННОЙ НАБЛЮДАТЕЛЬНОЙ КОМИССИИ**
**ПО ОСУЩЕСТВЛЕНИЮ ОБЩЕСТВЕННОГО КОНТРОЛЯ**
**ЗА ОБЕСПЕЧЕНИЕМ ПРАВ ЧЕЛОВЕКА В МЕСТАХ**
**ПРИНУДИТЕЛЬНОГО СОДЕРЖАНИЯ Г. МОСКВЫ**
**О ПРОВЕРКЕ СОДЕРЖАНИЯ С.Л. МАГНИТСКОГО В СИЗО Г. МОСКВЫ**

С  20 ноября 2009 г. вскоре как только стало известно о деле С.Л Магнитского, о его
смерти, члены Общественной наблюдательной комиссии (ОНК)  г. Москвы В.В. Борщев –
председатель Комиссии, Л.В. Волкова – заместитель председателя Комиссии, Т.А. Флерова –
секретарь Комиссии, Л.И. Альперн – член Комиссии,  Л.Б.Дубикова – член Комиссии, З.Ф.
Светова – член Комиссии провели проверку  условий  содержания  Сергея Леонидовича
Магнитского в следственных изоляторах г. Москвы. В этот период неоднократно посещались
ФБУ ИЗ-77/2 ( СИЗО «Бутырки») и ФБУ ИЗ-77/1 (СИЗО «Матросская тишина») . Состоялись
встречи и беседы с начальником УФСИН России по г. Москве Владимиром Анатольевичем
Давыдовым, заместителем начальника УФСИН России по г. Москве по медицинской части
Ольгой Филипповной Григорьевой, помощником начальника УФСИН России по г. Москве
по правам человека Анастасией Николаевной ЧЖУ,   начальниками , сотрудниками
медицинскими работниками следственных изоляторов  ФБУ ИЗ-77/1 УФСИН России по г.
Москве , ФБУ ИЗ-77/2 УФСИН России по г. Москве, ФБУ ИЗ-99/1 ФСИН России.

Магнитский Сергей Леонидович, 08.04. 1972 года рождения. Гражданин РФ, проживал
в г. Москве. Образование высшее. Женат, двое детей. Место работы: аудитор фирмы
«Файерстоун Данкен». Ранее не судим. Обвинялся по ч.2 ст. 199 УК РФ. Под стражей
находился с 24 ноября 2008 года.

О ПЕРЕВОДЕ С.Л. МАГНИТСКОГО ИЗ СИЗО -  99/1 («МАТРОССКАЯ ТИШИНА»)
В СИЗО –77/2 («БУТЫРКА»)

С.Л Магнитский 25 июля 2009 г. был переведен  из СИЗО -99/1 ФСИН России в СИЗО
-77\2 УФСИН  России по г. Москве. В СИЗО-99\1. в камере площадью 16 кв. м  содержалось
3 человека, что  соответствует установленным нормам, он получал медицинскую помощь – в
«Матросской тишине» находится медицинский стационар, больница, имеющая штат врачей

US-PREV169490

различного профиля, медицинское оборудование. Там Магнитскому  «1 июля.2009 года было проведено ультразвуковое исследование органов брюшной полости на предмет выявления признаков заболевания органов пищеварительной системы. По результатам УЗИ диагностирован  «калькулезный холецестит». При обследовании врачом хирургом, назначено контрольное ультразвуковое обследование через месяц, а  также плановое оперативное лечение». Это заключение подписали – начальник медицинской части – врач подполковник внутренней службы В.В. Степанов и и.о. начальника полковник внутренней службы Д.И. Васильев. И вот за неделю до проведения назначенного контрольного ультразвукового обследования,  после которого должна была проводиться плановая операция Магнитского переводят в СИЗО-77/2 («Бутырки»), где нет тех необходимых  медицинских условий, что есть в «Матросской тишине». Каковы же  причины перевода?

Начальник СИЗО-99/1 ФСИН России Иван Павлович Прокопенко объяснил их так:

- Мы решили провести ремонт. И нам надо было освободить этаж. Я обратился к нескольким следователям и от некоторых получил согласие на перевод их подследственных в другое СИЗО. Среди них  был следователь Магнитского О.Ф. Сильченко. В итоге мы освободили  этаж.

- Сколько человек вы перевели в другие СИЗО?

- Не помню.

- Ну порядка двух, трех, пяти человек?

- Порядка пяти.

Если освобождение 3 этажа достигнуто переводом в другие СИЗО  лишь «порядка пяти человек», значит остальных подследственных, находившихся в камерах на этом  этаже, удалось оставить в СИЗО. Почему Магнитский, который нуждался  в серьезной медицинской помощи, оказался не среди них, а среди этих «порядка пяти»?

-А я не считаю Магнитского больным. Сидящие в СИЗО  часто стараются выдать себя за больных, чтобы улучшить себе условия  Мы все больные. У меня, например, остеохондроз,- раздраженно отвечал нам И.П. Прокопенко.

Субъективная оценка И.П. Прокопенко здоровья Магнитского здесь  неважна, важно объективное заключение врачей.  И он о нем знал. Переводом в «Бутырки»  И.П. Прокопенко лишил Магнитского возможности получать необходимую медицинскую помощь. И планы проведения ремонта не могут обосновать это решение . Кстати, ремонт до сих пор не ведется, хотя уже прошло  пять месяцев после перевода из «Матросской тишины» Магнитского.


Принадлежала ли инициатива перевода С.Л. Магнитского из «Матросской тишины» в «Бутырку» только И.П. Прокопенко? Вопрос этот возник в связи с тем, что 21 февраля 2009 г. постановлением следователя О.Ф. Сильченко С.Л. Магнитский был переведен из СИЗО-77/5 в изолятор временного содержания  ГУВД г. Москвы  № 1. Адвокаты Магнитского обратились с жалобой в Генеральную прокуратуру РФ, где отметили: «В отсутствие объективной, обоснованной и законной необходимости перевода Магнитского С.Л. из следственного изолятора в изолятор временного содержания для производства следственных действий, тем более для тех, которые ранее уже проводились с ним в СИЗО и их дальнейшему проведению там же ничего не препятствовало, подобное решение следователя свидетельствует исключительно о намерении оказать психологическое и моральное давление на него». И.П. Прокопенко сказал, что это была его  инициатива, а следователь О.Ф. Сильченко поддержал её. Если российское законодательство регулирует  перевод осужденных из колонии в колонию, а обвиняемых и подозреваемых из СИЗО в ИВС, что дало основание адвокатам  опротестовать действия следователя, то перевод из СИЗО в СИЗО Законом не регламентируется. А поэтому действия  Прокопенко и Сильченко при принятии решения перевода  Магнитского из «Матросской        тишины» в «Бутырку»  Законом не

US-PREV169491

ограничивались, и они могли опираться в них даже на такое хлипкое обоснование, как предполагаемый ремонт, который так и не начался уже спустя 5 месяцев. Это серьезный пробел в законодательстве об Уголовно-исполнительной системе.

## ОБ УСЛОВИЯХ СОДЕРЖАНИЯ В СИЗО

13 октября 2009 года, за месяц до смерти, Сергей Магнитский сделал заявление следователю СК МВД РФ Грицаю, которое было приобщено к материалам его уголовного дела, расследуемого СК МВД РФ о том, что ему с ведома следствия создаются невыносимые условия содержания:

«Я считаю, что при участии следователя Сильченко О.Ф., или с его молчаливого согласия для меня были созданы бесчеловечные и унижающие достоинство, присущее человеческой личности, условия содержания в следственном изоляторе. За время содержания под стражей меня пять раз переводили в четыре разных места содержания под стражей. Я устал считать камеры, в которые меня несчетное количество раз переводили. Мне не предоставляется медицинская помощь. Неоднократно по надуманным и необоснованным причинам запрещаются свидания с матерью и женой, телефонные разговоры с моими несовершеннолетними детьми. Во время содержания под стражей мне создавали ситуации, в результате которых я лишался еженедельного права пользоваться душем, смотреть телевизор, иметь холодильник, и просто жить в нормальных условиях, насколько они могут быть нормальными в следственном изолятор. Я уверен, что мне намеренно создаются такие невыносимые условия с ведома следствия . Я уверен, что единственной возможностью прекратить все эти издевательства надо мной, это согласиться с надуманными обвинениями, оговорить себя и других лиц.»

В ходе проверки содержания С.Л. Магнитского в СИЗО члены ОНК установили что действительно за время содержания под стражей ему поменяли 3 следственных изолятора.

Сразу после ареста 02 декабря 2008 года Магнитский поступил в СИЗО -5 . За неполные пять месяцев пребывания в СИЗО-5 его неоднократно переводили из одной камеры в другую (всего содержался в 4 камерах).

- камера 206, спальных мест 12, количество заключенных – 10 человек, жилая площадь 48,2 кв. м.

- камера 309 (переведен в связи с производственными работами), жилая площадь 32,1 кв. м, количество спальных мест – 8, содержалось 7 заключенных.

- камера 417, жилая площадь56,2, – количество спальных мест 14, содержалось 12 заключенных.

- камера 503, площадь 36,4, спальных мест 9, содержалось 8 заключенных.

Камеры были оборудованы отгороженными унитазами, раковинами для умывания, столом, скамейками, шкафом для одежды, вешалками, лампами дневного и дежурного освещения, окнами для проникновения дневного света, принудительной вентиляцией.

До ареста Магнитский был здоровым человеком. Его городская амбулаторная карта не содержит сведений о заболеваниях, об обращениях к врачам. Через неполные пять месяцев содержания под стражей заболел.

28 апреля переведен в ФБУ СИЗО-1 «Матросская Тишина», где содержался по 25 июля 2009 года.

01 июля Магнитскому, содержавшемуся в тот момент в СИЗО-1 «Матросская Тишина, проведено ультразвуковое исследование на предмет выявления заболеваний органов пищеварительной системы. По результатам УЗИ было выявлено заболевание и поставлен диагноз «калькулезный холецистит». При обследовании врачом-хирургом назначено

US-PREV169492

4

контрольное исследование через месяц, а также плановое оперативное лечение.(Справка подписана начальником мед части полковником внутренней службы врачом Степановым и И.О. начальника Д.И. Васильевым). .

   25 июля 2009 года переведен из ФБУ СИЗО-1 (далее «Матросская Тишина») в ФБУ ИЗ-77/2 (далее «Бутырская тюрьма»). Контрольное обследование и плановая операция произведены не были.

   13 ноября состояние его резко ухудшилось. 16 ноября в 17-22 увезен на «скорой помощи» в СИЗО-1 «Матросская Тишина» где скончался .

   Такова краткая история вопроса.

   В ходе проверки  условий содержания Магнитского в СИЗО-2 «Бутырская тюрьма» мы пришли  к выводу, что обстоятельства, приведшие к смерти заключенного Магнитского С.Л. нельзя рассматривать без связи  с ходом расследования уголовного дела  Он считал, что. условия, созданные ему в Бутырской тюрьме, свидетельствуют о том, что таким образом на него оказывалось давление с целью сломить его волю пыточными условиями содержания и добиться признательных показаний, что дало ему основание заявить :

   «Я уверен, что мне намеренно создаются такие невыносимые условия с ведома следствия . Я уверен, что единственной возможностью прекратить все эти издевательства надо мной, это согласиться с надуманными обвинениями, оговорить себя и других лиц.»

   Настораживающими являются два факта:

   1.      16 октября 2009 года Магнитский выступил с заявлением о крупной мошеннической операции по выкачиванию денег из государственного бюджета крупными чиновниками МВД РФ. Дал подробную схему мошеннической операции, назвал фамилии.

   2.      24 ноября истекал годовой срок его содержания под стражей. У следствия не было достаточных доказательств его вины для начала судебного процесса, и поэтому 13 ноября на заседании Тверского суда было принято решение о продлении срока содержания под стражей. При этом в суд сотрудниками СИЗО-2 «Бутырская тюрьма» якобы случайно была представлена не должным образом оформленная справка о состоянии его здоровья, которая и явилась формальным предлогом для отказа суда освободить тяжело больного заключенного под подписку о невыезде, или под залог.

   Исходя из обстоятельств содержания заключенного Магнитского в СИЗО-2 «Бутырская тюрьма»  члены ОНК пришли к выводу о том, что  на Сергея Магнитского было фактически организовано физическое и психологическое давление . Суди по всему это понимали и сотрудники СИЗО. Начальник СИЗО -2 «Бутырки» Д. Комнов показал членам ОНК запись, которую он взял у Магнитского перед его отъездом из  «Бутырки:»» «За время пребывания в СИЗО никакого давления, ни физического, ни психологического ни со стороны сотрудников администрации и сокамерников не оказывалось», Зачем он это сделал? Ведь понятно какова цена таким распискам, сделанным в неволе. Комнов объяснил так: «В 2008 г. некий Щербаков убыл из СИЗО «Бутырки» и через неделю умер в  «Матросской тишине». И поэтому я попросил Магнитского, чтобы он это написал.». Описание, условий содержания показывает, что  несомненно давление оказывалось. Но был и такой факт, о котором Магнитский написал начальнику медсанчасти. «Вечером 18 октября 2009 г. в камеру № 708, где я содержался, был помещен человек, представившийся Денисом (впоследствии он сказал ,что его зовут Леонид. Этот человек вел себя странным образом». В частности, он спрашивал Магнитского, почему он так с ним поступил, хотя Магнитский видел его впервые.   Он производил впечатление человека психически неадекватного. Опасаясь за свою безопасность, Магнитский и его сокамерник спали по очереди. После этого визита странного человека у Магнитского ухудшилось состояние здоровья.

US-PREV169493

**Нарушено право на достойные, не унижающие человеческое достоинство условия содержания.**

- Беспрецедентным является тот факт, что за год содержания под стражей ему поменяли 3 следственных изолятора. При каждом переводе из одного изолятора в другой, из одной камеры в другую заключенный оставляет переданный родственниками холодильник, телевизор, часть личных вещей.

- Только за последние 3 месяца его переводили из камеры в камеру, при этом всякий раз камеры были все хуже и хуже. Так, до 31 августа Магнитский содержался в камере №267. В Бутырской тюрьме, в нарушение требований Европейских пенитенциарных правил, которые согласованных с ФСИН РФ, о необходимости предоставлять душ не мене 2 раз в неделю,  в душ водят один раз в неделю по графику. Камера № 267 попадала на вторник, день прибытия Магнитского. В этот день по прибытии в тюрьму Магнитскому не была предоставлена возможность помыться в душе в нарушение требования о санитарной обработке при поступлении в СИЗО.

- 26 июля Магнитский обратился с просьбой предоставить ему возможность помыться в душе, но ответа не получил.

С 25.07 по 16.11 2009 г. Магнитский С.Л. содержался в следующих камерах СИЗО -2 «Бутырки» : 35 , 52, 61, 59, 267, 305, 714, 708. О содержании в этих камерах Магнитский сделал свои записи.

Камера 267 – с 25.07 по 01 .09. Площадь 10,8 кв.м. Одновременно с ним в течение 1 дня содержались еще 2 человека. Потом 1 день в одиночестве, далее всегда вдвоем. В камере 4 кровати. В камере отсутствовал вентиль водопровода для подачи холодной воды. 04 августа он обратился с просьбой установить вентиль. Ответа не последовало. Камеры бутырской тюрьмы оборудованы водопроводом горячей воды, однако горячая вода в камеры не подается, вентили перекрыты. В соответствии с Правилами внутреннего распорядка, если в камерах нет горячей воды, то администрация обязана выдавать ежедневно горячую воду для стирки и кипяток для питья. В камере №267, куда был помещен Магнитский при переводе в Бутырскую тюрьму, не было горячей воды, кипятильника, чайника. Кипятильник у него отобрали при поступлении и отправили на склад. Он сразу же обратился с письменным заявлением выдать личный кипятильник со склада. Просил выдавать кипяток. Кипяток ему выдавать отказались, а кипятильник он получил только через неделю. В результате 6 дней он не имел доступа к кипяченой воде, что отразилось на его здоровье.

В ночное время электропитание в розетках отключают.

26 июля 2009 года во время утреннего обхода   Магнитский обратился к представителям администрации СИЗО с рядом письменных заявлений, в том числе о выдаче ему со склада личных вещей кипятильника. В нарушение ст. 91 Правил внутреннего распорядка, утвержденных приказом Минюста РФ от 14 октября 2005 г. № 189 заявления Магнитского не были приняты со ссылкой на то, что в выходные дни заявления не принимаются. Заявления были приняты только на следующий день, 27 июля.

29 июля 2009 г. Магнитский во время обхода камер заявил устную жалобу о том, что ему не выдают кипятильник.

30 июля руководство предложило написать еще одно заявление о выдаче кипятильника, поскольку предыдущее было утеряно. Кипятильник в тот он так и не получил.

5 августа Магнитский просил организовать горячее водоснабжение в камере для стирки и гигиенических целей. На это администрация СИЗО ответила, что не обязана подавать в камеры горячую воду, а тот факт, что в других СИЗО, где содержался

US-PREV169494

Магнитский, такая вода есть, свидетельствует о нарушении правил, и он может подать жалобу на руководителя ИЗ-77/5 за то, что там в нарушение правил была горячая вода.

13 августа Магнитский подал письменную жалобу на отключение розеток в ночное время. Ответа не получил.

31 августа Магнитский подал жалобу в УФСИН г. Москвы на то, что администрация в СИЗО не обеспечивает ежедневный прием предложений, жалоб и заявлений от обвиняемых и что условия содержания не соответствуют Правилам внутреннего распорядка в СИЗО. На следующий же день, 01 сентября Магнитский был переведен из камеры 267 в камеру № 59, что привело к значительному ухудшению  условий его содержания. Сергей Магнитский расценивал этот перевод как месть за подачу жалобы, Начальник же СИЗО  Д.Комнов объяснил  это уклончиво:» Переведен  в связи с психологической несовместимостью. Так решил оперативный работник, Вероятно, там мог быть какой-то конфликт» Ни о каком конфликте С.Л Магнитский не сообщал. Если бы он был, то точно о нем знали бы адвокаты.

Камера 59. С 01.09. по 08.09. Содержался восемь дней. Площадь 8,2 кв.м, четыре койки, содержались вчетвером. Не соблюдалась установленная ст. 23 №103-ФЗ от 15.07.2005 года норма санитарной площади в размере 4 кв. метра на человека ( в данном случае по 2 кв. м на человека.). Канализация требовала ремонта, шел нестерпимый запах из туалетной чаши. Камера не была оборудована столом и скамейками с числом мест по количеству содержащихся, за столом может разместиться только один человек. В камере не было полки для туалетных принадлежностей, зеркала, вмонтированного в стену, радиоприемника, холодильника, телевизора. Напольная чаша туалета не отделена от помещения камеры перегородкой. Во время пребывания Магнитского в этой камере заключенные использовали простыни в качестве ширмы, чтобы не пользоваться туалетом на виду у всех. Расстояние от туалета до койки составляет менее метра. Из чаши идет резкий запах канализации, заключенные вынуждены затыкать отверстие канализации пластиковыми бутылками. Единственные в камере электрические розетки расположены прямо над туалетной чашей, заключенным приходится готовить горячие напитки в отхожем месте. Напольная чаша туалета установлена вплотную к стене, площадка над ней мала, пользование таким туалетом затруднительно.  Условия  в  данной  камере  следует  расценивать  как,  унижающие человеческое достоинство. Вечером 08 сентября из напольной туалетной чаши стали подниматься канализационные стоки. В тот же вечер заключенных этой камеры перевели в камеру №35.

Камера 35. С 08.09. по 10.09. Содержался три дня. Площадь 10,1 кв. м. В камере 6 коек. Одновременно содержались трое. В камере не было в окнах стекол, стены были сырые. На следующий день  из канализационных стоков под раковиной  стала подниматься вода и к вечеру канализационные стоки затопили половину камеры. Заключенные просили устранить неисправность, сантехник пришел только в 22 часа, но  не смог устранить неисправность. Заключенные просили перевести их в другую камеру, но их оставили здесь до утра. На следующий день  слесарь не пришел, и к вечеру канализационные стоки заполнили весь пол в камерс. Заключенные персдвигались по камере, лазая по кроватям. Сантехник пришел только вечером, долго пытался устранить неисправность, но так и не смог. И сантехник, и надзиратель, который его привел, долго возмущались тем, в каких условиях приходится сидеть этим заключенным. Их просили перевести в другую камеру, но эти сотрудники не могли решить вопрос о переводе без разрешения начальства. Разрешение было получено только в 23 часа, после чего заключенных перевели в другую камеру № 61, то есть 35 часов люди вынуждены были жить среди канализационных стоков.

US-PREV169495

<u>Камера 61.</u> Площадь 8,2-8,5 кв. м. Четыре койки. В камере №61 не было не только стекол, но и оконных рам. 11 сентября Магнитский подал жалобу с просьбой вставить рамы и стекла, но реакции не последовало. Из-за холода заключенным пришлось спать в одежде и укрываться куртками. Но рамы не вставляли. 18 сентября заключенные подали жалобу на то, что из-за отсутствия окон они простудились, и только после этого рамы и стекла были вставлены. К приходу комиссии в камере 59  был установлен телевизор, заключенных содержалось трое. При этом  нормы нарушены : на каждого человека приходится 2,7-2,8 кв. метра площади.

<u>Камера 708.</u> Площадь 8,2 – 8,5 кв. м. На 4 койки. Дневной свет отсутствует из-за того, что окно выходит на прогулочный дворик, навес закрывает свет. Во время проверки членами ОНК в 14 часов дня в камеру не проникал дневной свет, окно было темным.

<u>Камера 714.</u> Площадь 8,2 кв. м. Дневной свет отсутствует из-за того, что окно выходит на прогулочний дворик, навес закрывает свет. В 14 часов дня в камеру не проникал дневной свет.

12 ноября 2009 года Магнитского С.Л. вывозили в Тверской районный суд для участия в судебном заседании, откуда он вернулся в тюрьму в 19 часов. До 24 часов его содержали в сборном отделении, потом уведомили, что его переводят из камеры 714 в другую камеру. Он просил, чтобы перевод отложили до утра, чтобы не переводили в ночное время, но ему в этом было отказано. Он смог только собрать личные вещи, а приготовить себе горячую пищу, которой он был лишен весь день 12 ноября, времени ему не дали.

<u>В камеру 305,</u> куда его перевели, он попал только примерно в 1-30, ночи,  из-за позднего времени и усталости не смог приготовить себе горячую пищу. В результате он был лишен права на 8-часовый сон и на прием горячей пищи в течение более 24 часов. <u>13 ноября 2009 года.</u> Магнитский написал жалобу начальнику СИЗО-2. «12 ноября в течение 24 часов я был лишен возможности приема горячей пищи и  8-часового сна в течение ночного времени, что по-видимому, послужило причиной обострения болей в области поджелудочной железы и появлению весьма неприятных болей в области печени, которые меня ранее не беспокоили, и тошноты.

В связи с этим прошу дать мне рекомендации относительно того, следует ли мне принимать какие-либо лекарства для лечения печени, если описанные боли не прекратятся или будут систематически продолжаться.  Кроме того, прошу наконец сообщить мне, когда будет проведено назначенное еще на август ультразвуковое исследование». Эта жалоба написана за три дня до смерти. А начальник СИЗО- 2 продолжал утверждать: «На прием ко мне Магнитский не записывался и с жалобами не обращался И адвокат никогда не обращался. \Мы показали ему  ответ начальника УФСИ РФ по г. Москве  В.А.  Давыдова, в котором он отвечал на вопросы, с которыми обращались к Комнову. А он принес нам журнал регистрации жалоб и обращений. И там действительно не были указаны ни обращения Магнитского, ни его адвокатов, ни его матери. Это свидетельствует либо о халатности, либо, если такая запись велась, то впоследствии журнал был переписан. Мы познакомились с записями в журнале и у нас сложилось впечатление, что они сделаны одной рукой и одной ручкой.

Члены ОНК встретились и с некоторыми сокамерниками Магнитского. Зеленчук- он был свидетелем  последних часов пребывания Магнитского в Бутырке : «Сергея сильно выбило из колеи, что ему на судебном заседании 12 ноября подменили материалы уголовного дела. 24 ноября у него истекал год под стражей». У членов ОНК сложилось впечатление, что он сказал нам все, что знал. Такое же впечатление оставили и Сергей Харитонов:» Два месяца с ним сидел. Я с ним особенно не общался. Он написал жалобу, когда у нас в 35 камере из унитаза потекла вода. По его жалобе нас перевели в другую камеру.», и Рашид

US-PREV169496

Намазов: «Я сидел с ним. Он по возрасту был мне неинтересен . Я видел, что он принимал лекарства. Я с ним особенно не общался, потому что у меня своя проблема.». Харитонов и Намазов выглядели крайне скованно, испуганно.

### Суды.

Участие в судебных заседаниях сопровождается жестокими, унижающими человеческое достоинство, обстоятельствами. При этом опасными для здоровья..
 На суды Магнитского вывозили несколько раз.
Вот как это происходило по записям Магнитского.
### Камера сборного отделения.

Из камер выводят в 7.00 – 7.30. То есть до завтрака. Держат в камере сборного отделения до 9.00 – 10.00 часов. После чего отправляют в суд.
Члены ОНК осмотрели камеры сборного отделения, где собирают группы заключенных для отправки в суды г. Москвы. Помещения площадью 20-22 кв.м , без окон. Сюда могут поместить до 70 человек, так что не только присесть, но и стоять бывает негде. Многие курят, без вентиляции дышать трудно. В большинстве камер туалеты никак не отгорожены. В некоторых есть краны с водопроводной водой, но пить ее без кипячения невозможно.  Во время посещения комиссией ОНК в камере сборного отделения  увидели, что нет вентиля для смыва в туалете, также не был отгорожен туалет.   Шторку повесили только во время нашего обхода, Мы её увидели, когда повторно зашли в камеры. А сотрудники СИЗО пытались уверить нас, что она была.

10.09.2009 с 11 часов утра до 19-30 Магнитский провел в сборном отделении без горячей пищи и питьевой воды, без душа (этот день по графику был душевой) . В этот день его никуда не повезли. **Перевозка**. Для перевозки используются машины с отделениями примерно 3,2 м длиной, 1,2 м шириной и1,5 м высотой. В такие отделения, которые рассчитаны на 15 человек, помещают до 17-18 человек, так что некоторым приходится ехать стоя, согнувшись в неудобной позе. Путь от тюрьмы до суда занимает обычно около часа, но в один из дней Магнитскому пришлось провести в такой машине 4,5 часа вечером, потому что машина из суда отправилась не прямо в тюрьму, а заезжала в другие суды, чтобы забрать оттуда заключенных.
В тюрьму машина с заключенными обычно приезжает в 19.00 – 19.30 часов. Но держат в машине до 20 часов, объясняя, что готовят документы.
Прибывших арестантов не разводят сразу по камерам, а держат в камере сборного отделения по 3-3,5 часов, так что в камеру он ни разу не попал раньше 23 часов.

**Питание.** В дни суда выдают сухие пайки, однако пользоваться ими невозможно, т.к как в Тверском суде не дают кипяток для заваривания сухих смесей.
Заключенные попадают в свои камеры поздно ночью. Горячий ужин им не положен. В результате время, котороес проходит между присмами горячей пищи можст составить до 38 часов. А если судебное заседание длится несколько дней подряд, то интервал между приемами горячей пищи увеличивается еще больше.
13 августа. Направил жалобу председателю тверского районного суда г. Москвы на то, что не выдали кипяток. Ответа не получил.
14 сентября. В суде снова не выдали кипяток.  Магнитский во время судебного заседания попросил судью Криворучко предоставить ему возможность получить горячую пищу, но судья отказал, сославшись на то, что это не является обязанностью суда.

US-PREV169497

Тут надо отметить, что с подобными проблемами при перевозки в суд и в судах сталкиваются и другие подследственные. О них давно идет речь, но никакого сдвига.

**Изоляция от  общения с семьей**

В Бутырской тюрьме Магнитский С.Л. подвергся еще более строгой изоляции и ограничениям в общении с семьей, чем это было в СИЗО-5 и Матросской Тишине. Так, законом предусматривается право вести переписку с родственниками и иными лицами ПВР предусматривается, что администрация тюрьмы ежедневно ведет прием корреспонденции от заключенных и в течение 3 дней проверяет их и отправляет адресатам. Вместо этого заключенным предлагается оставлять письма на специальном ящике в прогулочном дворике, откуда администрация должна их в срок забирать и отправлять на почту. Оставленное Магнитским письмо 9 сентября 15 сентября лежало там же. Письма от родственников идут 10-12 дней, междугороднее письмо Магнитский получил только спустя 25 дней со дня отправки.

За 11 месяцев пребывания Магнитского под стражей ему не было предоставлено ни одного свидания с матерью, женой, другими родственниками.

При этом органы прокуратуры, обязанные контролировать условия содержания на соответствие законодательству, не выполняли свою функцию.

- 11 сентября 2009 года адвокат Харитонов Д.В.направил жалобу Генеральному прокурору РФ Ю. Чайке, копии Начальнику Следственного комитета при МВД РФ Аничину А.В., старшему следователю по особо важным делам Следственного комитета при МВД РФ Сильченко О.Ф., в которой просил:

- Проверить обстоятельства, описанные в жалобе и опросить Магнитского о нарушениях, допускаемых в отношении него в ФБУ ИЗ-77/2 УФСИН России по Москве, опросить других заключенных, содержавшихся с Магнитским, а также доставлявшихся вместе с ним в Тверской районный суд для участия в судебных заседаниях 06, 10 и 18 августа 2009 года.

- Проверить законность неоднократных переводов Магнитского С.Л. из одного следственного изолятора в другой.

- Обязать администрацию СИЗО создать условия, обеспечивающие Магнитскому реализацию его прав, для чего истребовать у ФБУ ИЗ-77/2 и у УФСИН России по г. Москве копию текста его жалобы от 31 августа 2009 года и сведения о ее подаче и направлении адресату.

- Истребовать из ФБУ ИЗ-77/2 сведения о регистрации в журнале в порядке п. 92, 93 Правил внутреннего распорядка заявлений и  жалоб адвоката, копии указанных жалоб и заявлений, сведения об ответах на них, сведения о назначенном Магнитскому С.Л. медицинском обследовании и лечении, медицинских осмотрах, содержащихся в его медицинской амбулаторной карте.

О КАЧЕСТВЕ МЕДИЦИНСКОЙ ПОМОЩИ С.Л МАГНИТСКОМУ В  СИЗО.

В  конце апреля 2009 года  Сергея Магнитского перевели из СИЗО/5 в СИЗО- 99/1 ФСИН России(«Матросская тишина»). О причине перевода ни самому Магнитскому, ни его адвокатам  не  сообщили.  По словам адвокатов, еще находясь в СИЗО/5,  Магнитский периодически чувствовал боли в области левого подреберья.  На «Матросской тишине» эти боли продолжались и он пожаловался врачу.

US-PREV169498

1 июля 2009 в СИЗО-99/1 Магнитскому было сделано УЗИ брюшной полости и назначена консультация хирурга. Врач Валерий Шолохов, проводивший УЗИ, поставил Магнитскому диагноз: «острый панкреатит на фоне калькулезного холецистита».

13 июля 2009 года Магнитского осмотрел хирург больницы «Матросская тишина» Давид Галустов.

**23 ноября 2009 года** при встрече с ОНК Галустов рассказал об этой консультации: «У Магнитского была ЖКБ (желчно-каменная болезнь), панкреатит. Ему была рекомендована плановая операция. При повторном УЗИ, проведение которого было назначено через месяц, проверяется динамика роста камней. В соответствии с результатами нового УЗИ можно было настоять на проведении плановой операции».

Итак, согласно рекомендации хирурга Галустова, повторное УЗИ Магнитскому назначено на 1 августа 2009 года. Тем не менее, 25 июля 2009 года его переводят в СИЗО «Бутырки», где проведение УЗИ невозможно. Членам ОНК не удалось выяснить, согласовывался перевод Магнитского с медиками «Матросской тишины». В отсутствии законодательного акта, регулирующего четкий порядок перевода заключенного из СИЗО в СИЗО, сохраняется возможность для злоупотреблений и произвола тюремного начальства и следствия , в отношении подследственных.

Объяснение начальника СИЗО-99/1 ФСИН России Ивана Прокопенко о том, что перевод Магнитского связан с ремонтом в СИЗО не выдерживает никакой критики. Иван Прокопенко не мог не знать, что всего через неделю Магнитский должен пройти обследование УЗИ. Следовательно, его было необходимо везти из СИЗО Бутырки обратно в «Матросскую тишину». Как видно из дальнейших событий, на УЗИ Магнитского так и не отвезли. Несмотря на его неоднократные просьбы, и жалобы. И жалобы адвокатов в различные инстанции.

Вот ситуация с оказанием медицинской помощи С.М. Магнитскому в Бутырке, представленная самим Магнитским.

По прибытии в Бутырскую тюрьму С. Магнитский не был осмотрен врачом.

26 июня обратился в администрацию с письменным заявлением о приеме врачом. Врач не принял.

09 августа обратился с заявлением о приеме начальником тюрьмы, указал, что его здоровью угрожает опасность. Ответа не было.

11 августа. Заявление о приеме врачом, указал, что срок проведения назначенного обследования давно прошел. К врачу не отвели. Ответа не дали.

Кроме письменных заявлений, обращался устно во время обхода фельдшерами (обход 1-2 раза в неделю). Отвечали: «Пишите заявление. Писал? Тогда ждите».

14 августа. Обратился с заявлением с просьбой передать от родственников лекарства, назначенные врачом «Матросской Тишины».

17.августа , Наталья Николаевна Магнитская, мама,  принесла лекарства. Их не передали. После обращения матери к руководству медчасти выяснилось, что лекарства переданы по ошибке в другую камеру. Наталья Николаевна Магнитская вновь купила лекарства и только после этого, 04 сентября лекарства были переданы, то есть через 18 дней.

18 сентября 2009 года.   Обращение адвокатов к начальнику СИЗО Комнову . В соответствии  с  рекомендациями  врача  ему  назначено  повторное  ультразвуковое исследование на начало августа. Просьба

-обеспечить проведение контрольного ультразвукового исследования

-о результатах исследования и назначенном лечении  сообщить адвокатам.

24 августа. «Болезнь обострилась настолько, что уже не мог лежать. В 16 часов сокамерник стал стучать ногой в дверь, требуя, чтобы меня вывели к врачу. Надзиратель обещал пригласить врача. Сокамерник много раз повторно требовал врача. К врачу вывели

US-PREV169499

только через пять часов.» - из заявления Магнитского адвокату. « Врач была недовольна. На жалобы и отсутствие лечения она сказала, что в медицинской карте написано, что он уже лечился: «Что ж, вас каждый месяц лечить?» На мои просьбы назначить диетическое питание сказала, что нужно записаться на прием к хирургу и он решит этот вопрос»).

25 августа. Написал заявление о приеме врачом-хирургом. Ответа не последовало.
Диетическое питание Магнитскому так и не было организовано.

26 августа. Обход камер зам. начальника Бутырской тюрьмы. Магнитский пожаловался на неоказание медицинской помощи, что  не проводится назначенное обследование. Пытался показать письмо, в котором указано выявленное заболевание. Ему не дали сделать это: «Вы не задерживаете».

31 августа. «Аналогичный обход. Был другой представитель администрации тюрьмы. Письмо взял. Начальник медицинской части обещал разобраться. По поводу оперативного лечения сказал: «Это когда вы пойдете на волю. Тут вам его никто не обязан предоставлять». И ушел» (Из письма Магнитского адвокату).

•       Не был проведен первичный медицинский осмотр и санитарная обработка при поступлении в СИЗО «Бутырская Тюрьма».

•       Не была оказана медицинская помощь, впервые на прием к врачу он попал только спустя 30 дней после письменного обращения

•       Не было проведено назначенное ему ранее врачами СИЗО «Матросская Тишина» медицинское обследование (повторное УЗИ органов брюшной полости), назначенное на начало августа.

Во время встречи с членами ОНК начальник СИЗО «Бутырка» Дмитрий  Комнов говорил что, при прибытии 25 июля 2009 года Магнитский был осмотрен фельдшером Чепылевой. Жалоб он не предъявлял. На сердце не жаловался. Магнитский же в своих заявлениях, указывает на то, что при прибытии в СИЗО «Бутырка» он не проходил медосмотр. Вызывает удивление заявление фельдшера Чепылевой о том, что Магнитский при первичном осмотре ни на что не жаловался. В любом случае , он должен был бы сообщить о необходимости проведения  повторного УЗИ.

24 августа 2009 года Магнитский почувствовал себя плохо, просил вызвать к нему врача. Согласно его заявлению, медицинскую помощь он получил только через пять часов. Был осмотрен фельдшером Хохловой. Она поставила Магнитскому диагноз: межреберная невралгия. Судя по жалобе Магнитского, он говорил Хохловой, что он хотел бы, чтобы его осмотрел врач-терапевт. По словам Магнитского Хохлова при нем зачитывала выписку из медицинской карты, где говорилось, какое лечение проводилось Магнитскому в «Матросской тишине».

Тем не менее фельдшер Хохлова не передала заведующей терапевтическим отделением Ларисе Литвиновой просьбу Магнитского о приеме. Об этом членам ОНК сообщила сама Лариса Литвинова. Вызывает удивление, что медики СИЗО Бутырки не ведут дневниковых записей, в которых должны отражаться подробности оказания медицинской помощи заключенным.

С заведующей терапевтическим отделением СИЗО Бутырки Ларисой Литвиновой члены ОНК общались дважды. В первый раз она сообщила членам ОНК, что впервые увидела Магнитского 7 октября 2009 года: «От него поступила жалоба на обходе на обострение хронического заболевания холецистита. У него на руках была выписка из больницы еще до его заключения под стражу. Я посмотрела эту выписку и отдала ему на руки. Магнитский сказал, что у него обострение остеохондроза. Мы его положили в терапию». В терапевтическом отделении СИЗО Бутырки Магнитский пролежал с 7 октября до 12 ноября 2009 года.

US-PREV169500

Врач Лариса Литвинова заявила членам ОНК, что изучала его историю болезни по медкарте. Она не могла не знать, что ему в «Матросской тишине» было сделано УЗИ брюшной полости. При этом в разговоре с членами ОНК Литвинова  с казала, что она «не помнила», что ему показано проведение повторного УЗИ через месяц.

Члены ОНК обратили внимание на то, что и терапевт Литвинова и Дмитрий Кратов, заместитель начальника СИЗО по медицине старались обходить вопрос о повторном УЗИ. На настойчивые вопросы членов ОНК Дмитрий Кратов ответил с большой неохотой: «Для того, чтобы отвезти Магнитского на УЗИ в «Матросскую тишину», нужен конвой. А когда будет этот конвой, неизвестно».

Дмитрий Кратов заявил членам ОНК, что Магнитский ни разу не жаловался ему на обходах на отсутствие медицинской помощи. Это заявление вызывает удивление.

Согласно   тексту «Об условиях содержания в Бутырской тюрьме», написанному Магнитским, он разговаривал с Кратовым  4 сентября  о проведении УЗИ, когда тот принес ему лекарства, переданные родственниками, и тогда Кратов сказал, что написал рапорт о переводе Магнитского в «Матросскую тишину» для проведения УЗИ. Кратов пообещал, что это может быть сделано не раньше, чем через три недели. Такое же обещание Кратов высказывал и матери Магнитского на личном приеме.

Возникает вопрос: почему Кратов ничего не сказал членам ОНК о том, что он написал рапорт о необходимости проведения УЗИ Магнитскому? Был ли действительно написан этот рапорт? Или Кратов обманул Магнитского и его маму Наталью Магнитскую?

### Как лечили Магнитского в СИЗО «Бутырки»

Терапевт Лариса Литвинова заявила членам ОНК, что осматривала Магнитского каждый день с 7 октября по 12 ноября. « У него была уверенная положительная динамика. Последние две недели нахождения в терапии он не жаловался. Он переживал из-за судебных-следственных действий. Просил меня, чтобы я дала ему справку на суд 12 ноября о том, что он находится в стационаре».

Такую справку врач Литвинова Магнитскому дала. В ней было написано: «Магнитский С.Н. находится на лечении в стационаре с диагнозом: желчекаменная болезнь, холицистопанкреатит, обострение. Состояние здоровья удовлетворительное. ЭКГ – ритм синусовый, правильный, 66 уд. В мин. АД – 120/70, пульс 72 уд. в минуту. В судебно-следственных действиях принимать участие может. В следственном изоляторе содержаться может».

Эта справка была подписана начальником Бутырки Дмитрием Комновым и зам. начальника по медицинской части Дмитрией Кратовым. Но ни факсимильных подписей, ни печатей на ней не было. Судья Тверского районного суда Сташина отказалась приобщить ее к материалам дела, хотя у нее была возможность установить достоверность этих данных. Мы здесь должны отметить, что та же судья Сташина с легкостью необыкновенной, не задумываясь о риске,  по просьбе следствия оставляла в СИЗО тяжело больного, перенесшего 4 инфаркта подследственного Ткаченко, обвиненного в экономических преступлениях, находившегося в СИЗО 3 года, который в условиях СИЗО мог умерсть в любой момент. После посещения  членами ОНК  в «Матросской тишине» 5 апреля Ткаченко  ему изменили меру пресечения, заменив содержание под стражей  на залог . И он остался жив. Если бы суд также поступил в отношении Магнитского, он тоже  мог бы остаться живым. Мы считаем, что Верховный суд РФ, сообщество юристов должны проанализировать  существующую ситуацию не только с  судьей Сташиной, но вообще с положением  с тяжело больными подследственными. Ведь если  есть список заболеваний, наличие которых у осужденных, дает им право на освобождение, то для подследственных, которые еще непризнанны

US-PREV169501

виновными, такого списка нет. Несомненно нужно определить перечень заболеваний, наличие которых будет давать основание на освобождение подследственных, подозреваемых и обвиняемых из СИЗО, замену им меры пресечения. Как уже было сказано, 12 ноября Магнитский был выписан из терапевтического отделения СИЗО    Бутырки и переведен в камеру. Но уже 13 ноября после допроса следователем, который проходил в СИЗО, Магнитский почувствовал себя плохо и был вновь госпитализирован.

Терапевт Литвинова рассказала членам ОНК, что в пятницу 13 ноября во второй половине дня  ее в СИЗО уже не было. Магнитский обратился с жалобами на тошноту, на боли в правом подреберье. Его госпитализировал фельдшер, который сообщил Литвиновой о состоянии Магнитского. По словам Литвиновой, она полностью доверяет фельдшерам, которые в выходные, в ее отсутствие проводили Магнитскому ту же терапию, что ему проводили раньше, когда он лежал в отделении.

Такой подход терапевта Литвиновой вызывает удивление у членов ОНК: если, у больного, которого выписали после улучшения состояния, на следующий день фиксируется ухудшение самочувствия, не требуется ли этому больному дополнительная, более квалифицированная медицинская помощь?

Терапевт Литвинова заявляла членам ОНК, что, «если бы она поняла, что не справится сама с Магнитским, она бы его госпитализировала...»

Поняла она  это слишком поздно. По словам Литвиновой, в понедельник утром 16 ноября, когда она осмотрела Магнитского, она заметила, что «живот у него умеренно напряжен, обострение боли опоясывающего характера, рвота каждые три часа». Литвинова сочла, что его состояние «требует хирургического обследования, потому что камень может и в проток встать». Кроме того, как призналась Литвинова членам ОНК, «нужно было добиться его обследования. Я считала, что у него хроническая болезнь». Это заявление Литвиновой - нужно было добиться его обследования - иначе, как проговоркой назвать нельзя. Получается, что кто-то был против обследования Магнитского и врач Литвинова воспользовалась ухудшением здоровья пациента, чтобы инициировать его обследование, которое ему было назначено  почти четыре месяца назад.

«Скорую» помощь вызвали в 14.47. Следователю, который пришел на очередной допрос, Литвинова заявила, что у Магнитского обострение.

Члены ОНК обратили внимание на то, что реакция Литвиновой на состояние Магнитского отличается от реакции Дмитрия Кратова. Он уверял членов ОНК, что врач «скорой» не считала, что у Магнитского такое тяжелое состояние, чтобы отправлять его на «Матросскую тишину». Характерен его разговор с врачами «Матросской тишины» по телефону, о котором он рассказал членам ОНК.

Кратов: «Я позвонил на «Матросскую тишину» и сказал Ольге Александровне(врач МТ): «Мы больного к вам везем. Хорошо бы его обследовать. Панкреатит».

Ольга Александровна: «Что у него: панкреонекроз?»(обострение панкреатита, опасное для жизни)

Кратов: «Нет»

Ольга Александровна: «Зачем тогда везете?»

Кратов: «Просто обострение панкреатита».

По словам начальника СИЗО Бутырка, «скорая помощь» увезла Магнитского в Матросскую тишину в 17.10.

Дмитрий Кратов и Дмитрий Комнов настаивали на том, что состояние Магнитского не было критическим, что «он вышел из Бутырки своими ногами».

Члены   ОНК выразили желание поговорить с сопровождавшими Магнитского конвоирами в «Скорой помощи» в «Матросскую тишину», чтобы узнать, как он чувствовал

US-PREV169502

себя вовремя переезда. Комнов заявил:»Я  не назову вам фамилию конвоира. Я не хочу, чтобы его убили.» Нам остались непонятны такие опасения  Комнова.

Анализируя ситуацию с оказанием медицинской помощи Магнитскому можно сказать с определенностью: **должная медицинская помощь Магнитскому в СИЗО Бутырка не оказывалась.**

**Его жалобы о приеме терапевта игнорировались, врачи не предприняли необходимых действий, для того, чтобы направить Магнитского в «Матросскую тишину» для проведения ему повторного УЗИ, о чем было записано в медкарте Магнитского.**

Мы не знаем, чем объясняется такое непрофессиональное отношение к своим врачебным обязанностям со стороны медицинского персонала. Членам ОНК, которые пытались  во время своего второго визита более подробно узнать  об обстоятельствах лечения Магнитского в СИЗО Бутырка, не удалось поговорить с терапевтом Литвиновой. Помощник начальника УФСИН по Москве Анастасия Чжу увела Литвинову и не дала ей возможности пообщаться с членами ОНК. Во время первого визита членов ОНК обманули, заявив, что фельдшера Хохловой нет на рабочем месте. Члены ОНК  случайно встретили Хохлову в приемной начальника СИЗО.  Почему членам ОНК  не дали поговорить с фельдшером Хохловой, хотя она осматривала Магнитского по его жалобе 24 августа?

Почему заведующая терапевтическим отделением СИЗО Бутырка врач Лариса Литвинова, которая отмечала положительную динамику в течении болезни у Магнитского и выписала его 12 ноября в камеру, не удивилась тому, что 13 ноября он вновь пожаловался на обострение болезни и его пришлось госпитализировать. Кстати, в справке , которую нам зачитывали в «Матросской тишине», говорится, Магнитского госпитализировали 16 ноября в связи с отрицательной динамикой. Даже не специалисту очевидно, что процесс болезни развивался и его надо было госпитализировать , начиная с 13 ноября, когда он вновь обратился за медицинской помощью.

Почему 14 и 15  ноября его не перевели в больницу «Матросской тишины», где есть специалисты и УЗИ?

Возникает вопрос: может быть, руководство СИЗО Бутырка не получило разрешения на перевод Магнитского от следователя?  Почему 16 ноября Магнитского так долго не везли в  «Матросскую тишину»? Врач Литвинова обнаружила, что он нуждается в хирургическом обследовании еще на утреннем обходе Видимо, его перевод из СИЗО в СИЗО также согласовывали со следствием?

А позиция следователя   О.Ф. Сильченко?   На ходатайство, направленное ему адвокатами в соответствие со ст. 11 УПК РФ обратиться к начальнику СИЗО «с заявлением об обеспечении проведения контрольного ультразвукового исследования ( УЗИ) брюшной полости обвиняемого Магнитского Сергею Леонидовичу…» он ответил ,что  ходатайство рассмотрено и «31 августа 2009 г. вынесено постановление о полном отказе в его удовлетворении…Действующее законодательство не возлагает на следователя обязанность контролировать состояние здоровья содержащихся под стражей подозреваемых, обвиняемых…»

На фоне всей этой истории, длившейся более 3 месяцев, о непреодолимом  каком-то препятствии  проведению назначенного УЗИ такое заявление выглядит цинично и демонстрирует нежелание следователя О.Ф.Сильченко выполнять требование ст.11 УПК РФ, в которой четко  сказано:»Суд, прокурор, следователь, дознаватель обязаны разъяснять подозреваемому, обвиняемому, потерпевшему,   гражданскому истцу, гражданскому ответчику, а также другим участникам уголовного судопроизводства их права, обязанности и

US-PREV169503

ответственность и обеспечивать возможность осуществлению этих прав». Не желал О.Ф. Сильченко «обеспечивать возможность осуществлению этих прав». Почему?

При этом было нарушено требование ст. 122 УПК РФ о том, что следователь обязан довести до сведения заявителя постановление. Органы, осуществляющие предварительное расследование, обязаны направить заявителю копию постановления либо назначить время для ознакомления с ним, чтобы заявитель смог оценить законность принятого постановления и обжаловать его в судебном порядке. Копия этого постановления не было представлена адвокату. Тем самым не выполнено требование ст. 7 и 11 УПК РФ, нарушено право на обжалование постановления. Эти действия следователя **свидетельствуют либо о халатности в выполнении своих обязанностей, либо о намеренном сокрытии мотивации в отказе** на проведение обследования, изложенной в постановлении от 31 августа 2009 года.

15 сентября.2009 адвокат Харитонов Д.В. направил ходатайство, в котором просил ознакомить защиту с постановлением от 31 августа.

23 сентября 2009 года. Адвокат направил жалобу в УФСИН.

Вывод, который напрашивается из анализа ситуации: поведение медиков СИЗО Бутырка не было «халатностью». Это было не только «не оказание медицинской помощи», но можно ставить вопрос о нарушении права на жизнь.

ПОСЛЕДНИЙ ДЕНЬ МАГНИТСКОГО С.Л.

По рассказам врача «Бутырки» Литвиновой обострение панкреохолицистита у пациента Магнитского началось в пятницу, 13 ноября, когда ее уже в СИЗО не было. Он обратился с жалобой на тошноту, на боли в правом подреберье. Но опытные, по ее словам, фельдшеры СИЗО ему оказывали помощь и в выходные - положили в терапию и давали спазмалитики, а если бы состояние было острым, они вызвали бы скорую.

Она увидела его в понедельник утром, на обходе. Он был весь на нервах, она поняла, что это - психо-эмоциональный стресс. Вообще, обострения у него проходят именно на этой почве, хотя он сам ей признался, что нарушил диету - рыбки поел.

При осмотре живот пациента был напряженный, что является, по ее словам. признаком обострения болевых синдромов, и тогда в 11 часов ею было принято решение произвести госпитализацию Магниитского в Матросскую тишину (в межрегиональную больницу), чтобы сделать повторное УЗИ, а может быть - операцию.

Скорая была вызвана, однако (и здесь сведения из разных источников расходятся), далеко не утром: сама Литвинова сообщила, что вызвали «скорую» в 14 часов, а Григорьева Ольга Филипповна из мед. управления УФСИН Москвы, что в 14-47.

Во сколько прибыла в Бутырку «скорая помощь» осталось неизвестным, но убыла она в направлении Матросской Тишины в 17-10 - по словам начальника Бутырского СИЗО Дмитрия Комнова.

Таким образом, между решением о госпитализации Магницкого и его отправкой на госпитализацию прошло более пяти часов.

По всей видимости, это время ушло на разного рода согласования: со следователем, с ФСИН по Москве, внутри Бутырок ( с начальником медчасти , с начальником СИЗО), с Матросской тишиной.

В частности, в наших записях зафиксирована беседа главврача Бутырки Кратова с некоей Ольгой Александровной из Матросской Тишины:

- Я сам больного не видел. Я разговаривал с врачом «скорой» помощи. Она сказала, что нет такого острого состояния, чтобы отправлять на «Матросскую тишину», но я туда позвонил к Ольге Александровне. Я говорю: «Мы больного к вам везем. Хорошо бы его обследовать. Панкреатит». Ольга Александровна спросила: «Что у него панкреонекроз?»

US-PREV169504

16

Я говорю: « Нет» Ольга Александровна: «Зачем тогда везете?». Я: «Просто обострение панкреатита».

На мнение врача скорой помощи ссылается и доктор Литвинова: «Врач «скорой» посмотрел живот и подтвердил мой диагноз».

Однако потом врач бесследно исчезает и в Матросскую тишину Магнитского привозит «фельдшер-девушка». Об этом становится известно из рассказа врача-хирурга Матросской Тишины Гаусс Александры Викторовны: «Из СИЗО-2» лист сопровождения доставила фельдшер-девушка», и это становится признаком неопасности его болезни: «Если было бы опасение за здоровье, его сопровождал бы врач».

Эта девушка упоминалась также во время расспросов о том, что с Магнитским происходило в скорой помощи: девушка сидела с водителем, а арестант  с конвоем, и они друг друга не видели. Данные о скорой помощи от сотрудников изоляторов члены ОНК так и не получили,  также, как и о конвое: хотя имеется ответ Комнова на вопрос, можно ли побеседовать с конвоем: нет, его могут убить.

Итак, в 17-10  Сергей Магнитский покидает  Бутырки: членам ОНК показали видео-запись его выхода:

Видно, как по коридору идет человек в светлой куртке. Его сопровождают двое мужчин.. У Магнитского в руках две сумки. потом 2  пакета. Мужчины доводят его до двери. По словам Комнова, дальше им идти нельзя. Это работники хозобслуги. Видно Магнитского в профиль. Он наклоняется, чтобы взять сумки , пакеты. Камера снимает его сверху. Впрочем,  эту  запись родственники еще не видели, а потому точно утверждать, что на видеосъемке С.Л. Магнитский нельзя.

**Что же случилось с Сергеем Магнитским в Матросской тишине?**

Видеозаписи прибытия Магнитского в Матросскую тишину ОНК не показали.

Начальник Матросской тишины **Тагиев Фикрет Галдулаевич**, так описывает остаток жизни Сергея Магнитского: «Привезли в СИЗО 18-30. Он сам шел с мешками, был в нормальном состоянии. Привели его к дежурному фельдшеру.  Фельдшер вызвал врача-хирурга, Гаусс. Он «заиграл», то есть, начал буйствовать. Говорил: «Зачем вы меня сюда привезли? Стал угрожать. Не хотел уходить из кабинета фельдшера. Дежурная смена усмирила его, надели наручники.  Вызвали психиатрическую скорую помощь ,а до ее приезда его отвели в бокс на сборном отделении размером 6Х2,5 ( 15 кв.м). Там он ожидал приезда «скорой», но психиатры к нему не входили, так как к их приезду ему стало плохо. Сердце остановилось в 21-50 после реанимационных процедур, которые начал  проводить фельдшер Саша, и потом к ним присоединились врачи.

Тагиев дал членам ОНК ознакомиться со справкой- выпиской из медкарты:

16.11.09

18.30.  осмотр  дежурным  хирургом.  Диагноз:  острый  холецистопанкреатит. Госпитализация в хирургическое отделение. Для динамического лечения и наблюдения.

16.11.09.  19.00  Больной  ведет  себя  неадекватно.  Разговаривает  с  «голосом»: дезориентирован, кричит, что его хотят убить. Состояние расценено, как острый психоз. Вызвана психиатрическая бригада 03 . № наряда 904253. Телесных повреждений нет, за исключнием следов от наручников на обоих запястьях.

Больному до приезда психиатра планировалось провести спазмолитическую терапию. Однако проведение было невозможно из-за агрессивного поведения.

В 21.15 вновь осмотрен в связи с ухудшенним состояния больного. При осмотре врачом психиатром состояние больного резко ухудшилось. Больной потерял сознание. Начаты реанимационные мероприятия (непрямой массаж сердца и искусственная вентиляция легких подушкой Амбу. Больной доставлен в ПИТ, где проведены реанимационные

US-PREV169505

мероприятия. ИВЛ, введение гормонов. Реанимация в течение 30 минут. 21.50 биологическая смерть.

Отвезли тело в 11 морг. Предварительный диагноз - кардиомиопатия - острая сердечная недостаточность. Желчный и поджелудочная в полном порядке. Это известно из неуказанных источников, так как результаты вскрытия пока не опубликованы При вскрытии ( это рассказал Тагиеву сотрудник, который присутствовал при вскрытии) обнаружилось, что у Магнитского было огромное сердце, в два раза больше нормального, гипертрофия сердца. Искать причину его смерти надо после 12 ноября, в последующие 4 дня после суда, на котором не удовлетворили его ходатайство об освобождении из под стражи.

**Так об этом рассказала хирург Гаусс Александра Викторовна:**

Она увидела Магнитского в кабинете фельдшера на сборном отделении  в сопровождении одного конвоира из СИЗО-2 ( Бутырка), он был уже в клетке.

Как было уже упомянуто, лист-сопровождение доставила девушка-фельдшер «скорой помощи».  Он рассказал, что болеет с четверга ( 12.11.09), у него начались боли опоясывающего характера.

При ее осмотре живот был напряжен, болезнен в обоих подреберьях, явный симптом панкреатита, в медкарте она прочла назначение на повторное УЗИ. Во время ее приема в у Магнитского было два позыва на рвоту ( самой рвоты не было), и она дала ему пакет. Сначала вел себя спокойно, дал согласие на госпитализацию, расписался на медкарте.

В 19-00  он вдруг начал вести беспокойно,  стал говорить: «Зачем вы досматриваете мои сумки?». У него было 3 сумки и 2 целлофановых пакета. Она ответила ему: «Ваши вещи никто не досматривает». Он: «Нет, вы же видите, их досматривают!», схватив кушетку, которая стояла в его клетке, где он находился при опросе ( потом мы осмотрели этот кабинет, стало ясно, что хорошо размахнуться указанным предметом в этой клетке трудно по причине ее небольшого размера), потом сел, прикрылся пакетом и сказал, что его хотят убить. Это продолжалось недолго, он всего два раза несильно ударил кушеткой по полу, потом поставил ее, а после, наоборот, стал проявлять страх и прятаться за пакет, который она ему дала. По ее мнению, это было похоже на острый психоз, манию преследования. Поэтому вызвали психиатрическую скорую.

На вопрос, были ли у него повреждены кисти рук, она ответила, что были следы от наручников, и она занесла эту информацию в медкарту.

На вопрос, как происходил вызов психиатрической помощи, что делала врач, она рассказала, что вызвала  усиление ДПНСИ (Федоровича), с ним пришло примерно 8 человек, Магнитскому надели наручники, он не сопротивлялся, стоял в наручниках, выглядел неадекватно, озирался по сторонам. После наручников она велела сделать ему укол спазгона, чтобы унять боль в брюшной полости.

Делал укол фельдшер Саша, по ее назначению. Укол ставили уже без нее, она покинула сборное отделение, пошла в хирургию. Психиатров она не видела.

В 21-20 позвонил женский голос со сборки и сообщил, что в 4-м боксе больной лежит на полу. Физическое состояние под вопросом.

Дежурный терапевт Нафиков прибежал на реанимацию. В боксе был фельдшер Саша, он выполнял реанимационные процедуры при помощи специального устройства ( Подушка Амбу). Наручников на Магнитском не было. В 21-50 сердце остановилось.

**Рассказ ДПНСИ Маркова Дмитрия Федоровича** ( Федорыч), который усмирял Магнитского:

С ним в это время был лейтенант Кузнецов, его зам. На вопрос, были ли у Магнитского руки синими ( это известно из показаний матери Магнитского, она обнаружила, что кисти рук сына были повреждены), ответил, что видел только следы от наручников. Его привезли на «скорой» в наручниках. На сборку он пришел самостоятельно.  Через 30 минут

US-PREV169506

после приступа психоза, уже в боксе, ему сняли наручники, он был нормальный. Психбригада вошла в бокс, и во время осмотра ему стало плохо.  Сидел на полу, тяжело дышал, покрылся испариной.

**Фельдшер Семенов Александр Александрович ( Саша)**, в присутствии нач меда СИЗО Ибатулиной,  зам начальника по лечебной части Бархатовой  в кабинете Тагиева, рассказал, что **укол он делал до психоза**. Сделал внутримышечно спазмалитик и вышел. Пришел опять во время психоза, слышал, как Магнитский кричал «Где мои вещи?». Психоз начался в 19 часов.

Психиатрическую бригаду вызвали на освидетельствование в 19-30.

Приехала  скорая в 20-48. Когда врачи вошли в бокс, он сидел на скамейке, но ему было плохо, глаза рассредоточены. Все время, с 19-30 до прихода скорой, он был без врачебного наблюдения, за ним наблюдал в окошко дежурный, он же снял ему наручники. Ответ на вопрос,  нормально ли, что больного оставили без врачебного наблюдения, нам узнать не удалось, так как начальницы не давали Саше  говорить. Он выглядел испуганно.

На вопрос, что он сам чувствовал, ответил, что ничего особенного, это штатная ситуация - и с психозом, и со смертью.

**Беседа с врачом психиатрической скорой помощи   Корниловым Виталием Владимировичем** (по телефону) добавила в эту картину следующие детали:

Скорая пришла в СИЗО в 20 часов, а не в 20-48. Но ее врачей к пациенту сразу  не пустили Ждали более часа. Потом пришли и сказали,., что он умер.» Ну мы все-таки врачи «Скорой помощи», вдруг потребуются реанимационные мероприятия. Пошли.   Зашли в камеру.  Он лежал на полу и мы определили признаки биологической смерти. Там был кто-то из медперсонала, потом пришел мужчина. Женщины-врача я  не видел.»

Многие рассказы плохо накладываются друг на друга, очевидна «пропажа» врача скорой помощи, не совпадает  рассказ Гаусс и Саши, о том,  когда  Магнитскому делали укол до психоза или после, рассказы разных персоналий о времени событий, о том, как он вел себя во время психоза, что происходило с ним после помещения в бокс.

 Причина этого не ясна, ведь все указанные лица неоднократно давали показания следствию.


Начальник Матросской тишины  настаивал на смерти по причине сердца, так как это подтверждало, что диагноз панкреатит - дутый, что все было правильно - и перевод в Бутырку,  и отсутствие лечения, и прочее. Переживания Магнитского после 12 ноября, когда его оставили под стражей привели его к гибели. Сердце  непредсказуемо, с любым может случиться.

Однако болезненный живот и незадолго до этого сделанная  ЭКГ эту версию не подтверждает.. И его психоз - он говорил, что его хотят убить, требовал свои вещи ( у него действительно пропали записи)- может быть был вполне адекватной реакцией на происходящее.

Поведение хирурга Гаусс вызывает большие вопросы: почему она оставила больного Магнитского в остром болезненном состоянии в боксе одного, без врачебной помощи? Гаусс говорила о том, что у Магнитского были позывы на рвоту. То есть, очевидно, что были признаки обострения панкреатита. По словам Гаусс, психоз был недолгим и Магнитский вскоре успокоился. Тогда,  почему его не отвели в хирургическое отделение?

По рассказам врачей и сотрудников СИЗО «Матросская тишина»,  членам ОНК не удалось установить, что же все-таки произошло с Магнитским , когда он туда приехал. Очевидно, что слова врачей противоречат друг другу. Они намеренно скрывают правду. Нет уверенности  и в том, что у Магнитского в действительности был острый психоз, из-за которого его нельзя было перевести в хирургическое  отделение.

US-PREV169507

**Главный вывод, который можно сделать: в СИЗО «Матросская тишина» Магнитскому не была оказана медицинская помощь, в которой он нуждался и для осуществления которой его перевели из СИЗО Бутырка.**

**Больного в тяжелом состоянии практически оставили ( на 1 час  18 минут) умирать в боксе без врачебной помощи.**

## З А К Л Ю Ч И Т Е Л Ь Н Ы Е   В Ы В О Д Ы

Человек,  содержащийся под стражей, попавший в места лишения свободы не  может использовать все необходимые возможности для сохранения своей жизни, своего здоровья. Эта обязанность возлагается на государство, лишившее его свободы. А потому случай с С.Л. Магнитским может рассматриваться как  нарушение права на жизнь. Члены ОНК пришли к выводу, что на С.Л. Магнитского оказывалось психологическое и физическое давление, условия содержания в некоторых камерах СИЗО -2 «Бутырки» можно назвать пыточными. И лица виновные в этом должны понести ответственность.

Реформа  пенитенциарной системы, когда её вывели из структуры МВД и передали в Минюст, ставила своей задачей отделить  её от следствия. Уголовно-исполнительная система независима от следствия. Её задача содержать в своих учреждениях в изоляции обвиняемых и осужденных в условиях, определенных Законом, а не отношением к ним следствия. Недопустимо вмешательство следствия в определение условий содержания. Тем не менее такое происходит довольно часто. Это атавизм, нарушение Закона. Члены ОНК считают необходимым разобраться, какова роль следствия в тех условиях содержания, в которых оказался  С.Л. Магнитский, и какова степень его ответственности за происшедшее.

Как показала ситуация с С.Л. Магнитским   врачи следственных изоляторов не выполнили в полной мере своих обязанностей. Мы полагаем, что это во многом объясняется их зависимостью от администрации учреждений пенитенциарной системы.   Медицину необходимо вывести  из подчинения  Уголовно-исполнительной системы, она  должна быть независимой.

Необходимо законодательно регламентировать перевод из одного СИЗО в другой, четко определить правила перевода из одной камеры в другую, ответственность за произвольное, не обоснованное Законом ухудшение условий содержания, чтобы не происходило того, что произошло с Магнитским.

Давно назрел вопрос о неправомерности определения меры пресечения как содержание под стражей для обвиняемых, например, в экономических преступлениях. Здесь необходимо использовать альтернативные меры пресечения, они имеются.

Необходимо законодательно определить при каких заболеваниях обвиняемый  не может быть помещен в следственный изолятор, освобожден из него, когда по состоянию здоровья должны  применяться альтернативные формы пресечения. Суды вынося решения о мере пресечения, должны обязательно учитывать состояние здоровья обвиняемого.

Привести  российские    нормативные  акты  в  соответствие  с  Европейскими пенитенциарными правилами. Именно не соответствие их требованиям вызывало жалобы С.Л. Магнитского когда это касалось и  условий содержания в камерах СИЗО, ограничения в приеме душа, неоказание должной медицинской помощи, изоляция от общения с семьей, представителями общества и т.п.

Участие  в  судебных  заседаниях  сопровождается  жестокими,  унижающими человеческое достоинство обстоятельствами.  Это касается и подготовки к перевозке в суд, и саму транспортировку, и содержания в суде, в частности,    лишение горячего  питания. Проблема эта общая и давняя, но она никак не решается

US-PREV169508

В.В. БОРЩЕВ – Председатель общественной наблюдательной комиссии г. Москва

Л.В. ВОЛКОВА – Заместитель председателя общественной наблюдательной комиссии г. Москва

Т.А ФЛЕРОВА – Секретарь общественной наблюдательной комиссии г. Москва

Л.И. АЛЬПЕРН – Член общественной наблюдательной комиссии  г. Москва

Л.Б. ДУБИКОВА – Член общественной наблюдательной комиссии г. Москва

З.Ф. СВЕТОВА – Член общественной наблюдательной комиссии г. Москва

US-PREV169509