# EXHIBIT 3



**Генеральная прокуратура Российской Федерации**

ул. Б. Дмитровка, 15а
Москва, Россия, ГСП-3, 125993

07.08.2015 № 34/3-252-11

На №_____

Адвокату адвокатского бюро
Московской области
«Камертон Консалтинг»

Весельницкой Н.В.

ул. Ленинградская, д. 1а,
а/я 10, г. Химки, Московская
область, 141400

    Во исполнение вступившего в законную силу решения Тверского районного суда г. Москвы от 22.06.2015 направляются заверенные копии документов (перевод запроса Министерства юстиции США №182-44601 в Центральный орган юстиции РФ от 20.03.2014 за подписью первого заместителя директора Международного отдела Департамента уголовных расследований Мэри Д. Родригез об оказании содействия в проведении расследования по делу «Превезон Холдингз» (с отметкой о принятии Управлением экстрадиции ГУ международно-правового сотрудничества Генеральной прокуратуры РФ от 13.05.2014) на 15 листах;
    Перевод формы А сертификата подлинности деловой документации на 1 листе;
    Сертификат перевода компании «ManpowerGroup Public Sector» о подлинности перевода запроса США в Россию по делу «Превезон Холдингз» на 1 листе;
    Письмо-приложение Министерства юстиции США на имя начальника ГУ международно-правового сотрудничества Генеральной прокуратуры РФ Куприянова С.А. к запросу об оказании содействия по делу «Превезон Холдингз» на 1 листе;
    Запрос Министерства юстиции США №182-44601 в Центральный орган юстиции РФ от 20.03.2014 за подписью Первого заместителя директора Международного отдела Департамента уголовных расследований Мэри Д. Родригез об оказании содействия в проведении расследования по делу «Превезон Холдингз» на 18 листах;
    Форма А сертификата подлинности деловой документации на 1 листе;
    Ответ (сопроводительное письмо) начальника Главного управления международно-правового сотрудничества Генеральной прокуратуры РФ Карапетяна С.А. от 12.08.2014 № 35/87-9с-2014 на запрос Министерства юстиции США о правовой помощи №182-44601 от 20.03.2014, направленный на имя Директора Бюро расследований по международным делам Мери Эллен Варлоу с указанным приложением 255 листов, на 1 листе;
    Результаты рассмотрения запроса США по делу «Превезон Холдингз» на 14 листах;

АП № 446681

Приговор Тверского районного суда г. Москвы (судья Неверова Т.В.) от 28.12.2012 в отношении Кратова Д.Б. на 27 листах;

Постановление ст. следователя по особо важным делам правового следственного отдела управления по расследованию особо важных дел о преступлениях против государственной власти и в сфере экономики ГСУ СК РФ майора юстиции Стрижова А.А. от 19.03.2013 о прекращении уголовного дела №201/366795-10 в связи с отсутствием события какого-либо преступления в отношении Магнитского С.Л. на 30 листах;

Постановление Тверского районного суда г. Москвы (судья Алисов И.Б.) от 11.07.2013 о прекращении уголовного дела в отношении Магнитского С.Л. в связи со смертью обвиняемого на 32 листах;

Приговор Тверского районного суда г. Москвы (судья Алисов И.Б.) от 11.07.2013 в отношении Браудера У.Ф. на 33 листах;

Апелляционное определение Московского городского суда на Приговор Тверского районного суда г. Москвы (судья Алисов И.Б.) от 11.07.2013 в отношении Браудера У.Ф. на 40 листах;

Постановление начальника 4 отдела по расследованию особо важных дел о преступлениях коррупционной направленности, в сфере экономической деятельности, высоких технологий и интеллектуальной собственности Управления по расследованию организованной преступной деятельности и коррупции СД МВД России подполковника юстиции Сингурова Г.Р. от 05.03.2013 о привлечении Браудера У.Ф. в качестве обвиняемого на 3 листах;

Постановление ФАС МО от 13.10.2011 по делу № А41-8992/09 по иску компании «Глендора Холдинг Лимитед», «Коне Холдингс Лимитед» к компании «Бойли Системс Лимитед» на постановление 10ААС от 31.05.2011 на 14 листах;

Постановление Высшего Арбитражного Суда РФ от 20.02.2012 об отказе в передаче дела № А41-8992/09 Арбитражного суда МО в Президиум ВАС РФ для пересмотра в порядке надзора постановления 10ААС от 31.05.2011 и постановления ФАС МО от 13.10.2011 на 5 листах;

Кассационное определение Московского городского суда от 16.05.2013 на приговор Тверского районного суда г. Москвы от 28.12.2012 в отношении Кратова Д.Б. на 9 листах;

Постановление Тверского районного суда г. Москвы (судья Сташина Е.В.) от 19.03.2014 об объявлении в розыск Браудера У.Ф. на 2 листах;

Постановление 10ААС (предс. судья Мальцева С.В.) от 31.05.2011 по делу № А41-8992/09 по иску компании «Глендора Холдинг Лимитед», «Коне Холдингс Лимитед» к компании «Бойли Системс Лимитед» на 14 листах;

Определение Арбитражного суда Республики Татарстан от 15.04.2010 по делу № А65-7299/2009 по иску компании «Глендора Холдинг Лимитед», «Коне Холдингс Лимитед» к компании «Бойли Системс Лимитед», Британские Виргинские Острова на 4 листах;

Запрос Министерства юстиции США в Генеральную прокуратуру РФ за подписью помощника прокурора США Пола М. Монтелеони от 25.11.2014 об оказании содействия в проведении расследования по делу «Превезон Хол-

дингз» (с отметкой о принятии Управлением экстрадиции ГУ международно-правового сотрудничества Генеральной прокуратуры РФ от 26.12.2014) на 3 листах;

Перевод запроса Министерства юстиции США в Генеральную прокуратуру РФ за подписью помощника прокурора США Пола М. Монтелеони от 25.11.2014 об оказании содействия в проведении расследования по делу «Превезон Холдингз» на 3 листах;

Решение Тверского районного суда г. Москвы (судья Быковская Л.И.) от 13.11.2008 по ГД №2-2834/2008 по иску Митусова А.А. к МОО «Справедливость» об опровержении сведений, порочащих честь, достоинство и деловую репутацию на 5 листах;

Определение судебной коллегии по гражданским делам Московского городского суда (председательствующий Панарина М.М., судьи Федерякина М.А., Кнышева Т.В.) от 16.04.2009 об оставлении решения Тверского районного суда г. Москвы (судья Быковская Л.И.) от 13.11.2008 по ГД №2-2834/2008 без изменения, а кассационной жалобы без удовлетворения на 3 листах;

Решение Тверского районного суда г. Москвы (судья Быковская Л.И.) от 18.11.2008 по ГД №2-2835/2008 по иску Кацыва П.Д. к МОО «Справедливость» об опровержении сведений, порочащих честь, достоинство и деловую репутацию на 8 листах;

Определение судебной коллегии по гражданским делам Московского городского суда (председательствующий Панарина М.М., судьи Федерякина М.А., Кнышева Т.В.) от 16.04.2009 об оставлении решения Тверского районного суда г. Москвы (судья Быковская Л.И.) от 18.11.2008 по ГД №2-2835/2008 без изменения, а кассационной жалобы без удовлетворения на 2 листах;

Решение Тверского районного суда г. Москвы (судья Быковская Л.И.) от 19.11.2009 по ГД №2-2807/2008 по иску Весельницкой Н.В., Митусовой Н.А. к МОО «Справедливость» об опровержении сведений, порочащих честь, достоинство и деловую репутацию на 8 листах;

Определение судебной коллегии по гражданским делам Московского городского суда (председательствующий Панарина М.М., судьи Федерякина М.А., Кнышева Т.В.) от 16.04.2009 об оставлении решения Тверского районного суда г. Москвы (судья Быковская Л.И.) от 19.11.2008 по ГД №2-2807/2008 без изменения, а кассационной жалобы без удовлетворения на 3 листах;

Определение судебной коллегии по гражданским делам Московского городского суда (председательствующий Федерякова М.А., судьи Федорова Е.А., Кнышева Т.В.) от 16.06.2009 об исправлении описки в кассационном определении от 19.11.2008 по ГД №2-2807/2008 на 1 листе;

Решение АС МО (судья Кузнецова О.Н.) от 30.11.2009 по делу №А41-22363/09 по иску Кацыва П.Д. к Лариной О.А. на 8 листах;

Постановление 10ААС (судья Катькина Н.Н.) от 10.03.2010 по делу №А41-22363/09 по иску Кацыва П.Д. к Лариной О.А. на 5 листах;

Постановление ФАС МО (судья Хомякова Э.Г.) от 17.06.2010 по делу №А41-22363/09 по иску Кацыва П.Д. к Лариной О.А. на 5 листах;

Решение АС МО (судья Белодед С.Ф.) от 01.03.2010 по делу №А41-42510/09 по иску ООО «ЭТГ», Кацыва П.Д., Алтунина А.А., Весельницкой Н.В., Митусовой А.А. к Столбунову А.Б., МОО «Справедливость» на 10 листах;

Постановление 10ААС (судья Кручинина Н.А.) от 07.07.2010 по делу №А41-42510/09 по иску ООО «ЭТГ», Кацыва П.Д., Алтунина А.А., Весельницкой Н.В., Митусовой А.А. к Столбунову А.Б., МОО «Справедливость» на 8 листах;

Постановление ФАС МО (судья Петрова Е.А.) от 26.11.2010 по делу №А41-142510/09 по иску ООО «ЭТГ», Кацыва П.Д., Алтунина А.А., Весельницкой Н.В., Митусовой А.А. к Столбунову А.Б., МОО «Справедливость» на 5 листах;

Решение Королевского городского суда МО (Романова И.В.) от 24.10.2012 по делу №2-2742/12 по иску Кацыва П.Д. к Столбунову А.Б., МОО «Справедливость» на 11 листах;

Апелляционное определение Московского областного суда от 26.08.2013 на Решение Королевского городского суда (Романова И.В.) от 24.10.2012 по делу №2-2742/12 по иску Кацыва П.Д. к Столбунову А.Б., МОО «Справедливость» на 7 листах;

Решение Королевского городского суда МО (Руденко И.В.) от 07.12.2012 по делу №2-2979/12 по иску Кацыва П.Д., Митусовой Н.А., Митусова А.А., Весельницкой Н.В. к Столбунову А.Б., МОО «Справедливость» на 25 листах;

Апелляционное определение Московского областного суда от 22.05.2013 на Решение Королевского городского суда МО (Руденко И.В.) от 07.12.2012 по делу №2-2979/12 по иску Кацыва П.Д., Митусовой Н.А., Митусова А.А., Весельницкой Н.В. к Столбунову А.Б., МОО «Справедливость» на 6 листах;

Определение Московского областного суда от 29.07.2013 об отказе в передаче кассационной жалобы Кацыва П.Д., Митусова А.А., Митусовой Н.А., Весельницкой Н.В. на Апелляционное определение Московского городского суда от 22.05.2013 на 6 листах;

Определение ВС РФ от 25.02.2014 на определение Московского областного суда от 22.05.2013 на Решение Королевского городского суда МО (Руденко И.В.) от 07.12.2012 по делу №2-2979/12 по иску Кацыва П.Д., Митусовой Н.А., Митусова А.А., Весельницкой Н.В. к Столбунову А.Б., МОО «Справедливость» на 7 листах;

Решение Королевского городского суда МО (судья Касьянов В.Н.) от 04.02.2013 по делу №2-189/13 по иску Кацыва П.Д. к Столбунову А.Б., МОО «Справедливость» на 11 листах;

Апелляционное определение Московского областного суда от 24.06.2013 на Решение Королевского городского суда МО (Касьянов В.Н.) от 04.02.2013 по делу №2-2979/12 по иску Кацыва П.Д., Митусовой Н.А., Митусова А.А., Весельницкой Н.В. к Столбунову А.Б., МОО «Справедливость» на 4 листах;

Решение Королевского городского суда МО (судья Шишков С.В.) от 06.02.2013 по делу №2-590/13 по иску Кацыву П.Д. к Столбунову А.Б., МОО «Справедливость» на 13 листах;

Апелляционное определение Московского областного суда от 31.07.2013 на Решение Королевского городского суда МО (судья Шишков С.В.) от 06.02.2013 по делу №2-590/13 по иску Кацыву П.Д. к Столбунову А.Б., МОО «Справедливость» на 5 листах;

Решение Арбитражного суда Москвы от 03.10.2013 по делу № А40-29110/13 по иску ООО «ИНАВТО», Кацыва П.Д., Кацыва Д.П. к Столбунову А.Б., МОО «Справедливость», ООО «Развитие» на 13 листах;

Апелляционное постановление 9ААС от 05.03.2014 по делу №А40-29110 на решение Арбитражного суда Москвы от 03.10.2013 по делу № А40-29110/13 по иску ООО «ИНАВТО», Кацыва П.Д., Кацыва Д.П. к Столбунову А.Б., МОО «Справедливость», ООО «Развитие» на 19 листах;

Постановление ФАС МО от 03.07.2014 по делу № А40-29110/13 на Решение Арбитражного суда Москвы от 03.10.2013 по делу № А40-29110/13 по иску ООО «ИНАВТО», Кацыва П.Д., Кацыва Д.П. к Столбунову А.Б., МОО «Справедливость», ООО «Развитие» на 16 листах;

Решение Тверского районного суда г. Москвы (Рачина К.А.) от 03.09.2013 по делу №2-2458/2013 по иску Кацыва П.Д., Митусова А.А., Митусовой Н.А., Весельницкой Н.В. к Столбунову А.Б., МОО «Справедливость» на 7 листах;

Решение Тверского районного суда г. Москвы (Рачина К.А.) от 03.09.2013 по делу №2-2462/2013 по иску Кацыва П.Д., Митусова А.А., Митусовой Н.А., Весельницкой Н.В. к Столбунову А.Б., МОО «Справедливость» на 33 листах;

Решение Тверского районного суда г. Москвы (судья Мустафина И.З.) от 24.09.2013 по делу №2-3069/13 по иску Кацыва П.Д., Кацыва Д.П. к Столбунову А.Б., МОО «Справедливость» на 9 листах;

Решение Тверского районного суда г. Москвы (судья Мустафина И.З.) от 15.11.2013 по делу №2-3068/13 по иску Кацыва П.Д., Кацыва Д.П., Весельницкой Н.В., Митусова А.А., Митусовой Н.А., к Столбунову А.Б., МОО «Справедливость» на 8 листах;

Решение Химкинского городского суда МО (судья Яцык А.В.) от 03.12.2013 по делу №2-4024/2012 по иску Кацыва П.Д., Кацыва Д.П., Весельницкой Н.В., Митусовой Н.А., Митусова А.А. к Лариной О.А., Столбунову А.Б., Карасеву А.Л., МОО «Справедливость» на 25 листах;

Ответ (сопроводительное письмо) начальника Главного управления международно-правового сотрудничества Генеральной прокуратуры РФ Карапетяна С.А. от 12.12.2014 № 35/87-9с-2014 на запрос Министерства юстиции США о правовой помощи №182-44601 от 20.03.2014, направленный на имя Директора Бюро расследований по международным делам Мери Эллен Варлоу с указанием приложения в 2 томах, на 1 листе;

Постановление руководителя ГСУ СК РФ генерал-лейтенант юстиции Щукина А.В. от 16.09.2014 о привлечении Столбунова А.Б. в качестве обвиняемого в рамках уголовного дела №441053 на 8 листах;

Приговор Мирового судьи судебного участка №368 Тверского района г. Москвы Некучаевой А.Ю. от 13.08.2013 в отношении Столбунова А.Б. на 19 листах;

Апелляционное определение Московского городского суда от 19.11.2013 на приговор Мирового судьи судебного участка №368 Тверского района г. Москвы Некучаевой А.Ю. от 13.08.2013 в отношении Столбунова А.Б. на 5 листах;

Приговор Тверского районного суда г. Москвы (судья Ухналева С.В.) от 10.02.2012 в отношении Барановского Д.Р. на 47 листах;

Кассационное определение Московского городского суда от 26.10.2012 на Приговор Тверского районного суда г. Москвы от 10.02.2012 в отношении Барановского Д.Р. на 8 листах;

Постановление Президиума Московского городского суда от 20.09.2013 на Приговор Тверского районного суда г. Москвы от 10.02.2012 в отношении Барановского Д.Р. на 4 листах;

Постановление ВС РФ от 17.01.2014 на Приговор Тверского районного суда г. Москвы от 10.02.2012 в отношении Барановского Д.Р. на 7 листах;

Постановление ВС РФ от 04.08.2014 об отмене постановления судьи ВС РФ от 17.01.2014 об отказе в удовлетворении надзорной жалобы и о возбуждении надзорного производства по уголовному делу в отношении Барановского Д.Р. на 10 листах;

Кассационное определение ВС РФ от 21.08.2014 на Приговор Тверского районного суда г. Москвы от 10.02.2012 в отношении Барановского Д.Р. на 6 листах;

Приговор Тверского районного суда г. Москвы (судья Криворучко А.В.) от 24.08.2011 в отношении Рослякова М.В. на 21 листе;

Кассационное определение Московского городского суда от 05.12.2011 на Приговор Тверского районного суда г. Москвы от 24.08.2011 в отношении Рослякова М.В. на 3 листах;

Постановление Президиума Московского городского суда от 11.05.2012 на Приговор Тверского районного суда г. Москвы от 24.08.2011 в отношении Рослякова М.В. на 4 листах;

Приговор Тверского районного суда г. Москвы (судья Алисов И.Б.) от 26.07.2013 в отношении Карасева А.Л. на 12 листах;

Апелляционное определение Московского городского суда от 06.02.2014 Приговор Тверского районного суда г. Москвы от 26.07.2013 в отношении Карасева А.Л. на 7 листах;

Приговор Мещанского районного суда г. Москвы (судья Тришкин А.В.) от 11.07.2013 в отношении Барановского Д.Р. на 47 листах;

Апелляционное определение Московского городского суда от 27.02.2014 на Приговор Тверского районного суда г. Москвы от 11.07.2013 в отношении Барановского Д.Р. на 17 листах;

Приговор Мещанского районного суда г. Москвы (судья Родин В.С.) от 28.12.2011 в отношении Петряева Ю.Б., Баядин В.И. на 35 листах;

Кассационное определение Московского городского суда от 11.04.2012 на Приговор Мещанского районного суда г. Москвы от 28.12.2011 в отношении Петряева Ю.Б., Баядин В.И. на 5 листах;

Приговор Тверского районного суда г. Москвы (судья Неверова Т.В.) от 25.07.2014 в отношении Лариной О.А. на 24 листах), согласно приложения.

Приложение: заверенные копии документов в 3 томах (т.1 на 271 листе; т. 2 на 296 листах; т.3 на 290 листах).

Заместитель начальника управления
по надзору за расследованием
особо важных дел                                                           М.Ю. Александров