# Exhibit 53

**Record of evidence**

Moscow                                                                              October 18, 2006
(place of issue)

Interrogation started at    10:00              Interrogation finished at    10:55

<u>Investigator for particularly important cases of tax crimes investigation department</u>
(Name of preliminary investigation agency or inquiry,
<u>Investigative Committee of the Russian Interior Ministry Justice Major I.P. Novikov in office premise № 420</u>
rank or title, name and initials of the investigator (inquirer)
<u>in accordance with Art. 189 and 190 (191) of RF CCP interrogated on the criminal case № 248065</u>
(which exactly)
as a witness:
1. Surname, first name, patronymic: Magnitsky Sergey Leonidovich
2. Date of birth: 08.04.1972
3. Place of birth: Odessa, Ukraine
4. Place of residence and (or) registration: Moscow, Pokrovka str., house 20/1, app. 43
Tel:
5. Citizenship: RF
6. Education: higher, 'economist'
7. Marital status, family: married, two children - 2001, 1992.
8. Work place: auditor in CJSC 'Firestone Duncan'.
Phone: ---------
9. Military Status: bound to service
         (draft registered)
10. Prior conviction: verbal assurances of no previous convictions
(when and by which court was convicted, under which article of the Criminal Code, the type and the severity of punishment

when set a prisoner free)
                              Witness (signed)
                                  (signature)
11. Passport or another identity paper of the witness: 45 05 № 638943 issued by Department of Internal Affairs of Basmanny district of Moscow as of 15.05.2003
12. Other witness personal identity information: -------------------
              Witness                                           (signed)
Other parties*
         (procedural status, surnames and initials)
Parties are announced about the application of technical means
              (signed)
(such as, by whom)

1



BrowderDepo0000685

Before interrogation I was explained the rights and obligations of a witness, the fourth part of Article 56 of CCP RF:
1) Refuse to testify against myself, my husband (wife) and other close relatives, as it's defined in paragraph 4 of Art. 5 of RF CCP. If I agree to testify I'm warned that my testimony may be used as evidence in criminal proceedings, including the case of my subsequent rejection of these indications;
2) Testify in my native language or language that I speak;
3) To use services of an interpreter free of charge;
4) To challenge the interpreter participating in the interrogation;
5) To make motions and to appeal the actions (inaction) and decisions of the investigator, prosecutor and the court;
6) To appear for questioning by counsel in accordance with the fifth part of Art. 189 of RF CCP;
7) To apply for the implementation of security measures envisaged in the third part of Art. 11 of RF CCP.
<u>I am warned about the criminal responsibility for refusal to testify under Art. 308 of the Criminal Code and perjury by Article 307 of the Criminal Code.</u>

Witness                                                                 (signed)

According to the criminal case I can give the following evidence of appeal:
(Testimony is presented, as well as posed to questions and answers to them)

The investigator's question: Where do you currently work, the post?
Answer: At the moment I'm working on a labor contract at CJSC 'Firestone Duncan' as an auditor.
The investigator's question: Do you know the organization named LLC 'Saturn Investments'? Are you familiar with its leaders? If so, with whom?
Answer: mentioned organization is known to me by the nature of my work from the 90s. As for the leaders I met U.F. Browder then Yakir Shashu.
The investigator's question: How long have you seen Shashu Ya?
Answer: I met Shashu about a year ago, maybe more, I do not remember.
The investigator's question: How long have you seen U.F. Browder?
Answer: More than three years ago.
The investigator's question: Do you know their (Ya Shashu and U.F. Browder) location now?
Answer: No, I don't.
The investigator's question: During your career in which organizations were you a manager (founder)?
Answer: I maybe was the founder, but in which organizations I do not remember. As for my management in organizations, I was the CEO at JSC 'Faerstoun Audit', 'Jason and Argonafty' and possibly LLC 'Saturn Investments'.
The investigator's question: You are proposed a power of attorney dated 10.02.2005 on one sheet. How can you explain the availability of your last name and signature?
Answer: The signature on the power of attorney looks like mine, and according to this fact that it is said that I am general director of 'Saturn Investments', I can explain the following, maybe I was the director, but I do not remember exactly.

2

The investigator's question: You are proposed a merger agreement of LLC 'Rifle' and LLC 'Saturn Investments' on six sheets. How can you explain the availability of your last name and signature?

Answer: The answer is the same to the previous question. But I want to add that if there is my signature on the contract, it means that I was just asked by Ya Shashu Ivan Cherkasov to 'be' CEO for a period of reorganization.

The investigator's question: You are proposed a balance sheet of LLC 'Saturn Investments' on 09.02.2005 on the two sheets. How can you explain the availability of your last name and signature?

Answer: The document is familiar to me. Signature looks like mine.

Witness                                                                                   (signed)

Before starting, during or at the end of the witness questioning from Parties
(their procedural status, surnames and initials)

Statements (received, not received)           Statement content:

Witness                                                                                   (signed)

Other parties

Record is read *personally*
(personally or orally by the investigator)

Notes to the record: *don't have any*
(notes content or the absence)


Witness                                                                                   (signed)

Other parties


Investigator for particularly important cases
of Investigative Committee of the MVD of Russia          (signed)

3

BrowderDepo0000687


*Приложение 59*

# ПРОТОКОЛ
## допроса свидетеля

г. Москва                                                                                        18 октября 2006 г.
(место составления)

Допрос начат     в 10 ч 00 мин            Допрос окончен  в 10 ч 55 мин

Следователь  по особо важным делам отдела по расследованию налоговых преступлений
(наименование органа предварительного следствия или дознания,
СК при МВД  России  майор  юстиции  Новиков И.П. в помещении служебного кабинета № 420
классный чин  или звание, фамилия, инициалы следователя (дознавателя)
в соответствии со ст.  189 и 190 (191) УПК РФ  допросил по уголовному делу  №   248065
(каком именно)
в качестве свидетеля:

1. Фамилия, имя, отчество :  Магнитский Сергей Леонидович

2. Дата рождения : 08.04.1972 год

3. Место рождения : город Одесса, Украина

4. Место жительства и (или) регистрации :  город Москва, Покровка, дом 20/1, кв. 43

телефон :

5. Гражданство : РФ

6. Образование : высшее, «экономист»

7. Семейное положение, состав  семьи : женат, 2  детей - 2001, 1992 года.

8. Место работы или учебы :  аудитор ЗАО «Фаэрстоун Данкен».

телефон : ----------

9. Отношение к воинской обязанности : _____военнообязанный_____
(где состоит на воинском учете)

10. Наличие судимости : _____со слов не судим_____
(когда и каким судом был__ осужден__, по какой статье УК РФ, вид и размер наказания,

когда освобожден__)

Свидетель _____
(подпись)

11. Паспорт или иной документ, удостоверяющий личность  свидетеля: 45 05 № 638943 выдан ОВД Басманного района города Москвы 15.05.2003 года

12. Иные данные о личности  свидетеля : _____

Свидетель _____
(подпись)

Иные участвующие  лица * _____
(процессуальное положение, фамилия, инициалы)

Участвующим    лицам    объявлено    о    применении    технических    средств
(каких именно, кем именно)

BrowderDepo0000688

Перед началом допроса мне разъяснены права и обязанности свидетеля, предусмотренные частью четвертой ст.56 УПК РФ:

1) отказаться свидетельствовать против самого себя, своего супруга (своей супруги) и других близких родственников, круг которых определен п. 4 ст. 5 УПК РФ. При согласии дать показания я предупрежден__ о том, что мои показания могут быть использованы в качестве доказательств по уголовному делу, в том числе и в случае моего последующего отказа от этих показаний;

2) давать показания на родном языке или языке, которым я владею;

3) пользоваться помощью переводчика бесплатно;

4) заявлять отвод переводчику, участвующему в допросе;

5) заявлять ходатайства и приносить жалобы на действия (бездействие) и решения дознавателя, следователя, прокурора и суда;

6) являться на допрос с адвокатом в соответствии с частью пятой ст. 189 УПК РФ;

7) ходатайствовать о применении мер безопасности, предусмотренных частью третьей ст. 11 УПК РФ.

<u>Об уголовной ответственности за отказ от дачи показаний по ст.308 УК РФ и за дачу заведомо ложных показаний по ст.307 УК РФ предупреждена.</u>

Свидетель _____
(подпись)

По существу уголовного дела могу показать следующее:_____
(излагаются показания свидетеля, а также поставленные перед ним вопросы и ответы на них)

Вопрос следователя: Место Вашей работы в настоящее время, должность?

Ответ: В настоящее время я работаю по трудовому договору в ЗАО «Фаэрстоун Анкен» в должности аудитора.

Вопрос следователя: Известна ли Вам организация с названием ООО «Сатурн Инвестментс»? Знакомы ли Вы с ее руководителями? Если да, то с кем?

Ответ: Названная Вами организация известна по роду моей деятельности с 90-х годов. Касаемо руководителей, то я встречался с У.Ф. Браудером, затем с Якир Шашуа.

Вопрос следователя: Как давно Вы видели Я. Шашуа?

Ответ: С Шашуа я встречался около года назад, а может и больше, точно не помню.

Вопрос следователя: Как давно Вы видели У.Ф. Браудера?

Ответ: Более трех лет назад.

Вопрос следователя: Известно ли Вам их (Я. Шашуа и У.Ф. Браудер) местонахождение в настоящее время?

Ответ: Нет, не известно.

Вопрос следователя: За свою трудовую деятельность в каких организациях Вы являлись руководителями (учредителями)?

Ответ: Учредителем возможно я и являлся, но в каких организациях не помню. Касаемо моего руководства организациями, то я являлся генеральным директором в ЗАО «Фаэрстоун Аудит», «Джейсон и Аргонафты» и возможно в ООО «Сатурн Инвестментс».

Вопрос следователя: Вашему обозрению представляется доверенность от 02.2005 года на одном листе. Что Вы можете пояснить по поводу наличия на ней Вашей фамилии и подписи?

Ответ: Подпись на представленной мне доверенности похожа на мою, а что касаемо того, что в ней указано, что я генеральный директор ООО «Сатурн

BrowderDepo0000689

инвестментс», то могу пояснить следующее, возможно я и был им (директором), но точно не помню.

Вопрос следователя: Вашему обозрению представляется договор о слиянии ООО «Нифл» и ООО «Сатурн Инвестментс» на шести листах. Что Вы можете пояснить по поводу наличия на ней Вашей фамилии и подписи?

Ответ: Ответ аналогичный ответу на предыдущий вопрос. Но хочу добавить, раз на договоре стоит моя подпись, то значит, меня просто попросили Я. Шашуа или Иван Черкасов «побыть» генеральным директором на период реорганизации.

Вопрос следователя: Вашему обозрению представляется бухгалтерский баланс ООО «Сатурн Инвестментс» на 09.02.2005 года на двух листах. Что Вы можете пояснить по поводу наличия на ней Вашей фамилии и подписи?

Ответ: Документ мне знаком. Подпись похожа на мою.

Свидетель _____
                               (подпись)

Перед началом, в ходе либо по окончании допроса свидетеля от участвующих

_____
(их процессуальное положение, фамилии, инициалы)

заявления _____. Содержание заявлен__: _____
          (поступили, не поступили)

Свидетель _____
                               (подпись)

Иные участвующие лица: _____
                                            (подпись)

                                       _____
                                            (подпись)

Протокол прочитан _лично_ _____
                       (лично или вслух следователем (дознавателем))

Замечания к протоколу _не имею_ _____
                        (содержание замечаний либо указание на их отсутствие)

Свидетель _____
                               (подпись)

Иные участвующие лица: _____
                                            (подпись)

                                       _____
                                            (подпись)

Следователь по особо
важным делам СК при МВД РФ _____
                                                  (подпись)

BrowderDepo0000690