# Exhibit 55



US-PREV099502



City of New York, State of New York, County of New York

I, Alitasha Younger, hereby certify that the document "**PREV_000001891**" is to the best of my knowledge and belief, a true and accurate translation from Russian into English.

_____
Alitasha Younger

Sworn to before me this
November 17, 2015

_____
Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE



US-PREV099502