# Exhibit 56



OOO HSBC Bank (RR)
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

Makhaon OOO
19/9 Obraztsova Street
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|



29.12.06
09.01.07

09.01.07
31.01.07

11.01.07
27.02.07

27.03.07
28.02.07

Page (Стр

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения Выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

Makhaon OOO
19/9 Obraztsova Street
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |



28.02.07
01.03.07

01.03.07
16.03.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

Makhaon OOO
19/9 Obraztsova Street
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (№№) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|



16.03.07
.03.07

30.03.07
16.04.07

16.04.07
28.04.07

28.04.07
31.05.07

31.05.07

Page

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

REDACTED

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

Makhaon OOO
19/9 Obraztsova Street
Moscow
Russian Federation
258-31-60



Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

Makhaon OOO
19/9 Obraztsova Street
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



3.11.07
07.12.07

07.12.07
11.12.07

11.12.07
29.12.07

29.12.07

Page (Стр):41        Total pages (Всего стр.) 41

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



City of New York, State of New York, County of New York

I, Alitasha Younger, hereby certify that the document "**HSBC_PREV000118-HSBC_PREV000122**" is to the best of my knowledge and belief, a true and accurate translation from Russian into English.

_Alitasha Younger_

Sworn to before me this
November 17, 2015

_Signature, Notary Public_

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public
LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Махаон" ООО
ул. Образцова, 19, корп.9
г МОСКВА
Российская Федерация
258-31-60

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



REDACTED

29.12.06
09.01.07

09.01.07
31.01.07

31.01.07
27.02.07

27.02.07
28.02.07

Page (Стр

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL                                    HSBC-PREV-000048

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

**REDACTED**

"Махаон" ООО
ул. Образцова, 19, корп.9
г МОСКВА
Российская Федерация
258-31-60

```
Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения
```

## ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|
| | | **REDACTED** | | | |
| 28.02.07 | | | | | |
| 01.03.07 | | | | | |
| 01.03.07 | | | | | |
| 16.03.07 | | | | | |

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL  HSBCPRIVBANK00001495

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

"Махаон" ООО
ул. Образцова, 19, корп.9
г Москва
Российская Федерация
258-31-60

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

16.03.07
.03.07

30.03.07
16.04.07

16.04.07
28.04.07

28.04.07
31.05.07

31.05.07

Page (Стр

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Махаон" ООО
ул. Образцова, 19, корп.9
г МОСКВА
Российская Федерация
258-31-60

```
Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения
```

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|
| 29.06.07 | | REDACTED | | | |
| 29.06.07 | | | | | |
| 31.07.07 | | | | | |
| 31.07.07 | | | | | |
| 31.08.07 | | | | | |
| 31.08.07 | | | | | |
| 09.07 | | | | | |
| 28.09.07 | | | | | |
| 30.11.07 | | | | | |

Page (Стр)

CONFIDENTIAL

HSBC-PREV-000121

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении. Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Махаон" ООО
ул. Образцова, 19, корп.9
г Москва
Российская Федерация
258-31-60

```
Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 31.12.04
Дата последнего движения
```

## ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|
| | | **REDACTED** | | | |
| 3.11.07 | | | | | |
| 07.12.07 | | | | | |
| 07.12.07 | | | | | |
| 11.12.07 | | | | | |
| 11.12.07 | | | | | |
| 29.12.07 | | | | | |
| 29.12.07 | | | | | |

Page (Стр):41      Total pages (Всего стр.) 41

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL                              HSBC-PREV-000122