# Exhibit 59



OOO HSBC Bank (RR)
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

REDACTED

Parfenion OOO
19/9 Obraztsova Street
Moscow
Russian Federation

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



20.11.06
30.11.06

30.11.06
01.12.06

01.12.06
.12.06

29.12.06
31.01.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

Parfenion OOO
19/9 Obraztsova
Street
Moscow

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



31.01.07
13.02.07

13.02.07
14.02.07

14.02.07
28.02.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщит о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Parfenion OOO
19/9 Obraztsova Street
Moscow
Russian Federation

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|



**REDACTED**

28.02.07
.03.07
30.03.07
06.04.07
06.04.07
25.04.07

Page (Стр):

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и прочих движений по счету, указанных в выписке, если Клиент не сообщит о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

# HSBC

OOO HSBC Bank (RR)
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Parfenion OOO
19/9 Obraztsova Street
Moscow
Russian Federation

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

25.04.07
28.04.07

28.04.07
21.05.07

.05.07
31.05.07

31.05.07
29.06.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within REDACTED days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение REDACTED дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Parfenion OOO
19/9 Obraztsova Street
Moscow
Russian Federation

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

29.06.07
1.07.07

31.07.07
31.08.07

31.08.07
28.09.07

28.09.07
30.11.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

REDACTED

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

Parfenion OOO
19/9 Obraztsova Street
Moscow
Russian Federation

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



30.11.07
07.12.07

07.12.07
11.12.07

13.12.07
29.12.07

29.12.07

Page (Стр):21   Total pages (Всего стр.) 21

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object is writing within thirty days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение тридцати дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



City of New York, State of New York, County of New York

I, Alitasha Younger, hereby certify that the document "HSBC_PREV000138-HSBC_PREV000143" is to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Alitasha Younger

Sworn to before me this
November 17, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322656
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

```
"Парфенион" ООО
ул. Образцова, д.19 стр. 9
г МОСКВА
Российская Федерация
```

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

20.11.06
30.11.06

30.11.06
01.12.06

01.12.06
.12.06

29.12.06
31.01.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

# HSBC

OOO HSBC Bank (RR)
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Парфенион" ООО
ул. Образцова, д.19 стр. 9
г МОСКВА
Российская Федерация

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

31.01.07
13.02.07

13.02.07
14.02.07

14.02.07
28.02.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL   HSBC_PREL-00189

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Парфенион" ООО
ул. Образцова, д.19 стр. 9
г МОСКВА
Российская Федерация

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

28.02.07
.03.07

30.03.07
04.04.07

04.04.07
25.04.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 10 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 10 дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

REDACTED

```
"Парфенион" ООО
ул. Образцова, д.19 стр. 9
г МОСКВА
Российская Федерация
```

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



REDACTED

25.04.07
28.04.07

28.04.07
21.05.07

.05.07
31.05.07

31.05.07
29.06.07

Page (Стр

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within CONFIDENTIAL days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении. Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение HSBC_BREV-00014 дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Парфенион" ООО
ул. Образцова, д.19 стр. 9
г МОСКВА
Российская Федерация

```
Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения
```

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref(NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|
| 29.06.07 | | | | | |
| 1.07.07 | | REDACTED | | | |
| 31.07.07 | | | | | |
| 31.08.07 | | | | | |
| 31.08.07 | | | | | |
| 28.09.07 | | | | | |
| 28.09.07 | | | | | |
| 30.11.07 | | | | | |

Page (Стр):

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL                                      HSBC_PREV_000142

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Парфенион" ООО
ул. Образцова, д.19 стр. 9
г МОСКВА
Российская Федерация

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|
| 30.11.07 | | **REDACTED** | | | |
| 07.12.07 | | | | | |
| 07.12.07 | | | | | |
| 11.12.07 | | | | | |
| 11.12.07 | | | | | |
| 29.12.07 | | | | | |
| 29.12.07 | | | | | |

CONFIDENTIAL

HSBC_PREV_000143

Page (Стр):21    Total pages (Всего стр.) 21

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.