# Exhibit 60

CONFIDENTIAL

St. Petersburg and Leningrad Region Arbitration Court

**Claimant**: Closed Joint-Stock Company (ZAO) Logos Plus (hereinafter – ZAO Logos Plus or "Buyer")
52 Salova Street, St. Petersburg, 192102

**Respondent**: Limited Liability Company (OOO) Rilend
(hereinafter – OOO Rilend or "Respondent")
Address: 13/2 Staropimenovsky Lane, floor 6
Moscow 121099

Amount of claim: RU 2,235,000
State duty: RU 22,675
(clause 1.1 of article 333.21 of the Tax Code of the Russian Federation)

US-PREV142304

US-PREV142305

5195

...ненных цен) на обыкновенные акции ОАО "Газпром" за период с 16.05.2005 года
...тоянию на которую, средневзвешенная цена за одну акцию на НП Фондовая Биржа
...рбург" определялась как цена одной акции по Дополнительному соглашению №1)
...5 года. Как следует из данных котировок НП Фондовая Биржа "Санкт-Петербург": за
...период времени цена на обыкновенные акции "Газпром" выросла с 74,78 рублей/за
...5.2005) до 195,32 рублей/за акцию (19.12.2005). Таким образом, сторонами была
...а сумма, подлежащая выплате ответчиком истцу, соответствующая сумме, которую
... Плюс" должно было бы заплатить, чтобы приобрести пакет акций, равный тому,
...жен был поставить ООО "Рилэнд". Сумма, согласованная сторонами, соответствует
...ежных средств, которые могли быть получены ЗАО "Логос Плюс" в случае
... акций, если бы они были своевременно перерегистрированы
...нд" на счет ЗАО "Логос Плюс" в соответствии с условиями Дополнительного
...№2.

...смотря на то, что в стороны в Соглашении о расторжении Дополнительного
... №2 договорились, что сумма убытков должна быть оплачена на счет ЗАО "Логос
...чение 3 (трех) банковских дней, следующих за днем подписания Соглашения о
..., ООО "Рилэнд" вплоть до сегодняшнего дня уклоняется от исполнения своей
...по возмещению убытков.

...образом, ЗАО "Логос Плюс" понесло убыток ввиду курсовой разницы цен на акции.
...сно ст.ст. 309-310 ГК РФ, обязательства должны исполняться надлежащим образом
...и с условиями обязательства, а односторонний отказ от исполнения обязательства и
...ое изменение его условий не допускаются, за исключением случаев,
...ных законом. Таким образом, неисполнение ООО "Рилэнд" условий Соглашения от
...ода о расторжении Дополнительных соглашений №2 от 18 мая 2005 года является
...ст. 309, 310 ГК РФ.

...тветствии с договорной подсудностью, установленной в п. 9 Договора поставки
... №2005-51203 от 12 мая 2005 года, настоящее дело подлежит рассмотрению в
... суде Санкт-Петербурга и Ленинградской области. Кроме того, поскольку в п. 5
...ого соглашения №2 от 18 мая 2005 года указано место его исполнения г. в городе
...бург, такой иск в соответствии с п. 4 ст. 36 АПК РФ может быть предъявлен также в
...суд по месту исполнения договора.

...с изложенным, прошу суд:
...кать с ООО "Рилэнд" в пользу ЗАО "Логос Плюс" убыток в размере 2228000

CONFIDENTIAL

1494

Расходы по государственной пошлине отнести на ответчи

Договора поставки ценных бумаг
Дополнительного соглашения №2
Соглашения от 21.12.2005 о расто

…нута на представителя;
…льство о регистрации ЗАО "Логос
…протокола о назначении генерально

…ль ЗАО "Логос Плюс"
…ости

Russian Post, Federal State Unitary Enterprise
191014, Administration of the Federal Postal Service of Saint Petersburg and Leningrad Oblast, Register 07
Register N 19101407

---

Operator N.A. Karpechenko
Serial number 3664054
Taxpayer Identification Number (INN) 007724261610
07/24/2007 [10]:56 document No. 24372
Document cost (cash): 15.35

Received
Internal mail
Cost accounting, cash (rubles)
Registered letter
Receipt No. 14778
191014(85)14778 0

To: OOO Rilend
121099, Moscow, Moscow 99
Shipped: GROUND
Weight, in grams: 24
Sale of stamps: 15.35 rubles
With return receipt (4.75 rubles)
Claim submission period 6 months

| | |
|---|---|
| SALE | 15.35 rubles |
| 00012329 #010100 | ZKLZ 3295820990 |

US-PREV142306
CONFIDENTIAL

TRANSPERFECT

City of New York, State of New York, County of New York

I, Alitasha Younger, hereby certify that the document **"US-PREV142304 - US-PREV142306"** is to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Alitasha Younger

Sworn to before me this
November 17, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

CONFIDENTIAL

US-PREV142304

192

**Арбитражный суд Санкт-Петербурга и Ленинградской области**

**Истец:** **Закрытое акционерное общество "Логос Плюс"**
(далее – ЗАО "Логос Плюс" или "Покупатель")
192102, г. Санкт-Петербург, ул. Салова, д. 52

**Ответчик:** **Общество с ограниченной ответственностью "Рилэнд"**
(далее – ООО "Рилэнд" или "Ответчик")
Адрес: 121099, г. Москва, Старопименовский пер., д. 13, стр. 2, 6 этаж

**Цена иска:** 2235000 руб.
**Государственная пошлина:** 22675 руб.
(пп.1 п. 1 ст. 333.21 НК РФ)

...-51203-2

## ИСКОВОЕ ЗАЯВЛЕНИЕ

...2 апреля 2005 года ЗАО "Логос Плюс" подписало долгосрочный Договор поставки ...бумаг Договор с ООО "Рилэнд".

...соответствии с Договором поставки ценных бумаг №2005-51203, стороны договорились, ...Рилэнд" (продавец) будет осуществлять поставки ценных бумаг ЗАО "Логос Плюс" ...тель), количество, вид, тип, эмитент, цена или порядок ее определения, порядок и срок ...чи и оформления прав собственности на которые будут устанавливаться сторонами в ...нительных соглашениях к Договору №2005-51203.

После подписания долгосрочного Договора поставки ценных бумаг №2005-51203, ...2005 года было подписано Дополнительное соглашение №2, в соответствии с которым, ...авец обязан был в течение 3 рабочих дней с даты его заключения поставить Покупателю ...000 обыкновенных акций ОАО "Газпром". В соответствии с Дополнительным ...шением №2 цена за одну акцию определялась средневзвешенной ценой за одну акцию на Фондовая Биржа "Санкт-Петербург" по состоянию на 16.05.2005 года. Таким образом, общая ...Дополнительного соглашения №2 составила 4688706000 рублей.

...соответствии с п. 3 Дополнительного соглашения №2 от ...

Вследствие неисполнения Продавцом условий Дополнительного соглашения ...2005 года в части поставки акций, *21.12.2005 года* сторонами был заключено Соглашение ...торжении Дополнительного соглашения №2.

В соответствии с условиями Соглашения от 21.12.2005 года о расторжении ...нительного соглашения №2, ООО "Рилэнд" было обязано возместить Покупателю (ЗАО ...гос Плюс») убытки. Указанный убыток возник в связи с изменениями котировок

CONFIDENTIAL

9193

...вешенных цен) на обыкновенные акции ОАО "Газпром" за период с 16.05.2005 года ...стоянию на которую, средневзвешенная цена за одну акцию на НП Фондовая Биржа ...тербург" определялась как цена одной акции по Дополнительному соглашению №1) ...05 года. Как следует из данных котировок НП Фондовая Биржа "Санкт-Петербург": за ... период времени цена на обыкновенные акции "Газпром" выросла с 74,78 рублей/за ...05.2005) до 195,32 рублей/за акцию (19.12.2005). Таким образом, сторонами была ...на сумма, подлежащая выплате ответчиком истцу, соответствующая сумме, которую ...с Плюс" должно было бы заплатить, чтобы приобрести пакет акций, равный тому, ...жен был поставить ООО "Рилэнд". Сумма, согласованная сторонами, соответствует ...нежных средств, которые могли быть получены ЗАО "Логос Плюс" в случае ... акций, если бы они были своевременно перерегистрированы ...энд" на счет ЗАО "Логос Плюс" в соответствии с условиями Дополнительного ...я №2.

...смотря на то, что в стороны в Соглашении о расторжении Дополнительного ...я №2 договорились, что сумма убытков должна быть оплачена на счет ЗАО "Логос ...чение 3 (трех) банковских дней, следующих за днем подписания Соглашения о ...и, ООО "Рилэнд" вплоть до сегодняшнего дня уклоняется от исполнения свой ... по возмещению убытков.

...образом, ЗАО "Логос Плюс" понесло убыток ввиду курсовой разницы цен на акции. ...асно ст.ст. 309-310 ГК РФ, обязательства должны исполняться надлежащим образом ...вии с условиями обязательства, а односторонний отказ от исполнения обязательства и ...ее изменение его условий не допускаются, за исключением случаев, ...енных законом. Таким образом, неисполнение ООО "Рилэнд" условий Соглашения от ...года о расторжении Дополнительных соглашений №2 от 18 мая 2005 года является ... ст. 309, 310 ГК РФ.

...ответствии с договорной подсудностью, установленной в п. 9 Договора поставки ...г №2005-51203 от 12 мая 2005 года, настоящее дело подлежит рассмотрению в ... суде Санкт-Петербурга и Ленинградской области. Кроме того, поскольку в п. 5 ...го соглашения №2 от 18 мая 2005 года указано место его исполнения г в городе ...бург, такой иск в соответствии с п. 4 ст. 36 АПК РФ может быть предъявлен также в ... суд по месту исполнения договора.

... с изложенным, прошу суд:

...скать с ООО "Рилэнд" в пользу ЗАО "Логос Плюс" убыток в размере 2235000

US-PREV142305

1494

Расходы по государственной пошлине отнести на ответчи

...ие:
...льство направления ответчику копии искового заявлени
Договора поставки ценных бумаг №2005-51203 от 12 мая 2
Дополнительного соглашения №2 от 18 мая 2005 года;
Соглашения от 21.12.2005 о расторжении Дополнительно
...ие;
...енность на представителя;
...тельство о регистрации ЗАО "Логос Плюс";
протокола о назначении генерального директора ЗАО "Логос

...тель ЗАО "Логос Плюс"
...ности

ФГУП ПОЧТА РОССИИ
191014, ... .07
Касса N 19101407

Оператор Карпеченко Н.А.
Серийный номер 3564054
ИНН 007724261610
24-07-2007 10:56 Док. № 24372
Сумма покупки (нал.): 15,35

Прием
Внутренняя почта
Хозрасчет, Наличные рубли
Заказное письмо
Квитанция № 14778
191014(85)14778 0
Кому: ООО РИЛЕНА
121099, МОСКВА, МОСКВА 99
Пересылка: НАЗЕМН.
Вес, гр.: 24
Продажа марок 15,35 руб.
С простым увед. (4,75 руб.)
Срок предъявления претензий 6 мес.
ПРОДАЖА 15.35 РУБ
00012329 #010100 ЭКЛЗ 3295820990

КОПИЯ ВЕРНА
Старший следователь по ОВД
Следственного комитета при МВД России
Подполковник юстиции О.В. Урожаев

Case 1:13-cv-06326-WHP Document 422-29 Filed 11/18/15 Page 8 of 8

CONFIDENTIAL

US-PREV142306