# Exhibit 62



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 03.01.05
Дата последнего движения

Rilend OOO
13/2 Staropimenovsky Lane
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|



30.12.06
06.12.06

06.12.06
29.12.06

29.12.06
29.01.07

29.01.07
31.01.07

31.01.07

Page (Стр):

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement CONFIDENTIAL to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

REDACTED

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

Rilend OOO
13/2 Staropimenovsky Lane
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT



| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|
| 28.02.07 | | REDACTED | | | |
| 28.02.07 | | | | | |
| 05.03.07 | | | | | |
| 05.03.07 | | | | | |
| 30.03.07 | | | | | |
| 30.03.07 | | | | | |
| 04.04.07 | | | | | |

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии явных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщит о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

Rilend OOO
13/2 Staropimenovsky Lane
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|
| 07.12.07 | | **REDACTED** | | | |
| 12.07 | | | | | |
| 29.12.07 | | | | | |

Page (Стр): 21    Total pages (Всего стр.): 11

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

Rilend OOO
13/2 Staropimenovsky Lane
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (№) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |



04.04.07
28.04.07

28.04.07
31.05.07

31.05.07
06.07

29.06.07
31.07.07

Page (Стр)

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщит о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.



**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

Rilend OOO
13/2 Staropimenovsky Lane
Moscow
Russian Federation
258-31-60

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|
| 31.07.07 | | | | | |
| 31.08.07 | | REDACTED | | | |
| 31.08.07 | | | | | |
| 25.09.07 | | | | | |
| 28.09.07 | | | | | |
| 30.11.07 | | | | | |
| 30.11.07 | | | | | |
| 07.12.07 | | | | | |

Page (Стр

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операций, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения. По вопросу исправлений и вопросов следует обращаться в отдел клиентских отношений



City of New York, State of New York, County of New York

I, Alitasha Younger, hereby certify that the document "**HSBC_PREV000150-HSBC_PREV000154**" is to the best of my knowledge and belief, a true and accurate translation from Russian into English.

Alitasha Younger

Sworn to before me this
November 17, 2015

Signature, Notary Public

SENIDA KULJANCIC
Notary Public - State of New York
No. 01KU6322856
Qualified in KING County
Commission Expires April 13, 2019

Stamp, Notary Public

# HSBC

OOO HSBC Bank (RR)
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Рилэнд" ООО
Старопименовский переулок, д. 13, к. 2
г МОСКВА
Российская Федерация
258-31-60

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

## ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE (ДАТА) | Ref (NN) | TITLE (СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account (К/СЧЕТ) | DEBIT (ДЕБЕТ) | CREDIT (КРЕДИТ) |
|---|---|---|---|---|---|
| 30.11.06 | | | | | |
| 06.12.06 | | | | | |
| 06.12.06 | | **REDACTED** | | | |
| 29.12.06 | | | | | |
| 29.12.06 | | | | | |
| 29.01.07 | | | | | |
| 29.01.07 | | | | | |
| 31.01.07 | | | | | |
| 31.01.07 | | | | | |

Page (Стр):7

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении. Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений

CONFIDENTIAL   HSBC_PREV_000150

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Рилэнд" ООО
Старопименовский переулок, д. 13, к. 2
г МОСКВА
Российская Федерация
258-31-60

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения



ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|
| 28.02.07 | | REDACTED | | | |
| 28.02.07 | | | | | |
| 05.03.07 | | | | | |
| 05.03.07 | | | | | |
| 30.03.07 | | | | | |
| 30.03.07 | | | | | |
| 04.04.07 | | | | | |

Page (Стр):

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении. Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL                HSBC PREV 000131

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515  Fax: +7 (495) 258 3154

**REDACTED**

"Рилэнд" ООО
Старопименовский переулок, д. 13, к. 2
г МОСКВА
Российская Федерация
258-31-60

```
Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения
```

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|
| 07.12.07 | | REDACTED | | | |
| 12.07 | | | | | |
| 29.12.07 | | | | | |

Page (Стр):11    Total pages (Всего стр.) 11

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL    HSBC_PREV_000152

# HSBC

**OOO HSBC Bank (RR)**
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Рилэнд" ООО
Старопименовский переулок, д. 13, к. 2
г МОСКВА
Российская Федерация
258-31-60

```
Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения
```

## ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(K/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|

**REDACTED**

04.04.07
28.04.07

28.04.07
31.05.07

31.05.07
06.07

29.06.07
31.07.07

Page (Стр

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений.

CONFIDENTIAL                                           HSBC_PREV_000153

# HSBC

OOO HSBC Bank (RR)
2 Paveletskaya Square, building 2, Moscow, 115054, Russia
Tel: +7 (495) 721 1515   Fax: +7 (495) 258 3154

**REDACTED**

"Рилэнд" ООО
Старопименовский переулок, д. 13, к. 2
г МОСКВА
Российская Федерация
258-31-60

Statement at 21.01.08 from 01.01.05
Выписка за период

Last Statement Date 01.01.05
Дата последнего движения

ВЫПИСКА ПО СЧЕТУ / STATEMENT OF ACCOUNT

| DATE(ДАТА) | Ref(NN) | TITLE(СОДЕРЖАНИЕ ОПЕРАЦИИ) | Related Account(К/СЧЕТ) | DEBIT(ДЕБЕТ) | CREDIT(КРЕДИТ) |
|---|---|---|---|---|---|



**REDACTED**

31.07.07
31.08.07
31.08.07
28.09.07
28.09.07
30.11.07
30.11.07
07.12.07

Page (Стр

CONFIDENTIAL

HSBC_PREV_000154

Please examine statement of account at once.
The maintenance of the account is governed by the laws of the Russian Federation and any rules and regulations or agreements with the Bank to which the Customer is a party. The statement of account is, in the absence of manifest error, conclusive evidence of the transaction, charges and other matters set forth therein, unless you object in writing within 30 calendar days of the later of the statement date or the day such statement is first made available to you. Errors and questions should be directed to your account officer.

Пожалуйста, проверьте выписку по счету немедленно по получении.
Ведение счета производится в соответствии с законами Российской Федерации и положениями договоров с Банком, одной из сторон которых является Клиент. Выписка по счету является, при отсутствии выявленных ошибок, окончательным свидетельством проведения операции, комиссий и других движений по счету, указанных в выписке, если Клиент не сообщает о своих возражениях в письменном виде в течение 30 календарных дней после даты выписки либо даты первого получения выписки. По поводу исправлений и вопросов следует обращаться в отдел клиентских отношений