UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

PREVEZON HOLDINGS LTD. *et al.*,

                Defendants.

13-cv-6326 (TPG)

ECF CASE

**ORDER**

---

The parties in this case are aware that the official close of document discovery was on September 15, 2015, and all discovery, including fact depositions and expert discovery, closed on October 15, 2015. While the Court is confident that the parties have made their best efforts to adhere to the above-mentioned deadlines, the Court is also aware that depositions and document exchanges have occurred well past those deadlines. As the trial date is fast approaching, any party with outstanding document productions is hereby ORDERED to produce all non-privileged documents responsive to document requests on or before November 23, 2015.

SO ORDERED.

Dated: New York, New York
       November 19, 2015

Thomas P. Griesa
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/19/15