# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Mark A. Cymrot
direct dial: 202.861.1677
MCymrot@bakerlaw.com

December 7, 2015

**VIA ECF**

The Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Prevezon Holdings, Ltd., et al.*, Case No. 13-Civ-6326 (TPG)

Dear Judge Griesa:

On November 6, 2015, you issued an order requiring William Browder to appear for a continued deposition. We noticed Browder's deposition for November 23, 2015, and later amended our notice changing the deposition to December 3, 2015, based on Browder's representation that he was not available on November 23, 2015. Browder's counsel then requested that we agree to conduct the deposition on December 7, 2015. We accommodated Browder's request and issued a second amended notice setting Browder's deposition for December 7, 2015. The Government was served with copies of each of these deposition notices and thus had ample time to prepare for this deposition.

However, on Friday, November 4, 2015, at 5:14 p.m., the Government issued a cross-notice for Browder's deposition for January 5, 2016, the day before you have scheduled jury selection. Browder's counsel has informed the parties that Browder will only be available for one deposition. The Government's conduct is improper and is designed to interfere with Defendants' preparation for trial.

We ask that you issue a protective order striking the Government's notice and requiring the Government to ask any questions of Browder after we have completed our questioning on December 7, 2015. The Court should require Browder's deposition to continue from day to day until all parties have completed questioning.

The Hon. Thomas Griesa
December 7, 2015
Page 2

     We have informed Browder's counsel and the Government that we intend to proceed with Browder's deposition on December 7, 2015.  We request a telephonic hearing during the lunch break today of Browder's deposition to discuss a protective order requiring the Government to conduct its questioning after Defendants complete their examination of Browder.

                                                        Respectfully,

                                                 *s/ Mark A. Cymrot*
                                                 Mark A. Cymrot

cc:       Assistant United States Attorney Paul Monteleoni
          Assistant United States Attorney Jaimie Nawaday
          Assistant United States Attorney Margaret Graham
          Assistant United States Attorney Cristine Phillips

          Seth T. Taube
          John W. Moscow