# BakerHostetler
Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Mark A. Cymrot
direct dial: 202.861.1677
MCymrot@bakerlaw.com

December 7, 2015

The Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Re:* United States *v.* Prevezon Holdings, Ltd., et al*., 13 Civ. 6326 (TPG)*

Dear Judge Griesa:

Attached hereto are copies of the filings we made on the Order to Show Cause today.


Respectfully,

 s/ Mark A. Cymrot

Mark A. Cymrot


Enclosures