UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>  v.<br><br>PREVEZON HOLDINGS LTD., *et al.*<br><br>        Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOW AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816 ("20 PINE STREET, UNIT 1816"), *et al.*,<br><br>        Defendants *in Rem*. | Case No. 1:13-cv-06326 (TPG)<br><br>ECF CASE<br><br>**DECLARATION OF MARK A. CYMROT IN SUPPORT OF DEFENDANTS' ORDER TO SHOW CAUSE WHY WILLIAM F. BROWDER SHOULD NOT BE HELD IN CONTEMPT** |

Mark A. Cymrot hereby declares as follows:

1. I am a member of the bar of this Court and a partner at Baker & Hostetler LLP, and am counsel of record for the above-captioned Defendants in this action. I respectfully submit this Declaration in Support of Defendants' Order to Show Cause why William F. Browder Should Not be Held in Contempt.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' November 16, 2015 notice of deposition, setting the deposition of William F. Browder for November 23, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' November 23, 2015 notice of deposition, setting the deposition of Browder for December 3, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of email correspondence between Defendants' and Browder's counsel dated November 30, 2015 whereby Browder's counsel stated "[w]e moved some things around so that we can also be available on December 7."

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' December 2, 2015 notice of deposition, setting the deposition of Browder for December 7, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of a press release issued by Browder via his website, lawandorderinrussia.org, entitled "Alleged Money Laundered in the Magnitsky Case to Be Brought to Trial in New York on January 6, 2016."

7. Attached hereto as Exhibit 6 are true and correct copies of articles from media outlets reporting on this case in the wake of Browder's press release, including the New York Times, U.S. News and World Report, ABC News, and the Times of London.

8. Attached hereto as Exhibit 7 is a true and correct copy of the December 4, 2015 deposition notice of the Government setting the deposition of Browder for January 5, 2015.

9. Attached hereto as Exhibit 8 is a true and correct copy of email correspondence between Defendants and Browder's counsel dated December 5, 2015.

10. Attached hereto as Exhibit 9 is a true and correct copy of email correspondence between Defendants and Browder's counsel dated December 7, 2015.

11. A transcript of the deposition whereby Browder failed to appear was taken and is currently being prepared. Defendants will file the transcript to the Court when it becomes available.

12. On December 4, 2015, my partner Paul M. Levine called counsel for Browder, Lindsey Weiss Harris, to confirm that the deposition would be taking place on December 7, 2015. Browder's counsel informed Mr. Levine that Browder "was not refusing to appear."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2015  Respectfully submitted,
Washington, DC

**BAKER & HOSTETLER LLP**

By: /s/ Mark A. Cymrot
Mark A. Cymrot
1050 Connecticut Ave NW #100
Washington, DC 20036
Telephone: 202.861.1500
Fax: 202.861.1783
Email: mcymrot@bakerlaw.com

*Attorney for Defendants*