# Exhibit 3

# Levine, Paul M.

| | |
|---|---|
| **From:** | Lindsey Weiss Harris <lindsey.weiss.harris@kobrekim.com> |
| **Sent:** | Monday, November 30, 2015 1:38 PM |
| **To:** | Levine, Paul M. |
| **Cc:** | Michael Kim; Cymrot, Mark |
| **Subject:** | FW: Notice of Deposition of William F. Browder |

See below.
Lindsey Weiss Harris
+1 212 488 4937
**KOBRE & KIM LLP**
www.kobrekim.com
New York | London | Hong Kong | Seoul | Washington DC | San Francisco | Miami | Cayman Islands | BVI

**From:** Lindsey Weiss Harris
**Sent:** Monday, November 30, 2015 12:57 PM
**To:** 'Cymrot, Mark'
**Cc:** Michael S. Kim
**Subject:** RE: Notice of Deposition of William F. Browder

Mark,
Unfortunately, December 3 is not an option. We were unaware of your daughter's wedding, as we were not at that conference. We are doing our best to be as accommodating as possible given the many personal and professional commitments we also have during the holiday season. November 27 has passed because you did not wish to do it on that date. We moved some things around so that we can also be available on December 7. If that doesn't work for you, it will have to be December 30, January 4 or January 5. Mr. Browder can appear via videoconference on those dates from our London office.
Please let us know which date you prefer so that we can get this in the calendar.
Best,
Lindsey Weiss Harris
+1 212 488 4937
**KOBRE & KIM LLP**
www.kobrekim.com
New York | London | Hong Kong | Seoul | Washington DC | San Francisco | Miami | Cayman Islands | BVI

**From:** Cymrot, Mark [mailto:MCymrot@bakerlaw.com]
**Sent:** Tuesday, November 24, 2015 4:11 PM
**To:** Lindsey Weiss Harris
**Cc:** Michael S. Kim
**Subject:** Notice of Deposition of William F. Browder

Lindsey: We attempted to accommodate Mr. Browder's schedule when you told us he would not appear at the noticed deposition on November 23, 2015. That deposition was noticed pursuant to the Court order of November, 6 2015. However, when we asked you for dates Mr. Browder would be available, you gave us unreasonable dates: November 27 (the day after Thanksgiving), December 30 (the day after my daughter's wedding, a fact that I announced in court during the discussion of trial date), and January 4 (two days before trial). We, therefore, have noticed the deposition of December 3, 2015. A deposition notice is attached. We look forward to seeing Mr. Browder on that date.

Regards

Mark Cymrot

**Mark A. Cymrot** | **BakerHostetler**

1

Washington Square | 1050 Connecticut Avenue, N.W., Suite 1100 | Washington, D.C. 20036-5304
T 202.861.1677 | F 202.861.1783
mcymrot@bakerlaw.com

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.


This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.