# Exhibit 6



**The New York Times**  |  http://nyti.ms/1PAn8kE

EUROPE

# US Court to Put Russians on Trial in Magnitsky-Related Case

**By THE ASSOCIATED PRESS**   DEC. 3, 2015, 12:16 P.M. E.S.T.

MOSCOW — A U.S. federal court will hear the first U.S. case connected to an alleged Russian fraud scheme exposed by lawyer Sergei Magnitsky.

Magnitsky died in a Moscow prison in 2009 after accusing Russian officials of stealing $230 million in tax rebates. The Russian presidential council on human rights said he was beaten and denied medical treatment.

The U.S. later enacted a law named after Magnitsky that allows for sanctions against Russians considered human rights violators.

The New York Southern District Court on Jan. 6 will begin hearing a case brought by the U.S. Justice Department against Prevezon Holdings, which is owned by the son of a former Russian government official.

The Justice Department accuses Prevezon of using $2 million connected to the fraud scheme to purchase Manhattan real estate.

---

© 2015 The New York Times Company

News | Opinion | National Issues | Special Reports | Cartoons | Photos | The Report

Ken Walsh's Washington    Decision 2016    The Run 2016    The Chase    Washington Whispers    At the Edge    Data Mine

# US court to hear first case against Russians connected to alleged fraud exposed by Magnitsky

Associated Press          Dec. 3, 2015 | 12:10 p.m. EST                              + More



MOSCOW (AP) — A U.S. federal court will hear the first U.S. case connected to an alleged Russian fraud scheme exposed by lawyer Sergei Magnitsky.

Magnitsky died in a Moscow prison in 2009 after accusing Russian officials of stealing $230 million in tax rebates. The Russian presidential council on human rights said he was beaten and denied medical treatment.

The U.S. later enacted a law named after Magnitsky that allows for sanctions against Russians considered human rights violators.

The New York Southern District Court on Jan. 6 will begin hearing a case brought by the U.S. Justice Department against Prevezon Holdings, which is owned by the son of a former Russian government official.

The Justice Department accuses Prevezon of using $2 million connected to the fraud scheme to purchase Manhattan real estate.

Copyright 2015 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

TAGS: Associated Press

          + More

ADVERTISEMENT

U.S. News Brand*Fuse*



How the Internet Is Enabling Education to Overcome Time and Space

If there is one thing that people can agree on these days, it's that all children deserve an...

*Sponsor content presented by:* PA Cyber

**You Might Also Like**







Obama Behind the Scenes       Gun Control Cartoons        Obama Cartoons

## News

## Rankings & Consumer Advice

| News | Education | Health | Money | Travel | Cars |
|---|---|---|---|---|---|
| News Home | Colleges | Hospitals | Jobs | Vacations | New Cars |
| Opinion | Graduate Schools | Doctor Finder | Financial Advisors | Cruises | Used Cars |
| National Issues | High Schools | Diets | ETFs | Hotels | **Law** |
| Cartoons | Online Programs | Nursing Homes | Mutual Funds | Hotel Rewards | Law Firms |
| Photos | Community Colleges | Health Products | Retirement | Airline Rewards | |
| Videos | Global Universities | Health Insurance | | | |
| Special Reports | Arab Universities | Medicare | | | |
| The Report | | | | | |



About U.S. News        Press Room        Connect with us:
Contact Us             Advertising Info
Store                  Ads – Self-Service   Copyright 2015 © U.S. News & World Report LP.
Site Map                                    Terms and Conditions / Privacy Policy.

abcNEWS

U.S.    World    Politics    Entertainment    Health    Tech    ...

# US Court to Put Russians on Trial in Magnitsky-Related Case

By THE ASSOCIATED PRESS · MOSCOW — Dec 3, 2015, 12:10 PM ET

f Share with Facebook    🐦 Share with Twitter

3
SHARES

A U.S. federal court will hear the first U.S. case connected to an alleged Russian fraud scheme exposed by lawyer Sergei Magnitsky.

Magnitsky died in a Moscow prison in 2009 after accusing Russian officials of stealing $230 million in tax rebates. The Russian presidential council on human rights said he was beaten and denied medical treatment.

The U.S. later enacted a law named after Magnitsky that allows for sanctions against Russians considered human rights violators.

The New York Southern District Court on Jan. 6 will begin hearing a case brought by the U.S. Justice Department against Prevezon Holdings, which is owned by the son of a former Russian government official.

The Justice Department accuses Prevezon of using $2 million connected to the fraud scheme to purchase Manhattan real estate.

12/7/2015            Russian money-laundering case reaches US courts | The Times


THE SUNDAY TIMES **DRIVING** DRIVING.CO.UK — **SEARCH OVER 120,000 CARS FOR SALE NOW** — *Visit* **driving.co.uk**

# THE TIMES

## Russian money-laundering case reaches US courts



Russian Liberal opposition activists and human rights defenders release balloons in front of The Kremlin to mark the sixth anniversary of the death in prison of Sergei Magnitsky    Maxim Shipenkov

**Philip Aldrick**
Last updated at 12:01AM, December 4 2015

American prosecutors have begun proceedings to seize $14 million from alleged Russian money launderers connected to the death of an anti-corruption lawyer.

The January 6 trial in New York will be the first attempt to remove assets from individuals linked to a $230 million fraud exposed by Sergei Magnitsky. Magnitsky died in jail in 2009 awaiting charges after revealing that police and tax officials were involved.

His death sparked an international outcry that led to US visa bans and asset freezes for Russian officials and became the template for sanctions used in response to Russia's annexation of Crimea in Ukraine.

About $2 million has been traced to Manhattan accounts held by Denis Katsyv, the 38-year old son of the vice-president of Russian Railways, Petr Katsyv. The funds have been frozen for two years but the US Department of Justice plans to seize them and impose a further $12 million in fines and penalties.

Funds from the crime have been frozen in Switzerland and elsewhere in Europe as well as the US, but the New York case is the first attempt to remove the assets and impose penalties.

Comments are subject to our community guidelines, which can be viewed here.



1 person listening

12/7/2015                          Russian money-laundering case reaches US courts | The Times

✎ @ | + Follow                                                          Post comment

Newest | Oldest | Most Recommended

By continuing to use the site, you agree to the use of cookies. You can change this and find out more by following this link.                          Accept Cookies

© Times Newspapers Limited 2015 | Version 5.14.3.0(159135)
Registered in England No. 894646 Registered office:
1 London Bridge Street, SE1 9GF
My Account | Editorial Complaints | RSS | Classified advertising | Display advertising | International print subscriptions | Encounters Dating | Sunday Times Wine Club | Privacy & Cookie Policy | Syndication | Site Map | FAQ | Terms & Conditions | Contact us | iPhone | Android smartphone | Android tablet | Kindle | Kindle Fire | Place an announcement in The Times | Sunday Times Driving | The Times Bookshop | Times Tutorials | Times Currency Services | Times Print Gallery | Handpicked Collection