# Exhibit 8

# Levine, Paul M.

| | |
|---|---|
| **From:** | Cymrot, Mark |
| **Sent:** | Saturday, December 5, 2015 10:59 AM |
| **To:** | Michael Kim |
| **Cc:** | Nawaday, Jaimie (USANYS); Alaverdi, Loura; Margaret(USANYS); Levine, Paul M.; Moscow, John W.; Cristine 2(USANYS); Paul(USANYS); Lindsey Weiss Harris |
| **Subject:** | Re: Cross- Notice of Deposition |

Michael: We plan to go forward on Monday as noticed. The government is free to ask questions at the end of our examination. We will move for a protective order to bar a deposition on January 5.

We will enforce our rights under the court's order requiring Mr. Browder to appear for this deposition if he does not appear and testify on Monday.

Mark

Sent from my iPhone

> On Dec 5, 2015, at 10:37 AM, Michael S. Kim <Michael.Kim@KobreKim.com> wrote:
>
> Counsel
>
> In view of both parties' desires to question Mr Browder at a second deposition, rather than doing this on two separate days, Mr Browder will appear on one day to give each party the same opportunity to question him consistent with the Federal Rules of Civil Procedure.
>
> January 5 works for Mr Browder and he is prepared to appear on that date to submit to a deposition. We invite each party to coordinate with us to make the session as efficient and fair to each as we can.
>
> Thank you.
>
>
> Michael S Kim
> 김상윤
>
> KOBRE & KIM LLP
>
> New York | London | Hong Kong | Seoul | Washington, DC | San Francisco | Miami | Cayman Islands | British Virgin Islands
>
>
> -------- Original message --------
> From: "Cymrot, Mark" <MCymrot@bakerlaw.com>
> Date: 12/4/2015 6:30 PM (GMT-05:00)
> To: "Nawaday, Jaimie (USANYS)" <Jaimie.Nawaday@usdoj.gov>
> Cc: "Michael S. Kim" <Michael.Kim@KobreKim.com>, Lindsey Weiss Harris <lindsey.weiss.harris@kobrekim.com>, "Phillips, Cristine (USANYS) 2" <Cristine.Phillips@usdoj.gov>, "Alaverdi, Loura" <LAlaverdi@bakerlaw.com>, "Moscow, John W." <jmoscow@bakerlaw.com>, "Monteleoni, Paul (USANYS)" <Paul.Monteleoni@usdoj.gov>, "Graham, Margaret (USANYS)" <Margaret.Graham@usdoj.gov>, "Levine, Paul M." <pmlevine@bakerlaw.com>

1

> Subject: Re: Cross- Notice of Deposition
>
> Ms Nawaday: Mr. Browder's deposition is scheduled for Monday, December 7 to proceed from day to day until completed. We are putting you on notice that if you do not take this opportunity to question Mr. Browder, we will seek a protective order barring your cross-notice of deposition on January 5, the day before jury selection.
>
> Regards
> Mark Cymrot
>
> Sent from my iPhone
>
> On Dec 4, 2015, at 5:13 PM, Nawaday, Jaimie (USANYS) <Jaimie.Nawaday@usdoj.gov<mailto:Jaimie.Nawaday@usdoj.gov>> wrote:
>
> Counsel:
>
> Please see the attached cross-notice of deposition.
>
> Jaimie
>
>
> Jaimie Leeser Nawaday
> Assistant United States Attorney
> Southern District of New York
> One Saint Andrew's Plaza
> New York, NY 10007
> Tel.: (212) 637-2275
> Fax: (212) 637-2527
>
>
>
> From: Levine, Paul M. [mailto:pmlevine@bakerlaw.com]
> Sent: Wednesday, December 02, 2015 7:19 PM
> To: Graham, Margaret (USANYS)
> Cc: Phillips, Cristine (USANYS) 2; Cymrot, Mark; Alaverdi, Loura; Moscow, John W.; Monteleoni, Paul (USANYS); Nawaday, Jaimie (USANYS)
> Subject: Notice of Deposition
>
> Margaret-
>
> See attached the notice of deposition for Mr. Browder.
>
> Thanks,
>
> Paul
>
>
>
> Paul Levine<http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=pmlevine>
> BakerHostetler<http://www.bakerlaw.com/>
> Washington Square
> 1050 Connecticut Avenue, N.W., Suite 1100

2

```
> Washington, D.C. 20036-5304
> T 202.861.1606
> F 202.861.1783
> pmlevine@bakerlaw.com<mailto:pmlevine@bakerlaw.com>
>
>
>
> _____
>
> This email is intended only for the use of the party to which it is
> addressed and may contain information that is privileged,
> confidential, or protected by law. If you are not the intended
> recipient you are hereby notified that any dissemination, copying
> or distribution of this email or its contents is strictly prohibited.
> If you have received this message in error, please notify us immediately
> by replying to the message and deleting it from your computer.
>
> Any tax advice in this email is for information purposes only. The content
> of this email is limited to the matters specifically addressed herein
> and may not contain a full description of all relevant facts or a
> complete analysis of all relevant issues or authorities.
>
> Internet communications are not assured to be secure or clear of
> inaccuracies as information could be intercepted, corrupted, lost,
> destroyed, arrive late or incomplete, or contain viruses. Therefore,
> we do not accept responsibility for any errors or omissions that are
> present in this email, or any attachment, that have arisen as a result
> of e-mail transmission.
> <Cross-Notice of deposition - Browder.pdf>
>
> _____
>
> This email is intended only for the use of the party to which it is
> addressed and may contain information that is privileged,
> confidential, or protected by law. If you are not the intended
> recipient you are hereby notified that any dissemination, copying
> or distribution of this email or its contents is strictly prohibited.
> If you have received this message in error, please notify us immediately
> by replying to the message and deleting it from your computer.
>
> Any tax advice in this email is for information purposes only. The content
> of this email is limited to the matters specifically addressed herein
> and may not contain a full description of all relevant facts or a
> complete analysis of all relevant issues or authorities.
>
> Internet communications are not assured to be secure or clear of
> inaccuracies as information could be intercepted, corrupted, lost,
> destroyed, arrive late or incomplete, or contain viruses. Therefore,
> we do not accept responsibility for any errors or omissions that are
> present in this email, or any attachment, that have arisen as a result
> of e-mail transmission.
>
```

3

> This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.