# Exhibit 9

## Levine, Paul M.

| | |
|---|---|
| **From:** | Cymrot, Mark |
| **Sent:** | Monday, December 7, 2015 10:13 AM |
| **To:** | Michael Kim |
| **Cc:** | Lindsey Weiss Harris; Levine, Paul M. |
| **Subject:** | Re: Browder Deposition |

As I explained in my email on Saturday, we will seek to enforce our rights against Mr. Browder.

Sent from my iPhone

> On Dec 7, 2015, at 10:04 AM, Michael S. Kim <Michael.Kim@KobreKim.com> wrote:
>
> Mark - As explained in my email from Saturday, Mr Browder will appear on January 5 and accommodate questions from both parties in a single session.
>
>
>
> Michael S Kim
> 김상윤
>
> KOBRE & KIM LLP
>
> New York | London | Hong Kong | Seoul | Washington, DC | San Francisco | Miami | Cayman Islands | British Virgin Islands
>
>
> -------- Original message --------
> From: "Cymrot, Mark" <MCymrot@bakerlaw.com>
> Date: 12/7/2015 9:53 AM (GMT-05:00)
> To: "Michael S. Kim" <Michael.Kim@KobreKim.com>
> Cc: Lindsey Weiss Harris <lindsey.weiss.harris@kobrekim.com>
> Subject: Browder Deposition
>
> Michael: The government has told us that Mr. Browder will not appear today for the noticed deposition. If that is correct, please confirm. We are waiting for him and you at the deposition.
>
> Regards
> Mark Cymrot
>
> Sent from my iPhone
>
> _____
>
> This email is intended only for the use of the party to which it is
> addressed and may contain information that is privileged,
> confidential, or protected by law. If you are not the intended
> recipient you are hereby notified that any dissemination, copying
> or distribution of this email or its contents is strictly prohibited.

1

> If you have received this message in error, please notify us immediately
> by replying to the message and deleting it from your computer.
>
> Any tax advice in this email is for information purposes only. The content
> of this email is limited to the matters specifically addressed herein
> and may not contain a full description of all relevant facts or a
> complete analysis of all relevant issues or authorities.
>
> Internet communications are not assured to be secure or clear of
> inaccuracies as information could be intercepted, corrupted, lost,
> destroyed, arrive late or incomplete, or contain viruses. Therefore,
> we do not accept responsibility for any errors or omissions that are
> present in this email, or any attachment, that have arisen as a result
> of e-mail transmission.
>
> This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.