UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
:
UNITED STATES OF AMERICA,                 :
:
                Plaintiff,              :        13-cv-06326 (TPG)
:
       v.                              :        ECF CASE
:
PREVEZON HOLDINGS LTD., *et al.*,         :        **ORDER**
:
                Defendants.             :
:
------------------------------------------x

The request in the last paragraph of the letter of Margaret Graham, dated November 25, 2015 (Dkt. 443), is denied.

The court will rule regarding future expenses referred to in the letter when and if such requests are made.

SO ORDERED.

Dated: New York, New York
       December 10, 2015

                                            Thomas P. Griesa
                                            U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2015