UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>PREVEZON HOLDINGS LTD., *et al.*,<br><br>        Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816, *et al.*,<br><br>        Defendants *in Rem*. | Case No. 1:13-cv-06326 (TPG)<br><br>ECF CASE<br><br>**NOTICE OF DEFENDANTS' MOTION FOR RENEWED REQUEST FOR AN ORDER TO SHOW CAUSE WHY WILLIAM BROWDER SHOULD NOT BE HELD IN CONTEMPT AND WHY THE GOVERNMENT SHOULD NOT BE SANCTIONED** |

PLEASE TAKE NOTICE, that based upon accompanying memorandum of law, and the Declaration of Mark A. Cymrot in support, Defendants Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, Prevezon 2011 USA, LLC, Ferencoi Investments Ltd., and Kolevins, Ltd. (collectively, the "Defendants"), by and through their counsel, move this Court, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order to Show Cause why William Browder Should not be Held in Contempt and why the Government Should not be Sanctioned..

Dated: December 11, 2015      Respectfully submitted,
New York, New York

*s/ Mark A. Cymrot*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
John W. Moscow
Mark A. Cymrot

*Attorneys for Defendants*