UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br> v.<br><br>PREVEZON HOLDINGS LTD., *et al.*<br><br>      Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOW AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816 ("20 PINE STREET, UNIT 1816"), *et al.*,<br><br>      Defendants *in Rem*. | Case No. 1:13-cv-06326 (TPG)<br><br>ECF CASE<br><br>**RENEWED REQUEST FOR AN ORDER TO SHOW CAUSE WHY WILLIAM BROWDER SHOULD NOT BE HELD IN CONTEMPT AND WHY THE GOVERNMENT SHOULD NOT BE SANCTIONED** |

  Upon filing of the Memorandum of Law in Support of Defendants' Request for an Order to Show Cause Why William F. Browder Should Not Be Held in Contempt and Why Government Should Not Be Sanctioned, and upon the Declaration of Mark A. Cymrot filed in support thereof, it is ORDERED that:

  William F. Browder shall show cause before this Court, at Courtroom 26B, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on December 11, 2015, at _____ a.m./p.m., why an order should not be entered finding him in contempt; and

  Counsel for the Plaintiff in this action shall show cause before this Court, at Courtroom 26B, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, on December 11, 2015, at _____ a.m./p.m., why an order should not be entered sanctioning the United States.

This order shall be served via ECF and email on counsel for William F. Browder and the United States of America.

**SO ORDERED:**

_____
Hon. Thomas P. Griesa

Dated: _____