UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    Plaintiffs,

v.

PREVEZON HOLDINGS LTD., et al.

    Defendants,

ANY AND ALL ASSETS OF PREVEZON
HOLDINGS, LTD., et al.

    Defendants *in rem*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2015

Case No. 1:13-cv-06326 (TPG)

**ORDER GRANTING BAKER BOTTS, L.L.P.'s MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the Court is Baker Botts, L.L.P.'s Motion to Withdraw as Counsel of Record for Defendants Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, Prevezon 2011 USA, LLC, Ferencoi Investments, Ltd., and Kolevins, Ltd. Having considered the Motion, the Court is of the opinion that the motion should be granted, as Baker Botts, L.L.P. has demonstrated satisfactory reasons for withdrawal and withdrawal will not prejudice the litigants or cause any delay. It is hereby

ORDERED that Baker Botts, L.L.P., and attorneys Seth T. Taube, Richard Benjamin Harper, and Vernon Anthony Andrew Cassin, III be withdrawn as counsel of record for Defendants Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, Prevezon 2011 USA, LLC, Ferencoi Investments, Ltd., and Kolevins, Ltd.

DATED: 12/15/2015

                                                               The Honorable Thomas P. Griesa

Active 22584703.1