UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,                   :
:
              Plaintiff,            :
:
   v.                                                         :   Civil Action No. 13-cv-06326 (TPG)
:
PREVEZON HOLDINGS LTD., et al.,             :
:
              Defendants.         :
:
-----------------------------------------------------------x

# NOTICE OF MOTION BY NON-PARTY HERMITAGE CAPITAL MANAGEMENT LTD TO DISQUALIFY JOHN W. MOSCOW AND BAKER & HOSTETLER LLP FOR ATTACKING ITS FORMER CLIENT

Hermitage Capital Management Ltd. ("Hermitage") brings this motion to disqualify John W. Moscow and Baker & Hostetler, LLP, as counsel for Defendants in this matter. The motion should be granted because:

1. Hermitage previously hired Moscow and Baker & Hostetler to defend it and its principal, William Browder, against potential allegations that it perpetrated a $230 million tax fraud on the Russian Treasury.

2. Moscow and his firm now represent Defendants accused of laundering the proceeds of the same $230 million fraud. Moscow and Baker & Hostetler are now attacking their former client, making the same accusations of fraud against Hermitage that Hermitage previously hired them to refute.

3. When the Court previously considered Baker & Hostetler's representation of Defendants, the Court relied on the fact that there was "no indication that [Moscow] is in any substantial way taking a position involve involves an attack" on Hermitage. The Court observed that "if Mr. Moscow was now turning on the former client and attacking the former client, I mean, that wouldn't even be a hard case."

4. Because Baker & Hostetler and Moscow are now attacking their former client on the exact topic of their previous engagement, they should be disqualified.

1

Dated: New York, New York
       December 15, 2015  Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ Jacob W. Buchdahl*
Jacob W. Buchdahl
Cory S. Buland
560 Lexington Avenue, 15th Floor
New York, New York 10022
Phone: (212) 336-8330
Fax: (212) 336-8340
jbuchdahl@susmangodfrey.com
cbuland@susmangodfrey.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of December, 2015, this document was properly served on all counsel of record via electronic filing in accordance with the SDNY Procedures for Electronic Filing.

/s/ *Jacob W. Buchdahl*
Jacob W. Buchdahl