UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA,   :
:
            Plaintiff,   :
:
    v.   :   Civil Action No. 13-cv-06326 (TPG)
:
PREVEZON HOLDINGS LTD., et al.,   :
:
            Defendants.   :
:
-----------------------------------------------------------x

## Appendix A to Green Declaration

## Materials Considered

In addition to the materials I reviewed previously in this matter, listed on Exhibit B to my previous declaration [Dkt No. 146], I have reviewed the following materials in rendering my opinion:

1. Hearing transcripts in this matter from October 14, 2014, October 23, 2014, November 6, 2015, November 9, 2015, November 13, 2015, November 19, 2015, and November 30, 2015.

2. Memorandum of Law of the United States of American In Support of Motion for Partial Summary Judgment as to Specified Unlawful Activity. [Dkt. 398.]

3. Defendants' Memorandum of Law in Opposition to the Government's Motion for Partial Summary Judgment as to Specified Unlawful Activity. [Dkt. No. 418.]

4. Defendants' Motion to Strike and for a Protective Order Or, In the Alternative, For Discovery Pursuant to Fed. R. Civ. P. 56(d). [Dkt. No. 411.]

5. December 4, 2015 Letter from Laura Lewis, General Counsel, Hermitage Capital Management, to Mark Cymrot, Baker & Hostetler, LLP.

6. Second Amended Complaint. [Dkt. 381.]