# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Mark A. Cymrot
direct dial: 202.861.1677
MCymrot@bakerlaw.com

December 16, 2015

**BY EMAIL AND ECF**

Hon. Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Griesa:

      We write concerning the motion to disqualify filed by Hermitage Capital Management Limited, which we understand the Court wants to hold in-person oral arguments about on December 18, 2015 at 3:30 p.m.

      The Court previously ordered Browder's deposition to take place on December 18, 2015. Counsel for Browder agreed to do so starting at 1pm EST, and stay until completed. Browder has not generally been available at another time. Defendants thus noticed the deposition pursuant to Browder's agreement.

      Defendants respectfully request that the hearing take place earlier that day so that the parties can take the Court-ordered deposition of Mr. Browder as scheduled.

Sincerely,

*s/ Mark A. Cymrot*
Mark A. Cymrot