**From:**       Lindsey Weiss Harris
**Sent:**       Tuesday, November 24, 2015 11:55 AM
**To:**         'Cymrot, Mark'
**Cc:**         Michael S. Kim; 'Moscow, John W.'; 'Levine, Paul M.'
**Subject:**    RE: Browder Deposition

Mark,

Mr. Browder and we can be available for deposition on November 27, December 30 or January 4.  This is obviously subject to the availability of the Government.  Please let us know your order of preference among those three dates.

Best,

Lindsey Weiss Harris
+1 212 488 4937

KOBRE & KIM LLP
www.kobrekim.com

New York  |  London  |  Hong Kong  |  Seoul  |  Washington DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI

-----Original Message-----
From: Cymrot, Mark [mailto:MCymrot@bakerlaw.com]
Sent: Monday, November 23, 2015 12:13 PM
To: Lindsey Weiss Harris
Cc: Michael S. Kim; Moscow, John W.; Levine, Paul M.
Subject: RE: Browder Deposition

Lindsay: As you know, trial is quickly approaching, even with the change in date.  If you don't have a firm date by Wednesday morning, we will ask the judge to set a call to resolve the issue.

Mark

-----Original Message-----
From: Lindsey Weiss Harris [mailto:lindsey.weiss.harris@kobrekim.com]
Sent: Sunday, November 22, 2015 8:14 PM
To: Cymrot, Mark
Cc: Michael Kim; Moscow, John W.; Levine, Paul M.
Subject: Re: Browder Deposition

Mark,

We are working on this.  It's been more challenging than we hoped rescheduling business and personal commitments around the holidays. We will revert to you in the next few days with potential dates.
Best,

Lindsey Weiss Harris
+1 212 488 4937<tel:+1%20212%20488%204937>

KOBRE & KIM LLP
www.kobrekim.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.kobrekim.com_&d=CwIF-g&c=tlFs99Fl3Rlo51LXUBQcug&r=4O0K5j6Wy8qha6pNNRvyaCsCL4qRKYkltgyhtw4ZGe4&m=hCLr-e9QiJE4txQvd4Oh6qL7p5mx7P2J8qWaGVS83UU&s=RtphL5Dlt79HCNKOq1Ov_QJxDSxjr4mYFBrMDspxtOw&e= >

New York  |  London  |  Hong Kong  |  Washington, DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI

On Nov 21, 2015, at 3:35 PM, Cymrot, Mark <MCymrot@bakerlaw.com<mailto:MCymrot@bakerlaw.com>> wrote:

Lindsay:  We expect a firm date from Mr. Browder on Monday or we will pursue the issue with the court.  As you know, we are approach trial.

Regards
Mark

From: Lindsey Weiss Harris [mailto:lindsey.weiss.harris@kobrekim.com]
Sent: Friday, November 20, 2015 8:46 AM
To: Cymrot, Mark
Cc: Michael Kim; Moscow, John W.; Levine, Paul M.
Subject: RE: Browder Deposition

Mark, attached is our firm's W-9.  Please confirm when the check has been sent, and method of delivery.

We are checking with the government, and trying to move things around both Mr. Browder's schedule and our own.  Unfortunately, November 23 is not going to work, but we will get back to you regarding scheduling as soon as we are able.

Best,

Lindsey Weiss Harris
+1 212 488 4937

KOBRE & KIM LLP
www.kobrekim.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.kobrekim.com&d=CwMGaQ&c=tlFs99Fl3Rlo51LXUBQcug&r=4O0K5j6Wy8qha6pNNRvyaCsCL4qRKYkltgyhtw4ZGe4&m=UPKC7_Rdn-pCqaWIB-tBL0XCy5MHXNdGc2u7FMoiQP0&s=C03QdS2GKHTbDtPAmy3D_ewCJNqYevCC9iNgE6JqACY&e=>

New York  |  London  |  Hong Kong  |  Seoul  |  Washington DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI
From: Cymrot, Mark [mailto:MCymrot@bakerlaw.com]
Sent: Wednesday, November 18, 2015 12:53 PM
To: Lindsey Weiss Harris
Cc: Michael S. Kim; Moscow, John W.
Subject: RE: Browder Deposition

Lindsay: Please send me a w-9 and I will send you a check today for the $10,000.  We will be responsible for the other $10,000 for your travel expenses for this session of the deposition.  We have sent the notice of deposition to the Government and not heard any objection.

We would appreciate it if you would confirm the date promptly because there are few working days before trial.

Regards
Mark

From: Lindsey Weiss Harris [mailto:lindsey.weiss.harris@kobrekim.com]
Sent: Wednesday, November 18, 2015 11:25 AM
To: Cymrot, Mark
Cc: Michael Kim; Moscow, John W.
Subject: Browder Deposition

Mark,

We have received the Notice of Deposition requesting personal attendance by Mr. Browder at Baker Botts' London Office on Monday, November 23.

We are checking our client's schedule, and our own travel arrangements to London, to see if we can move things around to accommodate this request.  We are assuming that this date has already been cleared with the Government on your end?  Assuming that is in order, we will revert to you as soon as practicable.

In the meantime, we were wondering whether your client has made the US $10,000 payment as ordered by the Court? We have not been able to locate any incoming funds but perhaps you have wire transfer receipts on your end.  We would appreciate it if you could send that information so we can match up the incoming wire.

Given we are about to incur a similar level of travel expenses for either Michael or me to travel to London, we wanted to make sure that the funds situation is in order.  (Incidentally, could you reserve an additional US $10,000 for travel expenses from your retainer, and confirm that Baker & Hostetler will settle reimbursement from such reserved funds? This would be very helpful in allowing us to progress this.)

Thanks,


Lindsey Weiss Harris
+1 212 488 4937

KOBRE & KIM LLP
www.kobrekim.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.kobrekim.com&d=CwMFaQ&c=tlFs99Fl3Rlo51LXUBQcug&r=4O0K5j6Wy8qha6pNNRvyaCsCL4qRKYkltgyhtw4ZGe4&m=gtfo75S4QysVdTYAPPjA92sTw8Zg-_vxkPKYWljP7cw&s=kx4PwufHJRwlIhiGxSaE12A8a0rVU4X4COlXtWWyWGc&e=>

New York  |  London  |  Hong Kong  |  Seoul  |  Washington DC  |  San Francisco  |  Miami  |  Cayman Islands  |  BVI


This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.