**KOBRE & KIM** LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

December 10, 2015

**BY EMAIL**

Mark A. Cymrot, Esq
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5304

Re:   *United States v. Prevezon Holdings, Ltd., et. al.,* 13 Civ. 6326 (TPG)

Dear Mark:

We have made several adjustments to our personal schedules as well as those of Mr. Browder, including cancelling parts of holiday plans and family vacations of counsel, to accommodate the request that his deposition take place before January 5.

We think this will be workable if we do the deposition session in two ½ day segments. Mr. Browder can be available for deposition on the afternoon (EST) of December 18, afternoon (EST) of December 28, afternoon (EST) of December 29, afternoon (EST) of December 30, and all day GMT January 4, subject to the Government's and the Court's availability on those dates. He will also keep January 5 open as previously indicated.

We would be grateful if you could let us know those dates you would prefer to proceed.

Michael S. Kim
+1 212 488 1201

Lindsey Weiss Harris
+1 212 488 4937

cc:  Counsel of Record