**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 13-cv-06326 (TPG) |
| PREVEZON HOLDINGS LTD., et al., | | |
| Defendants. | | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Non-Party Hermitage Capital Management Ltd.
("Hermitage"), hereby appeals to the United States Court of Appeals for the Second Circuit from
the Opinion of the Court (Docket No. 521) denying Hermitage's motion to disqualify John W.
Moscow and Baker & Hostetler LLP, entered in this action on January 8, 2016.


Dated: New York, New York
        January 13, 2016


                                        Respectfully submitted,

                                        SUSMAN GODFREY L.L.P.

                                        */s/ Jacob W. Buchdahl*
                                        Jacob W. Buchdahl
                                        560 Lexington Avenue, 15th Floor
                                        New York, New York 10022
                                        Phone:  (212) 336-8330
                                        Fax: (212) 336-8340
                                        jbuchdahl@susmangodfrey.com

                                        *Counsel for Hermitage Capital Management Ltd.*


1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of January, 2016, this document was properly served on all counsel of record via electronic filing in accordance with the SDNY Procedures for Electronic Filing.


/s/ *Jacob W. Buchdahl*
Jacob W. Buchdahl