S.D.N.Y.-N.Y.C.
13-cv-6326
Griesa, J.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

_____

       At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of January, two thousand sixteen.

Present:     Ralph K. Winter,
              Reena Raggi,
              Christopher F. Droney,
                *Circuit Judges.*

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** Jan. 25, 2016

_____

United States of America,

                *Plaintiff-Appellee*,

     v.                                       16-132

Prevezon Holdings Ltd., et al.,

                *Defendants-Appellees*,

Ferencoi Investments, Ltd., et al.,

                *Defendants*,

     v.

Hermitage Global Partners LP,

                *Movant-Appellant*.

_____

     Appellant moves for a stay pending appeal. Appellee Prevezon Holdings Ltd. opposes a stay. Both parties move to file oversized briefs and to seal documents. Upon due consideration, it is hereby ORDERED that Appellant's stay motion is GRANTED and the district court proceedings are STAYED for the duration of the appeal. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007). It is further ORDERED that the motions to file oversized briefs and to seal documents are GRANTED.

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 01/25/2016