UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x
                                                                           :

UNITED STATES OF AMERICA,              :

                          Plaintiff,        :      No. 13-cv-6326 (WHP)

           v.                                 :

                                        :      <u>ORDER</u>

PREVEZON HOLDINGS, LTD., *et al.*,   :

                        Defendants.  :

----------------------------------------------x

        Pursuant to the mandate issued by the U.S. Court of Appeals for the Second Circuit on December 13, 2016, and its opinion dated October 17, 2016, No. 16-132-cv, this Court disqualifies John W. Moscow, Esq. and the law firm Baker & Hostetler LLP from serving as counsel to Prevezon Holdings, Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, and Prevezon 2011 USA, LLC (the "Prevezon Defendants"). The Prevezon Defendants are directed to retain new counsel by January 17, 2017.

        The parties are directed to appear for a status conference in Courtroom 20B at the Daniel Patrick Moynihan U.S. Courthouse on January 24, 2017 at 11:00 a.m.

Dated:  December 13, 2016
           New York, New York

                                                SO ORDERED:

                                                WILLIAM H. PAULEY III
                                                U.S.D.J.