# Exhibit 1

United States of America v. Prevezon Holdings, Ltd., et al., 13 Civ. 6326 (TPG)
Exhibit A – Selected Flow of Funds Diagram
December 27, 2007 - August 27, 2009

**Russian Central Bank**
Central Bank, Russia
40101810800000010041

r3,276 MM — r1,760 MM — r373 MM

**Parfenion**
Bank Intercommerz, Russia
40702810900000002761

**Rilend**
Universal Savings Bank, Russia
40702810200000000376

**Makhaon**
Universal Savings Bank, Russia
40702810900000000375

r150 MM — r589 MM — r1,108 MM — r3.6 MM — r1,487 — r866 MM

**Lanitime**
Mezhbusinessbank, Russia
40702810500000104000

**Yauza-Region**
Universal Savings Bank, Russia
40702810700000000368

**Fausta**
Bank Intercommerz, Russia
40702810600000002792

**Univers**
Mosstroieconombank, Russia
40702810056000014979

**Inteks-M**
Universal Savings Bank, Russia
40702810700000000371

**Anika**
Ocean Bank, Russia
40702810800030001158

r99 MM — r70 MM — r14.8 MM — r25 MM

r23.6 MM — r47.4 MM — r430 MM — r513 MM — r24.7 MM — r321 MM — r50 MM — r24.9 MM — r99.4 MM — r69 MM

**DalProm**
Sberbank, Russia
40702810138040113211

**Candy**
Sberbank, Russia
40702810038040113227

**Vermont**
Depo Bank, Russia
40702810000000001317

**ZhK**
Sberbank, Russia
40702810604330102750

**Aleksi**
Mosstroieconombank, Russia
40702810356000014970

**Optimal**
Energomashbank, Russia
40702810300000005008

**Krokus**
MosVodokanalBank, Russia
40702810200000000363

**Komino**
Mosstroieconombank, Russia
40702810756000015058

r1.8 MM — r25 MM — r12.4 MM

**StarMix**
Bank Krainy Sever, Russia
40702810100050000023

**Trial**
Bank Krainy Sever, Russia
40702810300050000014

**Omega**
Bank Krainy Sever, Russia
40702810700050000012

**PromTorg**
Bank Krainy Sever, Russia
40702810100050000010

r66 MM — r77 MM — r28.3 MM — r215 MM — r32.2 MM — r97 MM
r25 MM — r52.1 MM — r143 MM — r75 MM
r2.5 MM — r53 MM — r8 MM — r269 MM — r13.2 MM
r1.578.54

**Bank Krainy Sever Correspondent Account**
**Alfa Bank, Russia**
**30101810200000000593**
**30109810800000000449**

**Kareras Limited**
Bank Krainy Sever, Russia
40807810700050000001

r470 MM — r1,583 MM — r723MM

r225 MM — r425 MM — r565 MM

**Elenast-Com SRL**
Banca de Economii S.A., Moldova
22514016434162

**Bunicon-Impex SRL**
Banca de Economii S.A., Moldova
22511018404106

$942,700 — $951,400

**Baikonur Worldwide**
Credit Suisse, Switzerland
CH79-0483-5095-5976
CH52-0483-5095-5976

**Quartell Trading**
Credit Suisse, Switzerland
CH63-0483-5098-0284

**Nomirex Trading Limited**
Trasta Komercbanka, Latvia
LV16 KBRB 1111 2127 8700 1

**Castlefront LLP**
Danske Bank, Estonia
333470090003

**Megacom Transit Limited**
Danske Bank, Estonia
333480950007

€267k — $4.1 MM — €291MM — $1,986,000 — $390,000
€1.5 MM — €2MM — -$726,000
€2.7 MM

**Reaton Ltd.**
Ukio Bank, Lithuania
LT507010000012603432

€7.1MM — $650k — $750k

**Arivust Holdings**

**Aikate Properties Inc.**

$447,354 — $410,000 — $1,108,091

**Prevezon Holdings Limited**
UBS, Switzerland
CH78-0023-0230-4673-8160

Page 1 of 477