**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PREVEZON HOLDINGS LTD., *et al.*,<br><br>    Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816, *et al.*,<br><br>    Defendants *in Rem*. | Case No. 1:13-cv-06326 (WHP)<br><br>ECF CASE<br><br>**NOTICE OF DEFENDANTS' MOTION *IN LIMINE* NO. 6 TO PRECLUDE DR. LOUISE I. SHELLEY AS AN EXPERT AT TRIAL** |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion *In Limine* No. 6 to Preclude Dr. Louise I. Shelley As An Expert At Trial, the Declaration of Renita Sharma, and exhibits thereto, defendants Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, Prevezon 2011 USA, LLC, Ferencoi Investments Ltd., and Kolevins, Ltd. (collectively, the "Defendants"), hereby move the Court for an order, pursuant to the Federal Rules of Evidence, for an order excluding Dr. Louise I. Shelley as a witness at trial.

  Dated: March 23, 2017
      New York, New York

                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                         By: */s/ Adam Abensohn*

|  |
|---|
| Faith E. Gay |

Faith E. Gay
Kevin S. Reed
Adam M. Abensohn
Renita Sharma
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax (212) 849-7100
faithgay@quinnemanuel.com
kevinreed@quinnemanuel.com
adamabensohn@quinnemanuel.com
renitasharma@quinnemanuel.com

*Attorneys for Defendants*