Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____     **:**
                                        **:**
UNITED STATES OF AMERICA,               **:**
                                        **:**
          Plaintiff,                    **:**     No. 13 Civ. 6326 (TPG)
                                        **:**
v.                                      **:**     ECF Case
                                        **:**
PREVEZON HOLDINGS LTD., *et al.*,       **:**
                                        **:**
          Defendants.                   **:**
_____     **:**


**Expert Report of Ross S. Delston**


**September 29, 2015**

## I.    PROFESSIONAL QUALIFICATIONS

1.    I have been a solo practitioner in the private practice of law and consulting for some 21 years, with the last fifteen years specializing in Bank Secrecy Act ("BSA") and Anti-Money Laundering (hereinafter "BSA/AML") compliance matters as well as matters involving the international aspects of this area, known as anti-money laundering and countering the financing of terrorism ("AML/CFT"). I received a Certified Anti-Money Laundering Specialist ("CAMS") certification in 2007 and became a Certified CAMS Trainer in 2010, both from the Association of Certified Anti-Money Laundering Specialists (ACAMS).[1] I was Co-Chair of the American Bar Association's International Anti-Money Laundering ("AML") from 2008 – 2011 and later served as Vice Chair and Senior Adviser. I have been a member of the International Editorial Board of the Journal of Banking Regulation (London) since 2004. I am AV rated by Martindale Hubbell Law Directory. I received a B.A. with Special Honors in American Civilization in 1973 and a J.D. with honors in 1976 from The George Washington University and its law school.

2.    My background includes a five-year period (2000 – 2005) in which I was a full-time Consulting Counsel in the Legal Department of the International Monetary Fund (the "IMF"), most of which was spent on AML/CFT matters. In that capacity I acted as the coordinator of the initial phase of a project involving the assessment of AML/CFT and other compliance issues in offshore financial centers ("OFCs"). As part of my work at the IMF, I participated in the assessment of the AML/CFT frameworks of OFCs such as Guernsey, Jersey and the Isle of Man, and drafted AML/CFT and banking laws for numerous countries. AML/CFT assessments are now a permanent part of the work of the IMF. I have also been a consultant to the World Bank on banking matters since 1998.

3.    Private client engagements in the field of BSA/AML compliance include participating in a compliance project involving international banking, AML and sanctions/OFAC framework of the NY branch of one the largest European banks; assisting Bryan Cave law firm in a 15-month project as part of AIG monitorship: five consecutive independent BSA/AML reviews of a public company; and revising the

---

[1] According to ACAMS officials, as of August 31, 2015, the Association had approximately 30,000 members world-wide, of whom 14,000 were CAMS-certified.

BSA/AML policies and procedures of the New York branch of a major foreign bank to address risks of Trade Based Money Laundering ("TBML"). I have also been or am currently engaged as an expert witness and/or litigation consultant in seven civil cases in Federal and state courts and a regulatory arbitration in addition to this case, all involving some aspect of fraud.

4.      Previously I have been Of Counsel, Jones Day (1991-94) specializing in banking mergers and acquisitions and regulation; Counsel and Assistant General Counsel, Federal Deposit Insurance Corporation (1986-91) specializing in banking resolutions and regulation; and Counsel, U.S. Export-Import Bank (1976-86) specializing in trade finance transactions.

5.      I am the author or co-author of numerous articles on BSA/AML, AML/CFT and banking issues, including three on TBML issues:

    a.      "Strengthening Our Security: A New International Standard on Trade-Based Money Laundering is Needed Now" (co-authored with Stephen Walls), 44 *Case Western Reserve Journal of International Law* 737 (2012). The article was reprinted in the *Annual Review of International Banking Law & Practice* (2013).

    b.      "Reaching Beyond Banks: How to Target Trade-based Money Laundering and Terrorist Financing Through Preventive Measures Outside the Financial Sector" (co-authored with Stephen Walls), 41 *Case Western Reserve Journal of International Law* 85 (2009). The article was reprinted in the *Annual Review of International Banking Law & Practice* at 11:81 (2011) and *Combating Money Laundering and Terrorism Finance: Past and Current Challenges*, at p. 737, N. Beekarry, ed. (Elgar Publishing Ltd., 2013).

    c.      "The 41st FATF Recommendation: Why preventive measures targeting trade-based money laundering should reach beyond banks," *ACAMS Today* (2008), originally published in *Money Laundering Bulletin* (London, 2008).

6.      I have been quoted numerous times on BSA/AML and banking issues in publications such as the Wall Street Journal, the American Banker, the Hindu Business Line (India), the Nikkei (Japan), and the Telegraph (U.K.) and have been interviewed on BBC TV World News, CNN International TV News and Canadian and German public radio.

7.      My *curriculum vitae* is attached hereto as Exhibit A, which includes a complete list of my publications, articles in which I have been quoted, and conferences, seminars and training sessions at which I have spoken. I am being compensated for my work on this matter at the rate of $600 per hour.  My compensation is not contingent on the outcome of this case.

## II.    SCOPE OF WORK, METHODOLOGY, AND SUMMARY OF OPINIONS

8.      I have been retained by the United States Attorney's Office of the Southern District of New York (the "U.S. Attorney's Office") representing the Plaintiff, United States of America (the "United States" or the "Government") to review the documentation for a series of transactions and  determine whether  red flags for money laundering were evident.  By "red flags," I mean indicators or "examples of potentially suspicious activities . . .  for both money laundering and terrorist financing."[2] Such red flags may include but are not limited to, transactions, accounts, transfers of funds, and agreements.

9.      In determining whether red flags are present in this case, I have considered not only the transactions themselves but also the totality of the facts and circumstances surrounding these transactions.  In so doing, I have also considered money laundering typologies, i.e., "the methods and trends associated with money laundering;"[3] as well as risk factors for money laundering and other financial crimes arising from their geographic

---

[2] FFIEC Manual, p. F-1

[3] Money Laundering & Terrorist Financing Typologies 2004 – 2005 (FATF, 10 June 2005), p. 1, available at: http://www.fatf-gafi.org/media/fatf/documents/reports/2004_2005_ML_Typologies_ENG.pdf

location and from the types of counterparties, vendors, customers and clients; entities; and products and services associated therewith.

10.     The documentation I reviewed included the Amended Verified Complaint in *United States v. Prevezon Holdings, et al.*, dated November 11, 2014 (the "Complaint") in this action and the defendants' productions, including certain documents relating to the investment in and purchase of real estate in New York City, to which Prevezon Holdings Ltd. ("Prevezon") was a party during the 2008 – 2010 time period.

11.     At this time, and based on the information and documents provided to date, it is my opinion that numerous red flags for money laundering are present in transactions conducted by Prevezon, including those involving the purchase of real estate in New York City, as well as TBML, indicated by international trade transactions referred to in the Prevezon bank statements.  Examples of both types of red flags for money laundering are set forth in greater detail below.  These examples are merely illustrative and not meant to be exhaustive of my findings.

12.      Appendix B lists the documents and information that I have relied on to formulate my opinions.

13.     I reserve the right to revise my opinions should additional documents and information become available before trial.

## III.    ANALYSIS OF MONEY LAUNDERING RED FLAGS AND RISK FACTORS

### A. *Definition of Money Laundering*

14.     Money laundering is a financial crime that involves possessing, moving or transferring the proceeds of crime to conceal its criminal origins. It is "the criminal practice of processing ill-gotten gains, or "dirty" money, through a series of transactions;

in this way the funds are "cleaned" so that they appear to be proceeds from legal activities."[4]  Money laundering is typically viewed as having three stages:

    a.    The first is called the '*placement*' stage, which involves introducing criminal proceeds, typically cash, into the financial system. Examples include depositing small amounts of cash into a bank account, purchasing a series of monetary instruments such as money orders that are then deposited into a bank or brokerage account, and paying for a financial investment in cash, such as an insurance product, and then requesting a refund check.[5]

    b.    The second stage is known as '*layering*,' that is to move the funds now in the financial system to other financial institutions in a complex series of transactions such as by "wiring or transferring funds to and through numerous accounts in one or more financial institutions."[6]

    c.    The third and final stage is known as '*integration*.' Once the funds have been introduced into the financial system initially (the placement stage) and transferred to and among accounts (the layering stage), "the integration stage is used to create the appearance of legality through additional transactions. These transactions further shield the criminal from a recorded connection to the funds by providing a plausible explanation for the source of the funds. Examples include the purchase and resale of real estate, investment securities, foreign trusts, or other assets."[7]

---

[4] FFIEC Manual, p. 7.

[5] *Ibid.*

[6] FFIEC Manual, p. 8.

[7] *Ibid.*

### B.  Recognized Red Flags for Money Laundering

15.     Red flags, indicators of money laundering, that have been identified by, among others, US banking regulators, are numerous, and include:

a.      "Many funds transfers are sent in large, round dollar, hundred dollar, or thousand dollar amounts."[8]

b.      "Funds transfer activity occurs to or from a financial secrecy haven, or to or from a higher-risk geographic location without an apparent business reason or when the activity is inconsistent with the customer's business or history."[9]

c.      "Large, incoming funds transfers are received on behalf of a foreign client, with little or no explicit reason."[10]

d.      "Funds transfer activity is unexplained, repetitive, or shows unusual patterns."[11]

e.      "Payments or receipts with no apparent links to legitimate contracts, goods, or services are received."[12]

f.      "Goods or services purchased by business do not match the customer's stated line of business."[13]

g.      "Loans that lack a legitimate business purpose . . . or tend to obscure the movement of funds . . . ."[14]

---

[8] FFIEC Manual, p. F-2.

[9] *Ibid.*

[10] *Ibid.*

[11] *Ibid.*

[12] FFIEC Manual, p. F-3.

[13] *Ibid.*

[14] FFIEC Manual, p. F-4.

    h.      "Frequent involvement of multiple jurisdictions or beneficiaries located in higher-risk OFCs."[15]

    i.       "Multiple high-value payments or transfers between shell companies, with no apparent legitimate business purpose."[16]

    j.      "Purpose of the shell company is unknown or unclear."[17]

### C. Definition of Trade-Based Money Laundering ("TBML")

16.    TBML is the use of international trade to launder money.  It is the third main avenue for laundering money, after the use of the financial system and the physical movement or transportation of cash.[18] TBML "is defined as the process of disguising the proceeds of crime and moving value through the use of trade transactions in an attempt to legitimise (*sic*) their illicit origins. In practice, this can be achieved through the misrepresentation of the price, quantity or quality of imports or exports. Moreover, trade-based money laundering techniques vary in complexity and are frequently used in combination with other money laundering techniques to further obscure the money trail."[19]  The use of international trade "is subject to a wide range of risks and vulnerabilities, which provide criminal organisations (*sic*) with the opportunity to launder the proceeds of crime . . . with a relatively low risk of detection."[20]

17.    Examples of TBML include:

    a.      Over-invoicing, *i.e.*, showing a higher invoice value than the actual price of the goods or services;

    b.      Under-invoicing, *i.e.*, showing a lower invoice value than the actual price of the goods or services; and

---

[15] FFIEC Manual, p. F-7.

[16] *Ibid.*

[17] *Ibid.*

[18] 2006 FATF Report on Trade Based Money Laundering (hereinafter "FATF TBML Report"), Executive Summary.

[19] *Ibid.*

[20] FATF TBML Report, p. 2.

    c.      False invoicing, *i.e.*, using an invoice that shows a trade transaction where none exists.

### D. Recognized Red Flags for TBML

18.    There are numerous red flags for TBML, including: [21]

    a.      "Items shipped that are inconsistent with the nature of the customer's business (e.g., a steel company that starts dealing in paper products, or an information technology company that starts dealing in bulk pharmaceuticals)."

    b.      "Customers conducting business in higher-risk jurisdictions."

    c.      Customers shipping items through higher-risk jurisdictions, including transit through noncooperative countries."

    d.      Transaction structure appears unnecessarily complex and designed to obscure the true nature of the transaction.

### E. Geographic Risk Factors for Money Laundering

19.    Risk factors such as geographic risk are significant in examining transactions that exhibit the indicia of money laundering and, in my view, have the effect of increasing the likelihood that money laundering is involved. Certain countries, including Moldova and Russia, each of which appears in the *Prevezon* case, as well as the rest of the former Soviet Union, present high geographic risks as the very high rates of financial crimes such as money laundering, fraud, and corruption, have long been documented and recognized in this region.

20.    In addition, certain jurisdictions, known as Offshore Financial Centers ("OFCs") are jurisdictions characterized by inadequate standards of financial supervision[22] with the following characteristics: "(i) the primary orientation of business toward nonresidents; (ii) the favorable regulatory environment (low supervisory requirements and minimal

---

[21] All red flags from FFIEC Manual, p. F-5.
[22] See International Monetary Fund ("IMF") New Brief No. 00/62 (July 26, 2000), which may be found at https://www.imf.org/external/np/sec/nb/2000/nb0062.htm

information disclosure); and (iii) the low- or zero- taxation schemes."[23] Such OFCs also present high risks for money laundering. A number of the jurisdictions appearing in the documents, accounts and transactions that I have examined in the *Prevezon* case are OFCs, including Belize, British Virgin Islands ("BVI"), Cyprus, Guernsey, Jersey, and Switzerland.[24]

### F. Other Risk Factors for Money Laundering

21.    The FATF published its findings on money laundering through the purchase of real estate in 2007.[25] It found that criminals use a number of approaches to launder money, including 'Loan-Back Schemes:'

> . . . "loan-back" transactions are used by suspected criminals to buy properties – either directly or indirectly – through the purchase of shares in property investment funds. Essentially, suspected criminals lend themselves money, creating the appearance that the funds are legitimate and thus are derived from a real business activity. The purpose of the loan is to give the source of the money an appearance of legitimacy and to hide the true identity of the parties in the transaction or the real nature of the financial transactions associated with it.[26]

22.    It has been also widely reported that the purchase of high-end property, both commercial and residential, in New York City has been used to launder funds from numerous countries in Asia, the former Soviet Union, and South America. Purchasers whose funds derive from illegal activity, like legitimate purchasers, balance the lack of liquidity inherent in any investment in real estate against the potential for appreciation in

---

[23] See A. Zoromé, "Concept of Offshore Financial Centers: In Search of an Operational Definition," IMF Working Paper WP/07/87 (April 2007), p. 4, which may be found at https://www.imf.org/external/pubs/ft/wp/2007/wp0787.pdf

[24] See list appearing in IMF update (November 20, 2014, which may be found at https://www.imf.org/external/NP/ofca/OFCA.aspx

[25] 2007 FATF Report on Money Laundering and Terrorist Financing Through the Real Estate Sector (hereinafter the "FATF Real Estate Report").

[26] FATF Real Estate Report, p. 7, para. 14. See also Case study 1.1: Proceeds of drug trafficking laundered into real estate, p. 8.

value compared to other assets such as equities and publically traded debt. The cachet of owning real estate in New York City is well known, and places New York in a small group of cities, including Seattle, Vancouver and London, that according to many reports, benefit from illicit flows of funds.[27] Further, foreign purchasers in particular are cognizant of the rule of law and other legal protections available to owners of private property in the United States.

23.    Federal regulations that require the reporting of suspicious transactions, include a characterization of a suspicious transaction as one that "has no business or apparent purpose or is not the sort of transaction in which the customer would normally be expected to engage" and "there is no reasonable explanation for the transaction after examining the available facts, including the background and possible purpose of the transaction."[28]  When coupled with the red flags indicated in Sec. IV below, in my view the likelihood of money laundering being involved is significantly increased.

## G. *Red Flags and Related Risk Factors Evident in Prevezon Transactions*

24.    Several transactions in the 2008-2009 time period exhibited multiple red flags, including lack of clear business purpose, loan-back transactions, and geographic risk. For instance, one suspicious transaction is reflected in a document titled 'Loan Agreement,' dated 1 February, 2008, apparently executed between SC "Bunicon-Impex" SRL (hereinafter "Bunicon") as lender and Prevezon, as borrower.  (PREV0019081, *et seq.*).  The agreement was structured as a $410,000 loan from Bunicon to Prevezon for the purpose of "working capital."  As stated in more detail in paragraph 25, the loan agreement is not only virtually identical to a second agreement with a different lender, but also contains a number of provisions that suggest that the purpose of the agreement was something other than a commercial transaction between two unrelated parties.

---

[27] See, e.g., NEW YORK TIMES, Towers of Secrecy series, five articles dated February 7 – 11, 2015, including "At the Time Warner Center, and Enclave of Russians."

[28] 31 CFR 102.320(2)(iii). [Reports by banks of suspicious transactions]

25.     A second suspicious transaction is reflected in a 'Loan Agreement' dated 13 February, 2008, apparently executed between SC "Elenast-Com" SRL (hereinafter "Elenast"), a Moldovan company, as lender, and Prevezon, as borrower, win the amount of $447,354.  (PREV0019087 *et seq.*) These two transactions have notable similarities relevant to indicia of money-laundering.  Most notably, and notwithstanding that the two "loan agreements" are with different lenders, they have virtually identical clauses, have virtually identical clauses, other than the parties, amounts and signatories:

a.      The lenders in both cases are Moldovan companies.[29]

b.      Both loans are made for the stated purpose of providing "working capital."  Although "working capital" is a term used in commercial transactions, it also is sufficiently general to encompass a large universe of corporate activities and can obscure transactions such as these that lack a clear business purpose.

c.      Both agreements require interest to be paid at the rate of 6.7%, and both required principal and interest were to be paid in a single payment on 31 January 2010.

d.       Both agreements contain a *blank* in Article 8, entitled "Governing Law and Jurisdiction."   This is highly unusual in an executed agreement.  In loan agreements with which I am familiar, such clauses are heavily negotiated because the governing law clause could have a significant effect on the enforcement of an agreement and provides certainty as to the body of law that would be used by a court to interpret that agreement.  The fact that these clauses were left blank strongly suggests that the agreements were not in fact negotiated on an arms-length basis and might have been used as a mechanism to cover the flows of illicit funds.

---

[29] I have been asked to assume for purposes of this analysis that both companies are shell companies.

  e. All other substantive provisions in the agreements, including *inter alia*, Sec. 3, Availability of the Loan; Sec. 5, Default Interest; Sec. 6, Repayment of the loan; and Sec. 7, Assignment, were identical in language.   Again, this is highly unusual.  If the loan agreements had in fact been negotiated with arms-length lenders, one would expect substantive differences in the agreements as a natural consequence of differences in the negotiation process.  This is particularly true where the two loan agreements are with *different lenders*, as the lender, not the borrower, typically has the greater degree of leverage in agreements of this type.

26. I have also reviewed documents potentially corresponding to the two "loan agreement" transactions set forth above, namely, Prevezon's February 2008 USD account statements at UBS, a Swiss bank.  These bank records show two credits to Prevezon's account, both in February 2008 (PREV0006787).  The first, from Bunicon, is on February 6, 2008, in the amount of $410,000.  The second, from Elenast, is on February 13, 2008, in the amount of $447,353.82.[30]  The notes on the bank record concerning the payment from Bunicon state that the amount is "REPMT FOR SUNITARY EQUIPMT" (*sic*) and the notes pertaining to the payment from Elenast state that the amount is "PREPMT FOR GOODS INV (*sic*)."  These notes further suggest red flags for money-laundering for the following reasons:

  a. Based on assumptions I have been asked to make, I understand that Prevezon is not in the business of selling any such products, but rather was set up to invest in and manage real estate. The records are therefore inconsistent with the nature of the recipient's business.[31]

---

[30] The Elenast credit is 16 cents less than the amount set forth in the Elenast loan agreement with Prevezon referred to above.

[31] According to Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories (September 7, 2015), p. 4, response to Interrogatory 3, "Prevezon Holdings did not know about those entries at the time they were made, and Prevezon Holdings informed the bank that the funds at issue in this lawsuit came into Prevezon Holdings' UBS bank accounts pursuant to loans from an investor." However, it is difficult to postulate a business purpose for such transfers to be so specifically identified by two different senders, particularly given the fact that both senders were lenders to Prevezon, other than to conceal the true purpose of the transfers. Further, no documentation of the

b.  The transactions involve companies organized under the laws of an OFC, such as Prevezon, a Cyprus company, as well as two companies, Bunicon and Elenast, from Moldova, a high risk former Soviet Republic.

c.  One of the transactions is in round numbers, presumably since it is a prepayment, but there is no follow-up payment that is shown in the UBS account statements. [32] As such, it appears to be an example of false invoicing, that is, a reference to a trade transaction that never took place.

27.  These two payments to Prevezon therefore collectively represent nearly the same amount as that provided by purported investors of "working capital." The characterizations of the transactions are inconsistent between the loan agreements and the bank records, and are, in either case, atypical and suggestive of money laundering. [33]

28.  Additionally, a March 1, 2008 document entitled "Notice," from Prevezon to Petrov Leonid Dmitrievich, states that the sum of $857,354 had been received by Prevezon from Bunicon and Elenast (PREV0008278). According to the Notice, the purpose of the funds being sent to Prevezon was "for further reinvestment of the funds described above real estate property, in accordance with the previously agreed upon agreements (*sic*)."[34] Again, the notice directly contradicts the rationale for the incoming funds from Bunicon and Elenast that is set forth on the UBS USD account statement referred to above. Rather than being for payment of goods, the notice states that the funds

---

statement that Prevezon informed the bank that the funds were pursuant to loans was available for my review nor was any such documentation referenced in the Response.

[32] In fact, Table 65 of the McGladrey Expert Report states that there were eight transfers between February 28, 2008 and March 20, 2008, from Reaton to Prevezon, totaling $1,108,090.55, of which six were in round numbers, in the amount of $150,000. Round numbered wire transfers of this type are a red flag for money laundering since contracts are not normally in round numbers and there does not appear to be a business purpose for the eight transfers, often on successive days, to be broken up in this manner rather than to be transmitted as a single payment.

[33] The Selected Flow of Funds Diagram prepared by McGladrey indicates that funds originated at the Central Bank of Russia, passed through intermediary companies to Elenast and Bunicon and ultimately to Prevezon. This is consistent with the flow of funds indicated on Prevezon's UBS USD statements that I reviewed.

[34] It is not clear whether this is meant to refer to the Management Agreement referred to in the paragraph immediately below.

were sent for *investment purpose*s.  In my view, this is an additional red flag suggesting that the trade transactions were meant to provide a cover for the funds transfer, perhaps so that the bank, UBS, would not raise questions about the purpose of the funds transfer.

29.    Finally, under the terms of the two loan agreements under which Prevezon owed $857, 354 to Bunicon and Elenast, a single payment of interest and principal was due on January 31, 2010.   Based on my review of the UBS USD account statements, no such amount or any lesser amount was ever paid by Prevezon to either company through February 23, 2010.   This further suggests that the loans were never meant to be repaid and therefore were not in fact loans at all.[35]

30.    I further reviewed a "Management Agreement" dated October 9, 2009, apparently executed between Prevezon Holdings, as Manager, and Petrov Leonid Dmitrievich,  the holder of a Russian passport, as Investor (hereinafter the "Investor").  (PREV0023019 *et seq.*).  The agreement specified that the sum of $857,354 was deposited by the Investor with Prevezon as manager for the purpose of purchasing one or more condominium units in a building at 20 Pine Street, NY, NY.   The agreement contains a number of unusual clauses that in my view do not appear to be normal for a commercial transaction of this type:

   a.    Article 10 of the agreement provides that title to the condo(s) under Article 10 would be held not by the Investor (for whom the properties are being purchased), but by Prevezon as Manager until the end of the five-year term of the agreement.  Typically, investors in real estate like to have the real estate they own titled in their name, and, further, management companies do not take title to the real estate they are managing.

   b.    Article 9 provides that Prevezon will retain all rental income and commissions received during the five-year term of the agreement.  Hence, under

---

[35] Based on my review of defendants' productions and bank records, I have also identified a suspicious pattern of loans to Prevezon from two other companies:  Reaton Ltd. ("Reaton"), a British Virgin Islands ("BVI") company, and Mobiner Trade Ltd. ("Mobiner"), a Belize company.  As with the loans discussed above, the loan agreements were virtually identical and there were corresponding entries in UBS account statements indicating that Prevezon was selling goods to the lenders, which provided a cover for the flows of funds to Prevezon.

the agreement, *no income* would be paid to the Investor.   In other words, rather than being paid a commission as manager, under the agreement, Prevezon was to receive all rental income from the condo.   As an investor in an ordinary commercial transaction reasonably expects a return on an investment, the transaction as set forth in the Management Agreement appears not to make commercial sense.

      c.      Also under Article 9, in the event that the purchase price of the condo turns out to be less than the amount of the investment, Prevezon as manager was entitled to retain such amount after the payment of closing costs, rather than the overage being transferred to back to the Investor.

31.     These are unusual provisions that suggest that this was not an arms-length, commercially-negotiated transaction.

32.     In summary, based on my review of the transactions above and the documentation related thereto, it is my opinion that numerous red flags and risk factors for money laundering are present, including, *inter alia*:

      a.      Complex and commercially unusual loan transactions without a clear business purpose;

      b.      Loan transactions linked to the purchase of high-end real estate, also known as "loan-back" transactions;

      c.      Agreements lacking normal commercial terms and conditions and containing clauses that are not normally seen in comparable commercial transactions;

      d.      The absence of any evidence of repayment of principal or interest on the loans;

e.    As noted in UBS account statements, the sale of goods by Prevezon, a company that was in an unrelated business, i.e., real estate management and investing;[36] and

f.    The use of shell companies in high risk jurisdictions such as Moldova and OFCs such as Cyprus, BVI and Belize to move money internationally.

Executed this 29th day of September 2015

_Ross S. Delston_

_____

Ross S. Delston

---

[36] Even if one were to assume that Defendant's Responses to Interrogatories were correct as stated, that does not explain why four different companies, all lenders to Prevezon, all shells from either a high risk country or an OFC, all mischaracterized payments that corresponded to amounts loaned to Prevezon.

**Exhibit A**

## ROSS S. DELSTON, CAMS
### ATTORNEY + EXPERT WITNESS
### WASHINGTON, DC

(202) 494-5835 (O)                                                    (202) 280-1465 (F)
www.linkedin.com/in/rossdelston                          ross@globalaml.com

SUMMARY: Attorney, Certified Anti-Money Laundering Specialist (CAMS), and former US banking regulator (FDIC) with substantial expertise in BSA/AML compliance over a 15-year period, including eight expert witness and/or litigation consultant engagements; and compliance projects involving multinational financial institutions subject to enforcement orders.

| LAW OFFICE OF ROSS S. DELSTON, WASHINGTON, DC | 2006 – PRESENT |
|---|---|

- Expert witness and/or litigation consultant on BSA/AML compliance issues in eight civil cases in Federal and state courts and a regulatory arbitration, all involving some aspect of fraud, in most cases against major banks and broker-dealers.
- Participated in compliance project involving international banking, AML/KYC and sanctions/OFAC framework of the NY branch of one the largest European banks.
- Assisted Bryan Cave law firm in 15-month project as part of AIG monitorship: Reviewed AIG's BSA/AML compliance functions worldwide; analyzed compliance policies; interviewed compliance officers; and drafted recommendations.
- Completed five annual independent BSA/AML reviews of a public company as well as an independent audit of a regional broker-dealer.
- Revised the BSA/AML policies and procedures of trade finance unit of NY branch of major foreign bank to address risks of trade-based money laundering.
- Consultant to International Monetary Fund (IMF) on AML/CFT and banking regulation since 1997, including nine AML/CFT assessments of offshore financial centers (OFCs) such as Saint Vincent (2010) and Bermuda (2008).
- Retained by financial regulator of OFC to conduct a review of its AML/CFT compliance activities and risk assessment as well as elements of the regulated sector.
- Consultant to World Bank since 1998 on banking issues in Asia and Eastern Europe.

| MANAGING DIRECTOR, KALORAMA PARTNERS, WASHINGTON, DC | 2005 – 2006 |
|---|---|

- Advised financial services firms on compliance issues as a member of strategic consulting firm headed by former SEC Chairman Harvey Pitt.
- Consultant to Kalorama on review of compliance program for broker-dealer to ensure consistency with NYSE and NASD requirements, October 2005.

| LEGAL DEPARTMENT, INTERNATIONAL MONETARY FUND, WASHINGTON, DC | |
|---|---|
| Consulting Counsel (full-time) specializing in AML/CFT | 2000 – 2005 |
| Legal Consultant (project basis) on banking laws | 1997 – 2000 |

- **OFC Coordinator:** Designated by General Counsel to coordinate legal team during initial phase of OFC assessment program, July – January 2000.
- **AML/CFT assessments:** Participated in assessments of seven OFCs.

- **Legislative drafting:** Drafted laws on AML/CFT and banking for numerous countries.

**LAW OFFICE OF ROSS S. DELSTON, WASHINGTON, DC                    1994 – 2000**
- Specialized in bank regulatory and transactional matters for clients such as a Fortune 50 industrial corporation, a major commercial bank, an S&L holding company, an industrial loan company, a high-tech bank services company and two national law firms.
- Reviewed US government agency proposal for compliance and OFAC program.
- World Bank consultant on banking issues; missions to Philippines and Turkey.

**OF COUNSEL, JONES DAY, WASHINGTON, DC                    1991 – 1994**
- Specialized in bank mergers and acquisitions and regulatory matters.
- Represented a money-center bank in successful bid on an insolvent bank controlled by the FDIC, and a consumer finance firm in chartering an industrial loan company.
- Testified on open bank assistance before RTC Oversight Board.

**COUNSEL AND ASSISTANT GENERAL COUNSEL – ASSISTED ACQUISITIONS, LEGAL DEPARTMENT, FEDERAL DEPOSIT INSURANCE CORP., WASHINGTON, DC                    1986 – 1991**
- Created, organized and headed 20-attorney Assisted Acquisitions unit, advised FDIC Chairman and Board, led teams responsible for drafting and negotiating deal documents, hired and supervised outside counsel, and implemented training.
- Responsible for the legal work on resolutions of major insolvent banks during US banking crisis, including open bank assistance and bridge bank transactions.

**COUNSEL, EXPORT-IMPORT BANK OF THE US, WASHINGTON, DC                    1976 – 1986**
- Drafted and negotiated numerous loan, guarantee, and insurance transactions.
- Lead attorney on a $1.5 billion emergency trade credit facility for Brazil, at that time the largest commitment ever authorized by the Export-Import Bank.
- Traveled to Nigeria, Ivory Coast, Senegal, Ecuador, and Bolivia to assess projects.

**CERTIFICATIONS & MEMBERSHIPS**
- Certified Anti-Money Laundering Specialist (CAMS), 2007 – present.
- Certified CAMS Trainer, 2010 – present.
- Founding board member, US Capital Chapter of Association of Certified Anti-Money Laundering Specialists (ACAMS), 2009 – 2011; Advisor to Board, 2011 – 2013.
- Co-chaired American Bar Association International AML Committee, 2008 – 2011, later appointed Vice Chair and Senior Advisor.
- International Editorial Board, Journal of Banking Regulation (London) 2004 – present.
- District of Columbia Bar Association, 1976 – present. Served on Membership Benefits Committee, 1995 – 2001 (Best Bar Committee Award, 2000).
- AV rated by Martindale-Hubbell Law Directory (highest rating).

**EDUCATION**
The George Washington University Law School, J.D. with honors, 1976.

The George Washington University, B.A. with Special Honors, 1973.

**PUBLICATIONS, PRESS CLIPPINGS AND SPEAKING ENGAGEMENTS, ATTACHED**

## ROSS S. DELSTON, CAMS: PUBLICATIONS & PRESS CLIPPINGS
## 1999 – PRESENT (AS OF SEPTEMBER 25, 2015)

**PUBLICATIONS:**

"Insights: Did FinCEN Just Burst Bitcoin's Bubble?" Moneylaundering.com News, May 31, 2013 (op-ed piece on FinCEN guidance issued in March 2013). For a copy, please see: http://www.jdsupra.com/legalnews/insights-did-fincen-just-burst-bitcoin-68059/#!

"Strengthening Our Security: A New International Standard on Trade-Based Money Laundering is Needed Now" (co-authored with Stephen Walls), 44 *Case Western Reserve Journal of International Law* 737 (2012). The article was reprinted in the *Annual Review of International Banking Law & Practice* (2013).  For a copy of the law review article, please see: http://law.case.edu/journals/JIL/Documents/(10)%20Delston%20&%20Walls%20Final.pdf

"St. Vincent and the Grenadines: Detailed Assessment Report on Anti-Money Laundering and Combating the Financing of Terrorism," IMF Country Report No. 10/311 (2010), one of four co-authors as part of IMF team, available at: www.imf.org/external/pubs/ft/scr/2010/cr10311.pdf

"Reaching Beyond Banks: How to Target Trade-based Money Laundering and Terrorist Financing Through Preventive Measures Outside the Financial Sector" (co-authored with Stephen Walls), 41 *Case Western Reserve Journal of International Law* 85 (2009). The article was reprinted in the *Annual Review of International Banking Law & Practice* at 11:81 (2011) and *Combating Money Laundering and Terrorism Finance: Past and Current Challenges*, at p. 737, N. Beekarry, ed. (Edward Elgar Publishing Ltd., 2013).  Edited versions were published in *Money Laundering Bulletin* (London, July/August 2009); *NetPractice Exchange*, Vol. 3, No. 3, at p. 16 (November/December 2009); and the American Bar Association's *International Trade Committee Newsletter*, Vol. IV, No. 1, at p. 12 (November 2009). For the original law review article, see www.martindale.com/international-trade-law/article_Ross-S-Delston_738600.htm

"'To Protect or Not to Protect, That is the Question': Statutory Protections for Financial Supervisors – How to Promote Financial Stability by Enacting the Right Laws" (co-authored with Prof. Andrew Campbell, University of Leeds, UK), published in *Current Developments in Monetary and Financial Law, Vol. 5* (IMF 2008), available at: www.jdsupra.com/legalnews/to-protect-or-not-to-protect-that-is-t-72308/

"The 41st FATF Recommendation: Why preventive measures targeting trade-based money laundering should reach beyond banks," *ACAMS Today* (July/August 2008), originally published in *Money Laundering Bulletin* (London, March 2008), available at: www.jdsupra.com/legalnews/the-41st-fatf-recommendation-why-preven-24691/

"Bermuda: Detailed Assessment Report on Anti-Money Laundering and Combating the Financing of Terrorism," IMF Country Report No. 08/105 (2008), one of four co-authors as part of IMF team, available at: www.imf.org/external/pubs/ft/scr/2008/cr08105.pdf

"Viewpoint: Regulatory Blitz for Subprime Players?" *American Banker* (November 9, 2007)(opinion piece about legal issues relating to bank closings).

"The Blueprint for US Financial Competitiveness," (October 2008), member of AML subgroup of Blue Ribbon Commission of the Financial Services Roundtable, available at: http://www.tfsr.org.tw/uploads/FINALCompetitivenessReport.pdf

"Independent AML Audit: Essential Element or Nice to Have?" (co-authored with Martin Owen, formerly UK FSA), *Money Laundering Bulletin* (London, June 2007), available at: www.jdsupra.com/legalnews/independent-aml-audit-essential-elemen-62693/

"Memo to top executives: anti-money laundering compliance affects you, too" (co-authored with Martin Owen), *Money Laundering Alert* (April 2007).

"Smooth sailing or uncertain waters? The proposed US anti-money laundering regulations for hedge funds" *ACAMS Today* (May/June 2007), originally published in *Money Laundering Bulletin* (London, November 2006).

"Emergency Liquidity Financing by Central Banks: Systemic Protection or Bank Bailout?" (with Prof. Andrew Campbell, University of Leeds, UK), *Current Developments in Monetary and Financial Law, Vol. 3* (IMF 2005), available at: http://books.google.com/books?id=yeuN4N5EHlMC&pg=PA429&lpg=PA429&dq=ross+delston&source=bl&ots=QVhdoa24Dc&sig=QLf3NQgyAHGdj4fHGbNUJZMkLvc&hl=en&sa=X&ei=HcXjU7S9MoyKyASy2YFo&ved=0CBwQ6AEwADge#v=onepage&q=ross%20delston&f=false

"Developing an AML/CFT Strategy and Structure," *Building an Effective Anti-Money Laundering and Counter-Terrorist Financing Regime in Afghanistan* (World Bank 2004), p. 29, available at: http://siteresources.worldbank.org/EXTAML/Resources/396511-1146581427871/afghan_aml.pdf

"Lawyers as the New Guardians of Governance," editorial, *Amicus Curiae*, Journal of the Society for Advanced Legal Studies (London, July/August 2004), available at: http://sas-space.sas.ac.uk/2959/1/Amicus54_Delston.pdf

"Five Observations About Banking Failures," *Current Developments in Monetary and Financial Law*, Vol. 2 (IMF 2003), available at:  www.jdsupra.com/legalnews/five-observations-about-banking-failures-21950/

"Aruba: Offshore Financial Center Assessment," (IMF 2002), one of four co-authors as part of IMF team, available at: www.imf.org/external/np/ofca/2002/eng/abw/063002.pdf

"Gibraltar: Assessment of the Regulation and Supervision of Financial Services," IMF Staff Assessments (2001), one of eight co-authors as part of IMF team, available at: www.imf.org/external/np/ofca/2001/eng/gbr/103101.pdf

"Statutory Protections for Banking Supervisors," *World Bank Financial Sector Paper No. 4* (1999), available at: www1.worldbank.org/finance/html/statutory_protection.html

A summary of the paper appeared in the IMF's *Supporting Document to the Code of Good Practices on Transparency in Monetary and Financial Affairs* (2000), available at: www.imf.org/external/np/mae/mft/sup/part3.htm#box_3-3

Member, International Editorial Board, *Journal of Banking Regulation* (London), 2004 – present.

PRESS CLIPPINGS (ARTICLES AND OTHER PRESS COVERAGE):
September 22, 2015, The Wall Street Journal Morning Risk Report, "Time for Investment Advisers to Focus on AML." For a copy of the article, please see http://tk.wsjemail.com/track?t=v&enid=ZWFzPTEmbXNpZD0xJmF1aWQ9Jm1pZD01OTcyNj U0Jm1zZ2lkPTEwMTk1MDAmZGlkPTc4NDkwMSZlZGlkPTc4NDkwMSZzbj0xNjk4NTk3N SZlaWQ9cm9zc0BkZWxzdG9uLmNvbSZlZWlkPXJvc3NAZGVsc3Rvbi5jb20dWlkPXJvc3N AZGVsc3Rvbi5jb21cmlkPTEyMTkzJmVyaWQ9MTIxOTMmZmw9J2m12aWQ9JnRnaWQ9J mV4dHJhPQ==&&&6324998&eu=2900&&&http://online.wsj.com/vib

September 3, 2015, FinOps Report, "Registered Investment Advisers: FinCEN Says Welcome to the AML Party." For a copy of the article, please see http://finops.co/regulations/rules/registered-investment-advisers-fincen-says-welcome-to-the-aml-party/

August 31, 2015, IAWatch, p. 1, "From best practice to potential mandate: FinCEN proposes AML rule for IAs" (about the FinCEN proposal for investment advisers (IAs)).

August 27, 2015, ACFCS (Association of Certified Financial Crime Specialists) News, "FinCEN Proposes AML Rules for $62 Trillion Investment Adviser Industry, But Pulls Back On Full Coverage." For a copy of the article, please see http://www.acfcs.org/fincen-proposes-aml-rules-for-62-trillion-investment-adviser-industry-but-pulls-back-on-full-coverage/

August 25, 2015, The Wall Street Journal Risk and Compliance Journal, "Treasury Proposes Money-Laundering Controls for Investment Advisers." For a copy of the article, please see http://blogs.wsj.com/riskandcompliance/2015/08/25/treasury-proposes-money-laundering-controls-for-investment-advisers/tab/print/

August 25, 2015, ACAMS|Moneylaundering.com News, "FinCEN Outlines New Plan to Police Investment Advisers."

August 14, 2015, The Wall Street Journal Risk and Compliance Journal, "Bank Consultant Scrutiny Shows Their Ambiguous Role" (about NY DFS enforcement cases against consulting firms, including Promontory).

August 7, 2015, The Wall Street Journal, p.1 of Markets section, "Rule Would Impel Big Funds to Strengthen Controls" (about impending announcement of FinCEN proposal to require RIAs to adopt an AML program and submit SARs).

August 3, 2015, American Banker, "Promontory Suit Is a Reputational Catch-22" (about lawsuit against NY State Department of Financial Services).

July 27, 2015, ACAMS|Moneylaundering.com News, "FinCEN Proposal for Investment Advisers Clears OMB Hurdle" (about possible FinCEN proposed regulation on AML program and SAR filing requirements for investment advisers). For a copy of the article, please see http://www.jdsupra.com/legalnews/fincen-proposal-for-investment-advisers-99950/

July 7, 2015, Compliance Week, "U.S. Failures to Track Beneficial Ownership Create AML Headaches Internationally" (about FinCEN customer due diligence (CDD) proposal). For a copy of the article, please see https://www.complianceweek.com/ and https://www.complianceweek.com/news/news-article/us-failures-to-track-beneficial-owners-create-aml-headaches-internationally#.VZxZh_lVgoI

July 2, 2015, The Wall Street Journal Risk & Compliance Journal, "FATF Pushes Risk-Based Approach Toward Virtual Currencies, Services." For a copy of the article, please see http://www.jdsupra.com/legalnews/fatf-pushes-risk-based-approach-toward-v-34460/

July 1, 2015, ACFCS (Association of Certified Financial Crime Specialists) News, "FATF Urging Countries to Analyze, Update laws Around Virtual Currencies, Give More Scrutiny to Non-profits Near Terror Hotspots." For a copy of the article, please see http://www.acfcs.org/fatf-urging-countries-to-analyze-update-laws-around-virtual-currencies-give-more-scrutiny-to-non-profits-near-terror-hotspots/

July 1, 2015, ACAMS|Moneylaundering.com News, "FATF's Latest Round of Evaluations Proving Challenging for Some Nations, Says Group President" (about FATF's mutual evaluation process involving national risk assessments). For a copy of the article, please see http://www.jdsupra.com/legalnews/fatfs-latest-round-of-evaluations-provi-65066/

June 17, 2015, ACFCS (Association of Certified Financial Crime Specialists) News, "Experts: $4.5 million FinCEN penalty against small West Virginia bank is message to similar-sized operations to beef up compliance." For a copy of the article, please see http://www.acfcs.org/experts-4-5-million-fincen-penalty-against-small-west-virginia-bank-is-message-to-similar-sized-operations-to-beef-up-compliance/

June 15, 2015, Compliance Week, "FIFA Fallout Has Banks Fearing Due Diligence Failures." For a copy of the article, please see https://www.complianceweek.com/news/news-article/fifa-fallout-has-banks-fearing-due-diligence-failures#.VX8WUPlViko

June 12, 2015, The Nikkei (Japan), "FIFA became too big to manage itself, now attention is focused on the possibility of relocating the site of World Cup." I was quoted as follows: "Many banks large and small, inside the US and around the world, have AML systems that need improvement. The fact that so many banks allowed wire transfers and other payments to occur without raising any questions, at least as far as we know, suggests that their AML systems are not sufficiently robust." For a copy of the article in Japanese, please see http://s.nikkei.com/1Gx2VXb

June 12, 2015, ACAMS|Moneylaundering.com News, "U.S. Publishes FATF-Mandated Risk Assessments Ahead of Mutual Evaluation." For a copy of the article, please see http://www.moneylaundering.com/OurProducts/Pages/NewsHighlight.aspx

June 2, 2015, Boston Business Journal, "State Street's Fed troubles mark beginning of long, potentially costly road" (about enforcement action for BSA/AML deficiencies). For a copy of the article, please see http://www.bizjournals.com/boston/news/2015/06/03/state-street-s-fed-troubles-mark-beginning-of-long.html

May 28, 2015, American Banker, "FIFA Scandal Will Test Banks' Anti-Money Laundering Liability." For a copy of the article, please see http://www.americanbanker.com/news/national-regional/fifa-scandal-will-test-banks-anti-money-laundering-liability-1074580-1.html?zkPrintable=true

May 12, 2015, The Wall Street Journal Risk & Compliance Journal, "U.S. Lawyers Are A Money Laundering Blindspot, Some Argue." For a copy of the article, please see http://blogs.wsj.com/riskandcompliance/2015/05/11/u-s-lawyers-are-a-money-laundering-blindspot-some-argue/

March 16, 2015, The Wall Street Journal Risk & Compliance Journal, "Commerzbank Case Shows Regulator Focus on Individuals." For a copy of the article, please see http://blogs.wsj.com/riskandcompliance/2015/03/16/commerzbank-case-shows-regulator-focys-on-individual-liablity/

February 20, 2015, The Wall Street Journal Morning Risk Report, "HSBC Can't Shake Echoes of Past Misconduct." For a copy of the article, please see http://blogs.wsj.com/riskandcompliance/2015/02/20/the-morning-risk-report-hsbc-cant-shake-echoes-of-past-misconduct/

January 12, 2015, IAWatch Weekly Briefing, p. 6, "Lawsuit seeks to enforce $1 million fine on former CCO in AML case" (about FinCEN enforcement action against MoneyGram CCO).

January 12, 2015, IA Watch, "Stepped up AML enforcement points to need to implement critical best practices." For a copy of the article, please see http://www.burr.com/NewsResources/News/~/media/0AF1711D8A6A4046B911F2901FE269EE.ashx

December 5, 2014, ACAMS|Moneylaundering.com News, "Rolling Out new Effectiveness Score, FATF Gives Spain High Marks for Compliance" (about the first FATF Mutual Evaluation Report under the new FATF Recommendations).

November 6, 2014, ACFCS (Association of Certified Financial Crime Specialists) News, "Global push for beneficial ownership transparency hits headwinds of political sparring and strained resources." For a copy of the article, please see http://www.acfcs.org/global-push-for-beneficial-ownership-transparency-hits-headwinds-of-political-sparring-and-strained-resources/

October 20, 2014, Money Laundering Bulletin (London), "All in the price – the hidden cost of trade-based money laundering."

August 7, 2014, Hindu Business Line (India), "Standard Chartered faces renewed scrutiny by US anti-money laundering regulator" online and also in newspaper, p. 10; please see http://www.thehindubusinessline.com/opinion/columns/vidya-ram/standard-chartered-faces-renewed-scrutiny-by-us-antimoney-laundering-regulator/article6288337.ece

April 3, 2014, ACAMS|Moneylaundering.com News, "U.S. Formally Launches AML Assessment Ahead of FATF Evaluation."

March 20, 2014, American Banker, "Associated Could Find M&A Benefit from Lifted Reg Order" (about the potential effect of Associated Banc-Corp's clean bill of health on an OCC BSA/AML enforcement order).

March 10, 2014, IA Week, p. 1, "Best practices to rely upon before you take on a client from outside the U.S." (about conducting enhanced due diligence on foreign clients).

January 10, 2014, IAWatch.com, "Record $2 billion settlement showcases J.P. Morgan's Madoff compliance failures."

January 7, 2014, The Wall Street Journal Risk & Compliance Journal, "J.P. Morgan's Madoff Warnings Caught in Silos" (about the criminal and civil enforcement actions against the bank).

December 18, 2013, The Wall Street Journal Risk & Compliance Journal, "The Morning Risk Report: AML Scrutiny Falls on Bank Acquirers" (about Federal Reserve Board enforcement action against M&T Bank delaying acquisition of Hudson City Bank).

December 10, 2013, The Wall Street Journal Risk & Compliance Journal, "The Morning Risk Report: J.P. Morgan's Anti-Money Laundering Controls Scrutinized" (about allegations relating to Bernie Madoff). http://newsoncompliance.com/2013/12/j-p-morgans-anti-money-laundering-controls-scrutinized/

December 9, 2013, Oil Express, "Legal: Feds Seize $70K from Gas Station Because of Bank Deposit Practices" (about a structuring case).

August 13, 2013, Moneylaundering.com News, "US Could Face Tough Assessment Next Time Around, Say Critics" (about mutual evaluation of US by Financial Action Task Force).

July 28, 2013, The Wall Street Journal, "SAC Operating Plan to Be Negotiated" (about US Department of Justice civil forfeiture case against SAC hedge fund).

June 24, 2013, BD Week, p. 1, "Enforcement Alert: Agreement shows that regulators can scrutinize consultants (about the New York State Department of Financial services fine against Deloitte; see also entry for American Banker article, June 19th, below).

June 20, 2013, American Banker, "Lawsky's Bank of Tokyo Action Could Unsettle Regulators Globally" (about New York State Financial Services Department enforcement action).

June 19, 2013, American Banker, p. 1, "What the Deloitte Crackdown Means for Banks" (about the New York State Department of Financial Services fine against Deloitte), available at: http://www.castconsultants.com/wp-content/uploads/2013/06/What-the-Deloitte-Crackdown-Means-for-Banks-American-Banker-Article.pdf

June 11, 2013, Moneylaundering.com News, "Citing Risks in Afghanistan, Basel Institute Updates AML Index."

April 23, 2013, Moneylaundering.com News, "FATF's Call for National Assessments Will Be a High Hurdle for Some" (about new FATF Recommendation mandating national risk assessments for AML/CFT); article reprinted at: http://www.amleurope.org/assets/docs/FATF%20article.pdf

April 12, 2013, American Banker, "M&Ts Regulatory Snag Could Test Shareholder Patience" (about BSA/AML concerns in merger with Hudson City Bancorp); article reprinted at: http://www.castconsultants.com/2013/04/casting-an-eye-on-banking-newsletter-april-17-2013/

April 2013, MoneylaunderingBulletin.com News, "Checking on Compliance – AML and Audit" (based on remarks made during a panel discussion on independent AML audits at the 18th Annual ACAMS AML and Financial Crime Conference in Hollywood, FL).

April 2013, MoneylaunderingBulletin.com News, "Through the minefield" (about the 18th Annual ACAMS AML and Financial Crime Conference in Hollywood, FL and is based on remarks made during panel discussions on liability of board members and senior management, and on trade-based money laundering).

February 27, 2013, MoneylaunderingBulletin.com News, "Impact assessment – FATF targets effectiveness" (about FATF's issuance of a new AML/CFT Methodology, see http://www.fatf-gafi.org/media/fatf/content/images/FATF%20Methodology%2022%20Feb%202013%20.pdf).

February 22, 2013, Moneylaundering.com News, "FATF Outlines New Effectiveness Score, Rescinds Threat to Suspend Turkey" (about new FATF Methodology).

February 11, 2013, MoneylaunderingBulletin.com News, "Fourth Directive – a way to go" (about the proposed European Commission Anti-Money Laundering Directive); article also appeared in March 2013 edition of Money Laundering Bulletin (London).

February 1, 2013, Moneylaundering.com News, "Banks See Costs or Opportunities in FATF's Decision on Turkey's Membership" (about Turkey being placed on FATF ICRG list and possibly subject to further sanctions).

January 21, 2013, BD Week, p. 1, "IA switches to states add wrinkle to BDs relying on IA customer ID programs" (about SEC no-action letter allowing broker-dealers (BDs) to rely on the Customer Identification Program (CIP) of investment advisers (IAs)).

January 21, 2013, BD Week, p. 3, "AML reinstated in FINRA's examination priorities letter."

December 19, 2012, Corruption Currents (Wall Street Journal blog), "Why Do Troubled Banks Hire Former Regulators?" available at: http://blogs.wsj.com/corruption-currents/2012/12/19/why-do-troubled-banks-hire-former-regulators/

December 12, 2012, The Telegraph (UK), "Has America got it in for British banks?" (about the HSBC deferred prosecution agreement on money laundering violations) available at: http://www.telegraph.co.uk/finance/financial-crime/9738801/Has-America-got-it-in-for-British-banks.html

December 10, 2012, Centralbanking.com (London), "EBA finds distortion in e-money practices across EU" (about European Banking Authority report on gaps in implementation of the 2nd European Union E-money Directive) available at: http://www.centralbanking.com/central-banking/news/2230917/eba-finds-distortion-in-emoney-practices-across-eu

November 19, 2012, Corruption Currents (Wall Street Journal blog), "What Would You Change about the U.S. AML System?" available at: http://blogs.wsj.com/corruption-currents/2012/11/19/what-would-you-change-about-the-u-s-aml-system/

October 19, 2012, IA Watch, p.1, "Mysterious case raises questions about IA's compliance steps to prevent hacking" (IA refers to investment adviser; the article is about an SEC enforcement action against Adam Bielski), available at: http://esentire.com/wp-content/uploads/2012/12/IAWatch_Article.pdf

October 16, 2012, Moneylaundering.com News, "In Internal Audits, Transparency and Parameters Can Prove Crucial, Consultants Say" (about independent AML audits).

September 19, 2012, German Public Radio interview, "How it works (for German banks, too): Haqqani Network placed on US terror list" (about the OFAC Specially Designated Nationals (SDN) list).

September 3, 2012, BD Week, p. 6, "New FinCEN director could increase agency's aggressiveness," (about the appointment of Jennifer Shasky Calvery to head FinCEN).

August 22, 2012, Hindu Business Line (India), p. 8, "Are UK banks being unfairly targeted?" (quoted in column about the Standard Chartered case), available at: www.thehindubusinessline.com/opinion/columns/vidya-ram/article3803908.ece

August 14, 2012, Moneylaundering.com News, "Standard Chartered's Controversial $340 million Settlement Sets Unwelcome Precedent for Banks."

August 10, 2012, Wall Street Journal, p. C1, "Regulators Seek Unity in U.K. Bank Talks" (about Standard Chartered case); print version available at: http://business.verizon.net/SMBPortalWeb/appmanager/SMBPortal/smb?_nfpb=true&_pageLab

el=SMBPortal_page_newsandresources_headlinedetail&newsId=411669&categoryname=Legal
&portletTitle=Legal

August 8, 2012, The International Business Times (UK), "Standard Chartered Scandal: The
British Need to Stop Whining and Start Investigating" (column includes quote from August 7th
Telegraph article below), available at:  www.ibtimes.com/articles/371737/20120808/london-
new-york-financial-scandal-libor-regulators.htm


August 7, 2012, Paris Match, "Les Liaisons Dangereuses d'une Banque avec l'Iran"
(article includes French translation of quote from August 7th Wall Street Journal article below),
available at: www.parismatch.com/Actu-Match/Economie/Actu/Les-liaisons-dangereuses-d-une-
banque-avec-l-Iran-415361/


August 7, 2012, Wall Street Journal, "Standard Chartered wegen Iran-Geschäften am Pranger"
(German version of article below), available at:
www.wallstreetjournal.de/article/SB10000872396390443792604577574281621390806.html

August 7, 2012, Wall Street Journal, "Standard Chartered Examined Over Iran Dealings" (front
page article about allegations of OFAC violations), available at:
http://online.wsj.com/article/SB10000872396390443659204577573083194243776.html

August 7, 2012, CNN International, live televised interview on Standard Chartered OFAC
violations allegations. Partial transcript available at:
http://transcripts.cnn.com/TRANSCRIPTS/1208/07/ctw.01.html

August 7, 2012, The Telegraph (UK), "Standard Chartered: UK bank faces 'Frankenstein
monster' in US over money laundering allegations," available at:
www.telegraph.co.uk/finance/newsbysector/banksandfinance/9460388/Standard-Chartered-UK-
bank-faces-Frankenstein-monster-in-US-over-money-laundering-allegations.html

August 7, 2012, CBC Radio (Canada), interviewed on radio program As It Happens; also aired
on National Public Radio (NPR) in the US, interview on Standard Chartered OFAC allegations.
The segment may be heard in Part Two of the program, at 03:40, available at:
www.cbc.ca/asithappens/popupaudio.html?clipIds=2264877645, 2264878986 or
www.cbc.ca/asithappens/episode/2012/08/07/the-tuesday-edition-41/

July 17, 2012, BBC TV World News, live televised interview on HSBC AML/OFAC case that
was the subject of a US Senate Hearing on the same day.

July 17, 2012, Moneylaundering.com News, "OCC Will Revise AML Examinations, Expand
List of Compliance Violations" (about the OCC's changes in the CAMELS rating as a result of
HSBC compliance failures).

June 18, 2012, IA Week, "Suggestions on what to do when it comes to customer due diligence" (about investment adviser (IA) responsibilities for CDD in light of new FATF Recommendations).

June 4, 2012, BD Week, "Enforcement Alert: Make sure AML exception reports you get from clearing firms are up to snuff" (about FINRA enforcement action against Newport Coast Securities).

May 2012, The Suit Magazine, p. 43 "It All Comes Out in the Wash: Anti-money laundering expert turns to social media to boost business reach" (about my use of LinkedIn). http://www.thesuitmagazine.com/law-politics/legal/21739-it-all-comes-out-in-the-wash.html

April 13, 2012, German Public Radio interview, "Why did the US State Department put the Holy See on Money Laundering List?" (about the 2012 International Narcotics Control Strategy Report).

March 28, 2012, Moneylaundering.com News, "Expected Guidance on 'Simplified' Diligence Likely to Closely Follow FATF's Lead" (about the US Treasury Department's forthcoming guidance).

February 18, 2012, Moneylaundering.com News, "FATF Revises AML Standards, Blacklists" (about the newly revised FATF 40 Recommendations), available at: www2.acams.org/webmail/8572/93327756/89c8ed7091a9ffa0aaeeb6d79819c5b5

February 13, 2012, BD Week, "Enforcement Alert: Settlement shows need for solid onboarding procedures for AML purposes" (about FINRA case involving an AML compliance officer for a US brokerage firm who did not conduct proper customer due diligence and monitoring of Chinese clients).

February 7, 2012, Moneylaundering.com News, "Fewer Recommendations, Higher Expectations Will Be Theme of FATF's Revisions" (about the impending revision of the FATF Recommendations).

2012, The Enforcement Alert Book: Stories of Enforcement cases that highlight compliance pitfalls to avoid, p. 27, available at: https://secure.ucg.com/bdweek/images/H5422_BDW_Enforcement%20Alert%20for%20Web.pdf

January 4, 2012, Moneylaundering.com News, "In 2012, Unregistered MSBs, Iran Sanctions and New Rules Will Loom Large, Say Industry Experts" (predictions for 2012).

December 30, 2011, Moneylaundering.com News, "In 2011, Banks Fretted Over Sanctions, Tax Investigations and Political Changes" (a retrospective look at 2011).

November 14, 2011, BD Week, p. 1, "Some things to remember as you approach your annual CEO certification" (about FINRA requirement of an independent AML audit for broker-dealers).

October 2011, Money Laundering Bulletin (London), p. 11, "Tax and Wire Traps" (about FATF's consideration of tax evasion as a predicate crime).

September 4, 2011, Himalayan Times (Kathmandu, Nepal), "Five-year strategic plan to fight money laundering" (mentioned as being part of IMF team), available at: http://www.thehimalayantimes.com/fullNews.php?headline=Five-year+strategic+plan+to+fight+money+laundering&NewsID=301679

August 1, 2011, BD Week, p. 1, "Enforcement Alert: Settlement shows need to focus on anti-money laundering basics" (about a FINRA enforcement case against an AML compliance officer who was fined and suspended as a result of AML violations), available at: http://www.feeinc.com/wp-content/uploads/2012/03/BDWeek-August-2011.pdf

July 2011, Collaboration for Innovation: The Business Process Management Perspective, White Paper, by Subroto Gupta, Vice President, GENPACT (NYSE:G) on the use of open and closed professional networks, available at: https://www.solutionxchange.com/ContentUploadList/2011/7/500/62/Collaboration%20for%20Innovation%20-%20The%20Business%20Process%20Management%20Perspective_634454836591462415.pdf

June 2011, Money Laundering Bulletin (London), p. 4, "Risk Based Approach – FATF to set the standard" (about revisions to the FATF Recommendations).

June 6, 2011, BD Week, p. 1, "FINRA exam priorities letters are good predictors of cases, study reveals" (about a law firm study of FINRA cases).

April 11, 2011, IA Week, p. 4, "Before you land a foreign national as a client, engage in some best practices."

March 21, 2011, BD Week, p. 1, "Beware of potential for fraudulent charities collecting money for Japan" (about conducting customer due diligence to avoid fraudsters).

February 4, 2011, Corruption Currents (Wall Street Journal Blog), "Indonesia Marks a First in AML Enforcement," available at: http://blogs.wsj.com/corruption-currents/2011/02/03/indonesia-marks-a-first-in-aml-enforcement/

February 2011, Money Laundering Bulletin (London), p. 15, "Convenience costs – prepaid cards" (about the FinCEN proposal to impose AML requirements on prepaid cards).

January 17, 2011, BD Week, p. 1, "Due diligence on IAs must be performed before relying on their CIPs" (about the latest SEC no-action letter allowing broker-dealers to rely on the customer identification programs (CIPs) of investment advisers (IAs)), available at: http://wallstreetconsultingservices.com/Jan17BDW.pdf

December 30, 2010, Moneylaundering.com News, "Effectiveness of Vatican AML Law Will Hinge on Enforcement, Say Analysts."

December 17, 2010, Moneylaundering.com News, "Asset Forfeiture Measure Will Mean More Freeze Orders for U.S. Banks" (about the Preserving Foreign Criminal Assets for Forfeiture Act of 2010).

December 6, 2010, BD Week, p. 1, "Enforcement Alert: Case shows need for diligence when dealing with risky customers" (about FINRA enforcement action against York Securities).

November 2010, Financial Monthly Report, NTT Data AgileNet L.L.C., interview on AML/CFT issues in the US and internationally (in Japanese), available at: http://e-public.nttdata.co.jp/topics_detail4/id=192

October 27, 2010, Moneylaundering.com News, "FATF Proposes Revising Recommendations to Include Tax Crimes, Domestic PEPs" (about Financial Action Task Force (FATF) proposal).

October 25, 2010, BD Week, p. 1, "Enforcement Alert: Case shows need to look at reps' trading patterns over time" (about FINRA enforcement actions against two brokerage officials of Crocker Securities, LLC for failing to monitor trades).

August 30, 2010, BD Week, p. 1, "Enforcement Alert: Make sure you test systems that monitor funds transfers, case shows" (about FINRA enforcement case against Edward Jones for failing to conduct testing), available at: http://www.jdsupra.com/legalnews/enforcement-alert-make-sure-you-test-sy-50134/

August 9, 2010, BD Week, p. 6, "Email retention case shows violations can be costly for small firm" (about AML issues in FINRA enforcement case against Marsco Investment Corporation).

July 27, 2010, Moneylaundering.com News, "FATF Says Governments Aren't Doing Enough to Combat Crime, Terrorism" (about FATF Global Money Laundering and Terrorist Financing Threat Assessment).

July 19, 2010, BD Week, p. 3, "A look at FINRA enforcement fines shows costliness of violations."

July 5, 2010, Poslovni Dnevik (Zagreb, Croatia business daily), "No surprises from terrorists - they do commit common crimes" (interview and photo), available at: www.poslovni.hr/vijesti/delston-teroristi-rade-uobicajene-prijevare-151821.aspx

June 29, 2010, Pranje Novca (Zagreb, Croatia newspaper), "Ross Delston: Postojali su signali da Madoff vara, ali su svi okretali od njih glavu!" [Translation: There were signals about Madoff, but everyone looked the other way]

April 29, 2010, Moneylaundering.com News, "FFIEC 2010 Manual Revises Bulk Cash, Remote Deposit Captures and Other Provisions" (about the BSA/AML Examination Manual for Banks).

April 26, 2010, BD Week, p. 1, "Enforcement Alert: Firm's small size doesn't shield it from FINRA fine for AML deficiencies" (about Brockington case).

March 22, 2010, BD Week, p. 1, "Panel applies supervisory sanctions to AML case, dampening size of fine" (about FINRA enforcement action against Sterne, Agee).

March 16, 2010, American Banker, "Looking for TARP Fraud, Government Thinks It's Found It" (about fraud case involving failed bank).

March 15, 2010, IA Week, p. 3, "More questions for your firm may follow release of new AML guidance" (about the new guidance on beneficial ownership released by financial regulators and FinCEN).

March 2010, Money Laundering Bulletin (London), p. 4, "Cash rich" (about the continued use of cash to launder money).

February 24, 2010, Moneylaundering.com News, "FATF Asks Countries to Toughen Asset Forfeiture Laws, Look for Smuggled Bearer Negotiable Instruments."

February 18, 2010, Moneylaundering.com News, "FinCEN Issues Red Flags for Trade-Based Money Laundering."

February 15, 2010, IA Week, p. 5, "Your firm's AML risks may be small but you should ask about your B-D's program" (about FINRA enforcement actions against Penson and Pinnacle).

February 8, 2010, BD Week, p. 1, "AML cases emphasize the need for automation, targeted risk assessment" (about FINRA enforcement actions against Penson and Pinnacle), available at: http://www.mintz.com/search?q=Penson

February 5, 2010, Dow-Jones Newswires Column, "Compliance Watch: Money Laundering Detection Needs Human Touch" (about FINRA enforcement actions against Penson and Pinnacle).

January 18, 2010, IA Week, p. 6, "SEC extends no-action letter, allowing B-Ds to rely on RIA procedures" (on broker-dealer (B-D) reliance on registered investment adviser (RIA) customer identification program (CIP) procedures).

January 18, 2010, BD Week, p. 1, "No-action letter on CIP extended with clarification about standard" (on same subject as article immediately above, but focusing on broker-dealers).

January 12, 2010, Moneylaundering.com News, "Looking Ahead in 2010, Industry Leaders Say Budgets Will Be Tight, While Duties Increase."

January 11, 2010, IA Week, p. 5, "Expiration nears for no-action letter affecting RIAs and AML" (on SEC no-action letter allowing broker-dealers to rely on the customer identification program (CIP) of registered investment advisers (RIAs)).

December 21, 2009, BD Week, p. 3, "No-action letter on CIP set to end in weeks; SEC to review extension" (on same subject as article immediately above, but focusing on broker-dealers).

November 2009, Money Laundering Bulletin (London), p. 15, "More or less in recession" (about the effect of the global recession on AML compliance).

November 9, 2009, BD Week, p. 1, "Lessons from recent AML case can benefit differing kinds of firms" (about FINRA enforcement case against Scottrade).

November 4, 2009, Moneylaundering.com News, "FATF Forms Group to Identify Uncooperative Jurisdictions, Boost AML Standards" (about the formation of the International Co-Operation Review Group by FATF).

July 2009, AML Magazine (Australia), p. 14, "Combating trade-based money laundering risk – a call for a united front" (contains three references to law review article on TBML).

June 17, 2009, Moneylaundering.com News, "Obama's Reforms Could Mean AML Requirements for Hedge Funds, Creation of International Blacklists."

April 14, 2009, Moneylaundering.com News, "Private Equity Firms May Escape AML Oversight."

April 7, 2009, American Banker, "New Powers Mean New Questions for FDIC" (about Congressional bill to give FDIC powers to resolve non-bank financial institutions).

March 13, 2009, Moneylaundering.com News, "Lawmakers Reintroduce Beneficial Ownership Bill" (about a bill previously introduced by Sen. Levin to require states to collect information about beneficial ownership of corporations).

March 2009, Money Laundering Alert, "PEP Corruption Cases 'Exploding' as Banks, Jurisdictions Improve Monitoring" (about politically exposed persons – PEPs).

February 2009, Money Laundering Bulletin (London), pp. 5 – 6, "The Professionals" (about the increasing status of AML professionals). See also a similar article published by International News Services, available at: http://www.thefreelibrary.com/Anti-money+laundering+is+become+a+profession%2c+but+a+universal+model...-a0264272112

February 2009, Money Laundering Alert, "Vetting Overseas AML Firms Means Rigorous Onsite Inspections: Consultants" (about due diligence and bank regulatory issues).

February 13, 2009, Moneylaundering.com News, "U.S. Efforts to Train on Catching Terror Financiers Marred by Poor Coordination, Say Analysts" (about the US Government's international training efforts).

February 5, 2009, Moneylaundering.com News, "PEP Corruption Cases 'Exploding' as Banks, Jurisdictions Improve Monitoring" (about politically exposed persons – PEPs).

January 23, 2009, Moneylaundering.com News, "Vetting Overseas AML Firms Means Rigorous Onsite Inspections: Consultants" (about due diligence and bank regulatory issues).

January 16, 2009, Moneylaundering.com News, "Indian Outsourcing Scandal May Mean Renewed Scrutiny by U.S. Regulators" (about Satyam accounting misstatement).

November 20, 2008, Moneylaundering.com News, "As Bank Holding Companies, Past Investment Banks Will Face Tougher AML Exams, Say Former Examiners."

November 10, 2008, IA Week, p. 4, "Six mistakes to avoid when setting up an AML program" (about AML compliance by registered investment advisers).

November 10, 2008, Securities Industry News, "FinCEN Pulls Plug on Hedge Fund AML Rule." http://www.securitiestechnologymonitor.com/issues/19_81/22983-1.html?pg=2

November, 2008, Money Laundering Bulletin (London), p. 18, "The Study of Crime: Who are the Leading Criminologists in the AML Field?" (contains a brief bio but no quotes). The article was reprinted in University World News (December 7, 2008) as "Global: Universities offer AML advice" (name and bio mentioned in article).

November 2008, Money Laundering Alert, p. 5, "Plethora of PEPs in French Arms Trafficking Case a Due Diligence Headache, Consultants Say" ('PEPs' are politically exposed persons).

October 9, 2008, Moneylaundering.com News, "Plethora of PEPs in French Arms Trafficking Case a Due Diligence Headache, Consultants Say" (earlier version of article above).

October 5, 2008, The Observer on Sunday (Cayman Islands), "The Emerging Threat of Trade-Based Money Laundering."

August 2008, Money Laundering Alert, p. 11, "Treasury vows support of West African group in war on money laundering, fraud." (about a West African FATF-style regional body, the Inter-Governmental Anti-Money Laundering Group in Africa (GIABA)).

August 18, 2008, IA Week, "Red flags that money laundering may be afoot, plus compliance tips" (about AML issues for investment advisers).

August 11, 2008, Ignites.com – A Financial Times Service, "SEC Alerts Funds, Issues Anti-Money Laundering Tool."

July 21, 2008, Moneylaundering.com News, "Treasury vows support of West African group in war on money laundering, fraud" (earlier version of article above).

April 2008, Money Laundering Alert, p.11, "Overhaul of U.S. regulations could result in exam consistency" (about Treasury Secretary Paulson's proposal to merge banking regulators).

March 31, 2008, Moneylaundering.com News, "Overhaul of U.S. financial regulations could boost consistency in AML exams" (earlier version of article above).

February 14, 2008, Lipper HedgeWorld's Accredited Investor Magazine, "Sovereign Wealth Funds: White Knights or Exotic Raiders?"

December 18, 2007, Moneylaundering.com News, "Hedge funds operate free of AML programs five years after rules proposed."

September 19, 2007, American Banker, "UBOC AML Hit Wasn't for Lack of Spending" (about the enforcement case against Union Bank of California).

September 6, 2007, Moneylaundering.com News, "Proposal to revamp state beneficial owner disclosure rule falls short, some say" (about a proposal by the National Association of Secretaries of State to revise state incorporation laws).

September 2007, Money Laundering Alert, p. 4, "European PEP standards may weaken anti-money laundering efforts" (about a UK regulation on politically exposed persons).

August 20, 2007, Moneylaundering.com News, "European PEP standards may weaken anti-money laundering efforts, analysts say" (earlier version of article above).

August 1, 2007, Moneylaundering.com News, "Proposed legislation would criminalize 'reverse' money laundering" (about a House bill that would strengthen AML/CFT laws).

July 16, 2007, Moneylaundering.com News, "U.S. Rep. Frank joins critics of SEC list linking companies, rogue states" (the list was subsequently suspended by the SEC).

June 8, 2007, Moneylaundering.com News, "Jefferson case raises questions about scrutiny of U.S. politicians" (about the prosecution of Congressman Jefferson).

April 16, 2007, Securities Industry News, "AML Leader Takes French Government Post" (about the resignation of the Executive Director of the Financial Action Task Force), available at: http://www.securitiestechnologymonitor.com/news/20190-1.html

April 4, 2007, American Banker, "Lawsuits May Boost Banks' Anti-Laundering Burden" (on class action suits against Arab Bank for terrorist financing).

March 12, 2007, Securities Industry News Special Report, "AML Law for Venture Capitalists Still Under Study at FinCEN" (on proposed FinCEN rule for hedge funds), available at: www.actimize.com/index.aspx?page=news53

March 7, 2007, Securities Industry News, "AML Law for Venture Capitalists Still Under Study at FinCEN" (shorter version of article above).

March 1, 2007, Moneylaundering.com News, "Senate bill would expand reach of U.S. money laundering laws."

February 19, 2007, Moneylaundering.com News, "OCC cites foreign bank for weak OFAC, correspondent banking practices" (on Citic Ka Wah Bank, Ltd., Hong Kong).

February 9, 2007, Diamond Intelligence Briefs Online, "U.S. Tax Officials: Biting Without Teeth . . ."

February 2, 2007, Moneylaundering.com News, "IRS unprepared for jeweler examinations."

January 30, 2007, Moneylaundering.com News, "FinCEN writes off $5 million for failed database" (about BSA Direct).

January 30, 2007, The Nikkei (the Wall Street Journal of Japan), interview on the US banking and anti-money laundering framework for foreign banks.

January 24, 2007, Lipper HedgeWorld's Accredited Investor Magazine, "Regulatory Outlook: Waiting for Another Amaranth" (about hedge fund registration and AML).

January 22, 2007, Securities Industry News, "SEC Agrees with FinCEN on AML Data Exchange in Examinations" (on MOU between the two agencies).

December 4, 2006, Securities Industry News, "FinCEN Door Revolves Again: 4th Director Search in 3 Years."

November 21, 2006, Moneylaundering.com News, "Werner leaves FinCEN for job at Merrill Lynch."

November 2006, Money Laundering Alert, "Blank FATF blacklist raises questions about its usefulness" (front page article on Myanmar's removal from the NCCT list).

November 5, 2006, Lipper HedgeWorld News, "Election Day and Hedge Funds: A Lipper HedgeWorld Preview."

October 19, 2006, Moneylaundering.com News, "Blank FATF blacklist raises questions about its usefulness" (on Myanmar's removal from the NCCT list).

October 9, 2006, Securities Industry News, "Hedge Fund AML Mandates May Soon Be on the Way" (front page article on proposed FinCEN AML rules for hedge funds).

October 2006, Ernst & Young Hedge Funds Update, p. 4 "IRS following SEC" (synopsis of August Hedge Fund Daily article).

September 15, 2006, Moneylaundering.com News, "New data measures global corruption, governance" (on World Bank study).

August 11, 2006, Lipper HedgeWorld News, "US May Expand Treasury Regulation" (on Senate subcommittee report on abuse of corporate vehicles in offshore financial centers).

August 2006, Money Laundering Alert, p. 5, "FATF faults US corporate beneficial ownership information" (on FATF mutual assessment of US AML/CFT framework).

August 2006, Money Laundering Alert, p. 4, "Compliance officers leaving hedge funds; when they're needed most" (on proposed FinCEN regulation for hedge funds).

August 7, 2006, Institutional Investor's Hedge Fund Daily, "IRS: A Fate Worse Than The SEC?" (on AML examinations of unregistered hedge funds). For a copy of the article, please see: http://www.institutionalinvestor.com/Popups/PrintArticle.aspx?ArticleID=1051195

August 2, 2006, Lipper HedgeWorld News, "IRS May Step in as Hedge Fund Examiner." Article quoted in Tax Notes, January 7, 2008, "Offshore Explorations: Caribbean Hedge Funds, Part 1." For the latter article, see http://www.taxanalysts.com/www/features.nsf/Articles/35244A221EDD1BF7852573D00071118E?OpenDocument

July 28, 2006, Moneylaundering.com News, "Revised BSA manual less vague, adds details on risk, insurance" (on FFIEC BSA/AML Examination Manual).

July 20, 2006, Moneylaundering.com News, "AML, SEC compliance a roller coaster ride for hedge funds" (on proposed FinCEN regulations).

July 12, 2006, Moneylaundering.com News, "FATF: Lack of corporate transparency hurts US financial investigations" (on the FATF mutual assessment of the US).

June 2006, Money Laundering Alert, p. 11, "US institutions increase PEP spotlight on domestic politicians" (on politically exposed persons or PEPs).

June 5, 2006, Lipper HedgeWorld News, "The AML Waiting Game Continues" (on proposed FinCEN regulations for hedge funds).

May 24, 2006, Moneylaundering.com News, "Drug dealer's wife uses old-fashioned structuring – and gets caught."

May 23, 2006, Moneylaundering.com News, "FinCEN deficiencies outlined in inspector general report."

May 9, 2006, Moneylaundering.com News, "Finance industry shines spotlight on U.S. politicians" (an earlier version of the article referred to above that appeared in the June Money

Laundering Alert). For a copy of the article, please see:
http://www.world-check.com/media/d/content_pressarticle_reference/PEPNOTPERP.pdf

April 25, 2006, Moneylaundering.com News, "U.S. GAO: Lax state rules allow creation of shell companies" (on state law requirements on disclosure of company ownership).

February 22, 2006, The Street.com, "Wash Cycle" (on FinCEN proposed AML regulation for hedge funds).

November 2005, Money Laundering Alert, p. 10, "On the Job – Countries need entire AML package to help reach compliance" (full page interview).


### Ross S. Delston, CAMS: Speaking Engagements, 2000 – present (as of September 25, 2015)

| February 2016 (forth-coming) | **IA Watch Annual Conference for Investment Advisers; Washington, DC**<br>Panelist on FinCEN proposal for Registered Investment Advisers. |
|---|---|
| November 2015 (forth-coming) | **CAMS Preparation Course, Virtual Classroom, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Principal instructor for three two-hour video sessions as part of six-session course. |
| October 2015 & February 2016 (forth-coming) | **Combating Your Institution's Biggest Threat: Trade-Based Money Laundering (TBML), Association of Certified Anti-Money Laundering Specialists (ACAMS); New York City**<br>One of two speakers at two one-day workshops on TBML and trade finance; these sessions will be the fourth and fifth one-day workshops presented by ACAMS on this topic at which I've been a speaker. For more information and a copy of the agenda, please see http://www.acams.org/trade-based-money-laundering/ |
| September 2015 | **How FinCEN Is Overhauling a $67 Trillion Industry with a New AML Rule, Webinar, Association of Certified Financial Crime Specialists (ACFCS)**<br>One of two speakers at one-hour webinar for ACFCS members. See http://www.acfcs.org/how-fincen-is-overhauling-a-67-trillion-industry-with-a-new-aml-rule/ |
| September 2015 | **CAMS Examination Preparation Seminar, Association of Certified Anti-Money Laundering Specialists; New York City**<br>Sole speaker at one-day training course for 100 employees of top ten U.S. bank. |

| | |
|---|---|
| **September 2015** | **Trends in Trade-Based Money Laundering: Regulatory Expectations in Trade Finance and How They Grew, Northern New Jersey Chapter, Association of Certified Anti-Money Laundering Specialists (ACAMS); Newark, NJ**<br>Sole speaker at one-hour session for 100 attendees. |
| **June 2015** | **Plugging the gaps in KYC risk and compliance, Webinar, FierceFinanceIT**<br>One of two presenters in hour-long webinar on BSA/AML compliance issues. For the recorded webcast, see http://www.fiercefinanceit.com/offer/june24 |
| **June 2015 (two sessions)** | **CAMS Preparation Course, Virtual Classroom, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Principal instructor for two video sessions, each two hours, of six-session course: Session 1, Money Laundering Risks in Depository Institutions, and Session 2, Money Laundering Risks in Non-Bank Financial Institutions and Non-Financial Institutions and Businesses. |
| **May 2015** | **Inaugural Convening Conference on Financial Integrity, School of Professional Studies, Brown University; Providence, RI**<br>Facilitator of two breakout sessions on BSA/AML compliance issues. See http://www.brown.edu/academics/professional/financial-integrity/ |
| **April 2015** | **Ask a Financial Crime Expert: Why every financial institution and non-bank business – banks, broker-dealers, insurance companies, MSBs and gaming institutions – should be worried about the upcoming Mutual Evaluation of the USA by the FATF; Webinar, Association of Certified Financial Crime Specialists (ACFCS)**<br>Sole speaker at webinar for ACFCS members. See http://www.acfcs.org/ask-a-financial-crime-expert-ross-delston-attorney-and-former-us-banking-regulator/ |
| **October 2014** | **Preparing for Pending Regulatory Changes affecting Registered Investment Advisers (RIAs), Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>One of three speakers on AML program requirements for RIAs and hedge funds. |
| **October 2014** | **Combating Your Institution's Biggest Threat: Trade-Based Money Laundering (TBML), Association of Certified Anti-Money Laundering Specialists (ACAMS); New York City**<br>One of two speakers at one-day workshop on TBML and trade finance. |

| | |
|---|---|
| **June 2014** | **Anti-Money Laundering and Counter-Terrorist Financing: Are International Standards Strong Enough to Stop Global Financial Crime? Cambodian Economic Association; Phnom Penh, Cambodia**<br>Sole speaker at 90-minute session for private and public sector economists. |
| **June 2014** | **Seminar on Legal Issues Relating to Bank Resolutions, The World Bank; Chisinau, Moldova**<br>Sole speaker at 90-minute session for officials of the National Bank of Moldova (central bank), deposit insurance agency and ministry of finance. |
| **May 2014** | **The New FATF Recommendations & the AML/CFT Methodology: Why risk assessments are the latest thing and what Financial Institutions, Countries, NGOs and Practitioners Need to Know About Them; Seminar/Webinar, International AML Committee, American Bar Association; Washington, DC**<br>Panelist on practical effect of new international standards. For audio of event, please see<br>http://americanbar.org/content/dam/aba/administrative/international_law/the%20new%20fatf%20recommendations%20and%20the%20amlcft%20methodology.mp3 |
| **March 2014** | **Fundamentals of Trade Finance and Trade-Based Money Laundering and Red Flags for Trade-Based Money Laundering, New York Branch of Foreign Bank, New York City**<br>Co-presenter at three training sessions for senior executives and staff of trade finance and compliance units of branch of major foreign bank. |
| **February 2014** | **Trade-Based Money Laundering (TBML): Identifying Red Flags and Tackling Mounting Challenges; Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>One of two speakers on TBML and trade finance. |
| **January 2014** | **Regional Update: Examining AML Developments in the Caribbean; Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>One of two panelists, covered developments in the Financial Action Task Force (FATF) assessment process and listed countries such as Belize and Guyana. |
| **January 2014** | **Financial Integrity Group AML/CFT Assessor Training, International Monetary Fund (IMF); Washington, DC**<br>Played role as Financial Intelligence Unit official as part of mock assessment for IMF lawyers and financial sector specialists; previously attended assessor training from FATF, World Bank and IMF in September 2013. |

| | |
|---|---|
| **October 2013 (two sessions)** | **Combating Your Institution's Biggest Threat: Trade-Based Money Laundering (TBML); Association of Certified Anti-Money Laundering Specialists (ACAMS); Chicago and New York City**<br>One of two speakers at workshops on TBML and trade finance. |
| **October 2013** | **Inaugural Financial Crime & Compliance Seminar, yCompliance; Hamilton, Bermuda**<br>Sole speaker at two sessions: Update on IMF Assessments and FATF Requirements, and Going Beyond Required Testing: How AML Audit Can Support Better AML Compliance and Best Practices to Improve AML Audit. |
| **September 2013** | **What Every Lawyer Needs to Know About Anti-Money Laundering Compliance – It's Not Just for Banks Anymore! The George Washington University Law School, Washington, DC**<br>Sole speaker at 90-minute CLE seminar. For video and slide presentation, see http://video.law.gwu.edu:8080/ess/echo/presentation/b9e0b963-3131-4ac7-bad2-6039bc20bfaf |
| **August 2013** | **ACAMS Full-Day Seminars: A Sneak Peek at Fall Seminars, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Discussed significance of trade-based money laundering issues for banks. |
| **June 2013** | **Best Practices and Practical Tips for Establishing and Running an Effective AML Program, Webinar, BD Week**<br>One of three panelists on program aimed at broker-dealers. |
| **May 2013** | **Exploring the Evolution of Money Laundering and Financial Crime & Examining the Four Pillars of AML/BSA Programs, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>One of two speakers at webinar providing customized training for FDIC investigators in San Francisco and Seattle offices. |
| **May 2013** | **Red Flags, Indicators, Anomalies and Bad Behavior: Observations on BSA/AML Compliance by Financial Institutions Large and Small; Webinar, Executive Office for US Attorneys, US Department of Justice**<br>Sole speaker at seminar and webinar for intelligence specialists, attorneys and paralegals at US Attorney's Offices throughout the country and also from Asset Forfeiture and Money Laundering Section (AFMLS) of DOJ Criminal Division. |

| | |
|---|---|
| **April 2013** | **An Overview of the US BSA/AML and OFAC Framework, seminar, as part of Combating Corruption and Financial and Organized Crime, A Project for Kosovo, US State Department International Visitor Leadership Program, Meridian International Center; Washington, DC** |
| | Hosted group of Kosovar government officials from FIU and law enforcement. |
| **March 2013** | **18th Annual International AML & Financial Crime Conference, Association of Certified Anti-Money Specialists (ACAMS); Hollywood, FL** |
| | Panelist on independent AML audit issues and trade-based money laundering (TBML) and also a speaker at the post-conference workshop on Refining Your Institution's Risk Assessment Processes. |
| **January 2013** | **ACAMS Inaugural AML Risk Management Conference, Association of Certified Anti-Money Specialists (ACAMS); New York City** |
| | Panelist at break-out session on Mitigating the Money Laundering Risks of Correspondent Banking. |
| **December 2012** | **Getting to Know You: The Beneficial Ownership Rule and its Impact on Anti-Money Laundering and Office of Foreign Assets Control Compliance, The 2012 NLJ Regulatory Summit, National Law Journal; Washington, DC** |
| | One of three panelists discussing FinCEN advance notice of proposed rulemaking on customer due diligence. |
| **November 2012** | **Retooling Your Risk Assessment to Comply with Regulatory Requirements, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)** |
| | Co-panelist covering impact of new FATF Recommendations as well as FFIEC BSA/AML Examination Manual on risk assessment process. |
| **October 2012** | **Trade-Based Money Laundering (TBML) —The Biggest Unprotected Threat Facing Financial Institutions and the Global Economy, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)** |
| | Panel discussion of money laundering, terrorist financing and terrorism threats. |
| **October 2012** | **Global LPO Conference and Exhibition 2012, Global Outsourcing Association of Lawyers (GOAL); New York City** |
| | Co-presenter on "Legal and compliance outsourcing in AML/CFT: How banks, broker-dealers, insurance companies, money services businesses, gambling casinos and law firms may benefit, and current outsourcing trends." |

| | |
|---|---|
| **October 2012** | **An Overview of the US BSA/AML and OFAC Framework, seminar as part of International Cooperation in Asset Forfeiture, A Project for Kazakhstan, US State Department International Visitor Leadership Program, Meridian International Center; Washington, DC**<br>Hosted group of Kazakh government officials from FIU and law enforcement. |
| **September 2012** | **Independent BSA/AML Audit: 10 Common Mistakes to Avoid at Every Opportunity, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Co-presenter on issues of concern to compliance officers and regulators. |
| **August 2012** | **The HSBC Case: Drugs, Terror, Iran and Other Deadly AML Sins, Webinar, AML Services International**<br>Moderated webinar; discussed risks relating to bulk cash shipments by banks. |
| **July 2012** | **Trade-Based Money Laundering: Risks, Red Flags and Regulatory Trends, Seminar, FCI Training Day, Wells Fargo Bank; McLean, VA**<br>Spoke to group of 30 investigators and analysts from the McLean and Philadelphia offices of Wells Fargo's Financial Intelligence Unit. |
| **July & August 2012** | **Compliance Outsourcing in the AML/CFT (Anti-Money Laundering/ Combating the Financing of Terrorism) Space, Webinars, Global Outsourcing Association of Lawyers (GOAL)**<br>Co-presenter on issues such as AML/CFT fundamentals, vendor due diligence, regulatory expectations, risk mitigation and training/certification.<br>http://www.connect-goal.com/resources/396.html |
| **May 2012** | **The New World of AML Compliance for Registered Investment Advisers (RIAs) and Hedge Funds, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Discussed possible FinCEN proposal for RIAs and hedge funds, as well as the SEC no-action letter for broker-dealers, customer identification programs (CIP), customer due diligence (CDD), and enhanced due diligence (EDD). |
| **May 2012** | **Seminar on Red Flags, Indicators, Anomalies and Bad Behavior: Observations on BSA/AML Compliance by Financial Institutions Large and Small; Asset Forfeiture and Money Laundering Section (AFMLS), Criminal Division, US Department of Justice; Washington, DC**<br>Sole speaker at mandatory seminar for attorneys and investigators in money laundering unit of AFMLS. |

| March<br>2012 | **17th Annual Moneylaundering.com Anti-Money Laundering Conference, Association of Certified Anti-Money Laundering Specialists (ACAMS) Hollywood, FL**<br>Panelist at two break-out sessions, on trade-based money laundering (TBML) and on independent AML audits in the Caribbean. |
|---|---|
| March<br>2012 | **Symposium on Preventing the Financing of Terrorism, Institute for Global Security Law and Policy, Case Western Reserve University School of Law Cleveland, Ohio**<br>Participated as a member of expert group in the review of the conclusions of a draft World Bank research paper on terrorism finance; also moderated a panel entitled "Are the Regulated Doing Too Little or Too Much?" at public symposium sponsored by Case School of Law. For agenda, please see http://law.case.edu/centers/igslp/content.asp?content_id=223<br>For video of panel, see www.youtube.com/watch?v=TCzQryH7bzM<br>For law review article arising out of conference, see http://law.case.edu/journals/JIL/Documents/(10)%20Delston%20&%20Walls%20Final.pdf |
| February<br>2012 | **The Asia/Pacific Group AML/CFT Mutual Evaluation of the Philippines: Improving Compliance with International Standards on Counter-Terrorist Financing; Combating Terrorism Harmonization Program Workshop, Defense Institute of International Legal Studies (DIILS), with funding provided by the US Department of Defense's Combating Terrorism Fellowship Program; Washington, DC**<br>Spoke and led discussion for a group of senior Philippine officials on US Government study tour. |
| December<br>2011 | **The FATF Recommendations and How They Grew: International Standards for Trust Companies, Bermuda Monetary Authority; Hamilton, Bermuda**<br>Main speaker at seminar for trust company compliance officers. |
| December<br>2011 | **The FATF Recommendations for the Legal Profession and How They Grew: What every professional needs to know about international standards on anti-money laundering and combating the financing of terrorism (AML/CFT), Bermuda Bar Association; Hamilton, Bermuda**<br>Main speaker at seminar. |
| November<br>2011 | **Inaugural ACAMS Anti-Money Laundering and Counter-Terrorist Financing Conference – Africa; Johannesburg, South Africa**<br>Principal speaker on independent AML audit panel; also panelist on supervisory issues. For a copy of my presentation on independent AML audit, see: http://www.amlafrica.org/assets/materials/Independent%20Assessments.pdf |

| | |
|---|---|
| **September 2011** | **A Regional AML/CFT Workshop for West African Bar Associations sponsored by the Inter-Governmental Action Group against Money Laundering in West Africa (GIABA); Niamey, Niger** |
| | Main speaker on AML/CFT controls for the legal profession at three-day seminar for audience of lawyers, judges, and government officials, and representatives of two West African bar associations. |
| **August 2011** | **Seminars on Enhancing Nepal's AML/CFT Legislative Framework: Requirements of International AML/CFT Standards, International Monetary Fund; Kathmandu, Nepal** |
| | One of two speakers for series of three seminars for government officials from FIU, law enforcement, ministries, and central bank. |
| **July 2011** | **Seminar as part of Anti-Money Laundering Strategies: A Project for Qatar, US State Department International Visitor Leadership Program, Meridian International Center; Washington, DC** |
| | Hosted group of Qatari government officials from FIU, law enforcement and central bank; presented and led discussion on US AML/CFT framework. |
| **July 2011** | **Understanding the Risks, Red Flags and Mechanics of Trade-Based Money Laundering (TBML), Webinar, AML Services International** |
| | Sole presenter on how trade transactions may be used not only to launder money but also to finance international terrorism. |
| **June 2011** | **Seminars for Legal and Supervisory Departments of National Bank of Kyrgyz Republic on Banking Regulation, Enforcement and Resolutions, and on International Arbitration, World Bank Videoconferences Washington, DC** |
| | Main presenter at two seminars on banking issues and also moderated two seminars on international arbitration. |
| **May 2011** | **Collaboration for Innovation, Podcast, GENPACT (NYSE:G)** |
| | Panelist on use of social and expert networks for Indian company. |
| **May 2011** | **Small Banks and Credit Unions: AML Regulatory Update and a Review of Emerging Challenges, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)** |
| | Co-presenter on BSA/AML issues, including independent audit, enforcement actions, and the FFIEC Examination Manual for smaller financial institutions. |

| | |
|---|---|
| **April 2011** | **Seminar on Legal Issues in Bank Resolutions in Serbia, World Bank Videoconference; Washington, DC**<br>Sole lecturer in two-hour seminar for representatives of the Serbian central bank, deposit insurance agency, and ministry of finance. |
| **February 2011** | **Internal Audits: Review Your Institution's AML Program to Assess Deficiencies, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Co-presenter on key issues arising from on-site examinations and enforcement actions. |
| **October 2010** | **American Bankers Association/American Bar Association (ABA/ABA) Money Laundering Enforcement Conference; Washington, DC**<br>Panelist on international issues relating to AML/CFT, including the FATF's ICRG list of non-compliant countries. |
| **September 2010** | **AML Programs Reloaded: Why Dodd-Frank May Change the Landscape for Registered Investment Advisers, Webinar, IA Week**<br>Panelist on BSA/AML issues for registered investment advisers (RIAs). |
| **August 2010** | **What to Expect from Fraudsters and Money Launderers and How Best to Deal with Them Now, "Monumental Fight Against Fraud," Annual Conference, International Association of Financial Crimes Investigators Washington, DC**<br>Panelist on BSA/AML issues and fraud. |
| **July 2010** | **Training Workshop for Countries Undergoing an AML/CFT Mutual Evaluation, Caribbean Financial Action Task Force (CFATF) and International Monetary Fund; San Salvador, El Salvador**<br>Trainer and mentor at five-day interactive course for government officials from region on how to prepare for an AML/CFT mutual evaluation. |
| **July 2010** | **How to Implement a Risk-Based Approach to AML and CFT, Central Banking Events, Incisive Media; Windsor, UK**<br>Sole presenter on issues arising from AML/CFT mutual evaluations and assessments of countries by FATF, FSRBs, IMF, and World Bank. |

**June 2010**     **International Anti-Money Laundering Conference: Techniques, Trends and Best Practices in Combating Money Laundering, Terrorist Financing and Terrorism, Zagreb School of Economics and Management and Croatian Chamber of Auditors; Zagreb, Croatia**
Program leader and principal lecturer at two-day presentation (seven hours total) on AML/CFT issues, including trends in money laundering and terrorist financing, risk assessment, AML audit, and trade-based money laundering.   Please see: http://www.zsem.hr/index.php/en/istrazivanje-i-razvoj-en/konferencije-en/2-uncategorised/451-medunarodna-konferencija-o-sprjecavanju-pranja-novca

**June 2010**     **Combating International Crime: The US Approach to White Collar Crime and Anti-Corruption Issues, International Visitor Leadership Program, US State Department, Meridian International Center, Meridian House Washington, DC**
Presented on trade-based money laundering, terrorist financing and terrorism arising in the international trade sector, including preventive measures for exporters, importers, and all those in the supply chain.

**June 2010**     **Caribbean Financial Action Task Force (CFATF) Plenary Meeting Santo Domingo, Dominican Republic**
Presented on major issues relating to legal and institutional framework arising from AML/CFT assessment of Saint Vincent and the Grenadines by International Monetary Fund.

**May 2010**     **Developing an Effective Trade-Based Money Laundering Program, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**
One of two presenters in two-hour interactive webinar.

**April 2010**     **Webinar for Lawyers: How to Advise Your Financial Institution Clients to Update and Strengthen Their Anti-Money Laundering Controls in 2010, ExecSense Webinars**
Sole speaker for one-hour webinar/podcast.

**March 2010**     **Training Workshop for Countries Undergoing an AML/CFT Mutual Evaluation, Asia/Pacific Group on Money Laundering & International Monetary Fund, IMF-Singapore Regional Training Institute; Singapore**
Trainer and mentor at five-day interactive course for government officials from six Asian countries on how to prepare for an AML/CFT mutual evaluation.

**February 2010**     **How to Prepare for Hedge Fund Regulations, Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**
Presented on deficiencies and red flags in hedge fund AML programs.

| | |
|---|---|
| **January 2010** | **Inside the IRS Criminal Investigation Division: An Interview with Eileen Mayer, outgoing Chief, IRS CI, US Capital Chapter, Association of Certified Anti-Money Laundering Specialists (ACAMS); Washington, DC**<br>Organized seminar and conducted interview. |
| **November 2009** | **Workshop on Anti-Money Laundering and Combating the Financing of Terrorism (AML/CFT): Risk-based Supervision and Money Laundering in the Trade and Tax Sectors, International Monetary Fund – China Training Center; Dalian, China**<br>Spoke on "Trade-based Money Laundering: Indicators, Trends and Risks" at four-day interactive seminar for 45 Chinese government officials from central bank, financial intelligence unit, and customs agency. |
| **October 2009** | **Seminar on Purchase and Assumption, Bridge Bank, and Other Bank Restructuring Transactions in Ukraine, sponsored by the World Bank and the International Monetary Fund, National Bank of Ukraine; Kiev**<br>Lecturer on legal issues at seminar for officials from central bank, ministry of finance, and deposit insurance agency. |
| **September 2009** | **Training Workshop for Mutual Evaluation Assessors, sponsored by the US Treasury Department, World Bank and IMF; Washington, DC**<br>Mentor at training seminar on mutual evaluations using AML/CFT methodology for US government, World Bank and IMF personnel, as well as officials from FATF member countries such as US, Mexico and Sweden. |
| **July 2009** | **Training Program for Assessors, sponsored by Inter-Governmental Action Group Against Money Laundering in West Africa (GIABA), Financial Action Task Force (FATF), World Bank and IMF; Accra, Ghana**<br>Lecturer and role player at five-day training seminar on mutual evaluations using AML/CFT methodology for 35 government officials from the region. |
| **July 2009** | **Seminars on Banking Regulation and Legal Aspects of Bank Resolutions, sponsored by the World Bank and the Central Bank of Montenegro Podgorica, Republic of Montenegro**<br>Sole lecturer at two seminars for 15 officials from central bank, ministry of finance, and deposit insurance agency. |

| | |
|---|---|
| **May 2009** | **Enhanced Techniques and Best Practices to Take Your AML Program to the Next Level, Association of Certified Anti-Money Laundering Specialists (ACAMS); Washington, DC**<br>Sole lecturer at one-day seminar on issues such as effective AML programs, lessons learned from recent enforcement actions, and risk assessment techniques; drafted PowerPoint presentation. |
| **May 2009** | **Seminar on Legal Issues relating to Problem Bank Resolutions in Serbia, sponsored by the World Bank and the National Bank of Serbia Belgrade, Republic of Serbia**<br>Sole lecturer for one-day seminar to group of 15 government officials from the central bank, deposit insurance agency, and ministry of finance on international standards and best practices. |
| **May 2009** | **US Study Tour for the Central Bank of Russia on AML Internal Controls, Financial Services Volunteer Corps; Washington, DC**<br>Two-hour lecture on BSA/AML compliance issues and international standards to group of 15 Russian central bankers. |
| **April 2009** | **Outsourcing of AML Compliance: How Far Can Your Financial Institution Go? Webinar, Association of Certified Anti-Money Laundering Specialists (ACAMS)**<br>Co-presenter on regulatory and practical issues relating to outsourcing of AML compliance by banks and other financial institutions. |
| **February 2009** | **The Essential US Laws, Rules and Regulations that AML Specialists Must Know, Association of Certified Anti-Money Laundering Specialists (ACAMS); Chicago, IL**<br>Sole lecturer at one-day seminar on compliance obligations under the Bank Secrecy Act and the USA PATRIOT Act. |
| **February 2009** | **Everything you Ever Wanted to Know About Information-sharing Within the Egmont Group of Financial Intelligence Units, International AML Committee, American Bar Association; Washington, DC**<br>Moderated interview/podcast of Bill Baity, FinCEN Deputy Director, by Jill Mariani, Chief of the Money Laundering and Tax Crimes Unit, New York County District Attorney's Office. |
| **December 2008** | **US Study Tour for the Central Bank of Russia on AML Supervisory Practices, Financial Services Volunteer Corps; Washington, DC**<br>Two-hour lecture on BSA/AML compliance issues and US financial crisis to group of 15 Russian central bankers. |

- 50 -

| | |
|---|---|
| **December 2008** | **A Made-For-Advisers' Blueprint to Anti-Money Laundering Success Webinar, IA Week**<br>Speaker on panel discussing BSA/AML issues for investment advisers. |
| **October 2008** | **3rd Annual Anti-Money Laundering and Counter-Terrorist Financing Forum, Institutional Investor Events & Compliance Reporter; New York City**<br>Moderator and speaker on AML outsourcing panel. |
| **October 2008** | **Working with Your Financial Regulator: A Special Seminar for Compliance Professionals, Internal Auditors and Management Focus Training Solutions; Grand Cayman, Cayman Islands**<br>Spoke on regulatory compliance issues involving on-site examinations, including banking, securities and BSA/AML matters, at half-day seminar. |
| **September 2008** | **Fight Fire with Fire: Everything You Need to Know about the Newest Threats from Trade-based and Technology-based Money Laundering, Association of Certified Anti-Money Laundering Specialists (ACAMS); New York City**<br>Moderator and speaker on trade-based money laundering panel. |
| **August 2008** | **Anti-Money Laundering Trends & Career Opportunities**<br>**Podcast interview, BankInfoSecurity.com**<br>Discussed BSA/AML trends, regulatory issues, trade-based money laundering and career opportunities in the field. For a transcript of the interview, please see http://www.bankinfosecurity.com/interviews/anti-money-laundering-trends-career-opportunities-i-135 http://www.bankinfosecurity.com/anti-money-laundering-trends-career-opportunities-a-967 |
| **July 2008** | **The Four Corners of an Effective AML Program for Community Banks**<br>**Webinar, Lombard Risk International (USA)**<br>Covered BSA fundamentals for group of 50 compliance officers. |
| **May 2008** | **Auditing the Anti-Money Laundering Compliance Function – A Training Course for Internal Auditors and Compliance Officers, Institute of Banking Studies; Kuwait City, Kuwait**<br>Sole lecturer for three-day training course in AML international standards, internal audit, transaction monitoring, and compliance practices. |
| **May 2008** | **Certified Anti-Money Laundering Specialist (CAMS) Examination Preparation Seminar, Association of Certified Anti-Money Laundering Specialists (ACAMS); Kuwait City, Kuwait**<br>Sole lecturer for one-day seminar. |

**April 2008**     **Indonesia: Current Legal Reform, US – Indonesia Law Society & International Law Institute, Seminar at Millennium Challenge Corporation Washington, DC**
Commentator on remarks by head of Indonesian financial intelligence unit regarding amendments to Indonesian AML law.

**April 2008**     **World Conference on Combating Terrorist Financing Preparatory Colloquium on Terrorism Financing International Association of Penal Law & Case Western Reserve University School of Law; Cleveland, Ohio**
Panelist on trade-based money laundering and anti-terrorism issues. To view presentation, please go to http://www.youtube.com/watch?v=SLR0rVylr-o&feature=channel at 29:45.

**March 2008**     **Achieving Examination Excellence with Best Practices that Regulators Cannot Criticize, Webinar, Money Laundering Alert**
Member of two-person panel on avoiding examination problems.

**March 2008**     **US Law and International Standards on Financial Intelligence Units Seminar on Financial Integrity Law, Case Western Reserve University School of Law; Cleveland, Ohio**
Co-lecturer with Professor Richard Gordon.

**February 2008**     **What Hedge Fund and Investment Advisor CCOs Should Know About AML Compliance, Teleconference for Jefferson Wells (financial services consulting subsidiary of Manpower, Inc.)**

**February 2008**     **Alternative Career Options After Law School, The Criminal Law Society, George Washington University Law School; Washington, DC**
Member of three-person panel on non-traditional legal jobs.

**January 2008**     **Best of Red Flags, Part 2: Specific Product Risks and Best Practices Webinar, Association of Certified Anti-Money Laundering Specialists**
Member of two-person panel on red flags raised by trade finance, mortgage lending, and correspondent banking.

**November & December 2007**     **Independent AML Audit: Don't Leave Work Without It!** *How not to follow in the footsteps of American Express* **Webinar, Bekker Compliance Consulting Partners**
Member of two-person panel for two seminars on independent audit requirements; assisted in the planning, design, and marketing of seminar.

| | |
|---|---|
| **November 2007** | **2nd Annual Anti-Money Laundering and Counter-Terrorist Financing Forum, Institutional Investor Events; New York City** |
| | Spoke and moderated three panels on AML compliance issues relating to politically exposed persons (PEPs), hedge funds and mutual funds. |
| **November 2007** | **Caribbean Financial Action Task Force (CFATF) Plenary Meeting San Jose, Costa Rica** |
| | Presentation on major legal issues arising from AML/CFT assessment of Bermuda by International Monetary Fund. |
| **May 2007** | **Eighth Biennial Regional Central Banks' Legal Seminar Cayman Islands Monetary Authority; Grand Cayman** |
| | Spoke on US AML laws to audience of 35 lawyers, bankers, and financial regulators from nine Caribbean countries. |
| **May 2007** | **What Every Compliance Officer Needs to Know About AML, but Didn't Want to Ask on a Friday Afternoon: Ever-Higher International Standards, Offshore Financial Center Assessments, and You, Cayman Islands Compliance Association; Grand Cayman** |
| | Spoke to group of compliance officers on international AML standards. |
| **February 2007** | **Adapting Your AML Program to Include Senior Management, the New Targets of Adverse Actions, Webinar, Money Laundering Alert** |
| | Member of two-person panel on the role of senior management in AML compliance issues in 90-minute session for an audience in 80 locations. |
| **November 2006** | **Workshop on AML Issues for Investment Advisers and Hedge Funds Anti-Money Laundering and Counter-Terrorist Financing for Financial Institutions Conference, Institutional Investor Events & Compliance Reporter; New York City** |
| | Designed, organized, and served as workshop leader on proposed hedge fund regulations. Also moderated and spoke on independent audit panel. |
| **October 2006** | **Seminar on Current Developments in Monetary and Financial Law: Law and Financial Stability, Legal Department, International Monetary Fund; Washington, DC** |
| | Spoke on statutory protections for financial supervisors to group of 65 regulatory and central bank officials. |

**October 2006**     **Seminar on the FATF Mutual Assessment of the United States: The Continuing Evolution of International AML/CFT Standards Women in Housing and Finance; Washington, DC**
Organized session but was unable to attend seminar for personal reasons.

**October 2006**     **Conducting Good Independent AML Program Audits to Identify Problems Before the Examiners Do, Webinar, Alert Global Media**
Member of two-person panel for 90-minute session for 250 participants.

**September 2006**     **The Proposed AML Rules for Hedge Funds: A Great Leap Forward Into Deep Water? 16th Annual Anti-Money Laundering Audit and Compliance Forum, Institute for International Research; New York City**
Organized, moderated, and spoke on panel concerning proposed FinCEN regulations for hedge funds and investment advisers.

**September 2006**     **Seminar on AML/CFT Assessments under the FATF Recommendations Compliance Group, HSBC Bank USA; Washington, DC**

**August 2006**     **What Insurers Need to Know to Comply with New AML Laws Teleconference, Institutional Investor Events**
Member of three-person panel on compliance issues for insurance companies.

**June 2006**     **The 3rd Annual Mutual Fund Forum: Managing and Monitoring Operations to Ensure Compliance & Profitability, Institutional Investor Events New York City**
Chaired two-day conference on compliance and governance issues.

**March 2006**     **Hedge Funds Enter the World of Anti-Money Laundering Compliance Bloomberg World Headquarters; New York City**
Designed, organized, moderated, and spoke on proposed FinCEN AML regulations for hedge funds and investment advisers.

**February 2006**     **Successful Career Transitions, Women in Housing and Finance Washington, DC**
Spoke on panel regarding how to make a successful transition from more traditional positions in the finance sector to related careers.

**June 2005**     **Workshop for Effective Enforcement of Criminal Justice Measures in Anti-Money Laundering and Combating the Financing of Terrorism IMF Legal Department in collaboration with the UNODC and the Prosecutor General's Office of Ukraine; Kiev, Ukraine**
Designed and organized seminar; course director, lecturer and moderator at three-day workshop for 70 Ukrainian judges and law enforcement officials.

**May 2005**     **Legal Aspects of the International Monetary Fund's Role in AML/CFT Financial Institute of the Netherlands Antilles and Bank of the Netherlands Antilles (the Central Bank); Willemstad, Curacao**
Spoke at two seminars, the first to a group of 100 financial sector and government officials, and the second to a group of Central Bank officials.

**May 2005**     **The New International Standards on AML/CFT: Are Changes Needed in Legal and Business Practices? University of Aruba; Oranjestad, Aruba**
Spoke to group of financial professionals, faculty, and students.

**May 2005**     **Seventh Biennial Regional Central Banks' Legal Seminar Central Bank of Aruba; Oranjestad, Aruba**
Spoke on the impact of the new international standards on the legal profession to group of senior central bank lawyers from nine Caribbean countries. Also chaired discussions on financial regulation.

**January 2005**     **Money Laundering Reporting Officers' Committee Law Society of England and Wales; London**
Spoke on legal issues involving the IMF's role in AML/CFT and international standards at a meeting of 35 Money Laundering Reporting Officers (MLROs) of city law firms and Law Society staff members.

**January 2005**     **Seminar on Money Laundering, Law Society of England and Wales College of Law; London**
Spoke on international standards involving AML issues at three sessions for post-graduate legal practice students, one session of which was videotaped.

**December 2004**     **Global Dialogue Series: New AML/CFT Standards – Caribbean Countries Videoconference, The World Bank; Washington, DC**
Spoke on FATF Special Recommendations, with an emphasis on SR. IX (cash couriers) at videoconference with officials from five countries in the region.

| | |
|---|---|
| **December 2004** | **Global Dialogue Series: New AML/CFT Standards – Central American Countries, Videoconference, The World Bank, Washington, DC**<br>Spoke on FATF Special Recommendations, with an emphasis on SR. IX (cash couriers) at videoconference with officials from six countries in the region. |
| **October 2004** | **The Role of Lawyers in the Anti-Money Laundering Framework**<br>**School of Law, University of Leeds; United Kingdom**<br>Spoke on international AML standards as applied to the legal profession to a group of students, faculty, and lawyers. |
| **October 2004** | **Corporate Governance of Financial Institutions**<br>**The Institute of Advanced Legal Studies, University of London**<br>Introductory speaker for conference and spoke on role of legal profession in AML compliance. |
| **October 2004** | **Annual Conference for Overseas Regional Advisors, Office of Technical Assistance, US Treasury Department; Lisbon, Portugal**<br>Spoke on IMF technical assistance in AML/CFT to group of US legal, law enforcement, and banking advisors. |
| **August 2004** | **Legislative Drafting Workshop for Countering the Financing of Terrorism and other Anti-Terrorism Measures, IMF Legal Department in collaboration with UNODC, Joint Vienna Institute; Vienna, Austria**<br>Designed and organized workshop; course director, lecturer, and moderator at five-day seminar for 30 officials from eight Eastern European countries. |
| **June 2004** | **Strengthening the AML/CFT Regime for Afghanistan, Videoconference**<br>**The World Bank; Washington, DC**<br>Spoke on legislative issues at videoconference with officials from IMF, Afghan Central Bank, and commercial banks. |
| **June 2004** | **Seminar on AML/CFT Standards, The National Bank of Belarus**<br>**Minsk, Belarus**<br>Spoke to a group of 35 commercial bank and government officials. |
| **May 2004** | **Seminar on Current Developments in Monetary and Financial Law**<br>**International Monetary Fund; Washington, DC**<br>Spoke on bank insolvency issues; also moderated panels on bank insolvency, banking regulation, and AML issues relating to shell banks at biennial IMF seminar for 50 senior legal officials. |

| | |
|---|---|
| **April 2004** | **Legislative Drafting Workshop on AML Measures: Responding to the Revised FATF 40 Recommendations, IMF Legal Department in collaboration with UNODC, Joint Vienna Institute; Vienna, Austria**<br>Designed and organized workshop; course director, lecturer and moderator at seminar for 30 participants from nine CIS and Eastern European countries. |
| **April 2004** | **UN Commission on International Trade Law (UNCITRAL) Colloquium on Commercial Fraud; Vienna, Austria**<br>Spoke on IMF activities in AML/CFT to group of 120 government and law enforcement officials and forensic specialists from 35 countries. |
| **March 2004** | **Legislative Drafting Workshop for Combating the Financing of Terrorism and other Anti-Terrorism Measures, IMF Legal Department in collaboration with UNODC, Ministry of Foreign Affairs; Lima, Peru**<br>Lecturer and commentator at workshop for officials from the region. |
| **February 2004** | **Anti-Money Laundering Efforts Around the World, Women in Housing and Finance; Washington, DC**<br>Spoke on IMF assessments to group of 20 financial professionals. |
| **January 2004** | **Legislative Drafting Workshop on AML Measures: Responding to the Revised FATF 40 Recommendations, IMF Legal Department in collaboration with UNODC, Joint Vienna Institute; Vienna, Austria**<br>Designed and organized workshop; course director, lecturer and moderator at workshop for 30 officials from seven CIS and Middle Eastern countries.  For press release, please see: www.imf.org/external/np/sec/pr/2004/pr0417.htm |
| **December 2003** | **Distance Learning Program on Strengthening Anti-Money Laundering and Combating the Financing of Terrorism Regime, Videoconference, World Bank; Washington, DC**<br>Participated in videoconference with government officials from Kazakhstan, Kyrgyz Republic, the Russian Federation, Tajikistan, and Uzbekistan. |
| **December 2003** | **Annual Conference for Overseas Regional Advisors, Office of Technical Assistance, US Treasury Department; Barcelona, Spain**<br>Spoke on IMF technical assistance in AML/CFT to group of 30 US legal, law enforcement, and banking advisors. |
| **August 2003** | **Seminar on AML/CFT Standards, The National Bank of Belarus; Minsk**<br>Spoke to a group of 40 commercial bank and government officials. |

| | |
|---|---|
| **August 2003** | **Legislative Drafting Workshop for Countering the Financing of Terrorism and other Anti-Terrorism Measures, IMF Legal Department in collaboration with UNODC Joint Vienna Institute; Vienna, Austria**<br>Designed and organized seminar; course director, lecturer, and moderator at workshop for 30 officials from seven CIS and Central Asian countries. |
| **June 2003** | **Seminar on International Standards in AML/CFT, Central Bank of Sri Lanka; Colombo**<br>Spoke on FATF Recommendations to a group of government officials. |
| **June 2003** | **The Insurance Supervision Leadership Program, The Toronto International Leadership Centre for Financial Sector Supervision; Annapolis, Maryland**<br>Spoke on FATF standards and International Association of Insurance Supervisors (IAIS) guidelines to a group of 36 insurance supervisors. |
| **May 2003** | **Integrity Supervision: Widening of the Supervisory Net in the Caribbean**<br>**Sixth Biennial Regional Central Banks' Legal Seminar**<br>**Bank of the Netherlands Antilles; Willemstad, Curacao**<br>Spoke on integrity standards to a group of 36 officials from eight Caribbean countries; commentator for two other lecturers. |
| **February 2003** | **Expert Working Group to Coordinate the Development of a Regional Framework Including Model Legislation to Address Terrorism**<br>**Organized by the Pacific Islands Forum Secretariat; Suva, Fiji**<br>Spoke on AML/CFT assessment process and participated in development of model anti-terrorism legislation as member of expert working group. |
| **January 2003** | **Legislative Drafting Seminar for AML/CFT, IMF Legal Department in collaboration with the Pacific Islands Forum Secretariat; Suva, Fiji**<br>Keynote speaker and lecturer on drafting issues relating to counter-terrorist financing to group of officials from 13 Pacific Island countries. |
| **November 2003** | **Guernsey Association of Compliance Officers**<br>**Guernsey, The Channel Islands**<br>Spoke on AML issues, including OFC assessments. |
| **August 2002** | **Legal Department, Wells Fargo Bank; San Francisco, California**<br>Spoke on AML issues at meeting and conference call for attorneys.<br><br>**International Banking Subcommittee, Banking Law Committee, American Bar Association; Washington, DC**<br>Spoke on AML issues at semi-annual meeting of banking lawyers. |

| | |
|---|---|
| **July 2002** | **Financial Cluster, Latin American Region, The World Bank**<br>**Washington, DC**<br>Spoke on bank failure resolution at luncheon seminar, including issues related to central bank emergency liquidity financing and bank insolvency. |
| **July 2002** | **Summer Associates Training Seminar, Fried Frank (law firm)**<br>**Washington, DC**<br>Spoke on IMF policies relating to AML issues at law firm seminar. |
| **May 2002** | **Seminar on Current Developments in Monetary and Financial Law**<br>**International Monetary Fund; Washington, DC**<br>Spoke on central bank emergency liquidity financing issues, and moderated panels on AML and bank insolvency issues to group of 35 officials. |
| **April 2002** | **International Task Force, Women in Housing and Finance**<br>**Washington, DC**<br>Spoke on issues relating to AML, FSAPs, and OFC assessments. |
| **March 2002** | **Financial Transactions for Lawyers, Joint Vienna Institute**<br>**Vienna, Austria**<br>Spoke on anti-money laundering and banking regulatory and insolvency issues to 30 officials from transitional countries. |
| **March 2002** | **Solicitor General's Office, Department of Justice; Manila, Philippines**<br>Spoke on anti-money laundering issues at impromptu seminar for 12 lawyers from Philippines government office. |
| **March 2002** | **Conference on Financial Sector Regulation for Pacific Island Countries**<br>**Singapore Regional Training Institute**<br>Spoke on AML/CFT Methodology, Offshore Financial Centers, and bank regulatory and insolvency issues to group of officials from 15 countries. |
| **March 2001** | **Financial Transactions for Lawyers, Joint Vienna Institute**<br>**Vienna, Austria**<br>Spoke at three-day seminar on topics including offshore financial centers, AML laws, banking regulation, statutory protections for banking supervisors, and bank insolvency issues to a group of officials from 20 countries. |

**November**  **Course in Law, Banking, and Finance, Office of Superintendent of Banking,**
**2000**  **Insurance, and Pensions; Lima, Peru**
Sole lecturer at five-day seminar on bank regulatory and insolvency issues as part
of post-graduate course for 30 Peruvian government regulators.

**October**  **Central Banking and Banking Law Workshops, Legal Department**
**2000**  **International Monetary Fund; Washington, DC**
Spoke at two seminars for IMF Legal Department on central banking law issues
and on banking law issues relating to Basel Core Principles.

**July 2000**  **Developments in Monetary and Financial Law**
**Legal Department, International Monetary Fund; Washington, DC**
Commentator and discussant on bank insolvency issues.

**June 2000**  **Financial Transactions for Lawyers, Joint Vienna Institute**
**Vienna, Austria**
Spoke at two-day seminar on AML, banking regulation, bank insolvency issues,
and trade finance to a group of officials from 20 countries.

**Exhibit B**

<u>List of Documents and Data Reviewed</u>

1.    PREV0006764-814
2.    PREV0006819-94
3.    PREV0008257
4.    PREV0008258
5.    PREV0008265
6.    PREV0008277-78
7.    PREV0008279
8.    PREV0009491
9.    PREV0018858
10.   PREV0018859
11.   PREV0018860
12.   PREV0019081-129
13.   PREV0023019
14.   US-PREV099385-88
15.   US-PREV099389-92
16.   US-PREV099398-400
17.   US-PREV099395-97
18.   US-PREV099393-94
19.   US-PREV083972-48,
20.   US-PREV084349-635
21.   US-PREV099769-852
22.   US-PREV124006-12
23.   US-PREV125880-981
24.   US-PREV124182-88
25.   US-PREV125982-6059
26.   US-PREV198987-9106
27.   US-PREV201851-2141
28.   Defendant's 9/15/15 (fifth) Production
29.   McGladrey Expert Report dated September 29, 2015
30.   McGladrey Selected Flow of Funds Diagram and supporting documentation