

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2017

**BY ECF AND ELECTRONIC MAIL**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re: *United States* v. *Prevezon Holdings, Ltd., et al.*, 13 Civ. 6326 (WHP)

Dear Judge Pauley,

    The Government writes on behalf of the parties to respectfully submit for the Court's approval a stipulation and order of settlement resolving the above-referenced case.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

    by: /s/ Paul M. Monteleoni
    Paul M. Monteleoni
    Cristine Irvin Phillips
    Tara M. La Morte
    Assistant United States Attorneys
    (212) 637-2219/2696/1041
    paul.monteleoni@usdoj.gov
    cristine.phillips@usdoj.gov
    tara.lamorte2@usdoj.gov

cc:     Counsel of Record (via ECF)