**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PREVEZON HOLDINGS LTD., et al.,<br><br>Defendants. | Civil Action No. 13-cv-06326 (WHP) |

## NOTICE OF NON-PARTY HERMITAGE CAPITAL MANAGEMENT LTD.'S MOTION FOR ATTORNEYS' FEES

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Non-Party Hermitage Capital Management Ltd.'s Motion for Attorneys' Fees, the Declaration of Jacob W. Buchdahl and exhibits thereto, Non-Party Hermitage Capital Management Ltd. hereby moves the Court for an Order awarding it attorneys' fees from Baker & Hostetler LLP in the amount of $1,413,933.61.

Dated: New York, New York
      May 16, 2017

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By:    */s/ Jacob W. Buchdahl*
           Jacob W. Buchdahl
           1301 Avenue of the Americas, 32nd Floor
           New York, NY 10019
           Phone: (212) 336-8330
           Fax: (212) 336-8340
           jbuchdahl@susmangodfrey.com

           *Counsel for Hermitage Capital Management Ltd*

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on the 16th day of May, 2017, this document was properly served on all counsel of record via electronic filing in accordance with the SDNY Procedures for Electronic Filing.

            */s/ Jacob W. Buchdahl*   
            Jacob W. Buchdahl