# EXHIBIT 6

**Fees and Expenses Summary**

|  | First DQ Motion | Second DQ Motion/Appeal | Motion for Fees | Total |
|---|---|---|---|---|
| *Brown Rudnick* | $6,654.80 | | | $6,654.80 |
| *Kobre & Kim* | | $123,110.79 | $8,948.01 | $132,058.80 |
| *Gibson Dunn* | $870,475.10 | | | $870,475.10 |
| *Susman Godfrey* | | $346,779.75 | $42,965.17 | $389,744.92 |
| *Bruce Green - Expert Fees* | | $15,000.00 | | $15,000.00 |
| Total | $877,129.90 | $484,890.54 | $51,913.18 | $1,413,933.61 |

**Brown Rudnick Fees and Expenses**

| MM/DD/YY | Time | Professional | Rate | Amount |
|---|---|---|---|---|
| *Invoice No. 676615, dated March 17, 2015* | | | | |
| 14/10/14 | 6.3 | Simpson | $636 | $4,006.80 |
| 22/10/14 | 1.2 | Molino | $368 | $441.60 |
| 22/10/14 | 0.2 | Kaiser | $544 | $108.80 |
| 23/10/14 | 4 | Molino | $368 | $1,472.00 |
| 24/10/14 | 1.4 | Molino | $368 | $515.20 |
| 30/10/14 | 0.3 | Molino | $368 | $110.40 |

| Rates | |
|---|---|
| | Rates per Hour |
| Simpson | $636 |
| Molino | $368 |
| Kaiser | $544 |

| | |
|---|---|
| **Brown Rudnick Total:** | **$6,654.80** |

**Kobre & Kim Fees and Expenses**

| MM/DD/YY | TK | Time | Rate | Amount |
|---|---|---|---|---|
| *Invoice No. 446186, dated February 10, 2016* | | | | |
| 12/2/2015 | LWH | 9.3 | $575 | $5,348 |
|  | AC | 2.2 | $385 | $847 |
| 12/3/2015 | MSK | 0.4 | $1,127 | $451 |
|  | LWH | 5.7 | $575 | $3,278 |
|  | AC | 4.9 | $385 | $1,887 |
| 12/5/2015 | LWH | 0.8 | $575 | $460 |
| 12/6/2015 | LWH | 1.2 | $575 | $690 |
| 12/7/2015 | LWH | 1 | $575 | $575 |
| 12/8/2015 | LWH | 6 | $575 | $3,450 |
|  | SL | 0.9 | $195 | $176 |
| 12/9/2015 | SL | 3.1 | $195 | $605 |
|  | MSK | 0.5 | $1,127 | $563 |
|  | LWH | 2.5 | $575 | $1,438 |
| 12/10/2015 | MSK | 1 | $1,127 | $1,127 |
|  | LWH | 2.5 | $575 | $1,438 |
| 12/12/2015 | LWH | 2.1 | $575 | $1,208 |
| 12/13/2015 | MSK | 0.6 | $1,127 | $676 |
| 12/14/2015 | MSK | 0.5 | $1,127 | $563 |
|  | LWH | 5.5 | $575 | $3,163 |
| 12/16/2015 | MSK | 0.8 | $1,127 | $901 |
| 12/17/2015 | MSK | 1 | $1,127 | $1,127 |
|  | LWH | 1.7 | $575 | $978 |
| 12/18/2015 | MSK | 1.5 | $1,127 | $1,690 |
|  | LWH | 2.5 | $575 | $1,438 |
| 12/21/2015 | MSK | 1.5 | $1,127 | $1,690 |
|  | LWH | 6.5 | $575 | $3,738 |
|  | SL | 1.4 | $195 | $273 |
| 12.22/2015 | MSK | 0.5 | $1,127 | $563 |
|  | SL | 1.6 | $195 | $312 |
| 12/23/2015 | LWH | 6.6 | $575 | $3,795 |
| 12/24/2015 | MSK | 0.8 | $1,127 | $901 |
|  | LWH | 1.6 | $575 | $920 |
|  | SL | 0.2 | $195 | $39 |
| 12/25/2015 | LWH | 0.4 | $575 | $230 |
| 12/26/2015 | MSK | 0.8 | $1,127 | $901 |
|  | LWH | 4.2 | $575 | $2,415 |
| 12/27/2015 | MSK | 1 | $1,127 | $1,127 |
|  | LWH | 2.5 | $575 | $1,438 |
| 12/28/2015 | MSK | 1.3 | $1,127 | $1,465 |
|  | LWH | 3.5 | $575 | $2,013 |
|  | SL | 2 | $195 | $390 |
| 12/29/2015 | MSK | 0.7 | $1,127 | $789 |
| 12/29/2015 | SL | 0.1 | $195 | $20 |
| 12/31/2015 | MSK | 0.7 | $1,127 | $789 |
|  | LWH | 0.3 | $575 | $173 |
|  | SL | 0.2 | $195 | $39 |
| 2% adjustment |  |  |  | $1,162 |

**Kobre & Kim Fees and Expenses**

| MM/DD/YY | TK | Time | Rate | Amount |
|---|---|---|---|---|
| *Invoice No. 446328, dated Feb. 26, 2016* | | | | |
| 1/1/2016 | MSK | 0.3 | $1,090 | $327 |
| 1/2/2016 | MSK | 0.5 | $1,090 | $545 |
| 1/4/2016 | MSK | 0.8 | $1,090 | $872 |
| | LWH | 5.5 | $650 | $3,575 |
| | SL | 0.5 | $195 | $98 |
| 1/5/2016 | MSK | 1 | $1,090 | $1,090 |
| | LWH | 3.5 | $650 | $2,275 |
| | SL | 0.3 | $195 | $59 |
| 1/6/2016 | MSK | 1 | $1,090 | $1,090 |
| | SL | 1 | $195 | $195 |
| 1/7/2016 | MSK | 0.4 | $1,090 | $436 |
| | SL | 0.3 | $195 | $59 |
| 1/8/2016 | MSK | 1.3 | $1,090 | $1,416 |
| | LWH | 1.2 | $650 | $780 |
| | SL | 0.5 | $195 | $98 |
| 1/9/2016 | MSK | 2 | $1,090 | $2,179 |
| | LWH | 6.3 | $650 | $4,095 |
| 1/10/2016 | LWH | 1.2 | $650 | $780 |
| 1/11/2016 | MSK | 0.8 | $1,090 | $872 |
| | LWH | 2 | $650 | $1,300 |
| 1/12/2016 | MSK | 1 | $1,090 | $1,090 |
| | LWH | 1.3 | $650 | $845 |
| 1/14/2016 | MSK | 0.5 | $1,090 | $545 |
| 1/15/2016 | MSK | 0.3 | $1,090 | $327 |
| | LWH | 0.5 | $650 | $325 |
| | DSP | 0.4 | $485 | $194 |
| | SL | 0.3 | $195 | $59 |
| 1/19/2016 | MSK | 0.5 | $1,090 | $545 |
| | LWH | 2 | $650 | $1,300 |
| | DSP | 0.1 | $485 | $49 |
| | SL | 1.8 | $195 | $351 |
| 01/20/2016 | MSK | 0.5 | $1,090 | $545 |
| | SL | 1.2 | $195 | $234 |
| 01/21/2016 | LWH | 1.6 | $650 | $1,040 |
| | SL | 0.5 | $195 | $98 |
| 01/22/2016 | MSK | 0.3 | $1,090 | $327 |
| | LWH | 2.5 | $650 | $1,625 |
| | SL | 0.3 | $195 | $59 |
| 01/25/2016 | MSK | 0.6 | $1,090 | $654 |
| | LWH | 2.5 | $650 | $1,625 |
| | DSP | 0.3 | $485 | $146 |
| | SL | 0.7 | $195 | $137 |
| 01/26/2016 | MSK | 0.4 | $1,090 | $436 |
| | AC | 0.2 | $485 | $97 |
| | SL | 0.4 | $195 | $78 |
| 2% adjustment | | | | $697 |

**Kobre & Kim Fees and Expenses**

| MM/DD/YY | TK | Time | Rate | Amount |
|---|---|---|---|---|
| *Invoice No. 446418, dated March 15, 2016* | | | | |
| 2/3/2016 | MSK | 1.5 | $1,079 | $1,619 |
| 2/4/2016 | SL | 0.1 | $195 | $20 |
| 2/8/2016 | LWH | 2.5 | $650 | $1,625 |
| 2/9/2016 | SL | 0.3 | $195 | $59 |
| 2/10/2016 | MSK | 2 | $1,079 | $2,158 |
| | SL | 0.2 | $195 | $39 |
| 2/11/2016 | MSK | 0.5 | $1,079 | $540 |
| | LWH | 5.5 | $650 | $3,575 |
| | SL | 0.2 | $195 | $39 |
| 02/16/2016 | MSK | 0.5 | $1,079 | $540 |
| | SL | 0.3 | $195 | $59 |
| 02/18/2016 | MSK | 1.1 | $1,079 | $1,187 |
| 02/22/2016 | SL | 0.5 | $195 | $98 |
| 02/23/2016 | SL | 0.1 | $195 | $20 |
| 02/29/2016 | MSK | 0.5 | $1,079 | $540 |
| | LWH | 1.7 | $650 | $1,105 |
| | SL | 0.1 | $195 | $20 |
| 2% adjustment | | | | 264.76 |
| *Invoice No. 446725, dated April 27, 2016* | | | | |
| 3/1/2016 | MSK | 0.5 | $1,041 | $520 |
| 3/3/2016 | DSP | 0.1 | $485 | $49 |
| | SL | 0.3 | $195 | $59 |
| | MSK | 2 | $1,057 | $2,115 |
| 3/6/2016 | MSK | 1 | $1,057 | $1,057 |
| 3/7/2016 | MSK | 1 | $1,065 | $1,065 |
| | LWH | 2.5 | $650 | $1,625 |
| 3/24/2016 | SL | 0.5 | $195 | $98 |
| 3/25/2016 | SL | 0.1 | $195 | $20 |
| 2% adjustment | | | | $132 |
| *Invoice No. 447036, dated June 6, 2016* | | | | |
| 4/12/2016 | MSK | 0.3 | $1,100 | $330 |
| 4/15/2016 | SL | 0.3 | 195 | $59 |
| 4/25/2016 | LWH | 0.2 | $650 | $130 |
| 4/26/2016 | SL | 0.2 | $195 | $39 |
| 4/29/2016 | SL | 0.9 | $195 | $176 |
| 2% adjustment | | | | $15 |
| *Invoice No. 447338, dated July 8, 2016* | | | | |
| 5/1/2016 | MSK | 0.2 | $1,096 | $219 |
| 5/3/2016 | LWH | 2.7 | $650 | $1,775 |
| | SL | 0.2 | $195 | $39 |
| 5/6/2016 | MSK | 0.5 | $1,085 | $543 |
| | MSK | 0.3 | $1,078 | $323 |
| 5/23/2016 | LWH | 0.4 | $650 | $260 |
| 5/25/2016 | MSK | 0.5 | $1,099 | $550 |
| | SL | 0.2 | $195 | $39 |
| 5/29/2015 | MSK | 0.5 | $1,099 | $550 |
| 2% adjustment | | | | $86 |

**Kobre & Kim Fees and Expenses**

| MM/DD/YY | TK | Time | Rate | Amount |
|---|---|---|---|---|
| *Invoice No. 447479, dated July 28, 2016* | | | | |
| 6/9/2016 | LWH | 4.5 | $650 | $2,925 |
| | | | | |
| *Invoice No. 448327, dated Nov. 21, 2016* | | | | |
| 10/17/2016 | MSK | 0.7 | $917 | $642 |
| | LWH | 0.7 | $650 | $455 |
| 10/18/2016 | SL | 0.2 | $195 | $39 |
| 10/19/2016 | SL | 0.3 | $195 | $59 |
| *Invoice No. 448545, dated Dec. 21, 2016* | | | | |
| 11/1/2016 | MSK | 0.5 | $931 | $465 |
| | SL | 0.2 | $195 | $39 |
| 11/2/2016 | SL | 0.1 | $195 | $20 |
| 11/4/2016 | MSK | 0.4 | $931 | $372 |
| | SL | 0.1 | $195 | $20 |
| 11/5/2016 | MSK | 0.4 | $931 | $372 |
| 11/7/2016 | SL | 0.2 | $195 | $39 |
| 11/9/2016 | MSK | 0.4 | $931 | $372 |
| 11/10/2016 | SL | 0.2 | $195 | $39 |
| 11/17/2016 | MSK | 1 | $931 | $931 |
| | SL | 0.1 | $195 | $20 |
| 11/20/2016 | LWH | 0.4 | $650 | $260 |
| 11/21/2016 | MSK | 1.2 | $931 | $1,117 |
| | LWH | 2.7 | $650 | $1,755 |
| 11/22/2016 | LWH | 0.5 | $650 | $325 |
| 11/23/2016 | LWH | 0.3 | $650 | $195 |
| 11/29/2016 | MSK | 0.4 | $931 | $372 |
| *Invoice No. 448777, dated Jan. 26, 2017* | | | | |
| 12/1/2016 | MSK | 0.3 | $933 | $280 |
| 12/8/2016 | SL | 0.5 | $195 | $98 |
| 12/12/2016 | SL | 0.4 | $195 | $78 |
| 12/13/2016 | SL | 0.2 | $195 | $39 |
| 12/14/2016 | SL | 0.2 | $195 | $39 |
| 12/15/2016 | SL | 0.1 | $195 | $20 |
| 12/19/2016 | SHB | 2.5 | $195 | $488 |

| **Kobre & Kim Total:** | **$132,059** |
|---|---|

**Gibson Dunn Fees & Expenses**

| MM/DD/YY | Time | Name | Rate | Amount |
|---|---|---|---|---|
| | | *October 6, 2014 Invoice* | | |
| 9/16/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 0.6 | Kushner Sarah | $625 | $375 |
| | 9.8 | Walgamuth Caitlin | $545 | $5,341 |
| 9/17/14 | 2.5 | Mastro Randy | $1,200 | $3,000 |
| | 13.75 | Rubin Lisa | $795 | $10,931 |
| | 7.2 | Kushner Sarah | $625 | $4,500 |
| | 13.5 | Walgamuth Caitlin | $545 | $7,358 |
| | 3.75 | Castellanos Amy | $335 | $1,256 |
| 9/18/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 3.7 | Mark Richard | $1,015 | $3,756 |
| | 8 | Rubin Lisa | $795 | $6,360 |
| | 1.1 | Kushner Sarah | $625 | $688 |
| | 7.6 | Walgamuth Caitlin | $545 | $4,142 |
| 09/19/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 1 | Mark Richard | $1,015 | $1,015 |
| | 5.75 | Rubin Lisa | $795 | $4,571 |
| | 5.8 | Kushner Sarah | $625 | $3,625 |
| | 7.7 | Walgamuth Caitlin | $545 | $4,197 |
| | 2.3 | Castellanos Amy | $335 | $771 |
| 09/20/14 | 1 | Mastro Randy | $1,200 | $1,200 |
| | 2.5 | Mark Richard | $1,015 | $2,538 |
| | 1 | Rubin Lisa | $795 | $795 |
| | 4.6 | Kushner Sarah | $625 | $2,875 |
| 09/21/14 | 1 | Rubin Lisa | $795 | $795 |
| | 8.1 | Kushner Sarah | $625 | $5,063 |
| | 10.5 | Walgamuth Caitlin | $545 | $5,723 |
| 09/22/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 3 | Mark Richard | $1,015 | $3,045 |
| | 7.5 | Rubin Lisa | $795 | $5,963 |
| | 2 | Gupta Seema | $765 | $1,530 |
| | 3.1 | Kushner Sarah | $625 | $1,938 |
| | 5.9 | Walgamuth Caitlin | $545 | $3,216 |
| | 1.5 | Raposo Laura | $545 | $818 |
| 09/23/14 | 1 | Mastro Randy | $1,200 | $1,200 |
| | 4 | Mark Richard | $1,015 | $4,060 |
| | 2 | Rubin Lisa | $795 | $1,590 |
| | 5.3 | Kushner Sarah | $625 | $3,313 |
| | 0.6 | Walgamuth Caitlin | $545 | $327 |
| 09/24/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 2.5 | Mark Richard | $1,015 | $2,538 |
| | 4.5 | Rubin Lisa | $795 | $3,578 |
| | 9.2 | Kushner Sarah | $625 | $5,750 |
| | 6.7 | Walgamuth Caitlin | $545 | $3,652 |
| | 3 | Raposo Laura | $545 | $1,635 |
| | 1 | Castellanos Amy | $335 | $335 |
| 09/25/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 5.3 | Walgamuth Caitlin | $545 | $2,889 |
| | 7.75 | Raposo Laura | $545 | $4,224 |
| 09/26/14 | 1 | Mastro Randy | $1,200 | $1,200 |
| | 13 | Rubin Lisa | $795 | $10,335 |
| | 7 | Gupta Seema | $765 | $5,355 |
| | 14.3 | Kushner Sarah | $625 | $8,938 |
| | 0.5 | Walgamuth Caitlin | $545 | $273 |
| | 6.9 | Raposo Laura | $545 | $3,761 |
| 09/27/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 6.5 | Mark Richard | $1,015 | $6,598 |
| | 14.25 | Rubin Lisa | $795 | $11,329 |
| | 7.7 | Gupta Seema | $765 | $5,891 |
| | 15 | Kushner Sarah | $625 | $9,375 |
| 09/28/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 5 | Mark Richard | $1,015 | $5,075 |
| | 7.5 | Rubin Lisa | $795 | $5,963 |
| | 4.3 | Gupta Seema | $765 | $3,290 |
| | 7.1 | Kushner Sarah | $625 | $4,438 |
| | 11.45 | Raposo Laura | $545 | $6,240 |
| 09/29/14 | 3.5 | Mastro Randy | $1,200 | $4,200 |
| | 2.5 | Mark Richard | $1,015 | $2,538 |
| | 1.5 | Mark Richard | $1,015 | $1,523 |
| | 11.3 | Rubin Lisa | $795 | $8,984 |
| | 2 | Gupta Seema | $765 | $1,530 |
| | 11.3 | Kushner Sarah | $625 | $7,063 |
| | 11 | Walgamuth Caitlin | $545 | $5,995 |
| | 9.2 | Raposo Laura | $545 | $5,014 |
| | 6.75 | Castellanos Amy | $335 | $2,261 |
| 09/30/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 1.5 | Rubin Lisa | $795 | $1,193 |
| | 1.4 | Kushner Sarah | $625 | $875 |
| | | Cost/Charges | | $12,784 |
| | | | 10% fee discount | -$27,549.88 |

| Rates | |
|---|---|
| Name | Rate |
| Mastro Randy | $1,200 |
| Mark Richard | $1,015 |
| Rubin Lisa | $795 |
| Gupta Seema | $765 |
| Kushner Sarah | $625 |
| Walgamuth Caitlin | $545 |
| Castellanos Amy | $335 |
| Neils Elizabeth | $485 |
| Raposo Laura | $545 |

**Gibson Dunn Fees & Expenses**

| MM/DD/YY | Time | Name | Rate | Amount |
|---|---|---|---|---|
| *November 13, 2014 Invoice* | | | | |
| 10/01/14 | 0.75 | Mastro Randy | $1,200 | $900 |
| | 8 | Rubin Lisa | $795 | $6,360 |
| | 0.1 | Gupta Seema | $765 | $77 |
| | 3.1 | Walgamuth Caitlin | $545 | $1,690 |
| 10/02/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 1.5 | Mark Richard | $1,015 | $1,523 |
| | 4.2 | Rubin Lisa | $795 | $3,339 |
| | 0.3 | Kushner Sarah | $625 | $188 |
| | 5.6 | Walgamuth Caitlin | $545 | $3,052 |
| | 3.6 | Castellanos Amy | $335 | $1,206 |
| | 1.9 | Neils Elizabeth | $485 | $922 |
| 10/03/14 | 0.25 | Mastro Randy | $1,200 | $300 |
| | 1 | Mark Richard | $1,015 | $1,015 |
| | 1.5 | Rubin Lisa | $795 | $1,193 |
| | 0.6 | Kushner Sarah | $625 | $375 |
| | 5.3 | Walgamuth Caitlin | $545 | $2,889 |
| | 3.2 | Neils Elizabeth | $485 | $1,552 |
| 10/04/14 | 0.25 | Mastro Randy | $1,200 | $300 |
| | 3 | Kushner Sarah | $625 | $1,875 |
| | 2.6 | Walgamuth Caitlin | $545 | $1,417 |
| 10/05/14 | 3 | Kushner Sarah | $625 | $1,875 |
| | 4.9 | Walgamuth Caitlin | $545 | $2,671 |
| 10/06/14 | 8 | Rubin Lisa | $795 | $6,360 |
| | 4.7 | Gupta Seema | $765 | $3,596 |
| | 7.5 | Kushner Sarah | $625 | $4,688 |
| | 6 | Walgamuth Caitlin | $545 | $3,270 |
| | 3.6 | Castellanos Amy | $335 | $1,206 |
| | 11.2 | Neils Elizabeth | $485 | $5,432 |
| 10/07/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 3.5 | Mark Richard | $1,015 | $3,553 |
| | 10 | Rubin Lisa | $795 | $7,950 |
| | 5.9 | Gupta Seema | $765 | $4,514 |
| | 1.3 | Kushner Sarah | $625 | $813 |
| | 11 | Walgamuth Caitlin | $545 | $5,995 |
| | 1.8 | Castellanos Amy | $335 | $603 |
| | 8.8 | Neils Elizabeth | $485 | $4,268 |
| 10/08/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 5.5 | Mark Richard | $1,015 | $5,583 |
| | 12 | Rubin Lisa | $795 | $9,540 |
| | 3.8 | Gupta Seema | $765 | $2,907 |
| | 3.2 | Kushner Sarah | $625 | $2,000 |
| | 11 | Walgamuth Caitlin | $545 | $5,995 |
| | 3.5 | Castellanos Amy | $335 | $1,173 |
| | 14.7 | Neils Elizabeth | $485 | $7,130 |
| 10/09/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 4 | Mark Richard | $1,015 | $4,060 |
| | 13 | Rubin Lisa | $795 | $10,335 |
| | 3.7 | Gupta Seema | $765 | $2,831 |
| | 1.6 | Kushner Sarah | $625 | $1,000 |
| | 5.5 | Walgamuth Caitlin | $545 | $2,998 |
| | 1.6 | Castellanos Amy | $335 | $536 |
| | 8.6 | Neils Elizabeth | $485 | $4,171 |
| 10/10/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 1.5 | Mark Richard | $1,015 | $1,523 |
| | 12.6 | Rubin Lisa | $795 | $10,017 |
| | 5.2 | Gupta Seema | $765 | $3,978 |
| | 5.5 | Kushner Sarah | $625 | $3,438 |
| | 1.5 | Castellanos Amy | $335 | $503 |
| | 8.47 | Neils Elizabeth | $485 | $4,108 |
| 10/11/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 7.3 | Mark Richard | $1,015 | $7,410 |
| | 8.25 | Rubin Lisa | $795 | $6,559 |
| 10/12/14 | 2.5 | Mastro Randy | $1,200 | $3,000 |
| | 4.5 | Mark Richard | $1,015 | $4,568 |
| | 12 | Rubin Lisa | $795 | $9,540 |
| | 12 | Kushner Sarah | $625 | $7,500 |
| | 11.1 | Neils Elizabeth | $485 | $5,384 |
| 10/13/14 | 2.5 | Mastro Randy | $1,200 | $3,000 |
| | 9.5 | Mark Richard | $1,015 | $9,643 |
| | 14 | Rubin Lisa | $795 | $11,130 |
| | 1.6 | Gupta Seema | $765 | $1,224 |
| | 13.4 | Kushner Sarah | $625 | $8,375 |
| | 10.5 | Castellanos Amy | $335 | $3,518 |
| | 11 | Neils Elizabeth | $485 | $5,335 |
| 10/14/14 | 8 | Mastro Randy | $1,200 | $9,600 |
| | 9.5 | Mark Richard | $1,015 | $9,643 |
| | 9.7 | Rubin Lisa | $795 | $7,712 |
| | 11 | Gupta Seema | $765 | $8,415 |
| | 10.6 | Kushner Sarah | $625 | $6,625 |
| | 0.8 | Castellanos Amy | $335 | $268 |
| | 9.5 | Neils Elizabeth | $485 | $4,608 |

**Gibson Dunn Fees & Expenses**

| MM/DD/YY | Time | Name | Rate | Amount |
|---|---|---|---|---|
| *November 13, 2014 Invoice (ctd.)* | | | | |
| 10/15/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 5 | Mark Richard | $1,015 | $5,075 |
| | 6.8 | Rubin Lisa | $795 | $5,406 |
| | 2.1 | Kushner Sarah | $625 | $1,313 |
| | 2.5 | Walgamuth Caitlin | $545 | $1,363 |
| | 2.5 | Castellanos Amy | $335 | $838 |
| | 4.5 | Neils Elizabeth | $485 | $2,183 |
| 10/16/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 5.5 | Mark Richard | $1,015 | $5,583 |
| | 11 | Rubin Lisa | $795 | $8,745 |
| | 0.1 | Kushner Sarah | $625 | $63 |
| | 0.8 | Walgamuth Caitlin | $545 | $436 |
| 10/17/14 | 8.75 | Rubin Lisa | $795 | $6,956 |
| | 6.9 | Gupta Seema | $765 | $5,279 |
| | 3.1 | Kushner Sarah | $625 | $1,938 |
| | 2.5 | Walgamuth Caitlin | $545 | $1,363 |
| | 1.8 | Castellanos Amy | $335 | $603 |
| | 7.5 | Neils Elizabeth | $485 | $3,638 |
| 10/18/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 4.4 | Gupta Seema | $765 | $3,366 |
| 10/19/14 | 0.5 | Mastro Randy | $1,200 | $600 |
| | 14.5 | Kushner Sarah | $625 | $9,063 |
| | 0.8 | Walgamuth Caitlin | $545 | $436 |
| | 16 | Neils Elizabeth | $485 | $7,760 |
| 10/20/14 | 3 | Mastro Randy | $1,200 | $3,600 |
| | 3.5 | Mark Richard | $1,015 | $3,553 |
| | 11.7 | Rubin Lisa | $795 | $9,302 |
| | 5.8 | Gupta Seema | $765 | $4,437 |
| | 7.9 | Kushner Sarah | $625 | $4,938 |
| | 14.9 | Walgamuth Caitlin | $545 | $8,121 |
| | 3.7 | Castellanos Amy | $335 | $1,240 |
| 10/21/14 | 3 | Mastro Randy | $1,200 | $3,600 |
| | 5 | Mark Richard | $1,015 | $5,075 |
| | 16 | Rubin Lisa | $795 | $12,720 |
| | 9.8 | Kushner Sarah | $625 | $6,125 |
| | 13.9 | Walgamuth Caitlin | $545 | $7,576 |
| | 13 | Neils Elizabeth | $485 | $6,305 |
| 10/22/14 | 6 | Mastro Randy | $1,200 | $7,200 |
| | 8 | Mark Richard | $1,015 | $8,120 |
| | 15 | Rubin Lisa | $795 | $11,925 |
| | 23.2 | Kushner Sarah | $625 | $14,500 |
| | 18.4 | Walgamuth Caitlin | $545 | $10,028 |
| | 8.8 | Castellanos Amy | $335 | $2,948 |
| | 20 | Neils Elizabeth | $485 | $9,700 |
| 10/23/14 | 9 | Mastro Randy | $1,200 | $10,800 |
| | 4.5 | Mark Richard | $1,015 | $4,568 |
| | 11.5 | Rubin Lisa | $795 | $9,143 |
| | 1.2 | Gupta Seema | $765 | $918 |
| | 15 | Kushner Sarah | $625 | $9,375 |
| | 15.5 | Walgamuth Caitlin | $545 | $8,448 |
| | 8 | Castellanos Amy | $335 | $2,680 |
| | 7.9 | Neils Elizabeth | $485 | $3,832 |
| 10/24/14 | 2 | Mastro Randy | $1,200 | $2,400 |
| | 0.7 | Mark Richard | $1,015 | $711 |
| | 4.8 | Rubin Lisa | $795 | $3,816 |
| | 3.2 | Gupta Seema | $765 | $2,448 |
| | 0.3 | Kushner Sarah | $625 | $188 |
| | 3 | Walgamuth Caitlin | $545 | $1,635 |
| | 1 | Castellanos Amy | $335 | $335 |
| 10/25/14 | 7.7 | Gupta Seema | $765 | $5,891 |
| 10/26/14 | 7.1 | Gupta Seema | $765 | $5,432 |
| 10/27/14 | 1.5 | Mastro Randy | $1,200 | $1,800 |
| | 1.5 | Mark Richard | $1,015 | $1,523 |
| | 7.8 | Gupta Seema | $765 | $5,967 |
| | 0.7 | Kushner Sarah | $625 | $438 |
| | 7.5 | Walgamuth Caitlin | $545 | $4,088 |
| 10/28/14 | 1 | Mastro Randy | $1,200 | $1,200 |
| | 10.2 | Gupta Seema | $765 | $7,803 |
| | 2.9 | Kushner Sarah | $625 | $1,813 |
| | 9 | Walgamuth Caitlin | $545 | $4,905 |
| | 0.9 | Neils Elizabeth | $485 | $437 |
| | 1.7 | Neils Elizabeth | $485 | $825 |
| 10/29/14 | 16.1 | Gupta Seema | $765 | $12,317 |
| | 4.7 | Kushner Sarah | $625 | $2,938 |
| | 17.5 | Walgamuth Caitlin | $545 | $9,538 |
| 10/30/14 | 9.5 | Rubin Lisa | $795 | $7,553 |
| | 3.1 | Gupta Seema | $765 | $2,372 |
| | 3.8 | Kushner Sarah | $625 | $2,375 |
| | 2.6 | Walgamuth Caitlin | $545 | $1,417 |
| | | Cost/Charges | | $47,229 |
| | | | 20% fee discount | -$134,753.29 |

## Gibson Dunn Fees & Expenses

| MM/DD/YY | Time | Name | Rate | Amount |
|---|---|---|---|---|
| *December 5, 2014 Invoice* | | | | |
| 11/03/14 | 3.1 | Gupta Seema | $765 | $2,372 |
| 11/04/14 | 3.5 | Gupta Seema | $765 | $2,678 |
|  | 5 | Walgamuth Caitlin | $545 | $2,725 |
| 11/05/14 | 0.6 | Gupta Seema | $765 | $459 |
| 11/06/14 | 3.1 | Gupta Seema | $765 | $2,372 |
| 11/07/14 | 2.5 | Kushner Sarah | $625 | $1,563 |
| 11/09/14 | 2 | Rubin Lisa | $795 | $1,590 |
| 11/10/14 | 6.8 | Gupta Seema | $765 | $5,202 |
|  | 0.2 | Kushner Sarah | $625 | $125 |
|  | 6.1 | Walgamuth Caitlin | $545 | $3,325 |
| 11/11/14 | 7.8 | Rubin Lisa | $795 | $6,201 |
|  | 1 | Gupta Seema | $765 | $765 |
|  |  |  | 20% fee discount | -$5,874.90 |

|  |  |
|---|---|
| **Gibson Dunn Total:** | **$870,475** |

**Susman Godfrey Fees & Expenses**

| Invoice No. | Invoice Date | Amount |
|---|---|---|
| 272652 | 22-Dec-15 | $46,027.70 |
| 272997 | 22-Jan-16 | $20,703.30 |
| 273250 | 12-Feb-16 | $147,443.61 |
| 273533 | 21-Mar-16 | $56,411.32 |
| 273820 | 13-Apr-16 | $41,932.97 |
| 274193 | 13-May-16 | $1,270.15 |
| 274438 | 14-Jun-16 | $3,271.30 |
| 274781 | 15-Jul-16 | $29,719.40 |
| 276053 | 6-Dec-16 | $18,137.65 |
| 277043 | 8-Mar-17 | $18,773.62 |
| 277350 | 12-Apr-17 | $6,053.90 |

| Susman Godfrey Total: | $389,744.92 |
|---|---|

**Bruce Green Fees**

| Invoice Date | Amount |
|---|---|
| 12/15/2015 | $15,000 |