# EXHIBIT 1

# The Prosecutor General Has Answered the Inquiry

Yuri Chaika explained who is behind the scandalous investigative documentary from the FFC

**On December 3, on the Day of Lawyers, Prosecutor General Yuri Chaika called the investigation presented by the Foundation for Fighting Corruption (FFC) made-to-order, stating that the information contained in the report "are of invariably false nature, and have no grounds to them whatsoever." At the same time, he declared that he was aware who and what are behind the FFC documentary, having promised to make this information public shortly. In this regard, Kommersant sent an inquiry to the Prosecutor General's Office, and having received the response from Yuri Chaika, decided to publish the original response.**

"In response to your inquiry, I would like to share with you the following thoughts:

The documentary allegedly produced by A. Navalny's Foundation did not impress me at all. I would like to note that I am not the main character in any of his investigative plots. I think this is the rationale behind those who ordered the film (and I am sure that A. Navalny is not the person behind it) to dirty me and the Prosecutor's Office, having provided no facts pertaining to my actions and decisions.'

I have already promised to name these persons who are behind it, and I will do it. So, I am sure that A. Navalny himself played a very modest part in this entire story. All the creators of this film are well known. But they are in fact nothing but the executors of a generously paid order for its preparation. Shooting, editing, travels, including those abroad, voice-over for the film, no doubt required a lot of time and money. Therefore, the circle of those who could order it is quite narrow. They should be searched for among the people with serious financial resources who, at the same time, hate our country as a whole, and the Russian Office of the Prosecutor General, in particular, and who try to do everything possible to prevent us from conducting audits and inspections together with other law enforcement organs. Had I not been doing anything as a Prosecutor General and not stood in the way of some people, I am sure there would be no people willing to bankroll this project.

It is specifically the efforts of the Office of the Prosecutor General that have uncovered criminal schemes from Khodorkovsky's structures to fund entities and private persons in Russia, with the latter acting against the interests of our country, its law enforcement and judicial systems.

We have been at the source of inspecting non-profit organizations, and identified the ones that have not been checked for decades. Some of non-profits funded from abroad have been operating as fully functional intelligence anti-Russian structures. As soon as we managed to ban the activity of several such organizations in Russia, those who are "behind" every "color revolution," this was immediately followed by outraged rhetoric from high-ranking officials in the USA. I can only imagine what is being said off the record."

Clearly, there are many who are not happy with our work. However, I believe that a certain person and powerful structures behind this person ordered this so-called investigation. This person is well aware of our investigations and is concerned about them.

Since 2004, the law enforcement authorities of the Russian Federation have been investigating criminal schemes of embezzlement that were in effect in the period from 1996 to 2006, and removed massive monetary funds out of Russia in this period. US intelligence services are in fact their ideologists, while W. Browder, a US citizen, and currently a British national, acts as their organizer.

As a result of this planned special operation, and subsequent actions on the part of the Browder and persons reporting to him, dozens of fake companies were registered in our country over this period, in order to overcome the ban established by the decree of the President of the Russian Federation for purchase of shares in Russian companies by non-residents, and for illegal purchase of shares in Gazprom OJSC.

Having formed a seven-per cent stake (133 million shares) in  this company, and using those he controlled, Browder attempted to blackmail the management of Gazprom OJAC, demanded to change the bylaws of the company, to hold an unscheduled assembly of its shareholders, to include his representatives on the board of the company, and blocked adoption of resolutions. I think you can well imagine what would have happened had this special operation of his achieved its objective. All of the documents, including those of a confidential nature, pertaining to the activities of the largest corporation in the country through their participation on the board of directors, would have become available to intelligence services of a foreign country, to US corporations–competitors of Gazprom in the natural resources industry. It created a real danger to the state, its economic foundations. Fortunately, all these plans were not destined to become true thanks to the circumstances beyond Browder's control.

All of the above-mentioned events were accompanied by withdrawal of unlawfully obtained dividends of billions rubles into offshore accounts, tax evasion and intentional bankruptcy of companies.

The criminal peak of W. Browder's network included the implementation of the plan to embezzle more than 5 billion rubles out of the Russian budget, while he tries to assign the responsibility for it to the Russian officials.

The Russian court found W. Browder guilty of tax-related crimes, and sentenced him to nine years in prison by proxy.

The investigation into other crimes committed by him and his accomplices is ongoing. A strong investigative team was formed for this case, and its activities have markedly intensified lately. The investigation continues in several countries at the same time now. And its results will be unequivocally and adversely seminal for W. Browder–and for others, too.

Understanding all of it, Browder has taken all steps necessary to neutralize the upcoming threats. He uses his well-known and standard methods and means to achieve these objectives–threats, blackmail, discrediting persons conducting the investigation. And this is what we are currently witnessing, but let us begin at the beginning.

One. All of Browder's criminal activities in Russia were accompanied by a number of mysterious deaths of people from his near circle, which have occurred since the start of investigations into his crimes in this country. Specifically, over a short period of time, Gasanov, a representative of Browder's Cyprus companies, and Kurochkin, the nominal director of one of the companies involved in the criminal scheme, died suddenly. Then, Korobeinikov–an owner of the bank used in the funds misappropriation, died following a fall from the 16th floor of a high rise construction, under suspicious circumstances. It was the death of several persons whose testimony of Browder's activities could be of interest to the investigation, forced two of his other accomplices, fearing for their lives, to leave Ukraine, where they had been hiding,

to turn themselves in to the Russian law enforcement and to provide their own testimony, including that of Browder's participation in the committed crimes. In each instance of the deaths referenced above there are currently ongoing homicidal investigations.

Two. At a certain stage of the investigation into Browder's crimes in Russia, the latter realized that everything may not end so well for him. At that time, Magnitsky died from an illness in the investigative detention facility. Browder and his bosses from the US Special Services decide to use this situation for their maximum benefit. For Browder, it turned out to be a veritable lifesaver, while the US Special Services used this tragedy to start their next special mission to discredit Russia in the eyes of the global community.

The made-to-order publications in the media followed, along with other most diverse methods of influencing the public opinion. By manipulating it, and playing on the common human emotions such as compassion, Browder presented S. Magnitsky's death as an act of vengeance directed at his lawyer in consideration of his completed investigation into corruption in the Russian authorities.

I am very sorry that the person died. However, it is necessary to note that Magnitsky had never been a lawyer; he had no legal educational background. He had not engaged in any investigations: As an accountant, he was engaged in the implementation of criminal schemes designed by Browder and directed at tax evasion, for which in fact he was arrested by the court. And at the time when he was detained, Browder's lawyers designated by him to work with Magnitsky tried to force by way of blackmail Magnitsky to sign the documents on his participation in events unknown to him, which resulted in his strong emotional depression.

Unprecedented in its scope, a Browder-instigated falsified PR campaign resulted in the adoption of the so-called Magnitsky Act adopted in the USA.

Three. While clearly understanding that the Magnitsky Act was adopted on an emotional basis, fueled by the anti-Russian attitudes, and it contained no facts evidenced by court rulings, other objective evidence such as the conclusion of the money embezzlement from the Russian budget specifically by our own nationals, Browder and his supervisors decided to prop up these vulnerable positions by way of filing the case in court in the USA. A Russian businessman was accused.

And now, we are following this process with interest from sidelines.

There is no doubt that the idea was that a settlement will be reached with the defendant under the powerful legal pressure from the US state machine. Thus, a legally significant decision will be made, without the court reviewing the actual evidence. This ruling would thus legitimize Browder's version on the budget funds misappropriated by the Russian officials rather than by him, and secondly, the court would support the declared version of the method of embezzlement allegedly discovered by Magnitsky and placed in the foundation of the decision to adopt the Act later to become known as the Magnitsky Act. Additionally, such a court decision would undoubtedly be of the precedent nature for many countries of the world.

However, in this case, W. Browder made a strategic mistake.

The court adopted a different decision, specifically, to study all evidence submitted in full (item by item) in relevance to what was used when the so-called Magnitsky Act was reviewed by the US Congress–in Browder's version.

There appears a unique chance to obtain the evidence within the judicial procedures, the legitimacy of which will not be apparently contested to confirm that the foundation of the Magnitsky Act adopted in the USA and insulting for our country is nothing but the lying PR campaign ran by Browder and the latter's decision to turn everything upside down, thus replacing the Browder affair with the Magnitsky affair, and avoiding punishment.

As I have said, we have been following the process, and I find it necessary to draw attention to one very significant moment, which describes these court proceedings. W. Browder, who initiated the process, has been avoiding giving any testimony, being fully aware that he has nothing true to say. Four times he was called up to provide a testimony, and three times he did not respond to the court subpoena. There is even a video recording available online in which Browder is clearly seen fleeing bailiffs trying to serve him the subpoena. Isn't it strange to be fleeing if you yourself allegedly had filed the case with the court?

W. Browder explained one of the reasons behind such behavior himself during his own media briefing in London. When asked by reporters why, while being a plaintiff in this case, he nevertheless did not appear in the court, Browder responded that in this case he'd have to disclose all of his agent work over the past 20 years. It would seem he did not want to testify in the US court in order not to disclose his agent network in Russia. However, I am confident Browder still uses them to run his campaign directed against us.

And as a whole, I believe that all of these actions undertaken by Browder convincingly indicate his fear. He is clearly fearful. And he seems to be terrified not only for his own sake but also for the sake of very powerful people standing behind him.

The information I referenced with regard to Browder's criminal activities is not a comprehensively exhaustive list available to the Russian law enforcement. At this time, we cannot disclose everything while the investigation is ongoing.

Summarizing it all, I would like to once again emphasize that I have no doubts to the fact that W. Browder and the special services standing behind him are those who ordered the release of this false documentary. As a significant proof, an unprecedented powerful and insulting campaign directed at myself and members of my family following the presentation of the film in Russia in publications, on TV, and online in several European countries simultaneously (Germany, Switzerland, Greece, and others).

The fact that Navalny with his history of two judicial sentences was not able to shoot such an expensive documentary full of lies directed at the Prosecutor General has been clear from the very start (and incidentally, I am not alone in this opinion). But I am sorry I do not believe that even governments of many countries are capable of launching an international attack at such a scale.

And nonetheless, it is important to outline the objectives of all this dirty PR campaign.

Objective No. 1: To discredit the Office of the Prosecutor General of the Russian Federation–the office authorized to engage in international collaboration in the field of criminal and judicial proceedings so that we would lose the help from our colleagues without which we would not be able to trace end points of all Browder's financial schemes leading abroad.

To discredit the mere fact of the investigation so that we were not able to present Browder's true face–the true face of an international con-man, fraudster, and criminal.

Objective No. 2: To suppress the currently ongoing active phase of the investigation, taking the person who launched it out of the spotlight, and, even better, to bury the case altogether.

And finally, there is a global objective–to discredit the Prosecutor General of Russia, and its staff members and regional officers, and to once again declare our country as an unreliable partner with which it is better not to have anything to do, as a country that deserves economic and other sanctions

From this standpoint, I would like to state with confidence that those who have ordered this film to be produced and presented would not stop there.

But I believe in justice, too. I am certain that the investigations we are conducting at this time would be all completed, and those who are at fault will be called up and found responsible."

Yuri Chaika

Alexei Navalny responded to the accusations from the Prosecutor General

Alexei Navalny, the Head of the Foundation for Fighting Corruption, has commented on the accusations presented towards William Browder in the letter from Yuri Chaika to Ilya Barabanov, a Kommersant reporter

"I am extremely disappointed. Clearly, following Berezovsky's death, the Russian authorities have been faced with a new challenge since they can no longer declare him as the person behind every action they do not like. But as for Browder? I cannot even imagine why William Browder has been brought into the picture. We expected the Office of the Prosecutor General to use smoke screens and distract attention by inventing someone who allegedly ordered this investigation, but I am surprised they chose him out of all their options. I may responsibly state that we are not interested in Browder, and we do not understand that he is referenced when connections between families of the management of the Office of the Prosecutor General and the Tsapki gang are being considered.

Our investigation deals with the criminal episodes, which among others were committed by the sons of Yuri Chaika; these crimes have become possible only because they are covered directly by the Prosecutor General. We have no doubts that the criminal business run by the wives of two gang members–Tsapka and Tsepovyaz–together with the wives of Deputy Prosecutors Lopatin and Staroverov, could not be run without such protection racketeering. The part played by Yuri Chaika is absolutely clear to us; and we still demand a comprehensive response for each item of our investigation, and we demand his resignation and fair investigation into this matter."

Based on the investigative information

The investigation into W. F. Browder's activity established that in 1996, while being a national of the United Kingdom of Great Britain and Northern Ireland, in violation of the migration legislation, he arrived in Moscow, where he decided to engage in unlawful acquisition of shares of the Russian companies banned for purchase by non-residents, foreign persons, and entities.

In order to realize his plans, Browder engaged D. R. Firestone, S. L. Magnitsky, and others who designed for him a criminal scheme to acquire shares of large Russian companies, gaining unlawful profit from the turnover of such shares, tax payment evasion, and their fraudulent refund out of the budget of the Russian Federation.

In order to implement the criminal plan in the Russian federation, accomplices of these persons, I. S. Cherkasov and V. G. Kleiner, registered fake companies–Makhaon, Rilend, Parfenion, Dalnyaya Step, Saturn Investments, Camea, Rifl, Orient-K, and others–which were all assigned to the same address: 301. Lenina St., Elista, Republic of Kalmyk, which also listed in excess of one thousand various fake companies.

However, these companies were not physically located at this address, and their effective management was performed by Hermitage Capital and Firestone Duncan in Moscow. Browder initially was the founding shareholder of these companies, while later his authorized persons–P. Wrench, M. Wilson, and I. Cherkasov–held this position.

By using these firms for his criminal activities, Browder made his actual involvement as a non-resident in the acquisition of the stock of Russian companies a secret from his commissioning agents and stock register holders. While buying the stock effectively through Russian legal entities, Browder has avoided the need to obtain the permit necessary for non-residents from the Federal Board on Securities and the Government of the Russian Federation , and ultimately, without their consent, unlawfully acquired at least 131,574,722 shares of Gazprom OJSC over the period from 1999 to 2004.

In 2004, including based on the result of tax audits, it was established that in the period from 1997 to 2002, Browder and Magnitsky, together with other persons, found V. N. Tsedeyev, O. E. Bukaev, A. E. Bukaev. E. Yu. Badykov, V. A. Byatkiev, I. S. Mikulyaev, and other mentally retarded persons who had official disabilities, and registered them as sham employees in the staff of Dalnyaya Step LLC and Saturn Investments LLC controlled by the former as financial analytics to obtain tax benefits.

Then, the accomplices submitted the false information about the employment of the disabled in these companies to the tax authorities, along with the fake certificates of residents of the special economic area containing fake information.

All these listed illegal actions and the scheme applied by the accomplices allowed Browder's companies to receive unlawful gains related to tax payments by reducing their tax burden from 35% to 5.5% only for income tax alone.

These conclusions have been confirmed by the rulings of arbitration courts according to which Bukaev, Byatkiev, Badykov and other disabled in view of their background and education, were not involved in the entrepreneurial activity of these companies and rather were unlawfully taken advantage of by Browder, Magnitsky and other persons in order to gain tax benefits for the income.

By the effective ruling of Tversky District Court in the city of Moscow dated July 11, 2013, Browder was found guilty of multimillion ruble intentional tax evasion and sentenced to nine years of imprisonment, and was declared a wanted person by federal and international law enforcement.

Additionally, pursuant to the results of the said judicial review on July 11, 2013, the resolution was adopted to terminate the criminal case with regard to Magnitsky pursuant to Clause 4 Part 1 Article 24 of the Code for Criminal Procedure of the RF in view of his death. At the same time, the court ruled that Magnitsky did not qualify for rehabilitation in view of his established involvement and guilt in the criminal charges presented to him pursuant to Part 3 Article 33, Clause "a," "b" Part 2 Article 199 of the Criminal Code of the RF.

It was also established that following the sale in 2006 of all shares from companies controlled by Browder that the same group of persons continued to apply unlawful taxation models, and later fraudulently claimed the return of taxes paid using the said models out of the budget of the country.

In February 2008, Russian law enforcement established that the income taxes paid by Browder-controlled Rilend, Makhaon, and Parfenion for the sale of shares in the amount of 5.4 billion rubles, by way of defrauding tax authorities and using fake agreements declaring losses in these companies that were equivalent to the amount of the paid taxes, were effectively stolen out of the Russian budget in the form of the tax refund of the paid excess of income tax.

The investigation into these circumstances showed that the misappropriation of 5.4 billion rubles was completed by a group of persons comprised of V. G. Khlebnikov, V. A. Markelov, V. N. Kurochkin, S. M. Korobeinikov, O. G. Gasanov, as well as Magnitsky and E. Khairetdinov, acting in Browder's interests.

The plan to misappropriate the taxes paid in 2006 for the profit on sale of shares, which developed no later than May 2007, provisioned the replacement of the taxpayer ownership in Rilend, Makhaon, and Parfenion, with dummy officials that would formally be in no way linked to anyone at Hermitage Capital, so that the organizers of the criminal model could receive the stolen funds into the accounts of their controlled persons, and later claim the takeover of these companies out of their ownership, and thus removing any suspicions from themselves.

In the process of this crime, and in order to cover up Browder's participation in it, the owners of the Russian companies were replaced with dummies by way of re-registering 100% equity in these companies to Pluton LLC. To do so, the directors of Kone Holdings and Glendora Holdings, Cyprus companies that are a part of Hermitage Capital and are owned by Browder, on July 2, 2007 issued their power of attorney to Gasanov, authorizing Browder to enter into agreements on the companies' behalf with the shares in stock equity of these companies, and to independently determine the conditions of these transactions.

On July 31, 2007, pursuant to this power of attorney, Gasanov entered into the sale and purchase agreement for the share in Rilend, Makhaon, and Parfenion, with a dummy official formally not linked to Hermitage Capital and to Browder.

Following the re-registering the articles of association, Gasanov appointed Khlebnikov, Markelov, and Kurochkin, engaged by him, in the positions of directors of these companies, who subsequently were directly involved in the tax fraud demonstrating grounds to qualify for the refund of the earlier paid taxes in the amount of 5.4 billion rubles.

Being a co-executor of the misappropriation scheme and having the most detailed financial information on the status of Makhaon, Rilend, and Parfenion, Magnitsky calculated the amount of the allegedly overpaid excess of taxes to the budget, executed the fraudulent tax returns, and confirming supporting accounting documents, having certified them by copies of seal, and then transferred them to Gasanov and Markelov, which they used together with Kurochkin and Khlebnikov to falsify the information of tax authorities and to misappropriate 5.4 billion rubles.

In his turn, acting as the owner of Universal Savings Bank Commercial Bank, Korobeinikov provided accounts of this entity, along with the receipt of the funds out of the budget in the form of a tax refund, and their subsequent legitimization (transfer into other banking and other credit institutions of the Russian Federation, and their subsequent transfer of them out of the country).

Pursuant to the documents prepared by Magnitsky, inspectorate administrations No. 25 and No. 28 of the Federal Tax Service in the city of Moscow resolved to refund the tax in the amount of 5,409,503,006.48 rubles, which were transferred from the Directorate of the Federal Treasury of the Ministry of Finances of Russia in the city of Moscow to the company accounts on December 26, 2007.

Having realized that the above-referenced criminal activity of Browder and persons controlled by him may be detected by the Russian law enforcement, one of his lawyers–Khairetdinov–began taking steps previously designed within the criminal plan to remove Browder out of the circle of persons who may become suspects in the misappropriation of 5.4 billion rubles.

As of December 2007, Khairetdinov circulated the information that the said companies had been taken over from Browder (from Hermitage Capital) and that the Russian law enforcement was involved in this takeover, referring to the fact that in June 2007, during the searches, they had removed the articles of association and great seals in Rilend, Makhaon, Parfenion, and later used them to re-register these entities to other persons.

Following yet another change in the nominal owner of Rilend, Makhaon and Parfenion companies (Pluton) to a new dummy entity, Boily Systems (British Virgin Islands), Khairetdinov arranges for a secret removal of false documents prepared by Magnitsky and used by Gasanov and Markelov to misappropriate 5.4 billion rubles from the tax authorities and their subsequent retention by Khairetdinov.

When a part of the stolen tax documents was found during the search completed at Khairetdinov's, the latter promptly left the Russian Federation, and according to the available information currently resides in Great Britain, where majority of Browder's group have found sanctuary since 2006–2007 after having been engaged by Browder in many years of systemically organized fraudulent activities.

# Morningside Translations

# TRANSLATION CERTIFICATION

450 7th Avenue
10th Floor
New York, NY  10123
Tel 212.643.8800
Fax 212.643.0005
www.morningtrans.com

**County of New York**
**State of New York**

Date: January 5, 2016

To whom it may concern:

This is to certify that the attached translation from Russian into English is an accurate representation of the documents received by this office.

The document is designated as:

- Генпрокурор ответил на запрос

Riley Russell, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Riley Russell

Accurate Translation Services 24/7

KOMMERSANT.RU | ГАЗЕТА «Ъ» | ПРИЛОЖЕНИЯ | ВЛАСТЬ | ДЕНЬГИ | ОГОНËК | WEEKEND | АВТОПИЛОТ | НАУКА | КАТАЛОГ | **93.6** | ЛК

06 ЯНВАРЯ, СРЕДА

**Коммерсантъ.ru** ГАЗЕТА КОММЕРСАНТЪ

| СТРАНА | МИР | БИЗНЕС | ЭКОНОМИКА | КУЛЬТУРА | СПОРТ | | | |

МОСКВА, -13...-15
▲ $ 72,92   ▼ € 79,63
▼ RTS 743,71

Поиск по сайту

## коротко

**15:33** В Риме умерла кинозвезда Сильвана Пампанини

**15:20** В ДНР готовы к обмену пленными с Киевом

**15:07** В Кремле встревожены возможными испытаниями Северной Кореей водородной бомбы

**14:50** В США полагают, что Башар Асад останется у власти до марта 2017 года

**14:29** Скончался известный французский композитор Пьер Булез


ТЕМАТИЧЕСКИЙ РАЗДЕЛ

ФИНАНСЫ, БЕЗ КОТОРЫХ НАМ НЕ ЖИТЬ

Коммерсантъ.ru®

**14:15** Цена на нефть марки Brent опустилась ниже $35 за баррель впервые с 2004 года

**14:02** Запрет полетов в Египет вызвал рост спроса на ряд других туристических направлений

**13:46** Доллар превысил отметку 74 руб./$ впервые с декабря 2014 года

**13:34** Найденный у офиса Ангелы Меркель предмет не представлял опасности

**13:16** МИД России: возможное испытание Пхеньяном водородной бомбы является нарушением резолюции СБ ООН

Все новости

## подробно

# Генпрокурор ответил на запрос

Юрий Чайка рассказал, кто стоит за скандальным фильмом ФБК


323
Фото: Дмитрий Духанин / **Коммерсантъ**

14.12.2015

Расследование деятельности Уильяма Браудера и Hermitage Capital

«Чайка». Фильм Фонда борьбы с коррупцией

В День юриста, 3 декабря, генеральный прокурор Юрий Чайка назвал расследование Фонда борьбы с коррупцией (ФБК) заказным, заявив, что изложенные в нем сведения "носят заведомо лживый характер и не имеют под собой никакой почвы". Тогда же он сообщил, что знает, кто и что стоит за фильмом ФБК, пообещав вскоре это обнародовать. "Коммерсантъ" обратился по этому поводу с запросом в Генпрокуратуру и, получив от Юрия Чайки ответ, решил опубликовать его в оригинале.

"В ответ на ваше обращение хотел бы поделиться следующими соображениями:

Фильм, якобы снятый фондом А. Навального, не произвел на меня сильного впечатления. Хочу заметить, что я не являюсь действующим лицом ни одного из его сюжетов. Думаю, в этом и состоял расчет заказчиков (уверен, что заказчиком фильма является не сам А. Навальный) — очернить меня и прокуратуру, не указав никаких фактов, касающихся моих действий и решений.

Я уже обещал назвать этих заказчиков, и я это сделаю. Итак, я убежден, что сам А. Навальный играл весьма скромную роль в этой истории. Все создатели настоящего фильма известны. Но они лишь исполнители щедро оплаченного заказа на его подготовку. Съемки, монтаж, командировки, в том числе за границу, озвучка фильма, безусловно, потребовали много времени и денег. Поэтому круг заказчиков сужается. Их стоит искать среди людей, обладающих большими финансовыми возможностями и при этом ненавидящих нашу страну в целом и российскую прокуратуру в частности, стремящихся любой ценой остановить проводимые нами совместно с другими правоохранительными органами проверки и расследования. Если бы на посту генерального прокурора я ничего не делал и никому не мешал, уверен, не нашлось бы желающих раскошелиться на его создание.

### наглядно


Самые упоминаемые чиновники и политики в 2015 году

### спецпроекты


Лучшие фотографии «Ъ» 2015 года
Фотографии ИД «Коммерсантъ» на протяжении года освещали важнейшие события в стране и мире. Лучшие сним сделанные ими, — в фотогалерее «Ъ»


Каникулярное расписание
Накануне новогодних каникул Weekend выбрал лучшие фильмы, выставки, спектакли и концерты, на которые стоит сходить в Москве в конце декабря — начале января


Календарь ожиданий
Каким будет 2016-ый — прогнозы и планы на год


Завершится ли кризис в 2016 году
Портфельные управляющие о курсе доллара, ценах на нефть и процентных ставках

**Юрий Чайка нашел в расследовании фонда Алексея Навального заказчика**
3 декабря Юрий Чайка назвал расследование ФБК Алексея Навального о судьбах его детей с криминалом заказным, а информацию, опубликованную в нем, «лживой». Генпрокурор заявил, что ему «ясно, кто за этим стоит», и не исключил, что «озвучит» в будущем.


ДЛЯ ТЕХ, КТО ВЪЕЗЖАЕТ
ТЕМАТИЧЕСКИЙ РАЗДЕЛ
АВТО


Лица 2015 года

Case 1:13-cv-06326-WPC    Document 532-1    Filed 06/09/16    Page 12 of 22

Именно усилиями Генеральной прокуратуры вскрыты уголовные схемы финансирования структурами Ходорковского российских организаций и физических лиц, действующих вопреки интересам нашей страны, ее правоохранительной и судебной системе.

Мы стояли у истоков проверок НКО, выявили те из них, которые десятки лет не проверялись. Некоторые некоммерческие организации, финансируемые из-за рубежа, работали в полном смысле как разведывательные, антироссийские структуры. Стоило нам недавно добиться запрета деятельности в России организаций, чьи "уши торчат" за каждой "цветной революцией" в мире, как тут же посыпались гневные комментарии высокопоставленных чиновников США. Я представляю, что там говорят "в кулуарах"

Разумеется, есть много недовольных нашей работой. Однако заказчиком этого конкретного фильма я считаю конкретного человека и стоящие за ним мощные структуры. Этот человек знает о наших расследованиях и опасается их.



**Как отреагировали на расследование ФБК в Госдуме**

3 декабря появились первые комментарии высших должностных лиц относительно расследования ФБК Алексея Навального, посвященного бизнесу сыновей генпрокурора Юрия Чайки

С 2004 года правоохранительными органами Российской Федерации расследуются преступные схемы хищений в период с 1996 по 2006 год из России огромных денежных средств. Их идеологами являются спецслужбы США, а организатором выступил гражданин США, ныне подданный Великобритании У. Браудер.

В результате задуманной спецоперации, последующих действий Браудера и подконтрольных ему лиц в указанный период в нашей стране были зарегистрированы десятки фиктивных фирм с целью преодоления установленного указом президента РФ запрета на приобретение нерезидентами акций российских предприятий и незаконной скупки акций ОАО "Газпром".

Сформировав семипроцентный пакет акций (133 млн штук) этого общества, Браудер через подконтрольных ему лиц пытался шантажировать руководящие органы ОАО "Газпром", требовал изменения устава общества, проведения досрочного созыва собрания акционеров, включения в руководство общества его представителей, блокировал принятие решений. Я думаю, вы представляете, что могло бы произойти, если бы спецоперация достигла цели. Все документы, в том числе конфиденциального характера, о деятельности самой крупной корпорации страны через участие в совете директоров стали бы доступны спецслужбам иностранного государства, американским корпорациям — конкурентам "Газпрома" в сырьевой отрасли. Это создавало реальную угрозу безопасности государства, его экономическим устоям. К счастью, все эти планы не воплотились в жизнь по не зависящим от Браудера обстоятельствам.

Все указанные события сопровождались выводом преступно полученных дивидендов на миллиарды рублей в офшоры, неуплатой налогов и преднамеренным банкротством предприятий.



**Как отреагировали на расследование ФБК в Совете Федерации**

Спикер СФ Валентина Матвиенко направила на рассмотрение комитета по конституционному законодательству расследование ФБК о бизнесе детей генпрокурора Юрия Чайки. Она пообещала, что комитет даст на него «исчерпывающий ответ».

Криминальным апогеем деятельности группировки У. Браудера стала реализация схемы хищения более 5 млрд рублей из российского бюджета, ответственность за которую он всячески пытается переложить на российских чиновников.

Российским судом У. Браудер признан виновным в совершении налоговых преступлений и заочно приговорен к девяти годам лишения свободы.

Расследование иных совершенных им и его соучастниками преступлений продолжается. По делу была образована мощная следственная группа, ее работа заметно активизирована. Следствие проводится сразу в нескольких странах. Его результаты однозначно будут иметь для У. Браудера крайне нежелательные последствия — и не только для него.

Понимая это, Браудер предпринимает все возможные меры по нейтрализации возникающих угроз. Средства и способы достижения данной цели для него привычные — угрозы, шантаж, дискредитация лиц, проводящих расследование. Как раз с этим мы сейчас и столкнулись, но обо всем по порядку.

Первое. Вся криминальная деятельность Браудера в России сопровождалась чередой загадочных смертей людей из его окружения, происшедших после начала расследования в нашей стране совершенных им преступлений. Так, в течение непродолжительного времени скоропостижно скончались представитель кипрских компаний Браудера Гасанов и



**Кадры из фильма оказались уже проверенными**

СКР отказал депутату Госдумы Иосифу Кобзону в проверке обстоятельств, изложенных в фильме ФБК Алексея Навального. В СКР решили, что нет никаких оснований для отмены результатов проведенной по заявлениям двух других депутатов

Самые упоминаемые. Самые обсуждаемые. Весь год мы видели этих людей по телевизору, слышали о них п радио, читали в газетах, журналах и интернете. Мало кто из попавших в составленные нами рейтинги нуждается в особом представлении

**Главные события 2015 года**

В рейтинге главных событий года очень много смертей. Убийства, теракты, вой А в рейтинге главных деловых событий преобладают темы, связанные с конфронтацией — блокада, приостановка санкции, уничтожение

**Послевоенные войны**

30 сентября 2015 года Россия начала военную кампанию в Сирии. После окончания Второй мировой СССР и пот Россия участвовали в десятках военных операций, в которых несли потери. От Китая и Кубы до Анголы и Чехословакии — где и чего добились российские вооруженные силы — в спецпроекте "Ъ

**Вниманию читателей и партнеров**

Издательский дом «Коммерсантъ» переезжает в новый офис, расположенный по адресу: 121609, РФ, Москва, Рублевское шоссе, дом 28. Телефоны нового офиса: +7 (495) 797-6970, +7 (495) 926-3307. Адресом старого офиса: 127055, РФ, Москва, Тихвинский переулок, дом 11, стр. 2. Переезд намечен на 10 января.

Обращаем ваше внимание на изменение телефонных номеров ряда служб и сотрудников.

подробнее

номинальный директор одного из
вовлеченных в преступную схему
обществ Курочкин. Вслед за этим при
странных обстоятельствах при падении с
16-го этажа новостройки погибает
Коробейников — владелец банка,
использовавшегося в хищении средств.

Госдумы в 2012 году проверки тех же
сведений, которая завершилась
отказом в возбуждении уголовного дела
"в связи с отсутствием события какого-
либо преступления".

Именно уход из жизни нескольких людей, чьи показания о деятельности
Браудера могли быть интересны следствию, вынудил еще двоих его
соучастников, опасавшихся за свою жизнь, выехать из Украины, где они
скрывались, явиться с повинной в российские правоохранительные органы и
дать признательные показания, в том числе об их участии Браудера в совершении
преступлений. По каждому из случаев смерти вышеназванных лиц в настоящее
время возбуждены уголовные дела об убийствах.

Второе. На определенной стадии расследования в России преступлений
Браудера последний понимает, что все для него может закончиться очень
плохо. И в этот момент в следственном изоляторе от заболевания умирает
Магнитский. Браудер и его руководители из спецслужб США решают
использовать эту смерть по максимуму. Для Браудера она явилась
спасательным кругом, а спецслужбы США воспользовались трагедией для
старта своей очередной спецоперации по дискредитации России в глазах
мирового сообщества.

В ход пошли заказные публикации в СМИ и другие, самые разные способы
воздействия на общественное мнение. Манипулируя им, используя присущее
людям чувство сострадания, Браудер преподносит смерть С. Магнитского в
качестве расправы над его адвокатом за проведенное расследование
коррупции в российских органах власти.

Я очень сожалею, что умер человек.
Однако следует отметить, что Магнитский
никогда адвокатом не был, юридического
образования не имел. Каких-либо
расследований не проводил и проводить
не мог: он в качестве бухгалтера
занимался реализацией созданных
Браудером преступных схем по
уклонению от уплаты налогов, за что и
был арестован судом. А когда он уже
содержался под стражей, адвокаты
Браудера, определенные им для работы
с Магнитским, путем шантажа пытались
заставить Магнитского подписать



**В расследовании ФБК
повеяло "Дальней
степью"**
Как стало известно "Ъ" на
прошлой неделе, бывший следователь
МВД Павел Карпов, фигурирующий в
так называемом списке Магнитского,
подготовил заявление в
правоохранительные органы, в котором
говорится о возможной связи между
действиями находящегося в розыске
директора фонда Hermitage Capital
Уильяма Браудера и Фонда борьбы с
коррупцией (ФБК) Алексея Навального.

документы об участии в событиях, ему неизвестных, что приводило его в
состояние сильной эмоциональной подавленности.

Результатом срежиссированной Браудером невидимой по масштабам лживой
пиар-кампании стало принятие в США так называемого "закона Магнитского".

Третье. Все же понимая, что "закон Магнитского" принят на эмоциях,
антироссийских настроениях и в нем нет ни одного факта, подтверждающего
судебными решениями, иными объективными доказательствами вывод о
хищениях денежных средств из бюджета России гражданами именно нашей
страны, Браудер и его кураторы решили подкрепить эти уязвимые положения
путем обращения в суд на территории США. Был обвинен российский
бизнесмен.

И сейчас мы со стороны с интересом наблюдаем за этим процессом.

Нет сомнения, что расчет был на то, что под мощным юридическим давлением
государственной машины США будет заключено мировое соглашение с
ответчиком. Тем самым состоится юридически значимое решение, причем без
исследования судом доказательств. И таким решением, во-первых, будет
легализована версия Браудера о том, что бюджетные деньги похитил не он, а
российские чиновники, а во-вторых, подкреплен судом способ хищения этих
средств, якобы вскрытый Магнитским и положенный в обоснование
необходимости принятия закона, впоследствии названного его именем. Кроме
того, судебное решение бесспорно имело бы прецедентное значение во многих
странах мира.

Однако в этом случае У. Браудер совершил стратегическую ошибку.

Суд принял иное решение, а именно исследовать в полном объеме все
доказательства (отдельно по пунктам) того, что при рассмотрении так
называемого "закона Магнитского" в Конгрессе США было изложено в версии
Браудера.

Возникает уникальный шанс в рамках судебных процедур, легитимность
которых явно не будет кем-либо оспорена, получить доказательства того, что за
принятым в США оскорбительным для нашей страны "законом Магнитского" нет
ничего, кроме лживого пиара Браудера и его стремления перевернуть все с ног
на голову, заменить "дело Браудера" "делом Магнитского" и избежать
наказания.

Как я уже сказал, мы следим за процессом, и считаю важным осветить только один, но очень примечательный момент, характеризующий судебные слушания. У. Браудер, который явился инициатором процесса, всячески уклоняется от дачи правдивых показаний, понимая, что сказать ему просто нечего. Четырежды он вызывался на допрос и трижды не являлся по вызовам суда. Есть даже видеозапись в интернете, на которой видно, как Браудер удирает от судебных приставов, пытающихся вручить ему повестку. Казалось бы, от чего скрываться, если ты сам обратился в этот суд?

Одну из причин такого своего поведения У. Браудер лично озвучил в ходе своей пресс-конференции в Лондоне. На вопрос журналистов, почему, выступая в качестве истца, он тем не менее не является в суд, Браудер ответил, что в этом случае он будет вынужден раскрыть всю свою агентскую работу за 20 лет. Получается, что он не желает давать показания суду США, чтобы не засветить своих агентов в России. Хотя я убежден, что именно через них Браудер сейчас и проводит против нас свою кампанию.

А в целом, по моему мнению, все эти поступки Браудера убедительно демонстрируют его страх. Он явно напуган. Причем боится он не только за себя, но и за очень влиятельных людей, стоящих за ним.

Приведенные мною сведения о преступной деятельности Браудера далеко не полный перечень тех, которыми располагают российские правоохранительные органы. Пока что в интересах следствия всего мы раскрывать не будем.

Резюмируя все изложенное, я хотел бы еще раз подчеркнуть, что у меня нет никаких сомнений в том, что заказчиками этого лживого фильма являются У. Браудер и стоящие за ним спецслужбы. Как весомое подтверждение этому следом за вбросом фильма в России на меня и членов моей семьи совершена мощнейшая беспрецедентная, оскорбительная атака в газетах, на телевидении, в интернете сразу в нескольких европейских странах (Германия, Швейцария, Греция и другие).

То, что дважды судимому Навальному не по зубам снять этот дорогой и полный лжи фильм про генерального прокурора России, было понятно сразу (это, кстати, не только мое мнение). Но вот осуществить интернациональную атаку такого размаха, я извиняюсь, не под силу даже правительствам многих стран.

И тем не важнее сказать о целях всего этого черного пиара.

Цель N1. Дискредитировать Генеральную прокуратуру Российской Федерации — орган, уполномоченный осуществлять международное сотрудничество в сфере уголовного судопроизводства, чтобы мы лишились помощи наших коллег, без которой мы не сможем отследить конечные точки всех финансовых схем Браудера, уходящих за рубеж. Дискредитировать сам факт расследования, чтобы мы не смогли показать истинное лицо Браудера — международного мошенника, афериста, преступника.

Цель N2. Максимально загасить происходящую сейчас активную фазу расследования, выведя из строя ее инициатора, а лучше вообще похоронить дело.

Ну и наконец, есть глобальная цель — скомпрометировать генерального прокурора России, его подчиненных региональных руководителей, вновь заявить о нашей стране как о партнере, с которым лучше не иметь дело, стране, достойной экономических и прочих санкций.

С этой точки зрения я могу сказать о своей уверенности, что на этом заказчики фильма не остановятся.

Но я верю в справедливость. Я убежден, что проводимые нами расследования будут завершены и виновные будут привлечены к ответственности".

Юрий Чайка

**Алексей Навальный ответил на обвинения Генпрокурора**

**Руководитель Фонда борьбы с коррупцией Алексей Навальный прокомментировал корреспонденту "Ъ" Илье Барабанову обвинения в адрес Уильяма Браудера, изложенные в письме Юрия Чайки.**

"Я очень разочарован. Понятно, что после смерти Березовского российские власти в затруднении, так как не могут объявлять его заказчиком всего, что им не нравится. Но Браудер? С какого бока возник именно Уильям Браудер? Мы ожидали, что в Генпрокуратуре будут отвлекать внимание и придумывать заказчика, но я удивлен, что выбрали именно его. Могу сказать, что нас Браудер не интересует, и мы не понимаем, почему при обсуждении связей родственников руководства Генпрокуратуры и банды Цапков возникает он.

В нашем расследовании есть эпизоды преступлений, которые совершены в том числе сыновьями Юрия Чайки, эти преступления были возможны только благодаря покровительству самого генпрокурора. У нас нет никаких сомнений, что криминальный бизнес, который вели жены бандитов Цапка и Цеповяза с женами заместителей генпрокурора Лопатина и Староверова, не мог вестись без такого крышевания. Роль Юрия Чайки совершенно ясна для нас, мы по–прежнему требуем содержательного ответа по каждому пункту нашего расследования, требуем его отставки и объективного разбирательства".

Всего документов:  1  **2** **3**

| 615 | 0 | 1790 | 219 |

Газета "Коммерсантъ" **№230** от 14.12.2015, стр. 1

ПЕЧАТЬ          ОБСУДИТЬ

323

---

**актуально**



**мир**

Северная Корея предположительно испытала водородную бомбу



**спорт**

Серебряный овертайм российской «молодежки»



**потребрынок**

Правительство поддержит операторов внутреннего туризма



«Они нам не чужие»



Саудовская Аравия разорвала дипотношения с Ираном



Каникулярное расписание



Мусульмане разошлись в вопросе объединения



Акции без дивидендов



Перед нефтью все равны



«Самый большой страх — это страх безработицы»



Со всеми наступающими

на главную

обсуждение

© 1991–2016 АО
«Коммерсантъ».
All rights reserved.

**ЖАЛУЙТЕСЬ**

ОСНОВНЫЕ РАЗДЕЛЫ

Фото | Видео | Авторы | Темы | Ъ-Digital |
Рейтинги | Новости компаний |
Объявления о несостоятельности | Блоги |
Годовые отчеты компаний | Архив

ИЗДАНИЯ

Газета «Коммерсантъ» | Власть | Деньги |
Огонек | Weekend | Автопилот | Каталог |
Ъ-Online | Регионы | Ъ-FM
Новости ПАО «МегаФон»

ИНФОРМАЦИЯ

Контакты | Редакция | Вакансии |
О «Коммерсанте» | Правовая информация |
Конференции «Ъ» | **Подписка** | **Реклама**
ПАО «Аэрофлот» — официальный авиа-
поставщик АО «Коммерсантъ»

**16+**

   

Case 1:13-cv-06326-WPC　Document 582-1　Filed 06/09/16　Page 17 of 22

KOMMERSANT.RU | ГАЗЕТА «Ъ» | ПРИЛОЖЕНИЯ | ВЛАСТЬ | ДЕНЬГИ | ОГОНЁК | WEEKEND | АВТОПИЛОТ | НАУКА | КАТАЛОГ　　93.6 | АК

06 ЯНВАРЯ, СРЕДА

МОСКВА, -13...-15　　Поиск по сайту

▲ $ 72,92　€ 79,63
▼ ММВБ 1747,89

# Коммерсантъ.ru®

**СТРАНА | МИР | БИЗНЕС | ЭКОНОМИКА | КУЛЬТУРА | СПОРТ |　|　|**

## коротко

15:33　В Риме умерла кинозвезда Сильвана Пампанини

15:20　В ДНР готовы к обмену пленными с Киевом

15:07　В Кремле встревожены возможными испытаниями Северной Кореей водородной бомбы

14:50　В США полагают, что Башар Асад останется у власти до марта 2017 года

14:29　Скончался известный французский композитор Пьер Булез



14:15　Цена на нефть марки Brent опустилась ниже $35 за баррель впервые с 2004 года

14:02　Запрет полетов в Египет вызвал рост спроса на ряд других туристических направлений

13:46　Доллар превысил отметку 74 руб./ $ впервые с декабря 2014 года

13:34　Найденный у офиса Ангелы Меркель предмет не представлял опасности

13:16　МИД России: возможно испытание Пхеньяном водородной бомбы является нарушением резолюции СБ ООН

ВСЕ НОВОСТИ

## подробно

# Расследование деятельности Уильяма Браудера и Hermitage Capital

9

14.12.2015, 01:31

### По данным следствия

Расследование деятельности У. Ф. Браудера установлено, что в 1996 году он, будучи подданным Соединенного Королевства Великобритании и Северной Ирландии, в нарушение миграционного законодательства прибыл в Москву, где принял решение заниматься незаконным приобретением акций российских предприятий, запрещенных для продажи нерезидентам — иностранным лицам.

Для реализации своих планов Браудер привлек Д. Ф. Файерстоуна, С. Л. Магнитского и других лиц, которые разработали для него преступную схему завладения акциями крупных российских компаний, обогащение за счет незаконного оборота этих акций, неуплаты налогов и их мошеннического возврата из бюджета Российской Федерации.

Во исполнение преступного плана на территории Российской Федерации соучастники указанного лица, И. С. Черкасов и В. Г. Клейнер, организовали учреждение фиктивных обществ: «Махаон», «Ризнэд», «Парфенион», «Дальняя степь», «Сатурн Инвестментс», «Камея», «Рифл», «Ориент-К» и других, которые зарегистрировали по одному адресу: Республика Калмыкия, г. Элиста, ул. Ленина, д. 301, где также числилось еще свыше 1 тыс. различных фиктивных компаний.

Однако по данному адресу названные организации не находились, фактическое управление их деятельностью осуществлялось компаниями Hermitage Capital и «Файерстоун Данкен» в г. Москве. Руководителем учрежденных обществ первоначально являлся Браудер, а затем эту должность занимали его доверенные лица — П. Ренч, М. Уилсон, И. Черкасов.

Используя указанные фирмы в преступных целях, Браудер скрывал от контрагентов и реестродержателей акций свое фактическое участие как нерезидента в скупке акций российских предприятий. Приобретая акции формально на российские юридические лица, Браудер уклонился от получения обязательного для нерезидентов разрешения Федеральной комиссии по ценным бумагам и правительства Российской Федерации и в итоге без их согласия в период с 1999 по 2004 год противоправно приобрел не менее 131 574 722 акций ОАО «Газпром».

В 2004 году, в том числе по результатам налоговых проверок, выявлено, что в период с 1997 по 2002 год Браудер и Магнитский совместно с иными лицами подыскали в г. Элисте В. Н. Цедеева, О. Э. Букаева, А. Э. Букаева, З. Ю. Бадыкова, В. А. Бяткиева, И. С. Микуляеву и других умственно отсталых лиц, имевших инвалидность, которых фиктивно оформили в штат сотрудников подконтрольных им ООО «Дальняя степь» и ООО «Сатурн Инвестментс» на должности финансовых аналитиков для получения налоговых льгот.

Далее соучастники предоставили в налоговые органы ложные сведения о работе в указанных организациях инвалидов, а также поддельные свидетельства резидентов особой экономической зоны, содержащие подложные данные.

Перечисленные противоправные действия и использованная соучастниками схема позволяли компаниям Браудера незаконно получать льготы по уплате налогов, снижая свое налоговое бремя с 35% до 5,5% только по налогу на прибыль.

Указанные данные подтверждены и решениями арбитражных судов, согласно которым Букаев, Бяткиев, Бадыков и другие инвалиды, исходя из имевшегося у них образования и специальностей, к предпринимательской деятельности данных организаций отношения не имели, а незаконно использовались Браудером, Магнитским и иными лицами в целях получения льгот по налогу на прибыль.

## наглядно



20 главных событий 2015 года

## спецпроекты



Лучшие фотографии «Ъ» 201 года

Фотографии ИД «Коммерсантъ» на протяжении года освещали важнейшие события в стране и мире. Лучшие снимки сделаны ими, — в фотогалерее «Ъ»



Каникулярное расписание

Накануне новогодних каникул Weekend выбрал лучшие фильмы, выставки, спектакли и концерт, на которые стоит сходить в Москве в конце декабря — начале января



Календарь ожиданий

Каким будет 2016-ый — прогнозы и планы на год



Завершится ли кризис в 2016 году

Портфельные управляющие о курсе доллара, ценах на нефть и процентных ставках





Лица 2015 года

Вступившим в законную силу приговором Тверского районного суда г. Москвы от 11 июля 2013 года Браудер признан виновным в многомиллионном умышленном уклонении от уплаты налогов и приговорен к девяти годам лишения свободы, объявлен в федеральный и международный розыск.

Кроме того, по итогам названного судебного разбирательства 11 июля 2013 года вынесено постановление о прекращении уголовного дела в отношении Магнитского на основании п. 4 ч. 1 ст. 24 УПК РФ в связи с его смертью. При этом суд постановил, что Магнитский не заслуживает реабилитации в связи с установлением его причастности и виновности в инкриминируемых ему преступлениях, предусмотренных ч. 3 ст. 33, п. «а», «б» ч. 2 ст. 199 УК РФ.

Также установлено, что и после продажи в 2006 году незаконно приобретенных акций со всех подконтрольных Браудеру компаний этой же группой лиц применялись незаконные схемы налогообложения, а впоследствии уплаченные по таким схемам налоги на прибыль возвращались из бюджета мошенническим путем.

В феврале 2008 года правоохранительными органами России выявлено, что уплаченные обществами «Рилэнд», «Махаон» и «Парфенион», контролируемыми Браудером, налоги на прибыль с продаж акций в размере 5,4 млрд руб. путем введения налоговых органов в заблуждение на основании заранее подготовленных фиктивных соглашений, образующих убытки у названных обществ ровно на сумму уплаченных налогов, похищены из российского бюджета под видом возврата излишне уплаченного налога на прибыль.

Расследование данных обстоятельств показало, что к хищению 5,4 млрд руб. причастна группа лиц, состоявшая из В. Г. Хлебникова, В. А. Маркелова, В. Н. Курочкина, С. М. Коробейникова, О. Г. Гасанова, а также Магнитского и Э. М. Хайретдинова, действовавших в интересах Браудера.

План по хищению ранее уплаченных в 2006 году налогов от продажи акций, возникший не позднее мая 2007 года, предусматривал замену владельцев налогоплательщиков — «Рилэнда», «Махаона» и «Парфениона» — на подставных лиц, формально никак не связанных с кем-либо из Hermitage Capital, с тем чтобы организаторы преступной схемы могли беспрепятственно получить на счета контролируемых ими лиц за рубежом похищенные денежные средства, а в последующем заявить о краже у них этих компаний и тем самым отвести от себя подозрения.

В ходе совершения названного преступления и с целью сокрытия участия в нем Браудера осуществлена смена владельцев российских обществ на подставных лиц путем переоформления 100% долей этих обществ на ООО «Плутон». Для этого директорами кипрских компаний Kone Holdings и Glendora Holdings, входящих в структуру Hermitage Capital и принадлежащих Браудеру, 2 июля 2007 года выдана доверенность Гасанову с полномочиями заключать от их имени сделки с долями в уставных капиталах обществ, в том числе самостоятельно определять условия сделок.

На основании этой доверенности Гасанов заключил 31 июля 2007 года договор купли-продажи долей обществ «Рилэнд», «Махаон» и «Парфенион» с подставным лицом, формально не связанным с фондом Hermitage Capital и Браудером.

После переоформления учредительных документов на должности директоров указанных обществ назначены привлеченные Гасановым лица: Хлебников, Маркелов и Курочкин, которые в последующем принимали непосредственное участие в обмане налоговых органов относительно наличия у них оснований для возвращения ранее уплаченных налогов в размере 5,4 млрд руб.

Будучи соисполнителем схемы хищения и располагая самыми полными данными о финансовой деятельности «Махаона», «Рилэнда» и «Парфениона», Магнитский произвел расчет размера якобы излишне уплаченного в бюджет налога, изготовил недостоверные налоговые декларации и подтверждающие их первичные бухгалтерские документы, удостоверил их дубликатами печатей, после чего передал их Гасанову и Маркелову, которые они совместно с Курочкиным и Хлебниковым использовали для введения в заблуждение налоговых органов и завладения 5,4 млрд руб.

В свою очередь, Коробейников, являясь владельцем КБ «Универсальный банк сбережений», предоставил счета этой организации, прием на них изъятых из бюджета под видом возврата налога денег и их последующую легализацию (перевод в другие банковские и иные кредитные учреждения Российской Федерации и последующий вывод их за рубеж).

На основании подготовленных Магнитским документов инспекции Федеральной налоговой службы №25 и №28 по г. Москве приняли решения о возврате налогов в сумме 5 409 503 006,48 руб., которые 26 декабря 2007 года управление федерального казначейства Минфина России по г. Москве перечислило на счета обществ.

Осознавая, что указанная выше преступная деятельность Браудера и подконтрольных ему лиц может быть выявлена правоохранительными органами

Самые упоминаемые. Самые обсуждаемые. Весь год мы видели этих людей по телевизору, слышали о них п радио, читали в газетах, журналах и интернете. Мало кто из попавших в составленные нами рейтинги нуждаетс особом представлении



**Главные события 2015 года**
В рейтинге главных событий года очень много смертей. Убийства, теракты, вой А в рейтинге событий обществ преобладают темы, связанные с конфронтацией – блокада, приостанов санкции, уничтожение



**Послевоенные войны**
30 сентября 2015 года Россия начала военную кампанию в Сирии. После окончания Второй мировой СССР и пот Россия участвовали в десятках военных операций, в которых несли потери. От Китая и Кубы до Анголы и Чехословаки — где у нас доблести российские вооруженные силы — в спецпроекте «

**Внимание читателей и партнеров**
Издательский дом «Коммерсантъ» переезжает в новый офис, расположенный по адресу: 121609, РФ, Москва, Рублевское шо дом 28. Телефоны нового офиса: +7 (495) 797-6970, +7 (495) 926-3007. Изменений адреса не изменяются 121555, РФ, Москва, Тихвинский переулок, дом 11, стр. 2. Переход завершится к 10 января.

Обращаем ваше внимание на изменение телефонных номеров ряда служб и сотрудников.


России, один из его адвокатов — Хайретдинов — начинает осуществлять заранее предусмотренные преступным планом меры к выводу Браудера из числа лиц, которые могли быть заподозрены в хищении 5,4 млрд руб.

С декабря 2007 года Хайретдинов распространяет сведения о хищении у Браудера (у Hermitage Capital) названных фирм и о причастности к этим событиям сотрудников российских правоохранительных органов, обосновывая это тем, что в ходе обыска они изъяли учредительные документы и печати «Рилэнда», «Махаона» и «Парфениона» и в последующем использовали их для переоформления этих фирм на других лиц.

После очередной смены номинального владельца обществ «Рилэнд», «Махаон» и «Парфенион» («Плутон») на новое подставное лицо — компанию Boily Systems (Британские Виргинские острова), Хайретдинов организовывает тайное изъятие в налоговых органах и последующее хранение у себя подложных документов, изготовленных Магнитским и использованных Гасановым и Маркеловым для совершения хищения 5,4 млрд руб.

После обнаружения ряда из указанных налоговых документов в ходе обыска у Хайретдинова, последний спешно покинул территорию Российской Федерации и по имеющейся информации до сих пор находится в Великобритании, где с 2006 –2007 годов скрываются большинство лиц из группы Браудера, задействованных им в многолетней системно организованной мошеннической деятельности.

Всего документов: **1** 2 **3**

1  0  8  6

**"Коммерсантъ"** от 14.12.2015, 01:31

ПЕЧАТЬ          ОБСУДИТЬ

9

---

**актуально**







мир

спорт

потребрынок

Северная Корея предположительно испытала водородную бомбу

Серебряный овертайм российской «молодежки»

Правительство поддержит операторов внутреннего туризма



«Они нам не чужие»



Саудовская Аравия разорвала дипотношения с Ираном



Каникулярное расписание



Мусульмане разошлись в вопросе объединения



Акции без дивидендов



Перед нефтью все равны



«Самый большой страх — это страх безработицы»



Со всеми наступающими

на главную

---

**обсуждение**

---

© 1991–2016 АО «Коммерсантъ». All rights reserved.

**ЖАЛУЙТЕСЬ**

**16+**

ОСНОВНЫЕ РАЗДЕЛЫ

Фото | Видео | Авторы | Темы | Ъ-Digital | Рейтинги | Новости компаний | Объявления о несостоятельности | Блоги | Годовые отчеты компаний | Архив

ИЗДАНИЯ

Газета «Коммерсантъ» | Власть | Деньги | Огонек | Weekend | Автопилот | Каталог | Ъ-Online | Регионы | Ъ-FM
Новости ПАО «МегаФон»

ИНФОРМАЦИЯ

Контакты | Редакция | Вакансии | О «Коммерсанте» | Правовая информация | Конференции «Ъ» | Подписка | Реклама
ПАО «Аэрофлот» — официальный авиа-поставщик АО «Коммерсантъ»






Ъ-ФОТОАРХИВ | РЕГИОНЫ |

KOMMERSANT.RU | ГАЗЕТА «Ъ» | ПРИЛОЖЕНИЯ | ВЛАСТЬ | ДЕНЬГИ | ОГОНЁК | WEEKEND | АВТОПИЛОТ | НАУКА | КАТАЛОГ | 93.6 | АК

06 ЯНВАРЯ, СРЕДА

МОСКВА, -13...-15

▲ $ 72,92    ▼ € 79,63
▼ RTS 743,71

Поиск по сайту



## Коммерсантъ.ru ®

СТРАНА | МИР | БИЗНЕС | ЭКОНОМИКА | КУЛЬТУРА | СПОРТ | | | |

### коротко

15:33  В Риме умерла кинозвезда Сильвана Пампанини

15:20  В ДНР готовы к обмену пленными с Киевом

15:07  В Кремле встревожены возможным испытанием Северной Кореей водородной бомбы

14:50  В США полагают, что Башар Асад останется у власти до марта 2017 года

14:29  Скончался известный французский композитор Пьер Булез

ТЕМАТИЧЕСКИЙ РАЗДЕЛ



ФИНАНСЫ, БЕЗ КОТОРЫХ НАМ НЕ ЖИТЬ

Коммерсантъ.ru®

14:15  Цена на нефть марки Brent опустилась ниже $35 за баррель впервые с 2004 года

14:02  Запрет полетов в Египет вызвал рост спроса на ряд других туристических направлений

13:46  Доллар превысил отметку 74 руб./$ впервые с декабря 2014 года

13:34  Найденный у офиса Ангелы Меркель предмет не представлял опасности

13:16  МИД России: возможное испытание Пхеньяном водородной бомбы является нарушением резолюций СБ ООН

все новости

### подробно

## «Чайка». Фильм Фонда борьбы с коррупцией

4

14.12.2015, 11:59



«Чайка». Фильм Фонда борьбы с коррупцией.

Всего документов: 1 2 3

| 16 | 0 | 18 | 18 |

"Коммерсантъ" от 14.12.2015, 11:59

ПЕЧАТЬ          ОБСУДИТЬ

4

### наглядно



20 главных событий 2015 года

### спецпроекты



Лучшие фотографии «Ъ» 201 года

Фотографы ИД «Коммерсантъ» на протяжении года освещали важнейшие события в стране и мире. Лучшие сним сделанные ими, — в фотогалерее «Ъ»



Каникулярное расписание

Накануне новогодних каникул Weekend выбрал лучшие фильмы, выставки, спектакли и концер на которые стоит сходить в Москве в конце декабря — начале января



Календарь ожиданий

Каким будет 2016-ый — прогнозы и планы на год

Завершится ли кризис в 2016 году

Портфельные управляющие о курсе доллара, ценах на нефть и процентных ставках



ДЛЯ ТЕХ, КТО В ДВИЖЕНИИ

ТЕМАТИЧЕСКИЙ РАЗДЕЛ
АВТО



Лица 2015 года

### актуально



мир

**Северная Корея предположительно испытала водородную бомбу**



спорт

**Серебряный овертайм российской «молодежки»**



потребрынок

**Правительство поддержит операторов внутреннего туризма**



**«Они нам не чужие»**



**Саудовская Аравия разорвала дипотношения с Ираном**



**Каникулярное расписание**



**Мусульмане разошлись в вопросе объединения**

**Акции без дивидендов**

**Перед нефтью все равны**

**«Самый большой страх — это страх безработицы»**

**Со всеми наступающими**

на главную

Самые упоминаемые. Самые обсуждаемые. Весь год мы видели эти людей по телевизору, слышали о них п радио, читали в газетах, журналах и интернете. Мало кто из попавших в составленные нами рейтинги нуждает особом представлении



**Главные события 2015 года**

В рейтинге главных событий года очень много смертей. Убийства, теракты, вой А в рейтинге главных деловых событий преобладают темы, связанные с конфронтацией — блокада, приостанов санкции, уничтожение



**Послевоенные войны**

30 сентября 2015 года Россия начала военную кампанию в Сирии. После окончания Второй мировой СССР и пот Россия участвовали в десятках воены операций, в которых несли потери. От Китая и Кубы до Анголы и Чехословаки — где и чего добились российские вооруженные силы — в спецпроекте «Ъ



**Вниманию читателей и партнеров**

Издательский дом «Коммерсантъ» переезжает в новый офис, расположенный по адресу: 125609, РФ, Москва, Рубневская ш дом 26. Телефоны нового офиса: +7 (495) 797-6970, +7 (495) 926-3301. Юридический адрес не изменяется 127055, РФ, Москва, Тихвинский переулок, дом 11, стр. 2. Переезд завершится к 10 января.

подробнее

### обсуждение

---

© 1991–2016 АО
«КоммерсантЪ».
All rights reserved.

ЖАЛУЙТЕСЬ

**ОСНОВНЫЕ РАЗДЕЛЫ**

Фото | Видео | Авторы | Темы | Ъ-Digital | Рейтинги | Новости компаний | Объявления о несостоятельности | Блоги | Годовые отчеты компаний | Архив

**ИЗДАНИЯ**

Газета «Коммерсантъ» | Власть | Деньги | Огонек | Weekend | Автопилот | Каталог | Ъ-Online | Регионы | Ъ-FM

Новости ПАО «МегаФон»

**ИНФОРМАЦИЯ**

Контакты | Редакция | Вакансии | О «Коммерсанте» | Правовая информация | Конференции «Ъ» | Подписка | Реклама

ПАО «Аэрофлот» — официальный авиа- поставщик АО «Коммерсантъ»

**16+**

материалы на таком фоне
публикуются на правах рекламы



