# EXHIBIT 2

**Regarding:** **Renaissance Capital Tax Fraud And Securities**

For professional services rendered through December 31, 2008:

**BALANCE FOR THIS INVOICE DUE BY 2/12/2009**  $  **135,670.29**

Invoice No: 1166088

# Remittance Copy
Please include this page with payment

### Firm Contact Information

Michael Teichman
(216) 861-7861
mteichman@bakerlaw.com

# Baker Hostetler

| | |
|---|---|
| Hermitage Capital Management, Ltd.<br>Grafton House<br>2-3 Golden Square<br>London  W1F-9HR<br>United Kingdom | Invoice Date:  01/22/2009<br>Invoice Number:  1166088<br>B&H File Number: 07059/095585/000001<br>Taxpayer ID Number: ▮<br>Page 2 |

**Regarding:**  **Renaissance Capital Tax Fraud And Securities**

For professional services rendered through December 31, 2008:

| | | |
|---|---|---|
| **Fees** | $ | 131,683.75 |
| **Expenses** | | 3,986.54 |
| **BALANCE FOR THIS INVOICE DUE BY  2/12/2009** | $ | 135,670.29 |

Baker & Hostetler LLP

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 3

**Regarding:** Renaissance Capital Tax Fraud And Securities
**Matter Number:** 095585.000001

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Marc D Powers | Partner | 0.25 | $ 650.00 | $ 162.50 |
| John W Moscow | Partner | 70.75 | 685.00 | 48,463.75 |
| John P Hannon | Partner | 1.25 | 630.00 | 787.50 |
| Ona T Wang | Partner | 94.25 | 490.00 | 46,182.50 |
| Benjamin D Pergament | Associate | 25.75 | 450.00 | 11,587.50 |
| Michael B Jacobson | Associate | 7.50 | 295.00 | 2,212.50 |
| Rebecca S Khalil | Associate | 16.50 | 295.00 | 4,867.50 |
| Mary E. Howe | Law Clerk | 53.75 | 275.00 | 14,781.25 |
| Andrew W Reich | Counsel | 0.75 | 450.00 | 337.50 |
| Ramon C Cabrera | Paralegal | 2.00 | 180.00 | 360.00 |
| Brooke N. Berkowitz | Paralegal | 4.25 | 165.00 | 701.25 |
| Jana Paremoud | Paralegal | 8.00 | 155.00 | 1,240.00 |
| **Total** | | **285.00** | | **$ 131,683.75** |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/08 | Ona T Wang | Attention to e-mail regarding new meeting. | 0.25 | 122.50 |
| 11/7/08 | Ona T Wang | Confer with Mr. Moscow regarding facts and next steps | 1.00 | 490.00 |
| 11/7/08 | John W Moscow | Review materials. | 0.50 | 342.50 |
| 11/9/08 | Ona T Wang | Review factual background in preparation for call and begin analysis of same. | 4.50 | 2,205.00 |
| 11/9/08 | John W Moscow | Review Rengaz documents. | 1.25 | 856.25 |
| 11/10/08 | Ona T Wang | Review factual issues and legal requirements for criminal case; conference call with Mr. Browder and others; review new facts and presentation. | 5.00 | 2,450.00 |
| 11/10/08 | Rebecca S Khalil | Confer with Ms. Wang regarding the factual scenario. | 1.25 | 368.75 |

Baker & Hostetler LLP
*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

| | | Hermitage Capital Management, Ltd. | Invoice Date: | 01/22/2009 |
|---|---|---|---|---|
| | | | Invoice Number: | 1166088 |
| | | | Matter Number: | 095585.000001 |
| | | | | Page 4 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/08 | John W Moscow | Conversation with John Browder regarding BVI. | 0.50 | 342.50 |
| 11/10/08 | John W Moscow | Read treatise memorandum on international aspect of RICO. | 1.50 | 1,027.50 |
| 11/10/08 | John W Moscow | Prepare for upcoming conference call with Ms. Wang; attend conference call with Mr. Browder to discuss matter. | 3.00 | 2,055.00 |
| 11/11/08 | Ona T Wang | Confer with Mr. Moscow; draft updated documents list; factual investigation and review. | 5.50 | 2,695.00 |
| 11/11/08 | Rebecca S Khalil | Confer with Ms. Wang via email regarding corporate structure. | 0.25 | 73.75 |
| 11/11/08 | John W Moscow | Conversation with Mr. Browder regarding Boily Commission; review documents. | 0.50 | 342.50 |
| 11/11/08 | Brooke N. Berkowitz | Research Renaissance Capital; work with Ms. Dwyer to prepare a corporate structure. | 1.75 | 288.75 |
| 11/12/08 | Ona T Wang | Confer with Mr. Moscow, draft talking points. | 2.75 | 1,347.50 |
| 11/12/08 | Andrew W Reich | Conference with Becca Khalil regarding researching of Renaissance Capital ownership. | 0.25 | 112.50 |
| 11/12/08 | Rebecca S Khalil | Confer with Ms. Berkowitz regarding the RenCap corporate structure; begin to review Power Point summary of information; research corporate structure for RenCap; confer with Ms. Wang regarding same. | 4.50 | 1,327.50 |
| 11/13/08 | Marc D Powers | Discussion with Mr. Moscow about case | 0.25 | 162.50 |
| 11/13/08 | Rebecca S Khalil | Finish reviewing the overview Power Point presentation; review draft talking points and other documents received. | 1.00 | 295.00 |
| 11/14/08 | Ona T Wang | Conference call with Mr. Browder, follow up analysis, review of new materials. | 4.00 | 1,960.00 |
| 11/14/08 | Andrew W Reich | Meeting with Becca Khalil regarding researching information on Renaissance Capital and Rengaz. | 0.50 | 225.00 |

Baker&Hostetler LLP

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 5

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/08 | Rebecca S Khalil | Review the Rengaz prospectus; confer with Mr. Moscow and Ms. Wang regarding the case; confer with Ms. Berkowitz regarding additional Rengaz-related research; confer with Mr. Reich regarding Rengaz and filings with the SEC. | 3.00 | 885.00 |
| 11/14/08 | John W Moscow | Conference call with Ms. Wang; reading materials; conversation with Mr. Neil Mickleway. | 4.00 | 2,740.00 |
| 11/14/08 | Brooke N. Berkowitz | Assist Ms. Khalil in research of Rengaz stockholders. | 2.50 | 412.50 |
| 11/15/08 | Ona T Wang | Revise talking points and outline. | 3.75 | 1,837.50 |
| 11/15/08 | John W Moscow | Read materials. | 2.00 | 1,370.00 |
| 11/16/08 | Ona T Wang | Revise talking points and outline. | 2.50 | 1,225.00 |
| 11/16/08 | Rebecca S Khalil | Research SEC documents mentioning Rengaz; revise RenCap corporate structure information. | 1.50 | 442.50 |
| 11/16/08 | John W Moscow | Reading documents; conversation with Ona Wang and Jack Blum regarding BVI related matters. | 6.00 | 4,110.00 |
| 11/17/08 | Ona T Wang | Review outline, draft communication with client. | 1.25 | 612.50 |
| 11/17/08 | Rebecca S Khalil | Revise RenCap structure document and circulate to Mr. Moscow and Ms. Wang. | 0.25 | 73.75 |
| 11/17/08 | John P Hannon | Review funds and fund personnel involved in investments; email to John Moscow regarding same. | 1.25 | 787.50 |
| 11/17/08 | John W Moscow | Read and review presentation and attempt to verbally formulate disclosure of the criminal enterprises for RICE purposes. | 1.00 | 685.00 |
| 11/19/08 | Ona T Wang | Review factual background and prepare for conference call. | 2.00 | 980.00 |
| 11/20/08 | Ona T Wang | Conference call with client; call with Mr. Moscow regarding strategy. | 1.75 | 857.50 |
| 11/20/08 | John W Moscow | Conference call with Mr. Browder and Ms. Wang; follow up with Ms. Wang. | 3.00 | 2,055.00 |
| 11/23/08 | Ona T Wang | Review and analyze facts and construct chronology. | 4.50 | 2,205.00 |

Baker&Hostetler LLP

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 6

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/24/08 | Ona T Wang | Conference call with client; review factual background; review 18 USC 1782 and draft documents regarding same. | 5.50 | 2,695.00 |
| 11/24/08 | Rebecca S Khalil | Confer with Ms. Wang regarding document requests; review documents circulated by Ms. Wang. | 1.00 | 295.00 |
| 11/24/08 | John W Moscow | Conversations with AUSA Asner, Mr. Browder; review documents. | 1.25 | 856.25 |
| 11/25/08 | Ona T Wang | Review factual background. | 2.50 | 1,225.00 |
| 11/25/08 | Rebecca S Khalil | Review documents in connection with the pending document requests. | 0.25 | 73.75 |
| 11/25/08 | Michael B Jacobson | Conference with Ms. Wang regarding research assignment. | 0.75 | 221.25 |
| 11/25/08 | Mary E. Howe | Review presentation documents and case team notes to become familiar with facts and circumstances of Russian tax filings and lawsuits. | 2.50 | 687.50 |
| 11/26/08 | Ona T Wang | Review and revise draft petition under 28 USC 1782. | 0.75 | 367.50 |
| 11/26/08 | Benjamin D Pergament | Conference with Ms. Wang regarding new matter and background; review summaries from client. | 0.75 | 337.50 |
| 11/26/08 | Michael B Jacobson | Begin review of provided materials. | 1.75 | 516.25 |
| 11/26/08 | John W Moscow | Telephone conversation with Mr. Browder. | 0.50 | 342.50 |
| 11/26/08 | Mary E. Howe | Review presentation documents and case team notes to become familiar with facts and circumstances of Russian tax filings and lawsuits. | 1.00 | 275.00 |
| 11/28/08 | Ona T Wang | Draft revised, engagement letters; review factual background and draft petition for discovery. | 4.50 | 2,205.00 |
| 11/28/08 | Michael B Jacobson | Review power point presentations. | 1.00 | 295.00 |
| 11/29/08 | Ona T Wang | Review factual materials for 1782 petition and draft subpoenas. | 0.75 | 367.50 |



Baker & Hostetler LLP

*Cincinnati*   *Cleveland*   *Columbus*   *Costa Mesa*   *Denver*   *Houston*   *Los Angeles*   *New York*   *Orlando*   *Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 7

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/29/08 | Rebecca S Khalil | Confer with the team regarding potential documents to request from Renaissance and potential individuals for depositions in connection with the prosecutions in Russia. | 1.50 | 442.50 |
| 11/29/08 | John W Moscow | Read and review documents. | 2.00 | 1,370.00 |
| 11/29/08 | Mary E. Howe | Review presentation documents and case team notes to become familiar with facts and circumstances of Russian tax filings and lawsuits. | 2.00 | 550.00 |
| 11/30/08 | Ona T Wang | Review factual materials for 1782 petition and draft subpoenas. | 0.25 | 122.50 |
| 11/30/08 | Benjamin D Pergament | Continue review of documents and materials from client; conference with Ms. Wang regarding same. | 1.25 | 562.50 |
| 11/30/08 | Rebecca S Khalil | Review comments from team members relating to the pending petition and document requests relating to the criminal case in Russia. | 0.25 | 73.75 |
| 11/30/08 | Michael B Jacobson | Continue due diligence; e-mail review to Ms. Wang, et al. | 2.25 | 663.75 |
| 11/30/08 | Mary E. Howe | Draft and distribute to case team ideas for scope of documents and testimony to subpoena under section 1782's provision for subpoena power for documents in aid of foreign litigation. | 1.50 | 412.50 |
| 12/1/08 | Ona T Wang | Manage factual summaries, review docket and legal research for other 1782 petitions; confer with Mr. Moscow regarding same; review new summary of additional tax investigations; revise 1782 petition regarding same; draft discovery categories for defense of Russian actions. | 4.00 | 1,960.00 |
| 12/1/08 | Benjamin D Pergament | Team meeting regarding subpoena strategy; continue review of documents and materials from client; continue work on subpoenas. | 1.50 | 675.00 |
| 12/1/08 | Rebecca S Khalil | Attend team meeting; research contact information for the New York Clearing House Association. | 1.00 | 295.00 |

Baker & Hostetler LLP

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 8

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/08 | Michael B Jacobson | Conference with Ms. Wang, Mr. Moscow, et al. regarding developments in research. | 0.75 | 221.25 |
| 12/1/08 | John W Moscow | Meeting with Ms. Wang. | 0.25 | 171.25 |
| 12/1/08 | Mary E. Howe | Begin drafting letter outlining discovery requests for forwarding foreign counsel; assemble case documents and begin review and construction of case timeline and information database. | 5.00 | 1,375.00 |
| 12/2/08 | Ona T Wang | Review draft 1782 petition; review related petition and legal research regarding same; review bank records and other factual research; draft lists and categories for discovery; call with Mr. Moscow regarding status, strategy and tasks for RICO elements. | 7.50 | 3,675.00 |
| 12/2/08 | Benjamin D Pergament | Continue work on subpoenas and schedules for same; conference with Mr. Moscow and Ms. Wang regarding same and additional facts. | 1.75 | 787.50 |
| 12/2/08 | Rebecca S Khalil | Review draft request for assistance letter; confer with Ms. Howe and Mr. Jacobson regarding same; leave message with Wachovia contact regarding Raiffeisen Bank's agent for service of process. | 0.50 | 147.50 |
| 12/2/08 | Michael B Jacobson | Conference with Ms. Wang; begin researching proper service agent for Reiffeisen Bank. | 1.00 | 295.00 |
| 12/2/08 | John W Moscow | Meet with Mr. Pergament. | 0.50 | 342.50 |
| 12/2/08 | John W Moscow | Confer with Ms. Wang. | 0.75 | 513.75 |
| 12/2/08 | Mary E. Howe | Complete draft letter to foreign counsel regarding discovery requests and submit to O. Wang; continue to assemble case team factual database and timeline. | 7.50 | 2,062.50 |
| 12/3/08 | Ona T Wang | Review and revise draft 1782 petition; review sample 1782 petition; prepare for meeting with US Attorney's Office; attend meeting with USAO. | 7.50 | 3,675.00 |

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 9

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/08 | Benjamin D Pergament | Conference with Ms. Wang regarding petition and needed declarations; begin drafting declarations for Mr. Browder and Mr. Moscow. | 1.75 | 787.50 |
| 12/3/08 | Ramon C Cabrera | Coordinate getting documents from SDNY for Ms. Wang. Pick the documents up from the runner that picked up the documents. | 2.00 | 360.00 |
| 12/3/08 | John W Moscow | Telephone call with Mr. Anthony Julius; meeting with Marcus Asner and Ms. Wang. | 4.50 | 3,082.50 |
| 12/4/08 | Ona T Wang | Draft 1782 Petition and draft declarations; confer with Mr. Moscow and Mr. Pergament regarding same; review sample 1782 petition and attend to legal research with Mr. Howe regarding same; call with Mr. Browder regarding status. | 6.50 | 3,185.00 |
| 12/4/08 | Benjamin D Pergament | Review documents, translations and chronology regarding criminal complaints and tax fraud; continue drafting and revise Browder and Moscow declarations in support of Section 1782 petition; conference with Ms. Wang regarding same. | 10.75 | 4,837.50 |
| 12/4/08 | Rebecca S Khalil | Review the draft petition and declarations. | 0.25 | 73.75 |
| 12/4/08 | Mary E. Howe | Complete case timeline and database and submit to O. Wang; begin research into scope of discovery available under section 1782 for use in aid of foreign litigation. | 8.00 | 2,200.00 |
| 12/4/08 | Jana Paremoud | Create an index of existing documents and translate a Russian document. | 1.00 | 155.00 |
| 12/5/08 | Ona T Wang | Call with Mr. Browder regarding 1782 petition, draft and revise petition and declarations and forward same to Mr. Browder. | 4.50 | 2,205.00 |

Baker&Hostetler LLP

Cincinnati  Cleveland  Columbus  Costa Mesa  Denver  Houston  Los Angeles  New York  Orlando  Washington, DC

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 10

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/5/08 | Benjamin D Pergament | Review revised petition and declarations; conference with Mr. Moscow regarding same; telephone conference with client regarding subpoena strategy and related issues; review related Yuko Oil papers; revise and expand Browder declaration; conference with Ms. Wang regarding same. | 7.75 | 3,487.50 |
| 12/5/08 | John W Moscow | Multiple calls from Hermitage regarding cancellation of trip. | 3.00 | 2,055.00 |
| 12/5/08 | John W Moscow | Conference call with Ms. Wang and Mr. Browder. | 2.50 | 1,712.50 |
| 12/5/08 | Mary E. Howe | Continue research into scope of discovery available under section 1782 in aid of foreign litigation and submit memo to O.Wang. | 6.00 | 1,650.00 |
| 12/8/08 | Ona T Wang | Review legal research regarding 1782 petitions; review client questions regarding same. | 3.50 | 1,715.00 |
| 12/8/08 | Benjamin D Pergament | Review client questions regarding petition and declarations; conference with Ms. Wang regarding responses. | 0.25 | 112.50 |
| 12/8/08 | Mary E. Howe | Research the scope of discovery under Section 1782 as it relates to subsidiaries and parents or corporate directors. | 5.50 | 1,512.50 |
| 12/8/08 | Jana Paremoud | Print out and make and index of existing documents. | 1.50 | 232.50 |
| 12/9/08 | John W Moscow | Worked on matter. | 0.25 | 171.25 |
| 12/9/08 | Jana Paremoud | Put together an index of case documents. | 1.00 | 155.00 |
| 12/10/08 | Ona T Wang | Confer with Mr. Moscow, Mr. Pergament regarding status; review summary of documents. | 0.75 | 367.50 |
| 12/10/08 | John W Moscow | Conversation with Bill Browder. | 0.25 | 171.25 |
| 12/10/08 | Jana Paremoud | Add documents to an index of all existing documents. | 1.50 | 232.50 |

Hermitage Capital Management, Ltd.

Invoice Date: 01/22/2009
Invoice Number: 1166088
Matter Number: 095585.000001
Page 11

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/11/08 | Ona T Wang | Conference call with Mr. Moscow and Mr. Browder; review and revise draft petitions for discovery and forward same to Mr. Browder; review additional factual material; e-mail correspondence regarding petitions for discovery, procedure and strategy. | 4.00 | 1,960.00 |
| 12/11/08 | Jana Paremoud | Revise the index of existing documents, adding a description and type for every document. | 1.00 | 155.00 |
| 12/12/08 | John W Moscow | Conversation with Graham Smith; read material. | 1.50 | 1,027.50 |
| 12/12/08 | Jana Paremoud | Revise the existing document index by adding a more detailed description for each of the documents. | 2.00 | 310.00 |
| 12/14/08 | John W Moscow | Travel to British Virgin Islands; meet with Mr. Micklewaite and Mr. Forte. | 14.50 | 9,932.50 |
| 12/14/08 | Mary E. Howe | Research the scope of discovery available from foreign parent corporations by service on or suit against domestic subsidiaries or affiliates. | 2.00 | 550.00 |
| 12/15/08 | John W Moscow | Meeting with Mr. Mickelwaite and Mr. Forte; attend meeting at Attorney General's office; travel back to New York. | 15.75 | 10,788.75 |
| 12/15/08 | Mary E. Howe | Continue research on scope of discovery available through 1782 petition in aid of foreign litigation. | 2.75 | 756.25 |
| 12/16/08 | Ona T Wang | Draft talking points; confer with Mr. Moscow regarding status. | 2.50 | 1,225.00 |
| 12/16/08 | Mary E. Howe | Complete research on scope of discovery available under 1782 petitions and write memorandum to Ona Wang. | 3.50 | 962.50 |
| 12/17/08 | Ona T Wang | Confer with Mr. Moscow regarding talking points and revise same. | 0.50 | 245.00 |
| 12/18/08 | Mary E. Howe | Review case documents and add facts to case team reference database. | 2.25 | 618.75 |
| 12/19/08 | Mary E. Howe | Continue reading case documents and assembling case team database. | 4.25 | 1,168.75 |
| | **Total** | | **285.00** | **131,683.75** |

Baker & Hostetler LLP

Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc

| Hermitage Capital Management, Ltd. | | |
|---|---|---|
| | Invoice Date: | 01/22/2009 |
| | Invoice Number: | 1166088 |
| | Matter Number: | 095585.000001 |
| | | Page 12 |

**Expenses and Other Charges**

| Cost Description | | Amount |
|---|---|---|
| Copier / Duplication (E101) | $ | 121.00 |
| Automated Research (E106) | | 1,221.38 |
| Postage (E108) | | 2.42 |
| Color Copier (E101) | | 140.00 |
| Business Meals, etc. (E111) | | 91.78 |
| Miscellaneous (E124) | | 20.00 |
| Airfare/Trainfare (E110) | | 2,123.30 |
| Ground Transportation Local (E109) | | 246.66 |
| Secretarial Overtime (E123) | | 20.00 |
| **Total** | **$** | **3,986.54** |

Baker & Hostetler LLP

*Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

C:\Users\nsantos\Documents\John Moscow\Prevezon\Hermitage client bill_1-22-09.doc