# EXHIBIT 4

# FILED UNDER SEAL AS DOCKET ENTRIES 145-1, 2, 3 AND 4