# EXHIBIT 6

**Rates and Hours Summary**

| Name | Rate(s) | Hours | Year admitted |
|---|---:|---:|---:|
| **Brown Rudnick: October 2014** | | | |
| Mason C. Simpson | $636 | 6.3 | 2003 |
| Elizabeth Molino | $368 | 6.9 | 2014 |
| Shoshana Kaiser | $544 | 0.2 | 2009 |
| **Kobre & Kim: December 2015 - December 2016** | | | |
| Michael Kim | $931 - $1,127 | 44.0 | 1996 |
| Lindsey Weiss Harris | $575 - $650 | 121.1 | 2011 |
| Non-legal professionals | $195 - $485 | 35.3 | N/A |
| **Gibson Dunn: September 2014 (with 10% discount)** | | | |
| Randy Mastro | $1,080 | 20.5 | 1982 |
| Richard Mark | $913.50 | 32.2 | 1981 |
| Lisa Rubin | $715.50 | 91.1 | 2005 |
| Seema Gupta | $688.50 | 23.0 | 2011 |
| Sarah Kushner | $562.50 | 94.1 | 2013 |
| Caitalin Walgamuth | $490.50 | 79.1 | 2014 |
| Elizabeth Nelis | $436.50 | 0.0 | 2015 |
| Laura Raposo | $490.50 | 39.8 | 2014 |
| Non-legal professionals | $301.50 | 13.8 | N/A |
| **Gibson Dunn: October - November 2014 (with 20% discount)** | | | |
| Randy Mastro | $960 | 52.8 | 1982 |
| Richard Mark | $812 | 81.5 | 1981 |
| Lisa Rubin | $636 | 218.1 | 2005 |
| Seema Gupta | $612 | 127.6 | 2011 |
| Sarah Kushner | $500 | 152.8 | 2013 |
| Caitalin Walgamuth | $436 | 175.0 | 2014 |
| Elizabeth Nelis | $388 | 160.0 | 2015 |
| Laura Raposo | $436 | 0.0 | 2014 |
| Non-legal professionals | $268 | 52.7 | N/A |
| **Susman Godfrey: December 2015 - March 2017** | | | |
| Jacob Buchdahl | $900 - $975 | 157.4 | 1998 |
| Arun Subramanian | $750 | 6.5 | 2008 |
| Cory Buland | $450 - $495 | 332.4 | 2010 |
| Zachary Savage | $325 - $350 | 167.1 | 2014 |
| Non-legal professionals | $125 - $175 | 56.4 | N/A |