# EXHIBIT 8

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

Hearing Date: April 26, 2017
Hearing Time: 10:00 a.m. (EST)
Objection Deadline: April 19, 2017
Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

**TWENTY-THIRD APPLICATION OF TRUSTEE AND BAKER & HOSTETLER LLP
FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
FROM AUGUST 1, 2016 THROUGH NOVEMBER 30, 2016**

# **EXHIBIT B**

EXHIBIT B
SUMMARY OF TWENTY-THIRD INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2016 THROUGH NOVEMBER 30, 2016

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein Eugene | 1965 | 530.00 | 24.80 | 13,144.00 |
| | Picard Irving H. | 1966 | 998.00 | 322.70 | 322,054.60 |
| | Sheehan David J. | 1968 | 998.00 | 519.50 | 518,461.00 |
| | Matthias Michael R | 1973 | 688.00 | 330.50 | 227,384.00 |
| | Bash Brian A | 1975 | 741.00 | 5.20 | 3,853.20 |
| | Greene Bruce R | 1976 | 700.00 | 15.80 | 11,060.00 |
| | Long Thomas L | 1976 | 915.00 | 620.50 | 567,757.50 |
| | Markowitz Laurence S | 1977 | 782.00 | 1.40 | 1,094.80 |
| | Chockley III Frederick W | 1982 | 805.00 | 3.30 | 2,656.50 |
| | Ponto Geraldine E. | 1982 | 900.00 | 468.00 | 421,200.00 |
| | Hutchins Elaine A | 1983 | 595.00 | 20.40 | 12,138.00 |
| | Rivkin Jr David B | 1985 | 1,061.09 | 21.20 | 22,495.20 |
| | Smith Elizabeth A | 1985 | 836.00 | 3.20 | 2,675.20 |
| | McDonald Heather J | 1986 | 667.00 | 86.70 | 57,828.90 |
| | Reich Andrew W | 1987 | 618.00 | 129.20 | 79,845.60 |
| | Burke John J | 1988 | 725.00 | 81.80 | 59,305.00 |
| | DeLancey Leah E | 1990 | 646.00 | 8.50 | 5,491.00 |
| | Douthett Breaden M | 1991 | 418.00 | 237.40 | 99,233.20 |
| | Goldberg Steven H | 1991 | 921.00 | 83.80 | 77,179.80 |
| | Hunt Dean D | 1991 | 662.00 | 339.30 | 224,616.60 |
| | Resnick Lauren J | 1991 | 936.00 | 37.10 | 34,725.60 |
| | Warren Thomas D | 1992 | 736.00 | 34.30 | 25,244.80 |
| | Griffin Regina L. | 1993 | 915.00 | 611.80 | 559,797.00 |
| | Kornfeld Mark A. | 1993 | 915.00 | 663.70 | 607,285.50 |
| | Renner Deborah H. | 1993 | 915.00 | 227.60 | 208,254.00 |
| | Filla Michael J. | 1994 | 385.00 | 47.00 | 18,095.00 |
| | Brennan Terry M | 1995 | 504.00 | 25.60 | 12,902.40 |
| | Casey Lee A | 1995 | 926.00 | 8.40 | 7,778.40 |
| | Scaletta Anthony J | 1995 | 472.00 | 121.40 | 57,300.80 |
| | Cole Tracy L | 1996 | 777.00 | 518.90 | 403,185.30 |
| | Turner Christa C. | 1996 | 477.00 | 77.60 | 37,015.20 |
| | Hoang Lan | 1997 | 784.00 | 709.10 | 555,934.40 |
| | Murphy Keith R. | 1997 | 915.00 | 544.70 | 498,400.50 |
| | Papp Edward Daniel | 1997 | 350.00 | 3.20 | 1,120.00 |
| | Scully Elizabeth A | 1997 | 667.00 | 17.80 | 11,872.60 |
| | Clark Eben P | 1998 | 420.00 | 11.60 | 4,872.00 |
| | Fish Eric R. | 1998 | 694.00 | 229.60 | 159,342.40 |
| | New Jonathan B. | 1998 | 910.00 | 36.70 | 33,397.00 |
| | Rollinson James H | 1998 | 455.00 | 336.30 | 153,016.50 |
| | Rose Jorian L. | 1998 | 833.00 | 236.70 | 197,171.10 |
| | Wang Ona T | 1998 | 766.00 | 412.10 | 315,668.60 |
| | Warshavsky Oren J. | 1998 | 926.00 | 643.50 | 595,881.00 |
| | Pergament Benjamin D | 1999 | 667.00 | 473.80 | 316,024.60 |
| | Bohorquez Jr Fernando A | 2000 | 751.00 | 483.30 | 362,958.30 |
| | Cremona Nicholas J. | 2000 | 818.00 | 607.60 | 497,016.80 |
| | Gruppuso Anthony M. | 2000 | 643.00 | 248.40 | 159,721.20 |
| | Alaverdi Loura L | 2001 | 592.00 | 422.70 | 250,238.40 |
| | Beckerlegge Robertson D | 2001 | 628.00 | 315.20 | 197,945.60 |
| | Bell Stacey A. | 2001 | 678.00 | 631.20 | 427,953.60 |
| | Fokas Jimmy | 2001 | 772.00 | 277.20 | 213,998.40 |
| | Joy Michael P. | 2001 | 650.00 | 6.50 | 4,225.00 |
| | Zeballos Gonzalo S. | 2001 | 831.00 | 479.60 | 398,547.60 |
| | Mavica-Farraj Gina M. | 2002 | 630.00 | 2.30 | 1,449.00 |
| | North Geoffrey A. | 2002 | 662.00 | 728.50 | 482,267.00 |
| | Song Brian W. | 2002 | 639.00 | 557.70 | 356,370.30 |
| | Hochmuth Farrell A | 2003 | 482.00 | 487.80 | 235,119.60 |
| | Jacobs Edward J. | 2003 | 662.00 | 672.40 | 445,128.80 |
| | Jenson Karin Scholz | 2003 | 670.00 | 379.70 | 254,399.00 |
| | Malchow Jessica P. | 2003 | 371.00 | 10.60 | 3,932.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver Jason S. | 2003 | 636.00 | 564.60 | 359,085.60 |
| | Sherer James A. | 2003 | 605.80 | 266.60 | 161,507.30 |
| | Shields Nkosi D. | 2003 | 492.00 | 635.30 | 312,567.60 |
| | Cohen Dennis O | 2004 | 582.00 | 1.00 | 582.00 |
| | Gabriel Jessie M | 2004 | 645.50 | 486.70 | 314,163.80 |
| | Kitchen David E | 2004 | 396.00 | 2.70 | 1,069.20 |
| | Smith Rachel M | 2004 | 447.00 | 393.50 | 175,894.50 |
| | Allen Brian F. | 2005 | 477.00 | 267.10 | 127,406.70 |
| | Carvalho Melissa M. | 2005 | 583.00 | 265.80 | 154,961.40 |
| | Hartman Ruth E | 2005 | 355.00 | 329.90 | 117,114.50 |
| | Proano David F | 2005 | 355.00 | 97.30 | 34,541.50 |
| | Carlisle Marie L. | 2006 | 417.00 | 580.90 | 242,235.30 |
| | Kosack Melissa L. | 2006 | 639.00 | 704.20 | 449,983.80 |
| | Longstaff Carrie | 2006 | 544.94 | 564.80 | 307,784.00 |
| | Vanderwal Amy E. | 2006 | 639.00 | 727.30 | 464,744.70 |
| | Brown Seanna R. | 2007 | 662.00 | 606.00 | 401,172.00 |
| | Calvani Torello H. | 2007 | 640.00 | 540.90 | 346,176.00 |
| | Forman Jonathan A. | 2007 | 583.00 | 461.10 | 268,821.30 |
| | Giuliani Esterina | 2007 | 699.90 | 749.70 | 524,714.40 |
| | Kleber Kody | 2007 | 460.00 | 112.40 | 51,704.00 |
| | French-Brown Wanda D. | 2008 | 710.00 | 6.30 | 4,473.00 |
| | Grossman Andrew M. | 2008 | 605.00 | 28.70 | 17,363.50 |
| | Stanley Trevor M. | 2008 | 515.00 | 156.90 | 80,803.50 |
| | Woltering Catherine E. | 2008 | 522.68 | 792.10 | 414,016.00 |
| | Zunno Kathryn M. | 2008 | 644.75 | 277.60 | 178,982.60 |
| | Campbell Patrick T | 2009 | 550.44 | 112.50 | 61,924.00 |
| Partners and of Counsel Total | | | 685.54 | 25,394.30 | 17,408,822.20 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Meisels Naomi P. | 1984 | 556.00 | 1.80 | 1,000.80 |
| | Bieler Philip | 1994 | 450.00 | 276.60 | 124,470.00 |
| | Kates Elyssa S. | 2000 | 609.00 | 587.50 | 357,787.50 |
| | Hooper Rachel P. | 2003 | 371.00 | 331.50 | 122,986.50 |
| | Wlodek Heather | 2003 | 498.00 | 465.70 | 231,918.60 |
| | Hiatt Eric B. | 2005 | 499.00 | 228.80 | 114,171.20 |
| | Stanganelli Maryanne | 2005 | 587.66 | 512.10 | 300,938.50 |
| | Feil Matthew D. | 2006 | 530.00 | 655.60 | 347,468.00 |
| | Munoz Andres A | 2006 | 510.00 | 561.50 | 286,365.00 |
| | Goldmark Jena B. | 2007 | 438.00 | 463.90 | 203,188.20 |
| | Perlman Julian D. | 2007 | 609.00 | 129.10 | 78,621.90 |
| | Truong Sarah Jane T.C. | 2007 | 583.00 | 373.90 | 217,983.70 |
| | Attard Lauren T. | 2008 | 425.00 | 217.30 | 92,352.50 |
| | Carpenter Susrut A. | 2008 | 487.00 | 176.60 | 86,004.20 |
| | Choi David | 2008 | 431.12 | 654.90 | 282,340.00 |
| | Esmont Joseph M. | 2008 | 315.00 | 90.20 | 28,413.00 |
| | Harrigan Sean M. | 2008 | 525.00 | 1.60 | 840.00 |
| | Hirce Margaret E. | 2008 | 477.00 | 90.60 | 43,216.20 |
| | McCurrach Elizabeth G. | 2008 | 477.00 | 602.90 | 287,583.30 |
| | Monaghan Rachel C. | 2008 | 240.00 | 597.20 | 143,328.00 |
| | Rovine Jacqlyn | 2008 | 455.00 | 120.30 | 54,736.50 |
| | Sabella Michael A. | 2008 | 475.00 | 390.20 | 185,345.00 |
| | Schutte Elizabeth M. | 2008 | 445.74 | 592.60 | 264,147.40 |
| | Sea Nexus U. | 2008 | 487.00 | 305.40 | 148,729.80 |
| | Usitalo Michelle R. | 2008 | 492.83 | 427.60 | 210,734.80 |
| | Blattmachr Jonathan D. | 2009 | 469.09 | 420.80 | 197,394.10 |
| | Gentile Dominic A. | 2009 | 458.98 | 641.40 | 294,390.90 |
| | Hilsheimer Lauren M. | 2009 | 480.21 | 243.80 | 117,074.10 |
| | Howe Mary E. | 2009 | 474.41 | 151.90 | 72,063.60 |
| | Kessler Dena S. | 2009 | 355.00 | 80.10 | 28,435.50 |
| | Markel Tatiana | 2009 | 480.57 | 485.50 | 233,317.70 |
| | Mattera Marshall J. | 2009 | 499.00 | 855.60 | 426,944.40 |
| | Maynard Kim M. | 2009 | 424.00 | 17.20 | 7,292.80 |
| | Molina Marco | 2009 | 475.38 | 568.00 | 270,017.50 |
| | Nickodem Robert G. | 2009 | 240.00 | 537.30 | 128,952.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Ozturk Ferve E. | 2009 | 489.84 | 447.00 | 218,958.60 |
| | Perkins Austin Francesca | 2009 | 499.00 | 503.00 | 250,997.00 |
| | Shapiro Peter B. | 2009 | 487.00 | 517.70 | 252,119.90 |
| | Barnes S. Ben | 2010 | 240.00 | 484.30 | 116,232.00 |
| | Bent Camille C. | 2010 | 475.00 | 421.20 | 200,070.00 |
| | Biondo Lindsay J. | 2010 | 240.00 | 682.50 | 163,800.00 |
| | Burch Alexander D. | 2010 | 334.00 | 30.30 | 10,120.20 |
| | Castillon Jesus J. | 2010 | 344.00 | 81.30 | 27,967.20 |
| | Chandler Tara R. | 2010 | 240.00 | 663.80 | 159,312.00 |
| | Cohen Ian R. | 2010 | 450.00 | 223.50 | 100,575.00 |
| | Fein Amanda E. | 2010 | 474.79 | 620.90 | 294,794.30 |
| | Hansford Melissa L. | 2010 | 240.00 | 382.60 | 91,824.00 |
| | Hoff Michelle M. | 2010 | 240.00 | 618.40 | 148,416.00 |
| | Iannuzzi Michael M. | 2010 | 412.00 | 20.00 | 8,240.00 |
| | Kincart Michael J. | 2010 | 310.00 | 12.80 | 3,968.00 |
| | Layden Andrew V. | 2010 | 310.00 | 1.90 | 589.00 |
| | Maytal Anat | 2010 | 447.72 | 581.30 | 260,260.00 |
| | McCabe Bridget S. | 2010 | 435.00 | 104.10 | 45,283.50 |
| | McGourty Cara | 2010 | 458.85 | 723.60 | 332,023.40 |
| | McMillan David M. | 2010 | 440.00 | 355.40 | 156,376.00 |
| | Noethlich Brian R. | 2010 | 254.41 | 281.80 | 71,692.50 |
| | Parente Michael | 2010 | 240.00 | 369.50 | 88,680.00 |
| | Prabucki Kenneth | 2010 | 285.00 | 27.20 | 7,752.00 |
| | Rog Joshua B. | 2010 | 424.00 | 605.60 | 256,774.40 |
| | Rollins Jennifer B. | 2010 | 240.00 | 533.10 | 127,944.00 |
| | Rouach Sophie | 2010 | 438.00 | 634.50 | 277,911.00 |
| | Ubaid Maryland H. | 2010 | 240.00 | 558.50 | 134,040.00 |
| | White A. Mackenna | 2010 | 438.74 | 419.90 | 184,226.50 |
| | Yarbrough Alexander C. | 2010 | 390.00 | 5.90 | 2,301.00 |
| | Barhorst Damon C. | 2011 | 240.00 | 540.50 | 129,720.00 |
| | Bennett Melonia A. | 2011 | 254.30 | 438.20 | 111,432.50 |
| | Blanchard Jason I. | 2011 | 445.00 | 472.40 | 210,218.00 |
| | Crook Darren A. | 2011 | 263.00 | 249.50 | 65,618.50 |
| | deVries Alan C. | 2011 | 253.85 | 487.10 | 123,652.50 |
| | Durbin Damon M. | 2011 | 256.44 | 359.70 | 92,242.50 |
| | Fedeles Emily R. | 2011 | 475.00 | 169.50 | 80,512.50 |
| | Feldstein Robyn M | 2011 | 417.00 | 625.00 | 260,625.00 |
| | Gottesman Joel D. | 2011 | 240.00 | 454.10 | 108,984.00 |
| | Krishna Ganesh | 2011 | 440.00 | 565.90 | 248,996.00 |
| | Oliva Frank M. | 2011 | 418.00 | 581.80 | 243,192.40 |
| | Patrick Stacey M. | 2011 | 240.00 | 771.20 | 185,088.00 |
| | Rose Nicholas M. | 2011 | 398.00 | 426.90 | 169,906.20 |
| | Schechter Jody E. | 2011 | 345.00 | 339.80 | 117,231.00 |
| | Shifrin Maximillian S. | 2011 | 474.00 | 585.20 | 277,384.80 |
| | Sinclair Jordan A. | 2011 | 335.00 | 389.60 | 130,516.00 |
| | Spears Ericka H. | 2011 | 240.00 | 121.80 | 29,232.00 |
| | Vonderhaar Douglas A. | 2011 | 257.41 | 558.60 | 143,790.00 |
| | Wangsgard Kendall E. | 2011 | 398.00 | 213.40 | 84,933.20 |
| | White Jason T. | 2011 | 240.00 | 638.70 | 153,288.00 |
| | Zuberi Madiha M. | 2011 | 440.00 | 397.70 | 174,988.00 |
| | Ackerman Stephanie | 2012 | 408.00 | 799.90 | 326,359.20 |
| | Gallagher Christopher B. | 2012 | 417.00 | 500.30 | 208,625.10 |
| | Hough Shawn P. | 2012 | 428.82 | 582.90 | 249,957.10 |
| | Muranovic Sanja | 2012 | 312.00 | 21.00 | 6,552.00 |
| | Rice David W. | 2012 | 432.68 | 801.50 | 346,794.10 |
| | Barrow Clark Erica | 2013 | 400.00 | 350.20 | 140,080.00 |
| | Choate Hannah C. | 2013 | 371.00 | 110.70 | 41,069.70 |
| | Durkheimer Michael J. | 2013 | 320.00 | 150.60 | 48,192.00 |
| | Felz Jenna N. | 2013 | 371.00 | 146.90 | 54,499.90 |
| | Holder Casey E | 2013 | 314.00 | 134.30 | 42,170.20 |
| | Sterling Nichole L. | 2013 | 400.00 | 66.40 | 26,560.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Tanney Michelle N. | 2013 | 415.00 | 376.00 | 156,040.00 |
| | Abrams Jeremy R. | 2014 | 240.00 | 647.30 | 155,352.00 |
| | Borja Jaysen A. | 2014 | 310.00 | 78.60 | 24,366.00 |
| | Dasaro Stacy A | 2014 | 397.66 | 515.20 | 204,873.60 |
| | Norris Mark K. | 2014 | 235.00 | 311.10 | 73,108.50 |
| | Pierson Amanda R. | 2014 | 335.00 | 16.70 | 5,594.50 |
| | Trahanas Elias D. | 2014 | 375.00 | 516.30 | 193,612.50 |
| | Tranbaugh Mary H. | 2014 | 371.00 | 157.80 | 58,543.80 |
| | Berglin Lauren P. | 2015 | 360.00 | 360.80 | 129,888.00 |
| | Cabrera Jennifer B. | 2015 | 325.00 | 140.90 | 45,792.50 |
| | Collins Joseph P. | 2015 | 325.00 | 12.00 | 3,900.00 |
| | Howley Thomas F. | 2015 | 400.00 | 315.80 | 126,320.00 |
| | Koleva Darina A. | 2015 | 325.00 | 132.20 | 42,965.00 |
| | Light Samuel M. | 2015 | 360.00 | 450.60 | 162,216.00 |
| | Porembski Daniel P. | 2015 | 240.00 | 698.10 | 167,544.00 |
| | Serrao Andrew M. | 2015 | 400.00 | 428.80 | 171,520.00 |
| | Turner Tara E. | 2015 | 240.00 | 722.30 | 173,352.00 |
| | Wallace Kevin M. | 2015 | 370.00 | 290.40 | 107,448.00 |
| | Weinberg Lauren R. | 2015 | 360.00 | 336.40 | 121,104.00 |
| | Lucas Stephanie A. | 2016 | 310.00 | 40.50 | 12,555.00 |
| | Nadworny Bari R. | 2016 | 360.00 | 199.80 | 71,928.00 |
| | Stork Victoria L. | 2017 | 350.00 | 254.40 | 89,040.00 |
| | Cardenas Samantha A. | #N/A | 240.00 | 500.40 | 120,096.00 |
| | de Dios Maria A. | #N/A | 350.00 | 251.80 | 88,130.00 |
| | Maw Darley | #N/A | 350.00 | 336.80 | 117,880.00 |
| | Perez Jr. Pedro J. | #N/A | 350.00 | 242.80 | 84,980.00 |
| Associates Total | | | 383.68 | 45,153.70 | 17,324,360.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekier James M. | #N/A | 432.00 | 479.10 | 206,971.20 |
| | Blaber Theresa A | #N/A | 330.00 | 12.30 | 4,059.00 |
| | Bluett Marie V. | #N/A | 210.85 | 504.20 | 106,310.00 |
| | Bruening Mark P | #N/A | 180.00 | 145.00 | 26,100.00 |
| | Cabrera Ramon C | #N/A | 265.00 | 104.50 | 27,692.50 |
| | Chamberlain David R | #N/A | 180.00 | 19.00 | 3,420.00 |
| | Chan Angeline | #N/A | 252.00 | 195.30 | 49,215.60 |
| | Charlotten Magdalena | #N/A | 301.00 | 340.40 | 102,460.40 |
| | Clark Nancy L | #N/A | 237.00 | 5.10 | 1,208.70 |
| | Clark Rebecca M. | #N/A | 175.00 | 3.00 | 525.00 |
| | Curbelo Gracemary | #N/A | 324.00 | 580.90 | 188,211.60 |
| | de Dios Maria A. | #N/A | 350.00 | 0.30 | 105.00 |
| | Dyer Ricky J | #N/A | 210.00 | 7.50 | 1,575.00 |
| | Fetzer Jeffrey L | #N/A | 233.00 | 3.20 | 745.60 |
| | Fishelman Benjamin D. | #N/A | 413.00 | 436.30 | 180,191.90 |
| | Fredle Vicki M | #N/A | 210.00 | 375.20 | 78,792.00 |
| | Gage Carly R. | #N/A | 345.00 | 13.40 | 4,623.00 |
| | Gibbons Michael E. | #N/A | 371.00 | 319.20 | 118,423.20 |
| | Glanzman Adam J | #N/A | 340.00 | 148.90 | 50,626.00 |
| | Graham Sonya M. | #N/A | 260.00 | 28.80 | 7,488.00 |
| | Grigsby Camilla B. | #N/A | 129.00 | 63.00 | 8,127.00 |
| | Iskhakova Yuliya | #N/A | 350.00 | 365.50 | 127,925.00 |
| | Jesic Mario | #N/A | 180.00 | 6.50 | 1,170.00 |
| | Kinne Tanya M | #N/A | 323.00 | 470.10 | 151,842.30 |
| | LaFalce Stephen P. | #N/A | 175.00 | 7.30 | 1,277.50 |
| | Landrio Nikki M. | #N/A | 366.00 | 824.40 | 301,730.40 |
| | Lasko Seth D. | #N/A | 355.00 | 166.50 | 59,107.50 |
| | McIntosh Casey | #N/A | 196.00 | 599.70 | 117,541.20 |
| | Monge Tirsa | #N/A | 339.00 | 559.80 | 189,772.20 |
| | Montani Christine A. | #N/A | 339.00 | 513.40 | 174,042.60 |
| | Nunes Silas T | #N/A | 300.00 | 751.90 | 225,570.00 |
| | Nunez Willie | #N/A | 237.00 | 438.20 | 103,853.40 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliver-Weeks Marcella J. | #N/A | 367.23 | 631.10 | 231,756.00 |
| | Paremoud Jana | #N/A | 259.00 | 57.30 | 14,840.70 |
| | Pollawit Panida A. | #N/A | 300.00 | 6.60 | 1,980.00 |
| | Pulsipher Eric K. | #N/A | 312.00 | 503.40 | 157,060.80 |
| | Remus Amanda | #N/A | 360.00 | 243.40 | 87,624.00 |
| | Reyes Lucinda A. | #N/A | 191.00 | 627.30 | 119,814.30 |
| | Shin Jean H. | #N/A | 300.00 | 19.30 | 5,790.00 |
| | Singleton Kelly A. | #N/A | 300.00 | 3.80 | 1,140.00 |
| | Stephens Shawna M. | #N/A | 129.00 | 143.90 | 18,563.10 |
| | Stone Adrian | #N/A | 297.00 | 548.70 | 162,963.90 |
| | Suffern Anne C. | #N/A | 334.00 | 293.20 | 97,928.80 |
| | Sweet Karen R | #N/A | 237.00 | 338.30 | 80,177.10 |
| | Szalay Sarah M | #N/A | 190.00 | 341.50 | 64,885.00 |
| | Tineo Nicole L. | #N/A | 424.00 | 461.70 | 195,760.80 |
| | Tushaj Diana M. | #N/A | 268.00 | 156.60 | 41,968.80 |
| | Villamayor Fidentino L. | #N/A | 355.00 | 601.20 | 213,426.00 |
| | von Collande Constance M. | #N/A | 335.00 | 543.10 | 181,938.50 |
| | Wallace Dawn L. | #N/A | 323.00 | 379.90 | 122,707.70 |
| | Weaver Scott | #N/A | 306.10 | 550.00 | 168,355.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 307.22 | 14,938.20 | 4,589,383.30 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 685.54 | 25,394.30 | 17,408,822.20 |
| Associates Total | 383.68 | 45,153.70 | 17,324,360.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 307.22 | 14,938.20 | 4,589,383.30 |
| Blended Attorney Rate | 492.33 | | |
| Total Fees Incurred | | 85,486.20 | 39,322,566.00 |
| Less 10% Public Interest Discount | | | (3,932,256.60) |
| **Grand Total** | | | $ 35,390,309.40 |

| | |
|---|---|
| Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Irving H. Picard<br>Email: ipicard@bakerlaw.com<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>Jessie Schweller<br>Email: jschweller@bakerlaw.com | Hearing Date: August 29, 2012<br>Hearing Time: 10:00 A.M.<br>Objection Deadline: August 22, 2012<br>Time: 4:00 P.M. |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>                      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |

**NINTH APPLICATION OF TRUSTEE AND BAKER & HOSTETLER LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM <u>OCTOBER 1, 2011 THROUGH JANUARY 31, 2012</u>**

EXHIBIT B
SUMMARY OF NINTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Lieberstein, Eugene | 1965 | 466.25 | 98.70 | 46,372.00 |
| | Picard, Irving H. | 1966 | 860.00 | 623.90 | 536,583.00 |
| | Sheehan, David J. | 1968 | 859.93 | 835.80 | 719,202.00 |
| | Colombo, Louis A | 1973 | 579.00 | 107.80 | 62,905.00 |
| | Cymrot, Mark A | 1973 | 850.00 | 6.00 | 5,100.00 |
| | Matthias, Michael R | 1973 | 613.00 | 355.10 | 218,250.50 |
| | Moscow, John W | 1973 | 764.14 | 182.90 | 139,404.50 |
| | Bash, Brian A | 1975 | 662.11 | 138.60 | 92,078.00 |
| | Beckwith, Edward J | 1975 | 640.00 | 2.00 | 1,280.00 |
| | Long, Thomas L | 1976 | 690.54 | 711.30 | 489,527.50 |
| | Markowitz, Laurence S | 1977 | 695.00 | 1.20 | 834.00 |
| | Horowitz, Robert B.G. | 1978 | 530.00 | 0.80 | 424.00 |
| | Gibson, Wendy J | 1979 | 477.00 | 224.80 | 108,138.00 |
| | Goldman, Matthew R | 1979 | 690.00 | 1.00 | 690.00 |
| | Mooradian, George T | 1979 | 660.00 | 3.80 | 2,508.00 |
| | Powers, Marc D | 1981 | 759.09 | 321.40 | 244,186.00 |
| | Bittence, Mary M | 1982 | 470.00 | 6.20 | 2,914.00 |
| | Chockley III, Frederick W | 1982 | 700.50 | 208.20 | 145,009.00 |
| | Ponto, Geraldine E. | 1982 | 784.55 | 597.50 | 468,840.00 |
| | Drogen, Andrew M | 1983 | 580.00 | 13.20 | 7,656.00 |
| | Hannon, John P | 1983 | 660.00 | 320.50 | 211,530.00 |
| | McGowan Jr, John J | 1984 | 545.00 | 37.40 | 20,698.00 |
| | Quiat, Laurin D | 1985 | 532.14 | 36.70 | 19,556.00 |
| | Smith, Elizabeth A | 1985 | 764.55 | 346.00 | 265,038.00 |
| | McDonald, Heather J | 1986 | 551.25 | 463.00 | 256,343.50 |
| | Reich, Andrew W | 1987 | 544.55 | 396.10 | 216,444.00 |
| | Siegal, John | 1987 | 748.33 | 113.80 | 84,631.00 |
| | Tobin, Donna A. | 1987 | 645.29 | 404.50 | 261,981.50 |
| | Burke, John J | 1988 | 626.92 | 282.10 | 176,240.00 |
| | Ferguson, Gerald J | 1988 | 685.00 | 7.70 | 5,274.50 |
| | Susanin, Timothy S. | 1988 | 850.00 | 443.90 | 377,315.00 |
| | DeLancey, Leah E | 1990 | 583.00 | 68.40 | 39,498.00 |
| | Douthett, Breaden M | 1991 | 364.44 | 51.20 | 18,762.00 |
| | Goldberg, Steven H | 1991 | 854.99 | 248.10 | 212,338.50 |
| | Hunt, Dean D | 1991 | 567.78 | 433.30 | 246,963.50 |
| | Resnick, Lauren J | 1991 | 854.06 | 359.10 | 306,117.00 |
| | Hirschfield, Marc E. | 1992 | 800.00 | 573.40 | 458,720.00 |
| | Selby, Judy A. | 1992 | 739.74 | 683.90 | 504,637.50 |
| | Warren, Thomas D | 1992 | 638.16 | 290.50 | 182,402.50 |
| | Barr, Jonathan R. | 1993 | 725.00 | 7.90 | 5,727.50 |
| | Gluck, Peter J. | 1993 | 500.00 | 18.00 | 9,000.00 |
| | Griffin, Regina L. | 1993 | 789.00 | 920.60 | 733,119.00 |
| | Kornfeld, Mark A. | 1993 | 785.87 | 866.50 | 682,882.50 |
| | Renner, Deborah H. | 1993 | 785.10 | 677.60 | 535,105.00 |
| | Slater, Lourdes M. | 1993 | 700.00 | 99.90 | 69,930.00 |
| | Dolatly, George C. | 1994 | 705.00 | 4.50 | 3,172.50 |
| | Jacobs, Tonya A | 1994 | 496.67 | 441.70 | 219,861.00 |
| | Sarlson, Katherine G | 1994 | 225.00 | 221.10 | 49,747.50 |
| | Brennan, Terry M | 1995 | 434.55 | 151.20 | 65,812.00 |
| | Fuller, Lars H. | 1995 | 363.75 | 140.80 | 51,099.00 |
| | Scaletta, Anthony J | 1995 | 417.50 | 81.80 | 33,862.00 |
| | Cole, Tracy L | 1996 | 668.57 | 487.40 | 329,328.00 |
| | Levin, Richard B. | 1996 | 400.00 | 11.40 | 4,560.00 |
| | Munn, Demetri E | 1996 | 422.00 | 43.80 | 18,461.00 |
| | Turner, Christa C. | 1996 | 413.75 | 395.60 | 164,656.00 |
| | Enockson, Paul S | 1997 | 431.67 | 142.10 | 61,508.00 |
| | Hoang, Lan | 1997 | 710.00 | 480.70 | 341,297.00 |
| | Murphy, Keith R. | 1997 | 795.96 | 630.60 | 501,069.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |

|  | Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
|  | Papp, Edward Daniel | 1997 | 310.00 | 9.10 | 2,821.00 |
|  | Scully, Elizabeth A | 1997 | 563.33 | 197.00 | 111,555.00 |
|  | Fish, Eric R. | 1998 | 579.86 | 365.90 | 209,408.50 |
|  | New, Jonathan B. | 1998 | 793.00 | 101.40 | 80,399.00 |
|  | Perdion, Jason P | 1998 | 380.71 | 74.90 | 28,535.50 |
|  | Roegge, Jeannette O. | 1998 | 350.00 | 17.90 | 6,265.00 |
|  | Rollinson, James H | 1998 | 384.17 | 309.70 | 118,486.00 |
|  | Rose, Jorian L. | 1998 | 717.62 | 503.80 | 362,898.00 |
|  | Wall, Brett A | 1998 | 414.17 | 227.10 | 94,001.00 |
|  | Wang, Ona T | 1998 | 660.00 | 0.90 | 594.00 |
|  | Warshavsky, Oren J. | 1998 | 744.40 | 769.50 | 578,367.50 |
|  | Fischbach, Ryan D | 1999 | 438.57 | 54.40 | 23,814.00 |
|  | Pergament, Benjamin D | 1999 | 570.00 | 355.20 | 203,004.00 |
|  | Bohorquez Jr, Fernando A | 2000 | 623.57 | 1,301.00 | 821,157.00 |
|  | Cremona, Nicholas J. | 2000 | 718.24 | 769.70 | 552,439.00 |
|  | Schlegelmilch, Stephan J | 2000 | 365.00 | 87.40 | 31,991.50 |
|  | Alaverdi, Loura L | 2001 | 466.67 | 403.90 | 196,395.00 |
|  | Beckerlegge, Robertson D | 2001 | 522.14 | 232.80 | 121,299.50 |
|  | Burgan, Kelly S | 2001 | 423.57 | 81.30 | 34,135.50 |
|  | Fokas, Jimmy | 2001 | 680.56 | 247.00 | 167,587.50 |
|  | Oppenheim, Adam B. | 2001 | 660.50 | 577.40 | 380,574.00 |
|  | Pfeifer, Timothy S. | 2001 | 661.11 | 539.80 | 357,400.00 |
|  | Skapof, Marc | 2001 | 659.66 | 566.00 | 373,181.50 |
|  | Wall, Andrea C | 2001 | 355.00 | 1.00 | 355.00 |
|  | Weiser, Scott R. | 2001 | 568.75 | 295.40 | 168,398.00 |
|  | Zeballos, Gonzalo S. | 2001 | 712.04 | 500.50 | 357,995.00 |
|  | Garg, Anjula | 2002 | 545.00 | 172.00 | 94,784.00 |
|  | Wearsch, Thomas M | 2002 | 510.00 | 392.40 | 197,038.00 |
|  | Hochmuth, Farrell A | 2003 | 421.15 | 338.70 | 142,874.50 |
|  | Jacobs, Edward J. | 2003 | 550.63 | 685.60 | 372,332.00 |
|  | Jenson, Karin Scholz | 2003 | 411.67 | 970.90 | 391,143.50 |
|  | Oliver, Jason S. | 2003 | 515.00 | 51.10 | 26,045.00 |
|  | Wilde, Michael C | 2003 | 313.75 | 169.50 | 53,343.00 |
|  | Evans Jr, David L | 2004 | 300.00 | 2.30 | 690.00 |
|  | Kitaev, Erica G. | 2004 | 331.25 | 282.30 | 93,905.00 |
|  | Kitchen, David E | 2004 | 343.00 | 329.00 | 113,843.00 |
|  | Smith, Rachel M | 2004 | 383.33 | 146.70 | 55,725.00 |
|  | Proano, David F | 2005 | 295.00 | 6.00 | 1,770.00 |
|  | Weber, William J | 2005 | 515.00 | 0.30 | 154.50 |
|  | Conley, Sylvia J | 2006 | 536.00 | 367.90 | 197,279.00 |
| Partners and of Counsel Total |  |  | 641.09 | 28,327.70 | 18,160,572.50 |
| Associates | Meisels, Naomi P. | 1984 | 525.00 | 110.30 | 57,907.50 |
|  | Bieler, Philip | 1994 | 425.00 | 710.70 | 302,047.50 |
|  | Procell, Karen W. | 1995 | 410.00 | 215.30 | 88,273.00 |
|  | Kates, Elyssa S. | 2000 | 533.33 | 262.40 | 138,700.00 |
|  | Bell, Stacey A. | 2001 | 577.78 | 971.40 | 564,487.50 |
|  | Esser, Brian K | 2001 | 596.09 | 617.90 | 366,055.50 |
|  | Shivnarain, Dwayne A. | 2001 | 503.00 | 323.70 | 163,258.50 |
|  | North, Geoffrey A. | 2002 | 539.00 | 754.00 | 410,078.00 |
|  | Song, Brian W. | 2002 | 450.00 | 685.30 | 308,385.00 |
|  | Cheema, Bik | 2003 | 496.43 | 446.50 | 222,608.50 |
|  | Malek, Sammi | 2003 | 536.00 | 187.50 | 101,694.00 |
|  | Shields, Nkosi D. | 2003 | 440.00 | 592.80 | 260,832.00 |
|  | Wlodek, Heather | 2003 | 442.73 | 298.40 | 132,099.00 |
|  | Cohen, Dennis O | 2004 | 500.00 | 106.70 | 53,350.00 |
|  | Gabriel, Jessie M | 2004 | 424.32 | 266.00 | 113,175.00 |
|  | Glasser, Michael P. | 2004 | 458.89 | 200.60 | 92,701.00 |
|  | Karttunen, Timo | 2004 | 465.00 | 143.80 | 66,867.00 |
|  | Kolm, Julie A. | 2004 | 440.00 | 41.80 | 18,392.00 |
|  | Obhof, Larry J. | 2004 | 310.00 | 1.30 | 403.00 |
|  | Powell, Michael L | 2004 | 442.50 | 302.10 | 131,784.00 |
|  | Smith, Adam J | 2004 | 450.00 | 43.70 | 19,665.00 |
|  | Allen, Brian F. | 2005 | 430.00 | 498.90 | 214,527.00 |
|  | Benavides, Michelle | 2005 | 382.50 | 128.60 | 49,163.00 |
|  | Bodenheimer, Henry C. | 2005 | 458.75 | 360.60 | 165,813.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|  | Carvalho, Melissa M. | 2005 | 462.50 | 408.70 | 190,410.00 |
|  | Chow, Teresa C. | 2005 | 376.25 | 188.40 | 72,405.50 |
|  | Hartman, Ruth E | 2005 | 300.45 | 402.70 | 121,002.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Leeper, Kurt A | 2005 | 285.00 | 8.10 | 2,308.50 |
| | Madbak, Hanna F. | 2005 | 490.00 | 8.50 | 4,165.00 |
| | Raley, Matthew R | 2005 | 375.00 | 4.30 | 1,612.50 |
| | Rodriguez, Alberto | 2005 | 480.00 | 74.90 | 35,557.50 |
| | Stump, Jacob R. | 2005 | 295.00 | 306.00 | 90,700.00 |
| | Thorpe, Courtni E | 2005 | 285.00 | 19.20 | 5,472.00 |
| | White, Nicholas L | 2005 | 285.00 | 95.40 | 27,189.00 |
| | Carlisle, Marie L. | 2006 | 356.25 | 570.70 | 203,632.50 |
| | DeGaetano, Melissa A | 2006 | 275.00 | 6.60 | 1,815.00 |
| | Feil, Matthew D. | 2006 | 467.78 | 515.00 | 240,885.00 |
| | Heim, Kathryn M. | 2006 | 453.57 | 58.00 | 26,354.00 |
| | Kosack, Melissa L. | 2006 | 456.36 | 1,077.40 | 494,525.00 |
| | Lange, Gretchen L | 2006 | 280.71 | 81.80 | 22,723.00 |
| | Longstaff, Carrie | 2006 | 459.72 | 721.40 | 331,399.00 |
| | Nevin, Douglas M | 2006 | 451.11 | 193.20 | 86,265.50 |
| | Olson, Stephen T | 2006 | 375.00 | 10.70 | 4,012.50 |
| | Petrelli III, John W | 2006 | 356.67 | 66.80 | 24,103.00 |
| | Shoshany, Lindsey A. | 2006 | 417.00 | 649.90 | 270,976.50 |
| | Smith, Greer D | 2006 | 275.00 | 1.50 | 412.50 |
| | Tobin, Sarah M | 2006 | 354.29 | 249.00 | 88,743.00 |
| | Vanderwal, Amy E. | 2006 | 525.00 | 34.70 | 18,217.50 |
| | Yates, Shana M. | 2006 | 391.25 | 543.50 | 212,483.50 |
| | Barker Brown, Erin R | 2007 | 260.00 | 11.10 | 2,917.50 |
| | Biegelman, Daniel R. | 2007 | 419.44 | 99.10 | 41,440.50 |
| | Bobb, Matthew I. | 2007 | 415.00 | 537.30 | 222,979.50 |
| | Brown, Seanna R. | 2007 | 514.19 | 736.90 | 378,050.00 |
| | Calvani, Torello H. | 2007 | 503.85 | 771.70 | 392,347.50 |
| | Casey IV, James P. | 2007 | 337.50 | 3.70 | 1,260.00 |
| | Garvin, Naima J. | 2007 | 500.00 | 17.10 | 8,550.00 |
| | Goldmark, Jena B. | 2007 | 415.00 | 422.80 | 175,462.00 |
| | Howard, Emily A. | 2007 | 419.44 | 317.90 | 135,030.50 |
| | Jacobson, Michael B | 2007 | 404.55 | 209.20 | 83,910.00 |
| | Karp, Brian S. | 2007 | 458.75 | 235.20 | 108,541.50 |
| | Klidonas, George | 2007 | 371.58 | 385.20 | 146,077.00 |
| | Lawrence, Kelvin M | 2007 | 258.00 | 342.50 | 86,619.00 |
| | Lee, Joon | 2007 | 415.00 | 745.90 | 309,548.50 |
| | Liburd, Essence | 2007 | 431.45 | 225.60 | 96,892.50 |
| | McGibbon, Joanna S. | 2007 | 415.00 | 136.80 | 56,772.00 |
| | Nelson, Maritza S | 2007 | 257.14 | 339.10 | 86,550.00 |
| | Ranade, Samir K. | 2007 | 500.00 | 421.80 | 210,900.00 |
| | Ritz, Kenneth A. | 2007 | 415.00 | 742.20 | 308,013.00 |
| | Truong, Sarah J. | 2007 | 506.88 | 558.00 | 283,090.00 |
| | Walrath, Jennifer M | 2007 | 420.00 | 4.80 | 2,016.00 |
| | Amin, Tina U | 2008 | 277.50 | 316.80 | 88,117.50 |
| | Carbajal, Natacha | 2008 | 415.70 | 303.70 | 127,525.00 |
| | Chang, Willy | 2008 | 375.00 | 9.30 | 3,487.50 |
| | Day, James W. | 2008 | 406.25 | 625.70 | 254,000.00 |
| | Goldstein, Robyn R. | 2008 | 308.33 | 637.60 | 197,198.00 |
| | Kaplan, Deborah A | 2008 | 417.86 | 454.00 | 186,410.00 |
| | Kaplan, Michelle R. | 2008 | 404.62 | 706.60 | 286,324.00 |
| | Luke, Tarsha L | 2008 | 405.00 | 186.20 | 75,567.50 |
| | McCurrach, Elizabeth G. | 2008 | 420.00 | 264.10 | 110,563.50 |
| | Moody, Matthew J. | 2008 | 423.42 | 549.40 | 231,053.00 |
| | Murdock-Park, Erin K. | 2008 | 240.00 | 24.80 | 5,952.00 |
| | Nixon, Christy A. | 2008 | 381.82 | 228.20 | 86,255.00 |
| | O'Neal, Stephen T. | 2008 | 225.00 | 628.70 | 141,457.50 |
| | Osburn, Alexis C. | 2008 | 240.00 | 10.20 | 2,448.00 |
| | Ramos-Mrosovsky, Carlos | 2008 | 410.00 | 42.10 | 17,485.00 |
| | Rovine, Jacqlyn | 2008 | 400.00 | 720.50 | 288,200.00 |
| | Schutte, Elizabeth M. | 2008 | 400.00 | 224.10 | 89,640.00 |
| | Stanley, Trevor M. | 2008 | 389.64 | 89.00 | 34,967.50 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| | Stark, Anthony M. | 2008 | 418.20 | 386.90 | 160,791.50 |
| | Thomas, Joshua C. | 2008 | 309.29 | 144.20 | 44,414.50 |
| | Walgenbach, Emilie J. | 2008 | 415.00 | 397.70 | 165,045.50 |
| | Whittlesey, Gillian L. | 2008 | 350.00 | 27.10 | 9,485.00 |
| | Woltering, Catherine E. | 2008 | 243.67 | 748.20 | 182,634.00 |
| | Zunno, Kathryn M. | 2008 | 505.00 | 983.90 | 498,595.00 |
| | Bogucki, Scott J. | 2009 | 400.00 | 617.00 | 246,800.00 |

| NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Budd, Ashley J. | 2009 | 225.00 | 678.40 | 152,640.00 |
| Campbell, Patrick T | 2009 | 406.25 | 348.20 | 140,960.00 |
| Collins, Tarique N. | 2009 | 415.00 | 427.70 | 177,495.50 |
| D'Andrea, Lindsey | 2009 | 233.75 | 348.50 | 82,471.00 |
| Gentile, Dominic A. | 2009 | 400.00 | 693.10 | 277,240.00 |
| Hangawatte, Udyogi A. | 2009 | 367.50 | 103.10 | 37,440.00 |
| Harker, Francesca M. | 2009 | 381.25 | 92.80 | 35,112.50 |
| Howe, Mary E. | 2009 | 382.95 | 612.10 | 234,097.50 |
| Kamath, Pramila A. | 2009 | 226.94 | 435.90 | 98,943.50 |
| Kessler, Dena S. | 2009 | 320.00 | 10.10 | 3,232.00 |
| Kramer, Kathryn M. | 2009 | 225.00 | 794.00 | 178,650.00 |
| Law, Karen | 2009 | 294.17 | 85.20 | 26,045.50 |
| LeClair, Nicole D. | 2009 | 225.00 | 480.50 | 108,112.50 |
| Marck, Michelle K | 2009 | 400.00 | 78.80 | 31,520.00 |
| Markel, Tatiana | 2009 | 382.35 | 876.60 | 333,362.50 |
| Maynard, Kim M. | 2009 | 360.00 | 622.60 | 225,303.00 |
| McKnight, Katherine L. | 2009 | 380.00 | 11.70 | 4,446.00 |
| Molina, Marco | 2009 | 404.29 | 746.30 | 302,500.00 |
| Murray, Kelli A. | 2009 | 248.75 | 40.60 | 10,241.00 |
| Nickodem, Robert G. | 2009 | 225.00 | 421.70 | 94,882.50 |
| Ozturk, Ferve E. | 2009 | 405.91 | 769.50 | 311,674.00 |
| Schweller, Jessie A. | 2009 | 403.75 | 590.90 | 238,858.00 |
| Shapiro, Peter B. | 2009 | 404.71 | 422.30 | 172,532.00 |
| Stuber, Kristen D. | 2009 | 230.00 | 141.00 | 32,430.00 |
| Tremaglio, Analiese | 2009 | 350.00 | 425.80 | 149,030.00 |
| Vessells, Jennifer A. | 2009 | 235.63 | 584.10 | 135,934.50 |
| Winquist, Justin T. | 2009 | 263.75 | 321.20 | 84,212.50 |
| Witt, Sara L. | 2009 | 230.00 | 2.20 | 506.00 |
| Abraham, Asha | 2010 | 391.88 | 676.00 | 264,355.50 |
| Barra, Jonathan P. | 2010 | 225.00 | 581.90 | 130,927.50 |
| Burgos, Jocelyn | 2010 | 400.00 | 130.40 | 52,160.00 |
| Bushnell, Christina M. | 2010 | 225.00 | 474.70 | 106,807.50 |
| Carney, Brian W. | 2010 | 225.00 | 634.80 | 142,830.00 |
| Castillon, Jesus J. | 2010 | 290.00 | 413.20 | 119,740.00 |
| Chandler, Tara R. | 2010 | 225.00 | 709.20 | 159,570.00 |
| Chohan, Raj | 2010 | 240.00 | 153.40 | 36,983.00 |
| Choi, David | 2010 | 400.00 | 704.60 | 281,840.00 |
| Clegg, Sammantha E. | 2010 | 397.50 | 431.70 | 171,570.00 |
| Cominsky, Mark A. | 2010 | 226.92 | 502.80 | 114,229.00 |
| Cook, Nora K. | 2010 | 225.00 | 701.20 | 157,770.00 |
| Crist, John W. | 2010 | 225.00 | 607.10 | 136,597.50 |
| Estes, Yelena | 2010 | 391.85 | 615.90 | 241,133.50 |
| Fein, Amanda E. | 2010 | 364.00 | 995.80 | 365,992.00 |
| Flynn, Alison | 2010 | 400.00 | 113.80 | 45,520.00 |
| Geronimo, Andrew C. | 2010 | 225.00 | 594.30 | 133,717.50 |
| Hansford, Melissa L. | 2010 | 225.00 | 570.90 | 128,452.50 |
| Hoff, Michelle M. | 2010 | 230.00 | 114.10 | 26,243.00 |
| James, Christopher T. | 2010 | 290.00 | 322.70 | 93,061.50 |
| Khatib, Hadi | 2010 | 390.00 | 299.80 | 116,922.00 |
| Koch, Jacqueline R. | 2010 | 322.50 | 228.80 | 70,413.00 |
| Martin, David J. | 2010 | 227.08 | 496.80 | 112,841.50 |
| Maytal, Anat | 2010 | 391.36 | 699.20 | 273,577.00 |
| McMillan, David M. | 2010 | 391.18 | 585.10 | 229,016.50 |
| Mosier, A. Mackenna | 2010 | 402.00 | 417.50 | 168,680.00 |
| Needham, Kelly C. | 2010 | 225.00 | 707.10 | 159,097.50 |
| Portnoy, Lesley F. | 2010 | 363.00 | 356.40 | 129,894.00 |
| Pratt, Rodney E. | 2010 | 225.00 | 419.70 | 94,432.50 |
| Rog, Joshua B. | 2010 | 400.00 | 730.60 | 292,240.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Rollins, Jennifer B. | 2010 | 226.43 | 569.20 | 128,973.00 |
| | Rouach, Sophie | 2010 | 415.00 | 153.80 | 63,827.00 |
| | Schichnes, Jessica | 2010 | 392.73 | 567.10 | 222,000.00 |
| | Schlueter, Andrew C. | 2010 | 225.00 | 670.80 | 150,930.00 |
| | Scott, Justin T. | 2010 | 290.00 | 504.30 | 145,593.50 |
| | Sobel, Sean H. | 2010 | 225.00 | 863.80 | 194,355.00 |
| | Taddeo, Luisa | 2010 | 225.00 | 582.20 | 130,995.00 |
| | Ubaid, Maryland H. | 2010 | 225.00 | 693.30 | 155,992.50 |
| | Vasel, Denise D. | 2010 | 363.89 | 365.00 | 131,635.00 |
| | Wasko, Lindsay J. | 2010 | 225.00 | 748.10 | 168,322.50 |

|  | Name | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
|  | Young, Michelle L. | 2010 | 338.00 | 270.40 | 92,301.50 |
|  | Abonamah, Ahmed | 2011 | 225.00 | 374.50 | 84,262.50 |
|  | Bacon, Natalie R. | 2011 | 230.00 | 114.90 | 26,427.00 |
|  | Ball, Stephen L. | 2011 | 338.46 | 377.30 | 129,143.50 |
|  | Barhorst, Damon C. | 2011 | 226.39 | 391.60 | 88,923.00 |
|  | Beck, Christopher R. | 2011 | 230.00 | 111.80 | 25,714.00 |
|  | Becker, Eric J. | 2011 | 230.00 | 105.00 | 24,150.00 |
|  | Buskirk, Alex D. | 2011 | 230.00 | 117.20 | 26,956.00 |
|  | Cabico, Jason D. | 2011 | 339.29 | 307.60 | 105,300.50 |
|  | Cutler, Sima L. | 2011 | 226.56 | 510.70 | 116,127.00 |
|  | deVries, Alan C. | 2011 | 207.50 | 538.60 | 113,825.00 |
|  | Dorner, Drew T. | 2011 | 226.67 | 438.60 | 99,513.50 |
|  | Durbin, Damon M. | 2011 | 230.00 | 112.30 | 25,829.00 |
|  | Economides, Constantine P. | 2011 | 391.39 | 581.00 | 227,395.50 |
|  | Ekechuku, Steven D. | 2011 | 390.83 | 680.70 | 266,152.00 |
|  | Elam, Elise R. | 2011 | 227.31 | 458.00 | 104,051.00 |
|  | Farnsworth, Joshua L. | 2011 | 226.50 | 372.00 | 84,573.50 |
|  | Feldstein, Robyn M | 2011 | 391.77 | 736.50 | 288,251.50 |
|  | Gottesman, Joel D. | 2011 | 225.00 | 512.00 | 115,200.00 |
|  | Grant, Lindsey M. | 2011 | 230.00 | 116.30 | 26,749.00 |
|  | Jagunic, Michael H. | 2011 | 230.00 | 115.00 | 26,450.00 |
|  | Kahner, Tegan E. | 2011 | 226.58 | 513.60 | 116,609.00 |
|  | Knappick, Justin L. | 2011 | 226.50 | 463.70 | 105,245.50 |
|  | Krishna, Ganesh | 2011 | 391.82 | 710.90 | 278,155.50 |
|  | Lundregan, Scott M. | 2011 | 227.00 | 438.20 | 99,506.50 |
|  | Nowakowski, Jonathan | 2011 | 391.79 | 734.20 | 287,512.00 |
|  | Nutt, Jessica E. | 2011 | 391.67 | 581.30 | 227,570.00 |
|  | Oliva, Frank M. | 2011 | 391.25 | 707.90 | 276,752.00 |
|  | Paul, Shuva J. | 2011 | 226.88 | 401.50 | 91,277.00 |
|  | Polsinelli, Jaclyn R. | 2011 | 226.92 | 422.90 | 96,044.00 |
|  | Powell, Robin D. | 2011 | 226.50 | 487.10 | 110,595.50 |
|  | Ruginis, Alexis N. | 2011 | 391.25 | 587.30 | 229,992.50 |
|  | Schechter, Jody E. | 2011 | 318.33 | 763.10 | 244,272.50 |
|  | Sinclair, Jordan A. | 2011 | 276.11 | 383.90 | 106,094.50 |
|  | Spears, Ericka H. | 2011 | 226.18 | 693.90 | 157,210.00 |
|  | Stewart, Justin T. | 2011 | 226.92 | 515.40 | 116,952.50 |
|  | Tasan, Sinem B. | 2011 | 230.00 | 109.50 | 25,185.00 |
|  | Thompson, Eric D. | 2011 | 230.00 | 108.20 | 24,886.00 |
|  | Towner, Amber N. | 2011 | 230.00 | 116.10 | 26,703.00 |
|  | von Ansbach-Young, Michael R. | 2011 | 225.94 | 583.50 | 132,120.00 |
|  | Wangsgard, Kendall E. | 2011 | 338.75 | 141.00 | 47,874.00 |
|  | Wells, Carrie T. | 2011 | 225.00 | 719.90 | 161,977.50 |
|  | White, Jason T. | 2011 | 350.00 | 435.30 | 152,355.00 |
|  | White, Lauren A. | 2011 | 226.67 | 470.40 | 106,855.00 |
|  | Wolf, Jacob H. | 2011 | 230.00 | 104.20 | 23,966.00 |
|  | Zuberi, Madiha M. | 2011 | 390.56 | 750.50 | 293,605.50 |
|  | Consolino, Serine R. | 2012 | 318.33 | 268.10 | 84,853.50 |
|  | Gallagher, Christopher B. | 2012 | 391.47 | 756.90 | 296,409.50 |
|  | Hough, Shawn P. | 2012 | 390.00 | 355.80 | 138,762.00 |
|  | Khan, Juvaria S. | 2012 | 319.00 | 611.30 | 196,011.50 |
|  | Kravitz, Bret D. | 2012 | 227.00 | 503.30 | 114,319.50 |
|  | Babka, Sarah R. | #N/A | 391.33 | 572.40 | 223,600.00 |
|  | Cunningham-Minnick, Jennifer A. | #N/A | 225.00 | 112.70 | 25,357.50 |
|  | Curtin, Daniel P. | #N/A | 319.00 | 165.50 | 53,184.50 |
|  | Houston, Christopher S. | #N/A | 225.00 | 32.20 | 7,245.00 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|  | Plummer, Caitlin M. | #N/A | 315.00 | 0.90 | 283.50 |
|  | Rice, David W. | #N/A | 391.00 | 859.30 | 336,332.50 |
| Associates Total |  |  | 348.15 | 86,552.50 | 30,133,099.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Allemant-Salas, Gonzalo | #N/A | 302.50 | 460.30 | 139,336.50 |
|  | Bekier, James M. | #N/A | 366.90 | 619.90 | 226,072.00 |
|  | Bitman, Oleg | #N/A | 248.33 | 393.30 | 97,484.50 |
|  | Blaber, Theresa A | #N/A | 278.60 | 265.80 | 73,905.00 |
|  | Bliss, Stephanie L. | #N/A | 211.00 | 133.10 | 28,087.00 |
|  | Cabrera, Ramon C | #N/A | 228.33 | 182.80 | 41,524.00 |
|  | Chan, Angeline | #N/A | 225.00 | 611.20 | 137,520.00 |

| | | | | |
|---|---|---|---|---|
| Charlotten, Magdalena | #N/A | 249.38 | 280.70 | 69,699.50 |
| Chiofalo, Frank A. | #N/A | 227.00 | 826.80 | 188,395.00 |
| Cohen, Justin H. | #N/A | 300.00 | 23.30 | 6,990.00 |
| Craig, Robert E | #N/A | 425.00 | 6.10 | 2,592.50 |
| Creagan, Carol A | #N/A | 175.00 | 102.80 | 17,990.00 |
| Dyer, Ricky J | #N/A | 185.00 | 36.70 | 6,719.00 |
| Fetzer, Jeffrey L | #N/A | 202.50 | 202.00 | 40,714.00 |
| Fishelman, Benjamin D. | #N/A | 355.26 | 791.40 | 280,370.00 |
| Fredle, Vicki M | #N/A | 185.00 | 8.00 | 1,480.00 |
| Gardner, Bronson R | #N/A | 200.00 | 128.50 | 25,700.00 |
| Halwes, Shannon L. | #N/A | 187.50 | 201.20 | 38,127.00 |
| Heller, Julie M. | #N/A | 364.35 | 267.70 | 96,614.00 |
| Iskhakova, Yuliya | #N/A | 260.80 | 670.30 | 176,171.00 |
| Jones, Michael K. | #N/A | 135.00 | 6.10 | 823.50 |
| Kurtock, Julie A | #N/A | 205.00 | 6.10 | 1,250.50 |
| Landrio, Nikki M. | #N/A | 314.42 | 740.60 | 232,506.50 |
| Lee, Magali L. | #N/A | 259.47 | 723.20 | 187,716.00 |
| Little, Lynn M. | #N/A | 288.41 | 187.10 | 53,991.00 |
| Martin, Sasha L. | #N/A | 248.46 | 480.00 | 119,428.50 |
| Maxwell, Sarah A | #N/A | 165.97 | 250.80 | 41,657.00 |
| McLaughlin, Christopher | #N/A | 162.58 | 605.80 | 98,414.00 |
| Mearns, Erin F. | #N/A | 223.08 | 154.60 | 34,295.00 |
| Medina, Rebecca J. | #N/A | 160.00 | 181.50 | 29,040.00 |
| Monge, Tirsa | #N/A | 290.00 | 633.80 | 182,994.00 |
| Montalvo, Jason M. | #N/A | 302.50 | 573.30 | 173,832.00 |
| Montani, Christine A. | #N/A | 287.94 | 467.00 | 134,001.00 |
| Nikac, Mario | #N/A | 335.00 | 207.90 | 69,646.50 |
| Nunes, Silas T | #N/A | 262.86 | 745.50 | 195,796.00 |
| Oliver-Weeks, Marcella J. | #N/A | 279.57 | 520.00 | 144,896.00 |
| Ostrander, John C. | #N/A | 202.11 | 418.10 | 84,538.00 |
| Paremoud, Jana | #N/A | 227.41 | 285.40 | 65,005.00 |
| Pulsipher, Eric K. | #N/A | 275.00 | 394.40 | 108,460.00 |
| Rawles, Michael M | #N/A | 195.00 | 9.90 | 1,930.50 |
| Remus, Amanda | #N/A | 279.00 | 629.70 | 175,371.00 |
| Reynolds, Julie L. | #N/A | 200.00 | 28.40 | 5,680.00 |
| Rivera, Eileen G. | #N/A | 167.62 | 625.60 | 104,551.00 |
| Samarasekera, Dilip | #N/A | 200.00 | 186.10 | 37,220.00 |
| Schnarre, Nicole L. | #N/A | 366.40 | 605.50 | 220,920.00 |
| Stone, Adrian | #N/A | 249.00 | 583.00 | 144,968.00 |
| Sulhan, Barbara J | #N/A | 176.25 | 60.90 | 10,705.00 |
| Sweet, Karen R | #N/A | 208.00 | 181.50 | 37,555.50 |
| Tushaj, Diana M. | #N/A | 235.00 | 261.70 | 61,499.50 |
| Van Dyke, Dawn M | #N/A | 235.00 | 6.20 | 1,457.00 |
| Villamayor, Fidentino L. | #N/A | 304.69 | 564.60 | 171,435.00 |
| von Collande, Constance M. | #N/A | 262.09 | 705.30 | 186,058.50 |
| Wallace, Dawn L. | #N/A | 279.04 | 465.70 | 129,809.00 |
| Wasserman, Gabor M. | #N/A | 335.00 | 177.30 | 59,395.50 |
| Weaver, Scott | #N/A | 250.00 | 534.10 | 133,525.00 |
| Wilkins, Kerrick T. | #N/A | 176.25 | 132.20 | 23,648.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | #N/A | 263.90 | 19,550.80 | 5,159,510.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | $ 641.09 | $ 28,327.70 | $ 18,160,572.50 |
| Associates Total | 348.15 | 86,552.50 | 30,133,099.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 263.90 | 19,550.80 | 5,159,510.50 |
| Blended Attorney Rate | 420.38 | | |
| Total Fees Incurred | | 134,431.00 | 53,453,182.00 |
| **Less 10% Public Interest Discount** | | | (5,345,318.20) |
| **Grand Total** | | | $ 48,107,863.80 |

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR NINTH INTERIM
PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 722.60 | $ 426,701.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 1,006.60 | 503,533.50 |
| 03 | Feeder Funds | 795.60 | 471,700.50 |
| 04 | Asset Search Recovery and Sale | 506.80 | 328,744.00 |
| 05 | Internal Office Meetings with Staff | 464.00 | 141,404.00 |
| 07 | Billing | 683.00 | 233,143.00 |
| 08 | Case Administration | 2,236.10 | 743,179.50 |
| 09 | Banks | 635.30 | 346,885.00 |
| 10 | Court Appearances | 0.20 | 170.00 |
| 11 | Press Inquires and Responses | 379.50 | 181,422.50 |
| 12 | Document Review | 8,861.60 | 2,593,516.00 |
| 13 | Discovery - Depositions and Document Productions | 6,345.70 | 2,467,113.50 |
| 14 | International | 987.70 | 479,058.50 |
| 15 | Charities | 3.20 | 1,590.00 |
| 17 | Access - Luxembourg | 771.70 | 212,807.00 |
| 18 | Auditors | 3.10 | 2,679.00 |
| 19 | Non-Bankruptcy Litigation | 11.60 | 9,719.50 |
| 20 | Governmental Agencies | 280.10 | 166,922.50 |
| 21 | Allocation | 85.60 | 59,294.50 |
| 000003 | Stanley Chais | 811.10 | 394,927.50 |
| 000004 | J. Ezra Merkin | 8,821.30 | 2,903,322.00 |
| 000005 | Customer Claims (2009 - 2011) | 2,257.80 | 1,025,209.00 |
| 000006 | Vizcaya | 394.20 | 173,971.00 |
| 000007 | Madoff Family | 3,049.70 | 1,513,795.00 |
| 000008 | Norman Levy | 7.50 | 2,749.00 |
| 000009 | Fairfield Greenwich | 3,157.50 | 1,020,393.00 |
| 000010 | Harley | 33.30 | 18,679.00 |
| 000011 | Cohmad Securities Corporation | 4,183.10 | 1,594,114.50 |
| 000012 | Picower | 286.30 | 169,606.00 |
| 000013 | Kingate | 2,113.00 | 1,157,918.50 |
| 000018 | Thybo | 381.90 | 194,549.00 |
| 000019 | Ruth Madoff | 2.40 | 1,898.50 |
| 000020 | Carl Shapiro | 93.50 | 37,222.00 |
| 000021 | Avoidance Action Investigation/Litigation 2010-2012 | 22,138.70 | 8,730,021.00 |
| 000024 | Robert Luria | 3.50 | 1,629.50 |
| 000025 | Amy Luria | 0.50 | 294.00 |
| 000026 | Richard Stahl | 185.10 | 93,363.00 |
| 000027 | JPMorgan Chase | 1,541.30 | 618,032.00 |
| 000028 | Westport | 602.50 | 173,242.00 |
| 000029 | Rye/Tremont | 272.90 | 162,190.50 |
| 000030 | HSBC | 3,818.30 | 1,916,246.50 |
| 000031 | Katz/Wilpon | 38,103.70 | 15,129,969.00 |
| 000032 | LuxAlpha/UBS | 2,726.40 | 1,097,840.00 |
| 000033 | Nomura Bank International PLC | 17.80 | 7,767.00 |
| 000034 | Citibank | 245.20 | 113,332.00 |
| 000035 | Natixis | 735.20 | 325,562.00 |
| 000036 | Merrill Lynch | 162.80 | 39,053.50 |
| 000037 | ABN AMRO | 299.00 | 146,580.00 |
| 000038 | Banco Bilbao | 377.50 | 173,582.50 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 000039 | Fortis | 7.00 | 3,285.00 |
| 000040 | Medici Enterprise | 1,951.00 | 907,401.50 |
| 000041 | Whitechapel | 53.10 | 27,445.00 |
| 000042 | Equity Trading | 47.60 | 24,928.00 |
| 000043 | Defender | 30.70 | 16,194.00 |
| 000044 | Maccabee | 23.40 | 12,327.00 |
| 000045 | Levey | 68.30 | 36,911.50 |
| 000046 | Glantz | 470.30 | 240,090.00 |
| 000047 | Bonaventre | 25.50 | 12,519.00 |
| 000048 | Bongiorno | 63.30 | 30,640.00 |
| 000049 | Greenberger | 623.00 | 338,213.50 |
| 000050 | Pitz | 42.30 | 16,699.50 |
| 000051 | Crupi | 58.30 | 19,184.50 |
| 000052 | Donald Friedman | 3,853.60 | 1,058,978.00 |
| 000053 | Magnify | 842.50 | 382,045.50 |
| 000054 | Mendelow | 198.30 | 110,175.50 |
| 000055 | Kugel | 52.10 | 27,191.00 |
| 000056 | Lipkin | 72.80 | 25,728.50 |
| 000057 | Perez/O'Hara | 25.70 | 11,892.00 |
| 000058 | PJ Administrators | 203.40 | 90,398.00 |
| 000059 | Stanley Shapiro | 133.60 | 59,404.00 |
| 000060 | Avellino & Bienes | 180.30 | 91,279.50 |
| 000061 | Maxam | 2,245.50 | 976,331.00 |
| 000062 | Subsequent Transfer | 1,556.40 | 627,278.50 |
| Grand Total | | 134,431.00 | 53,453,182.00 |

**Less 10% Public Interest Discount**  (5,345,318.20)

**Grand Total**  $ 48,107,863.80

**Current Application**
Interim Compensation Requested  $ 48,107,863.80
Interim Compensation Paid  (43,297,077.43)
Interim Compensation Deferred  $ 4,810,786.37

**Prior Applications**
Interim Compensation Requested  $ 273,066,911.54
Interim Compensation Paid  (245,760,220.40)
Interim Compensation Deferred  $ 27,306,691.14

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR NINTH
INTERIM PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

| E101 | Copying (E101) | 87,289.98 |
|---|---|---|
| E102 | Outside Printing (E102) | 39,494.90 |
| E104 | Facsimile (E104) | 29.90 |
| E105 | Telephone (E105) | 13,032.96 |
| E106 | Online Research (E106) | 172,585.27 |
| E107 | Delivery Services/ Messengers (E107) | 14,257.87 |
| E108 | Postage (E108) | 2,190.37 |
| E109 | Local Travel (E109) | 5,427.58 |
| E110 | Out-of-Town Travel (E110) | 190,338.56 |
| E111 | Business Meals, etc. (E111) | 286.23 |
| E112 | Court Fees (E112) | 14,777.76 |
| E113 | Subpoena Fees (E113) | 1,825.29 |
| E114 | Witness Fees (E114) | 240.00 |
| E115 | Deposition Transcripts (E115) | 102,815.18 |
| E116 | Trial Transcripts (E116) | 1,737.94 |
| E119 | Experts (E119) | 4,885.12 |
| E123 | Other Professionals (E123) | 36,084.29 |
| E124 | Other (E124) | 13,324.66 |
| E125 | Translation Costs (E125) | 165,311.58 |
| E129 | Official Fees (E129) | 690.00 |
| Grand Total | | 866,625.44 |

**Prior Applications**

Reimbursement of Expenses Requested and Rewarded    $6,149,828.34

EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR NINTH INTERIM
PERIOD OF OCTOBER 1, 2011 THROUGH JANUARY 31, 2012

|  | Counsel and Trustee |
|---|---|
| Interim Compensation Requested (All Periods) | $ 321,174,775.34 |
| Interim Compensation Deferred | $ 32,117,477.51 |
| Holdback Amount to be Released | 16,000,000.00 |
| Holdback After Release | $ 16,117,477.51 |