UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x
:
:
UNITED STATES OF AMERICA, :
:
                     Plaintiff, :    No. 13-cv-6326 (WHP)
:
     v. :
: SCHEDULING ORDER
PREVEZON HOLDINGS, LTD., *et al.*, :
:
                   Defendants. :
:
:
----------------------------------------------x

        The parties having appeared for a pre-motion conference on the Government's anticipated motion to enforce the settlement, the following briefing schedule is entered on consent:

1. The Government shall file its motion by November 15, 2017.

2. Prevezon shall file its opposition by December 6, 2017.

3. The Government shall file its reply by December 12, 2017.

4. Oral argument on the motion shall be held on December 14, 2017 at 11:30 a.m.

Dated:  November 9, 2017          SO ORDERED:
         New York, New York

                                                             WILLIAM H. PAULEY III
                                                              U.S.D.J.