UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
                      Plaintiff, :
:
  - against - :
:
PREVEZON HOLDINGS LTD., et al., :
:
                      Defendants, : 13 Civ. 6326 (WHP)
:
  - and - :
:
ALL RIGHT, TITLE AND INTEREST IN THE REAL :
PROPERTY AND APPURTENANCES KNOWN AS :
THE 20 PINE STREET CONDOMINIUM, 20 PINE :
STREET, NEW YORK, NEW YORK 10005, UNIT 1816, :
et al., :
:
                      Defendants in Rem. :
:
------------------------------------------------------------------------x

## NOTICE OF MOTION TO ENFORCE SETTLEMENT

      PLEASE TAKE NOTICE, that based upon the accompanying memorandum of law, the United States of America, by and through its undersigned counsel, hereby respectfully moves this Court for an order requiring defendant Prevezon Holdings Ltd. to make the payment specified in the settlement agreement forthwith, together with accrued prejudgment interest.

Dated: New York, New York
November 15, 2017

Respectfully submitted,

JOON H. KIM
Acting United States Attorney
for the Southern District of New York

By: /s/ Paul M. Monteleoni
Paul M. Monteleoni
Cristine I. Phillips
Tara M. La Morte
Assistant United States Attorneys
Tel.: (212) 637-2219/2696/1041
E-mail: paul.monteleoni@usdoj.gov
cristine.phillips@usdoj.gov
tara.lamorte2@usdoj.gov