# Exhibit 17

| | |
|---|---|
| **From:** | Kevin Reed |
| **To:** | Monteleoni, Paul (USANYS) |
| **Cc:** | Faith Gay; Phillips, Cristine (USANYS) 2; LaMorte, Tara (USANYS) |
| **Subject:** | Re: Prevezon |
| **Date:** | Friday, October 27, 2017 4:44:53 PM |

Paul,

Denis Katsyv, as a signatory to the agreement, has been surprised by the current situation. When signing the Settlement Agreement on May 12, Mr. Katsyv understood that the Agreement provided that the funds frozen in the Netherlands would be automatically transferred to the Government's account. Put another way, Mr. Katsyv in good faith believed the debt towards his company in the Netherlands in the amount of EUR 3,068,946 became the US Government's money when he signed the Agreement, and he also believed he could not claim the said funds. The current situation with the repeated freezing of funds in the Netherlands changes the initial conditions under which the Agreement was made, which Mr. Katsyv relied upon when agreeing to settle. In view of the Dutch Government's restraint—which, as it turned out, was secretly developing for 5 months in the Netherlands, and only became known to Mr. Katsyv very recently—Mr. Katsyv needs extra time to review the Settlement Agreement and consider his options. As such, we request that the Government agrees that no payment deadline under the Settlement Agreement has been triggered or that, if any deadline has been triggered, that deadline is extended to November 15, 2017 so that Mr. Katsyv may consider his position.

Best,

Kevin


Kevin S. Reed • Partner
Quinn Emanuel Urquhart & Sullivan, LLP
Direct:  212.849.7160
Mobile: 212.300.3437
---------------------------------------------

On Oct 24, 2017, at 11:21 AM, Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov> wrote:

> You are correct that the 15-business-day period within which the payment is due lasts until October 31.  Safe travels.
>
>> **From:** Kevin Reed [mailto:kevinreed@quinnemanuel.com]
>> **Sent:** Tuesday, October 24, 2017 11:15 AM
>> **To:** Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>
>> **Cc:** Faith Gay <faithgay@quinnemanuel.com>; Phillips, Cristine (USANYS) 2 <CPhillips2@usa.doj.gov>; LaMorte, Tara (USANYS) <TLaMorte@usa.doj.gov>
>> **Subject:** Re: Prevezon

Paul,

I'm in the air until after your window closes. We are still consulting with our client, and will revert when we have a definitive request to make. That request may be for a 4 week standstill to permit Prevezon to make an an application to the Court to resolve the question of whether it's obligation to make the settlement payment has been triggered, but I do not have authority to make that request at this point.

Also, having just seen Cristy's email regarding payment instructions, I want to clarify our understanding that, even if the payment obligation had been triggered, payment would not be due until 10/31, since the agreement specifies 15 business days. Do you disagree?

Sent from my iPad

On Oct 24, 2017, at 10:27 AM, Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov> wrote:

> I'm checking in on this. I'm available for a call for about the next two and a half hours if that would be helpful.
>
> -----Original Message-----
> From: Kevin Reed [mailto:kevinreed@quinnemanuel.com]
> Sent: Monday, October 23, 2017 10:50 AM
> To: Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>
> Cc: Faith Gay <faithgay@quinnemanuel.com>; Phillips, Cristine (USANYS) 2 <CPhillips2@usa.doj.gov>; LaMorte, Tara (USANYS) <TLaMorte@usa.doj.gov>
> Subject: RE: Prevezon
>
> Paul,
>
> Apologies for the delay. I'm scheduled to speak to the client this afternoon and should have something to report thereafter.
>
> -----Original Message-----
> From: Monteleoni, Paul (USANYS) [mailto:Paul.Monteleoni@usdoj.gov]
> Sent: Sunday, October 22, 2017 2:06 PM
> To: Kevin Reed <kevinreed@quinnemanuel.com>
> Cc: Faith Gay <faithgay@quinnemanuel.com>; Phillips, Cristine (USANYS) 2 <Cristine.Phillips@usdoj.gov>; LaMorte, Tara (USANYS) <Tara.LaMorte2@usdoj.gov>
> Subject: Re: Prevezon
>
> I'm just checking on the status of this; we still haven't gotten a more concrete request for an extension from you including both the requested duration and the precise content of the extended deadline, as we had discussed on Tuesday's call. When should we expect that?

Thanks very much.

On Oct 15, 2017, at 3:12 PM, Kevin Reed <kevinreed@quinnemanuel.com<mailto:kevinreed@quinnemanuel.com>> wrote:

That would be better. Thanks.


Kevin S. Reed * Partner
Quinn Emanuel Urquhart & Sullivan, LLP
Direct:  212.849.7160
Mobile: 212.300.3437
---------------------------------------------

On Oct 15, 2017, at 1:58 PM, Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov<mailto:Paul.Monteleoni@usdoj.gov>> wrote:

We could do it at 10 on Tuesday but then we'd have a hard stop of 10:30. Please let me know if you'd prefer that time. Thanks very much.

On Oct 15, 2017, at 11:41 AM, Kevin Reed <kevinreed@quinnemanuel.com<mailto:kevinreed@quinnemanuel.com><mailto:kevinreed@quinnemanuel.com>> wrote:

Thanks, Paul. 11:30 should work but if there's a possibility of doing it a little earlier please let me know. Thanks.


Kevin S. Reed * Partner
Quinn Emanuel Urquhart & Sullivan, LLP
Direct:  212.849.7160
Mobile: 212.300.3437
---------------------------------------------

On Oct 14, 2017, at 8:12 PM, Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov<mailto:Paul.Monteleoni@usdoj.gov><mailto:Paul.Monteleoni@usdoj.gov>> wrote:

Unfortunately I'm traveling most of the day on Monday. Could we do 11:30 AM on Tuesday?

On Oct 13, 2017, at 6:21 PM, Kevin Reed <kevinreed@quinnemanuel.com<mailto:kevinreed@quinnemanuel.com><mailto:kevinreed@quinnemanuel.com>> wrote:

Paul,

Do you and your team have time to talk Monday between 10 and 11?

Regards,

Kevin


Kevin S. Reed * Partner
Quinn Emanuel Urquhart & Sullivan, LLP
Direct:  212.849.7160
Mobile: 212.300.3437
---------------------------------------------