Exhibit 18

| | |
|---|---|
| **From:** | Gabriella Volshteyn |
| **To:** | Monteleoni, Paul (USANYS) |
| **Cc:** | Gabriella Volshteyn |
| **Subject:** | Re: USA vs Prevezon Holdings, Ltd. 13-CV-6326 |
| **Date:** | Wednesday, October 18, 2017 1:33:32 PM |

Dear AUSA Monteleoni,

Zempylas Associates perform accounting services for Prevezon Holding (Cyprus company). Prevezon Holding must file tax returns as it is the holding entity/managing member of all US entities. Prevezon US entities pay annually for such services.

Also, as I stated in my email on October 11, 2017, there is not enough funds in the authorized escrow account. The remaining unit is vacant (tenants moved out). Therefore, no income is being generated. I have been paying monthly common charges on remaining unit 1816 from that account. Please authorize Bank of America to send this office or accountant a check. The accountant has been patiently waiting to be paid since April of this year.

Best regards,

The Law Offices of Gabriella Volshteyn, PLLC

Manhattan Office:
757 Third Avenue, 20th Floor
New York, New York 10017
T: (212) 376-5220
F: (212) 376-5222

Brooklyn Office:
1600 Sheepshead Bay Rd, Suite 201
Brooklyn, New York 11235
T: (718) 332-7700
F: (718) 332-6616

Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents ) or take any action in reliance on it. In such case, you should destroy this message, and notify us immediately. If you have received this email in error, please notify us immediately by e-mail or telephone and delete the e-mail from any computer. If you or your employer does not consent to internet e-mail messages of this kind, please notify us immediately. As our company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments we recommend that you subject these to your virus checking procedures prior to use. The views, opinions, conclusions and other information expressed in this electronic mail are not given or endorsed by the company unless otherwise indicated by an authorized representative independent of this message.

On Wed, Oct 11, 2017 at 3:38 PM, Gabriella Volshteyn <office@volshteynlaw.com> wrote:
Will ask him to provide. I believe it's accounting services for Prevezon Holding (Cyprus company). They have to file taxes (they do it every year) based on US tax returns because Prevezon Holding is the member of every US entity.

Best regards,

The Law Offices of Gabriella Volshteyn, PLLC

Manhattan Office:
757 Third Avenue, 20th Floor
New York, New York 10017
T: (212) 376-5220
F: (212) 376-5222

Brooklyn Office:
1600 Sheepshead Bay Rd, Suite 201
Brooklyn, New York 11235
T: (718) 332-7700
F: (718) 332-6616

Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents ) or take any action in reliance on it.  In such case, you should destroy this message, and notify us immediately.  If you have received this email in error, please notify us immediately by e-mail or telephone and delete the e-mail from any computer.  If you or your employer does not consent to internet e-mail messages of this kind, please notify us immediately.  As our company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments we recommend that you subject these to your virus checking procedures prior to use. The views, opinions, conclusions and other information expressed in this electronic mail are not given or endorsed by the company unless otherwise indicated by an authorized representative independent of this message.

On Wed, Oct 11, 2017 at 3:31 PM, Monteleoni, Paul (USANYS)
<Paul.Monteleoni@usdoj.gov> wrote:

The Innovative Accounting invoice is authorized.  Could you give me more information as to the services provided by F. Zempylas Associates?

**From:** Gabriella Volshteyn [mailto:office@volshteynlaw.com]
**Sent:** Wednesday, October 11, 2017 3:27 PM
**To:** Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>
**Cc:** Gabriella Volshteyn <office@volshteynlaw.com>
**Subject:** USA vs Prevezon Holdings, Ltd. 13-CV-6326


Dear AUSA Monteleoni,

Please see attached Disbursement Ledger and outstanding bills for your consideration.  Please authorize the payment of the same.



Best regards,


The Law Offices of Gabriella Volshteyn, PLLC

Manhattan Office:
757 Third Avenue, 20th Floor
New York, New York 10017
T: (212) 376-5220
F: (212) 376-5222

Brooklyn Office:
1600 Sheepshead Bay Rd, Suite 201
Brooklyn, New York 11235
T: (718) 332-7700
F: (718) 332-6616

Note: Privileged/Confidential information may be contained in this message and may be subject to legal privilege. Access to this e-mail by anyone other than the intended is unauthorized. If you are not the intended recipient (or responsible for delivery of the message to such person), you may not use, copy, distribute or deliver to anyone this message (or any part of its contents ) or take any action in reliance on it.  In such case, you should destroy this message, and notify us immediately.  If you have received this email in error, please notify us immediately by e-mail or telephone and delete the e-mail from any computer.  If you or your employer does not consent to internet e-mail messages of this kind, please notify us immediately.  As our company cannot accept responsibility for any loss or damage arising from the use of this e-mail or attachments we recommend that you subject these to your virus checking procedures prior to use. The views, opinions, conclusions and other information expressed in this electronic mail are not given or endorsed by the company unless otherwise indicated by an authorized representative independent of this message.