UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>PREVEZON HOLDINGS LTD., *et al.*,<br><br>                Defendants,<br><br>ALL RIGHT, TITLE AND INTEREST IN THE REAL PROPERTY AND APPURTENANCES KNOWN AS THE 20 PINE STREET CONDOMINIUM, 20 PINE STREET, NEW YORK, NEW YORK 10005, UNIT 1816, *et al.*,<br><br>                Defendants *in Rem*. | Case No. 1:13-cv-06326 (WHP)<br><br>**ECF CASE**<br><br>**DECLARATION OF RENITA SHARMA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT** |

I, Renita Sharma, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for defendants Prevezon Holdings Ltd., Prevezon Alexander, LLC, Prevezon Soho USA, LLC, Prevezon Seven USA, LLC, Prevezon Pine USA, LLC, Prevezon 1711 USA, LLC, Prevezon 1810, LLC, Prevezon 2009 USA, LLC, Prevezon 2011 USA, LLC, Ferencoi Investments Ltd., and Kolevins, Ltd. (collectively, the "Defendants"). I submit this declaration in support of Defendants' Opposition to the Government's motion to enforce the parties' settlement agreement (D.I. 743). Except as otherwise indicated, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of pages 1 and 97 of the Government's trial exhibit GX 403-3.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of an email from Kevin Reed to Paul Monteleoni, dated August 18, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email from Paul Monteleoni to Kevin Reed and Cristine Phillips, dated September 18, 2017.

5. Attached hereto as Exhibit 4 is a true and correct copy of an email, including attachment, from Paul Monteleoni to Faith Gay and Kevin Reed, dated October 10, 2017.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 6, 2017
New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
Renita Sharma
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax (212) 849-7100
renitasharma@quinnemanuel.com

*Attorney for Defendants*