# EXHIBIT 1



# Value of the Defendant Properties

| Account / Asset Name | Account Number | Value |
|---|---|---|
| Prevezon Seven USA, LLC | x6021 | $ 137,710.31 |
| Prevezon Alexander, LLC | x8293 | $ 13,134.55 |
| Prevezon Soho USA, LLC | x8084 | $ 5,693.90 |
| Prevezon 2009 USA, LLC | x9102 | $ 815.02 |
| Prevezon 2011 USA, LLC | x5882 | $ 5,794.92 |
| Prevezon Pine USA, LLC | x8242 | $ 9,700.87 |
| Prevezon 1711 USA, LLC | x8349 | $ 8,684.39 |
| Prevezon 1810 USA, LLC | x9128 | $ 785,098.54 |
| Property at 20 Pine Street, Unit 1816 | N/A | $ 960,000.00 |
| Sale Proceeds from the Property at 20 Pine Street, Unit 2009 | N/A | $ 1,379,518.90 |
| Sale Proceeds from the Property at 250 East 49th Street, Unit Comm3 | N/A | $ 4,429,019.44 |
| Sale Proceeds from the Property at 20 Pine Street, Unit 2308 | N/A | $ 1,046,530.04 |
| Sale Proceeds from the Property at 20 Pine Street, Unit 1711 | N/A | $ 894,026.21 |
| Debt owed by AFI Europe N.V. to Prevezon Holdings | N/A | $ 4,156,764.60  [1] |
| **Grand Total** | | **$ 13,832,491.69** |

[1] Debt owed by AFI Europe totals 3,068,946 Euros. For purposes of this summary, this amount has been converted to US dollars utilizing the historical currency exchange rate as of January 22, 2014, per www.oanda.com.