# EXHIBIT 2

| | |
|---|---|
| **From:** | Kevin Reed |
| **Sent:** | Friday, August 18, 2017 12:04 PM |
| **To:** | 'Monteleoni, Paul (USANYS)' |
| **Cc:** | Faith Gay; Adam Abensohn; Renita Sharma; Phillips, Cristine (USANYS) 2; LaMorte, Tara (USANYS) |
| **Subject:** | RE: Prevezon |

Thank you for the update.  I hope you're enjoying your paternity leave.

**From:** Monteleoni, Paul (USANYS) [mailto:Paul.Monteleoni@usdoj.gov]
**Sent:** Friday, August 18, 2017 11:49 AM
**To:** Kevin Reed <kevinreed@quinnemanuel.com>
**Cc:** Faith Gay <faithgay@quinnemanuel.com>; Adam Abensohn <adamabensohn@quinnemanuel.com>; Renita Sharma <renitasharma@quinnemanuel.com>; Phillips, Cristine (USANYS) 2 <Cristine.Phillips@usdoj.gov>; LaMorte, Tara (USANYS) <Tara.LaMorte2@usdoj.gov>
**Subject:** RE: Prevezon

The Government of the Netherlands has not yet taken action on our request; as I mentioned to you on June 15, we have requested expedited processing but have been advised it is unlikely they will execute it before September.  We transmitted our formal request to the Netherlands on June 1.

**From:** Kevin Reed [mailto:kevinreed@quinnemanuel.com]
**Sent:** Friday, August 18, 2017 11:16 AM
**To:** Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>
**Cc:** Faith Gay <faithgay@quinnemanuel.com>; Adam Abensohn <adamabensohn@quinnemanuel.com>; Renita Sharma <renitasharma@quinnemanuel.com>
**Subject:** Prevezon

Paul –

Do you have any update on whether the Netherlands had taken any action on DOJ's request to release Prevezon's assets?  Also, can you please confirm the date on which the request was submitted?

Thanks,

Kevin

Kevin S. Reed | Partner
Quinn Emanuel Urquhart & Sullivan, LLP
212.849.7160 Direct
212.300.3437 Mobile
212.849.7000 Main
212.849.7100 FAX
kevinreed@quinnemanuel.com