# EXHIBIT 3

| | |
|---|---|
| **From:** | Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov> |
| **Sent:** | Monday, September 18, 2017 11:23 AM |
| **To:** | Kevin Reed; Phillips, Cristine (USANYS) 2 |
| **Subject:** | RE: Prevezon |

The content of our requests to other countries is confidential, but I can say that the request regarding the release of Prevezon's assets was delivered from the Competent Authority of the United States to the Competent Authority of the Netherlands under the 2004 US-Netherlands mutual legal assistance treaty.

---

**From:** Kevin Reed [mailto:kevinreed@quinnemanuel.com]
**Sent:** Friday, September 15, 2017 3:50 PM
**To:** Monteleoni, Paul (USANYS) <PMonteleoni@usa.doj.gov>; Phillips, Cristine (USANYS) 2 <CPhillips2@usa.doj.gov>
**Subject:** Prevezon

Paul and Cristy,

I hope this finds you well.  Are you able to share with us a copy of the request DOJ made to the Netherlands regarding the release of Prevezon's assets and to tell us the entity in the Netherlands to which the request was directed?

Thanks,

Kevin


Kevin S. Reed | Partner
Quinn Emanuel Urquhart & Sullivan, LLP
212.849.7160 Direct
212.300.3437 Mobile
212.849.7000 Main
212.849.7100 FAX
kevinreed@quinnemanuel.com