# EXHIBIT 4

**From:** Monteleoni, Paul (USANYS) <Paul.Monteleoni@usdoj.gov>
**Sent:** Tuesday, October 10, 2017 11:11 AM
**To:** Faith Gay; Kevin Reed
**Cc:** LaMorte, Tara (USANYS); Phillips, Cristine (USANYS) 2
**Subject:** Prevezon
**Attachments:** Red Alert letter to DoJ october 2017.doc

In advance of our call, we have obtained the attached summary from the Dutch of their actions, which they first advised us they would take yesterday. One further update, after this document was sent to us, is that the Dutch authorities have advised us that the lifting of the restraint and the new seizure of funds referenced in the letter was accomplished at 1 PM Netherlands time today.

We can discuss this action and its implications on our call at 4:30 PM today.

Paul M. Monteleoni
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
212-637-2219
paul.monteleoni@usdoj.gov

Mr. P. Monteleoni
United States Attorney
One St. Andrew's Plaza
New York, New York 10007


October 10, 2017


Dear Mr Monteleoni,


With reference to our previous telephone call I inform you as follows.


On behalf of their client Hermitage Capital Management the Dutch law firm Prakken D'Oliveira filed an official complaint with the Dutch prosecutors office against Prevezon Holdings Ltd and/or AFI Europe N.V. The complaint was filed on May 16, 2017.
The complaint reflects money laundering of financial flows – 3.068.946 euros - related to a massive tax fraud in Russia.

In my function as Dutch national prosecutor on money laundering I have asked the police (FIOD: Fiscal Information and Investigation Service) to start investigations.
Hermitage Capital Management further provided us with an impressive amount of information with respect to the illegal origin. In the last couple of months the FIOD has carried out an investigation on these money flows.

Based on the results of these investigations I have made the decision to carry on with an investigation with respect Prevezon holdings Ltd (5 Goudiou Street, Agios Andreas, Nicosia Cyprus) and the aforementioned amount of 3.068.946 euros. At this point in time AFI Europe N.V. is no suspect in our investigations.

On January 22, 2014 the Dutch authorities –implemented at the request of the authorities of the United States - restrained a debt of 3.068.946 euros, which debt is owed by AFI Europe NV to Prevezon Holdings Ltd. On June 1, 2017 the Dutch ministry of Justice (AIRS) as the formal authority for legal aid received an additional request from the United States to lift the restraint of this AFI Europe NV debt. This additional request was "on hold" regarding the complaint which was filed by Hermitage Capital Management on May 16, 2017.

I have asked the formal authority (AIRS) today to formally send me the additional request from the U.S. to lift the restraint.

Today we will lift the restraint as requested by the U.S. authorities and seize it at the same time with respect to our own Dutch investigation regarding Prevezon Holdings Ltd . as the debt is suspected to be a financial asset from an illegal source. Under Dutch law there is therefore a suspicious transaction and moneylaundering taken place in The Netherlands. The lift and seizure today is only possible if there is a competent person at the premises of AFI in Amsterdam.

Best regards,

J.J.M. van Dis-Setz
National Public Prosecutor Anit-money laundering
National Prosecutor's office for serious fraud, environmental crime and asset confiscation
IJdok 163
1013 MM Amsterdam

Landelijk officier van justitie bestrijding witwassen
Functioneel Parket
IJdok 163
1013 MM Amsterdam
Postbus 779
1000 AT Amsterdam