quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

December 12, 2017

<u>**VIA ECF**</u>

Hon. William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Prevezon Holdings, Ltd., et al.</u>, 13 Civ. 6326 (WHP)

Dear Judge Pauley:

We respectfully request that this Court permit Defendants' representatives Denis Katsyv and Natalia Veselnitskaya to appear telephonically at the oral argument hearing scheduled for December 14, 2017. Defendants' counsel will appear in person at the hearing and, with this Court's permission, will arrange for a conference line for the participation of Mr. Katsyv and Ms. Veselnitskaya. The Government does not oppose Defendants' request.

We appreciate the Court's consideration of this request.

Very truly yours,

*/s/ Renita Sharma*

Renita Sharma

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH