**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
United States of America
                              Plaintiff,

         -against-                                    13 **CIVIL**6326 (WHP)

                                                    **JUDGMENT**

Prevezon Holdings, Ltd., et al.,
                              Defendants.
------------------------------------------------------------X


         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated February 2, 2018, the Government's motion to

enforce the Settlement is granted, and Prevezon's motion for discovery is denied.  Judgment is

hereby entered in favor of the Government, in the amount of $5,896.333.65, plus pre-judgment

interest at an interest rate of 9% per annum, running from October 31, 2017 to the date judgment

is entered, which as of February 6, 2018 is $142,481.27.  Accordingly, judgment is hereby

entered in the favor of the Government for a total amount of $6,038.814.92.


**Dated:**  New York, New York
            February 6, 2018




                                        **RUBY J. KRAJICK**
                                   _____
                                         **Clerk of Court**
         **BY:**
                                   _____
                                        **Deputy Clerk**