U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2018

**BY ECF AND HAND DELIVERY**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    **Re:**   *United States* **v.** *Prevezon Holdings, Ltd., et al.*, 13 Civ. 6326 (WHP)

Dear Judge Pauley,

      The Government writes on behalf of the parties to respectfully submit for the Court's approval a stipulation and order modifying the settlement agreement in the above-referenced case to provide for the satisfaction of the Clerk's Judgment, Docket Item 760, from certain properties restrained in this case, and for the release of the remaining properties and dismissal of the action.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

by: /s/ Paul M. Monteleoni
     Paul M. Monteleoni
     Cristine Irvin Phillips
     Tara M. La Morte
     Assistant United States Attorneys
     (212) 637-2219/2696/1041
     paul.monteleoni@usdoj.gov
     cristine.phillips@usdoj.gov
     tara.lamorte2@usdoj.gov

cc:    Counsel of Record (via ECF)